Mont. LBF30. STATEMENT OF DOMESTIC SUPPORT OBLIGATION(S)
[Mont. LBR 4002-1(e)]

Name of Attorney  Harold V. Dye
Office Mailing Address  120 Hickory St
　　　　　　　　　　　Suite B
　　　　　　　　　　　Missoula, MT 59801
Telephone Number  (406)542-5205
Facsimile Number  (406)721-1616
E-Mail Address  hdye@dyemoelaw.com
State Bar I.D. Number  408
(Attorney for Debtor(s))

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MONTANA

In re:  John Henry Schneider　　　　　　　　　　)　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　Debtor(s) )

## STATEMENT OF DOMESTIC SUPPORT OBLIGATIONS

*[If filing jointly, information for both spouses must be provided on this form]*

　　　　Pursuant to Mont. LBR 4002-1(e), the undersigned hereby provides this Statement of Domestic Support Obligation(s), as defined in 11 U.S.C. § 101(14A).

1. Debtor's name (enter full name): John Henry Schneider

2. Does Debtor have a domestic support obligation: ☐ yes ☒ no. If yes, please fill out the rest of this form. If no, do not fill out the rest, but sign where indicated below.

3. Debtor's employer and employer address: _____

4. Name, address, phone number, employer's name, and address of employer for any person responsible with the Debtor for the support:

5. Name, address and phone number for the holder of the claim of support:

[If the Debtor does not know the whereabouts of the former spouse, this fact should be affirmatively stated above, but the address for the support collection agency must be provided.]

### AS OF THE DATE OF FILING OF THE BANKRUPTCY PETITION:

1. Amount of support obligation: $_____ per _____ [i.e. month, week, etc.]

2. Term of support obligation: from _____ until _____

3. Amount that the domestic support obligation is in arrears: $____

4. Court name and jurisdiction in which order of support was issued:

5. Court Case No. ____

6. Name and address of State Child Support Enforcement Agency involved in such a claim:

I/We declare under penalty of perjury that the foregoing is true and correct.

_____   12/4/2014
Signature of Debtor                          Date

Penalty for making a false statement: Fine up to $250,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571