Penalty for making a false statement: Fine of up to $250,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571
**Mont. LBF37. NOTICE OF COMPLIANCE WITH § 521.**
[Mont. LBR 4002-1(g)]

Name of Attorney   Harold V. Dye
Office Mailing Address   120 Hickory St
    Suite B
    Missoula, MT 59801
Telephone Number   (406)542-5205
Facsimile Number   (406)721-1616
E-Mail Address   hdye@dyemoelaw.com
State Bar I.D. No.   408
(Attorney for Debtor(s))

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MONTANA

In re:   John Henry Schneider      )      Case No. _____
    )
    )
    Debtor(s) )

## NOTICE OF COMPLIANCE WITH § 521

Debtor(s) hereby certify under penalty of perjury that:

1. Pursuant to § 521(a)(1)(A), the list of creditors is filed herewith.

2. Pursuant to § 521(a)(1)(B), the schedules of (i) assets and liabilities; (ii) current income and expenditures; (iii) statement of financial affairs; and (iv) the proof of delivery of the § 342(b) notice to the debtor is filed herewith.

3. Pursuant to § 521(a)(1)(B)(iv), the Debtor(s) has/have filed with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of filing of the Debtor's/Debtors' petition;

4. Pursuant to § 521(b)(1)(B)(v), the Debtor(s) has/have filed with the Court Schedules I and J, showing the amount of monthly net income, itemized to show how the amount is calculated, and the Statement of Current Monthly Income and Means Test Calculation.

5. Pursuant to § 521(a)(1)(vi), the Debtor(s) state(s) that:

☐ The Debtor(s) anticipate(s) an increase in income or expenditures over the 12-month period following the date of filing the petition. Specifically:

☒ The Debtor(s) does/do not anticipate(s) an increase in income or expenditures over the 12-month period following the date of filing the petition.

6. Pursuant to § 521(b)(1), the required credit counseling certification is filed herewith.

7. Pursuant to § 521(b)(2), the Debtor(s) state(s) that there are no debt repayment plans of the type contemplated by this statute (or, a copy of such repayment plan is filed herewith);

8. Pursuant to § 521(c), the Debtor(s) state(s) that:

☐ The Debtor(s) has/have an interest in an account or program of the type specified in § 521(c) of the Code, with documentation thereof filed herewith.

☒ The Debtor(s) has/have no interest in an account or program of the type specified in § 521(c) of the Code.

Dated

I/We declare under penalty of perjury that the foregoing is true and correct.

_____     12/4/2014
Signature of Debtor                                                    Date

Penalty for making a false statement: Fine up to $250,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571