James A. Patten (ID No. 1191)
**PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C**
2817 2nd Avenue North, Ste. 300
Billings, Montana 59101
Telephone: (406) 252-8500
Facsimile: (406) 294-9500

Attorneys for Creditor, Mary Wilkinson

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 14-61357-7 |
| | ) | |
| JOHN HENRY SCHNEIDER, | ) | **REQUEST FOR** |
| | ) | **SPECIAL NOTICE** |
| Debtor. | ) | |
| | ) | |

Pursuant to F.R.B.P 2002(i)(g) MARY WILKINSON, Creditor, in the above-entitled bankruptcy case, hereby request that all matters which must be noticed to creditors, any creditors committees and any other parties in interest, whether sent by the Court, the Debtor or any other party in the case, be sent or delivered to the undersigned; and pursuant to F.R.B.P. 2002(g) that the following be added to the Court's master mailing matrix.

    James A. Patten
    **PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.**
    2817 2ND Avenue North, Ste. 300
    Billings, MT 59101
    (406) 252-8500 telephone
    (406) 294-9500 facsimile
    japatten@ppbglaw.com

    Attorneys for Creditor, Mary Wilkinson

1

Such notices shall include notices by mail, telephone, facsimile, or any other means of transmission and the notices requested shall include, but are not limited to, all notices relating to the matter set forth in F.R.B.P. 2002; matters relating to the appointment of a Trustee, or conversion or dismissal of the case; matters relating to the proposing or confirming of a plan; matters relating to adequate protection and the Debtor obtaining credit under 11 U.S.C. §361 or §364; and the matters relating to the use, sale, or lease of property under 11 U.S.C. §363 or the assumption or rejection of executory contracts or unexpired leases under 11 U.S.C. §365.

DATED this 7th day of January, 2015.

**PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.**
2817 2ND Avenue North, Ste. 300
Billings, Montana 59101

By: /s/JA Patten
James A. Patten
Attorneys for Creditor, Mary Wilkinson