Joseph V. Womack
**Waller & Womack, P.C.**
Suite 805 US Bank Building
303 North Broadway
Billings, MT 59101
Telephone: (406) 252-7200
Fax: (406) 252-4266
Email: jwomack@jvwlaw.com
Attorney No. 2641

Attorney for Trustee

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MONTANA

In Re:

**SCHNEIDER, JOHN HENRY**

Debtor(s)

Case No.  14-61357-7

### TRUSTEE'S REQUEST FOR COURT TO
### TAKE JUDICIAL NOTICE OF DOCUMENTS

**COMES NOW** the Trustee, Joseph V. Womack, pursuant to Rule 201 of the Federal Rules of Evidence, and requests the Court take judicial notice of the following documents filed in the above-captioned case for purposes of the hearing now set for March 10, 2015 at 9:00 AM regarding Debtor's objection to Trustee's Motion for Turnover filed January 16, 2015 (Docket No. 30). The documents are as follows:

1. Chapter 7 Voluntary Petition filed December 4, 2014 (Docket No. 1);
2. All Schedules filed December 12, 2014 (Docket No. 17);
3. Motion for Turnover filed January 16, 2015 (Docket No. 30).

**DATED** this 4th day of March, 2015.

                                            **WALLER & WOMACK, P.C.**

                                            By: /s/ Joseph V. Womack
                                                  Joseph V. Womack
                                                  Ch. 7 Bankruptcy Trustee

## **CERTIFICATE OF SERVICE**

       I, the undersigned, certify under penalty of perjury that on March 4, 2015, or as soon as possible thereafter, a copy of the foregoing Motion for Turnover was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same. In addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/entities who are not ECF registered users pursuant to the Court's Order limiting service by mail dated January 15, 2015 (Docket No. 24):

**Debtor:**

John Schneider
3611 Tommy Armour Circle
Billings, MT 59106

                                            By: /s/ Lynsey Lund
                                                 Lynsey Lund
                                                 Legal Asst. to Trustee