Joseph V. Womack
**Waller & Womack, P.C.**
Suite 805 US Bank Building
303 North Broadway
Billings, MT 59101
Telephone: (406) 252-7200
Fax: (406) 252-4266
Email: jwomack@jvwlaw.com
Attorney No. 2641

Attorney for Trustee

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In Re:<br>**SCHNEIDER, JOHN HENRY**<br><br>Debtor(s) | Case No. 14-61357-7 |

### TRUSTEE'S LIST OF WITNESSES AND EXHIBITS

**COMES NOW** the Trustee, Joseph V. Womack, and submits the following list of witnesses and exhibits for the hearing now set for March 10, 2015, at 9:00 AM regarding Debtor's objection to Trustee's Motion for Turnover filed January 16, 2015 (Docket No. 30).

**LIST OF WITNESSES**

1. Lynsey Lund;
2. Joseph V. Womack; and
3. Any witness necessary for rebuttal.

**LIST OF EXHIBITS**

|   | Description | △'s Objection | Date Submitted | Date Admitted |
|---|---|---|---|---|
| A | Transcript of initial §341 Meeting of Creditors held January 23, 2015 (currently being transcribed, will be supplied upon completion) | | | |
| B | Demonstrative Exhibit: Summary of documents request on Motion for Turnover received and still missing as of March 4, 2015 | | | |
| C | Email from V.Dye to JVW 1-12-15-1529 sending initial docs | | | |
| D | Email from R.Richardson to JVW 1-12-15-1530 re Ltd assets | | | |
| E | Email from V.Dye to JVW 1-14-15-1520 re docs from Richardson | | | |
| F | Email from LL to V.Dye 1-16-15-1538 re addtl docs | | | |
| G | Email from R.Richardson to JVW 1-19-15-1036 re docs from Burrows | | | |
| H | Email from R.Richardson to JVW 1-19-15-1036(1) re Ltd docs | | | |
| I | Email from R.Richardson to JVW 1-19-15-1036(2) re Ltd docs | | | |
| J | Email from R.Richardson to JVW 1-19-15-1037 re Ltd docs | | | |
| K | Email from V.Dye to JVW 1-20-15-1258 re Mgt docs | | | |
| L | Email from V.Dye to JVW 1-20-15-1259 re Trustee docs | | | |
| M | Email from V.Dye to JVW 1-20-15-1300 re non-real property docs | | | |

| | | | | |
|---|---|---|---|---|
| N | Email from V.Dye to JVW 1-20-15-1302 re NRNS docs | | | |
| O | Email from V.Dye to JVW 1-20-15-1303 re ONI docs | | | |
| P | Email from V.Dye to JVW 1-20-15-1305 re NRNS docs | | | |
| Q | Email from V.Dye to JVW 2-6-15-1431 re JHS taxes | | | |
| R | Email from V.Dye to JVW 2-19-15-1120 re WF judgment docs | | | |
| S | Email from V.Dye to JVW 2-19-15-1135 re JHS taxes | | | |
| T | Any exhibits listed by any other party. | | | |
| U | Any exhibits necessary for rebuttal. | | | |

Grounds for Objection

1. No Objection: Admissibility Stipulated    5. Inadmissible Opinion

2. Irrelevant    6. Insufficient Foundation (Relevancy, Personal Knowledge, Authenticity)

3. Hearsay    7. Unduly Time Consuming, Prejudicial, Confusing or Misleading

4. Best Evidence    8. Other (Specify)

**DATED** this 4th day of March, 2015.

                  **WALLER & WOMACK, P.C.**

              By: /s/ Joseph V. Womack
                 Joseph V. Womack
                 Ch. 7 Bankruptcy Trustee

## CERTIFICATE OF SERVICE

      I, the undersigned, certify under penalty of perjury that on March 4, 2015, or as soon as possible thereafter, a copy of the foregoing Motion for Turnover was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same. In addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/entities who are not ECF registered users pursuant to the Court's Order limiting service by mail dated January 15, 2015 (Docket No. 24):

**Debtor:**

John Schneider
3611 Tommy Armour Circle
Billings, MT 59106

                                    By: /s/ Lynsey Lund
                                            Lynsey Lund
                                            Legal Asst. to Trustee