**From:** Harold V. Dye <hdye@dyemoelaw.com>
**Sent:** Monday, January 12, 2015 3:29 PM
**To:** 'Joe Womack'
**Cc:** 'Lynsey Lund'
**Subject:** RE: John Schneider documents

Joe,

Here is the link to the Dropbox shared folder "Schneider file xfer":  https://www.dropbox.com/sh/cyjst39z82rsiog/AAAs-4NL2MsxKH_q2uTdpZdGa?dl=0

Please give this a couple of minute to sync before accessing.

I still need to get you copies of Johns' and Northern Rockies Neuro-Spine's (NRNS) tax returns for 2012.   This is frustrating because I am sure that I had them.   I have asked John for copies and ,if he doesn't have them, I can get them from the accountant.

Please let me know if there is anything else you need.  My goal is to be able to conclude the 341 on the 23rd and avoid having to  come back to Billings in February.


Harold V. Dye
Dye & Moe, P.L.L.P.
120 Hickory Street; Suite B
Missoula, MT 59801-1820
406-542-5205 fax – 406-721-1616
hdye@dyemoelaw.com
**Board Certified in Consumer Bankruptcy by the American Board of Certification**

This electronic mail transmission is protected by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 et seq., and may not be opened or forwarded without the consent of the named recipient(s).  Also, this electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling Dye & Moe, P.L.L.P., at 1-406-542-5205 so that our address record can be corrected.  Thank you.


**From:** Joe Womack [mailto:jwomack@jvwlaw.com]
**Sent:** Monday, January 12, 2015 2:49 PM
**To:** 'Harold V. Dye'
**Cc:** Lynsey Lund
**Subject:** RE: John Schneider documents

Her email address is llund@jvwlaw.com.

The Dropbox is fine. We are in the process of preparing a motion to compel but if you and Ross get the documents to me I will just withdraw it.

Joseph V. Womack
Waller & Womack, P.C.
303 N. Broadway, Suite 805
Billings, MT 59101
Phone: (406) 252-7200
Fax: (406) 252-4266
jwomack@jvwlaw.com

CONFIDENTIALITY NOTICE
This email message may be protected by the attorney/client privilege, work product doctrine or other confidentiality protection.  If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, and then delete it.
Thank you.

---

**From:** Harold V. Dye [mailto:hdye@dyemoelaw.com]
**Sent:** Monday, January 12, 2015 2:20 PM
**To:** jwomack@jvwlaw.com
**Subject:** John Schneider documents

Joe,

I am in the process of preparing to send you the pre-341 documents.   My recollection from the Madill case was that you preferred to  have the documents sent to your paralegal as well as yourself.   Is this correct and, if so, can I have her  email address?

There is a lot of stuff so I thought that  I would set up a Dropbox shared folder and give you access to it.  This will avoid multiple emails; breaking up large files  to fit email attachment limits etc. and the resulting product should me more useable by you.   Is is okay to use this process?

I was not planning on sending you documents regarding Schneider Limited Partnership as Ross is going to forward them.

Harold V. Dye
Dye & Moe, P.L.L.P.
120 Hickory Street; Suite B
Missoula, MT 59801-1820
406-542-5205 fax – 406-721-1616
hdye@dyemoelaw.com
**Board Certified in Consumer Bankruptcy by the American Board of Certification**

This electronic mail transmission is protected by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 et seq., and may not be opened or forwarded without the consent of the named recipient(s).  Also, this electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling Dye & Moe, P.L.L.P., at 1-406-542-5205 so that our address record can be corrected.  Thank you.



Exhibit C Page 3 of 3