| | |
|---|---|
| **From:** | Ross Richardson <rossrichardson@qwestoffice.net> |
| **Sent:** | Monday, January 12, 2015 3:30 PM |
| **To:** | 'Joe Womack' |
| **Subject:** | FW: Schneider Limited Partnership v Meridian |

---

**From:** Kathleen Burrows [mailto:kathleen.burrows@yahoo.com]
**Sent:** Monday, January 05, 2015 5:09 PM
**To:** Ross Richardson
**Subject:** Re: Schneider Limited Partnership v Meridian

Hi Ross,

The assets are:

Investment in the OMNI building with 19% ownership (190K)
Investment in the surgery center (180K)
A loan to a company named MedPort for (approximately 3M) with repayment to begin in July 2018
Cash about 70k

Kathleen

---

**From:** Ross Richardson <rossrichardson@qwestoffice.net>
**To:** 'Kathleen Burrows' <kathleen.burrows@yahoo.com>
**Sent:** Monday, January 5, 2015 3:52 PM
**Subject:** RE: Schneider Limited Partnership v Meridian

Thanks Kathleen. What assets does SLP own and what are their values? By the way I just talked to Joe Womack and he has the same concerns about the legal expenses.

**From:** Kathleen Burrows [mailto:kathleen.burrows@yahoo.com]
**Sent:** Monday, January 05, 2015 4:45 PM

**To:** Ross Richardson
**Subject:** Re: Schneider Limited Partnership v Meridian

Hi Ross,

You asked me for the liabilities for Schneider Limited Partnership on the Meridian project. They are:

Western Security Bank - Tenant Improvement Loan (TI) loan for the Surgery Center (ASC): 455K
Wells Fargo Bank - Loan for the OMNI building: 1.3 million

Also, John has 49.5 percent of the shares of SLP which is outlined in the tax return. Under separate cover, I am sending over a copy of the 2013 SLP Federal Tax returns to you. The tax return is password protected and the password is:

Pat Boyle is the accountant for SLP. If you would like to talk with him, I'm happy to send an e-mail to him with a copy to you.

Kathleen