| | |
|---|---|
| **From:** | Lynsey Lund <llund@jvwlaw.com> |
| **Sent:** | Friday, January 16, 2015 3:38 PM |
| **To:** | Harold V. Dye (hdye@dyemoelaw.com) |
| **Cc:** | 'Joe Womack' |
| **Subject:** | Schneider 14-61357 / Document Request |
| **Attachments:** | ltr to dye requesting utah insurance docs.pdf |

Dear Mr. Dye:

Please find attached Joe's letter of today's date. A copy will be sent to the debtor via US Mail.

Regards,

Lynsey Lund, CP
Certified Paralegal
Waller & Womack, PC
303 N. Broadway, Ste 805
Billings, MT 59101
406.252.7200
406.252.4266 – fax
llund@jvwlaw.com

1

# WALLER & WOMACK, P.C.
**Attorneys at Law**
**Suite 805 US Bank Building**

| | | |
|---|---|---|
| **Robert J. Waller** | 303 North Broadway | Telephone: (406) 252-7200 |
| **Joseph V. Womack** | Billings, Montana 59101 | Facsimile: (406) 252-4266 |
| *Also Licensed in Wyoming* | | jwomack@jvwlaw.com |
| | | llund@jvwlaw.com |

January 15, 2015

<u>Via Email (hdye@dyemoelaw.com)</u>
Harold V. Dye
Dye & Moe, PLLP
120 Hickory Street, Ste B
Missoula, MT 59801-1820

      Re:    John Schneider Bankruptcy; Case No. 14-61357-7
               341 Document Production

Dear Mr. Dye:

      In addition to the documents requested by my letter of yesterday's date, please also provide to my office any and all documents related to claims with Utah Medical Insurance Association ("UMIA"), specifically including but not limited to communication between UMIA, Steve Emery; the law firm of Williams, Porter, Day & Neveille; and the debtor's captive insurance carrier, Northern Rockies Insurance Company, and any combination thereof. Documents requested include but are not limited to correspondence; electronic correspondence; notes; emails; letters; handwritten notes; transcriptions of voicemails, telephone calls or meetings; notes relating to any telephone calls or conferences; any applicable diary, journal, or calendar entries; and any other form of communication or correspondence encompassed in this request.

      Sincerely,
      **WALLER & WOMACK, PC**

      **/s/ Joseph V. Womack**

      Joseph V. Womack
      Ch. 7 Bankruptcy Trustee

JVW/ll

    cc:    John Schneider