|   |   |
|---|---|
| **From:** | Ross Richardson <rossrichardson@qwestoffice.net> |
| **Sent:** | Monday, January 19, 2015 10:36 AM |
| **To:** | 'Joseph V. Womack (E-mail)'; 'Harold V. Dye' |
| **Subject:** | FW: John Schneider shared "Schneider.SLP liabilities" with you - Email 2 of 3 |

**From:** Kathleen Burrows [mailto:kathleen.burrows@yahoo.com]
**Sent:** Monday, January 19, 2015 7:53 AM
**To:** Ross Richardson
**Subject:** Fw: John Schneider shared "Schneider.SLP liabilities" with you - Email 2 of 3

This is email 2 of 3.

----- Forwarded Message -----
**From:** John via Dropbox <no-reply@dropbox.com>
**To:** kathleen.burrows@yahoo.com
**Sent:** Sunday, January 18, 2015 4:25 PM
**Subject:** John Schneider shared "Schneider.SLP liabilities" with you

From John:

"Kathleen, please see the attached Dropbox link. I have scanned the folder Mike Greear's office sent to you and placed the scans in the three attached links. I will return the binder to you next week. Thanks JHS"

Click here to view Schneider.SLP liabilities

(John shared these files using Dropbox. Enjoy!)

© 2015 Dropbox

1

