| | |
|---|---|
| **From:** | Harold V. Dye <hdye@dyemoelaw.com> |
| **Sent:** | Friday, February 06, 2015 2:31 PM |
| **To:** | Joseph Womack |
| **Cc:** | 'Lynsey Lund' |
| **Subject:** | Schneider 2012 and 2013  tax returns |
| **Attachments:** | 2012 tax returns Schneider.pdf; 2013 Tax returns Schneider.pdf |

This is attached.  We will be getting you the additional documents you requested.

Harold V. Dye
Dye & Moe, P.L.L.P.
120 Hickory Street; Suite B
Missoula, MT 59801-1820
406-542-5205 fax – 406-721-1616
hdye@dyemoelaw.com
**Board Certified in Consumer Bankruptcy by the American Board of Certification**

This electronic mail transmission is protected by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 et seq., and may not be opened or forwarded without the consent of the named recipient(s).  Also, this electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling Dye & Moe, P.L.L.P., at 1-406-542-5205 so that our address record can be corrected.  Thank you.