| | |
|---|---|
| **From:** | Harold V. Dye <hdye@dyemoelaw.com> |
| **Sent:** | Thursday, February 19, 2015 11:35 AM |
| **To:** | Joseph Womack; 'Lynsey Lund' |
| **Subject:** | E-mailing: Schneider.JHS.Taxes.zip |
| **Attachments:** | Schneider.JHS.Taxes.zip |

Here is a zip file with all tax returns that you requested other than the 2012 gift tax return which was apparently not prepared notwithstanding John's prior accountant assuring him that it had been prepared.

A number of the returns are from the accountant and are password protected.   There is a Word document included that has the password.


Harold V. Dye
Dye & Moe, P.L.L.P.
120 Hickory Street; Suite B
Missoula, MT 59801-1820
406-542-5205 fax – 406-721-1616
hdye@dyemoelaw.com
**Board Certified in Consumer Bankruptcy by the American Board of Certification**

This electronic mail transmission is protected by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 et seq., and may not be opened or forwarded without the consent of the named recipient(s).  Also, this electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling Dye & Moe, P.L.L.P., at 1-406-542-5205 so that our address record can be corrected.  Thank you.

