Harold V. Dye
Dye & Moe, P.L.L.P.
120 Hickory Street, Ste. B
Missoula, Montana 59801
406-542-5205
406-721-1616 fax
hdye@dyemoelaw.com
Attorney for Debtor
I.D. Number 408

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MONTANA

In Re

JOHN HENRY SCHNEIDER,

    Debtor.

Case No. 14-61357

**LIST OF WITNESSES**

Harold V. Dye, attorney for debtor submits the following witnesses for the hearings scheduled March 10, 2015 and any continuance or adjournment thereof:

Joseph Womack

Any witness listed by any other party

1

DATED: March 5, 2015.

            DYE & MOE, P.L.L.P.

            */s/ Harold V. Dye*
            Harold V. Dye

### CERTIFICATE OF SERVICE

I, the undersigned certify under penalty of perjury that on March 5, 2015, copies of the foregoing List of Witnesses were served electronically by ECF notice to all persons/ entities requesting special notice or otherwise entitled to same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/ entities who are not ECF registered users

            */s/ Harold V. Dye*
            Harold V. Dye