James A. Patten (1191)
**PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.**
2817 2nd Avenue North, Ste. 300
Billings, MT 59101
Telephone (406) 252-8500
Facsimile (406) 295-9500
E-mail japatten@ppbglaw.com

Attorneys for Creditor, Mary Wilkinson

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MONTANA

| IN RE:<br><br>JOHN HENRY SCHNEIDER,<br><br>Debtor | Case No. 14-61357-7<br><br>**LIST OF EXHIBITS** |
|---|---|

JAMES A. PATTEN, Attorney for Mary Wilkinson, hereby submits the following Exhibits for the hearing on the above-referenced matter now set for *March 10, 2015 at 9:00 o'clock a.m.*

| EXH. NO | DATE SUBMITTED | DATE ADMITTED | LEGAL GROUND FOR OBJECTION | DESCRIPTION |
|---|---|---|---|---|
| 1. | | | | Procedural Order No. 1 from the American Arbitration Association |
| 2. | | | | E-mail from Kelly Turner, Esq. with the American Arbitration Assoc. regarding follow up in lieu of an official order |

1

| 3. | | | | Trial Management Order |
|---|---|---|---|---|

## GROUNDS FOR OBJECTION

1. No Objection: Admissibility Stipulated
2. Irrelevant
3. Hearsay
4. Best Evidence
5. Inadmissible Opinion
6. Insufficient Foundation (Relevancy, personal Knowledge, Authenticity)
7. Unduly Time Consuming, Prejudicial, Confusing or Misleading
8. Other (Specify)

DATED this 6th day of March, 2015.

        James A. Patten
        **PATTEN, PETERMAN, BEKKEDAHL & GREEN**
        2817 Second Ave. North, Suite 300
        Billings, Montana 59101

        By: /s/ JA Patten
            James A. Patten
            Attorney for Creditor