## John Van Atta

| | |
|---|---|
| **From:** | AAA Kelly Turner, Esq. [KellyTurner@adr.org] |
| **Sent:** | Thursday, February 26, 2015 12:24 PM |
| **To:** | John Van Atta; Clayton, Steele; Ryan Browne; Kenneth S. Frazier; Burt Hurwitz; Laurence Stinson; Robin Martin; jim@ragainlawfirm.com; Chenery, Taylor |
| **Cc:** | Lynette Goodman; daranheim@gmail.com |
| **Subject:** | Emery, et. al. v. Meridian, et. al., No. 65-20-1400-0026 -- Follow-up on 2/25 Call |

Counsel,

Mr. Ranheim has asked that I send this follow up on our telephone status conference yesterday afternoon in lieu of an official order:

1. The Schedule set forth in Paragraph 4 of Procedural Order No. 1 is no longer in effect.

2. Counsel and the parties, working with the bankruptcy trustee, shall make every effort to see that by March 31, 2015: (a) the automatic stay is lifted so that this arbitration may proceed as to all claimants, including John Schneider, M.D.; (b) counsel is in place to represent all of the Schneider Claimants.

3. If the items in paragraph 2 above are resolved before March 31, 2015, counsel shall promptly advise me (Kelly) so that we can schedule a telephone status conference to set the schedule for this arbitration and address any other issues that may arise. If the items in paragraph 2 are not resolved by March 31, 2015, counsel shall promptly advise me so that we can schedule a telephone conference for an update on progress and discuss next steps.

4. In the meantime, on the assumption that the items in paragraph 2 will be resolved by March 31, 2015, counsel shall confer about an appropriate schedule to replace Paragraph 4 of Procedural Order No. 1. Counsel then will be prepared to submit a proposed new schedule soon after the Paragraph 2 items are resolved and before the telephone status conference contemplated by paragraph 3 above.

5. Current counsel for the Schneider Claimants should submit a proposed order on their Notice of Withdrawal of Counsel for Mr. Ranheim's consideration, although Mr. Ranheim may hold off on entering the order until new counsel for all Schneider Claimants have been retained and have submitted appearances in this arbitration.

If you have any questions, please do not hesitate to let me know.

Thanks,
Kelly



**Kelly Turner, Esq.**
**Vice President**
American Arbitration Association
150 North Michigan Ave Suite 3050
Chicago, IL 60601-7553
**T**:312 361 1116
**F**:312 361 1129
**E**:KellyTurner@adr.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

1


EXHIBIT 2