## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

In re

**JOHN HENRY SCHNEIDER**,

Case No.  **14-61357-7**

Debtor.

# O R D E R

At Butte in said District this 6th day of March, 2015.

In this Chapter 7 case Mary Wilkinson filed on March 6, 2015, a Request for the Court to take judicial notice of a procedural order from the American Arbitration Association, and a email.  Under Rule 201, Fed. R. Evid., courts may judicially notice "a fact that is not subject to reasonable dispute ...."  After review, the Court does not consider the two items in Mary Wilkinson's Request to take judicial notice to be adjudicative facts appropriate for judicial notice.

**IT IS ORDERED** Mary Wilkinson's Request for the Court to take judicial notice, filed on March 6, 2015, is denied without prejudice.

BY THE COURT

HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana