UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**JOHN HENRY SCHNEIDER**, Case No. **14-61357-7**

Debtor.

# O R D E R

At Butte in said District this 11th day of March, 2015.

In this Chapter 7 bankruptcy, after due notice, a hearing was held March 10, 2015, in Billings on the Trustee's Motion for Turnover filed January 16, 2015, at docket no. 30. The Chapter 7 Trustee, Joseph V. Womack of Billings, Montana, appeared at the hearing in support of his Motion. The Debtor was represented at the hearing by Harold V. Dye of Missoula, Montana.

In his Motion, the Trustee requests the turnover of various documents. The parties appear to agree that Debtor has already turned over some documents and in an Amended Response, Debtor represented that he had no objection to the Court granting the Motion as to the items listed as not being produced in the Trustee's Exhibit A filed at docket no. 65. Accordingly,

IT IS ORDERED that the Trustee's Motion for Turnover of granted; and within seven (7) days of the date of this Order, Debtor shall provide to the Trustee those documents identified as not having been produced in docket no. 65-1.

BY THE COURT

_Ralph B. Kirscher_
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana