Joseph V. Womack
**Waller & Womack, P.C.**
Suite 805 US Bank Building
303 North Broadway
Billings, MT 59101
Telephone: (406) 252-7200
Fax: (406) 252-4266
Email: jwomack@jvwlaw.com
Attorney No. 2641

Attorney for Trustee

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MONTANA

| In Re:<br><br>**SCHNEIDER, JOHN HENRY**<br><br>Debtor(s) | Case No. 14-61357-7<br><br>**NOTICE OF HEARING**<br>**Date: April 28, 2015**<br>**Time: 9:00 AM**<br>**Location: 2601 2nd Avenue North, Billings, MT 59102** |
|---|---|

### OBJECTION TO PROOF OF CLAIM NO. 5

TO: MARGERY H. GAAB
PO BOX 534
PARK CITY, MT 59063

Pursuant to F.R.B.P. 3007 and Mont. LBR 3007-2, the undersigned respectfully objects to the Proof of Claim No. 5 filed in the above-entitled case by Margery Gaab ("Creditor"). The grounds for this objection are as follows:

Creditor has filed a proof of claim for $7,078.13, and the face of the claim cites the basis as "1 debenture $7,078.13". Supporting documentation shows the amount of the claim, but there is nothing on the documents showing that Debtor owes these funds. Without corroborating

evidence, Trustee has determined the claim is invalid and should not be paid through the bankruptcy estate.

**WHEREFORE,** the Proof of Claim No. 5 should be disallowed.

**DATED** this 13th day of March, 2015.

                **WALLER & WOMACK, P.C.**

                By: /s/ Joseph V. Womack
                    Joseph V. Womack
                    Attorney for Trustee

### CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that on March 13, 2015, or as soon as possible thereafter, a copy of the foregoing Motion for Turnover was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same. In addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/entities who are not ECF registered users pursuant to the Court's Order limiting service by mail dated January 15, 2015 (Docket No. 24):

**Debtor:**
John Schneider
3611 Tommy Armour Circle
Billings, MT 59106

**Creditor:**
Margery Gaab
PO Box 534
Park City, MT 59063

                By: /s/ Lynsey Lund
                    Lynsey Lund
                    Legal Asst. to Trustee