

# PERSONAL FINANCIAL STATEMENT
# BUSINESS BANKING

## APPLICANT or GUARANTOR

*To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

Full Legal Name
Last Name: Schweiney
Middle Name: Henry
First Name: John
Social Security Number: 562330790
Date of Birth: 10-21-61
Contact Phone: 406 651-8187

Residential Street Address: 1982 Lane 15
Apt Number:
City: Powell
State: WY
Zip Code: 82435
# of Dependents: 3

Time at Residence: 5 years
☑ Own ☐ Rent
Monthly Pmt: 2
Employer: Self
Position: Owner
Time at Employer: >10 years

## CO-APPLICANT or GUARANTOR — None

Full Legal Name
Last Name:
Middle Name:
First Name:
Social Security Number:
Date of Birth:
Contact Phone:

Residential Street Address:
Apt Number:
City:
State:
Zip Code:
# of Dependents:

Time at Residence:
☐ Own ☐ Rent
Monthly Pmt:
Employer:
Position:
Time at Employer:

## FINANCIAL STATEMENT (leave blank, data you enter into the schedules on pages 3, 4 and 5 will flow into this table)

| Assets of Borrower | Amount | Liabilities of Borrower | Amount |
|---|---|---|---|
| Cash in Bank Accounts** (schedule 1) | $~100k | Total Revolving Credit (schedule A) | $ 0 |
| Publicly Traded Investments** (schedule 2) | $4.5mm | Total Installment Loans (schedule B) | $ 0 |
| Other Assets** (schedule 3) | $ | Other Liabilities (schedule C) | $ 0 |
| Residence Market Value (RE Schedule) | $3mm | Mortgage on Residence (RE schedule) | $ 0 |
| Other Real Estate Market Value*** | $1mm | Mortgage(s) on Other Real Estate*** | $ 0 |
| Total Assets | $8.6mm | Total Liabilities | $ 0 |
|  |  | Net Worth | $8.6mm |

**Please provide statements.
***Other Real Estate Totals include figures from the Real Estate Schedule (page 4) and the Real Estate Attachment (page 5) of this form.

## BANK USE ONLY (Banker to personally view photo ID and enter specifics below):

### Applicant or Guarantor

| Name on Identification | Primary ID Type* | Identification Number | From State/Ctry | Issue Date | Exp Date |
|---|---|---|---|---|---|
| | | | | | |

| Name on Identification | Secondary ID Type* | Identification Number | From State/Ctry | Issue Date | Exp Date |
|---|---|---|---|---|---|
| | | | | | |

### Co-Applicant or Guarantor

| Name on Identification | Primary ID Type* | Identification Number | From State/Ctry | Issue Date | Exp Date |
|---|---|---|---|---|---|
| | | | | | |

| Name on Identification | Secondary ID Type* | Identification Number | From State/Ctry | Issue Date | Exp Date |
|---|---|---|---|---|---|
| | | | | | |

DTP03835

EXHIBIT 3

BBG3787 (11-11)

Page 1

Wells Fargo Bank N.A. - 00006

## GENERAL INFORMATION

| | Applicant | Co-Applicant |
|---|---|---|
| 1. Have you ever filed bankruptcy or have you been a principal or guarantor of a business entity that filed bankruptcy, or was the debtor in an involuntary bankruptcy case? *(If "YES", explain in number 11)* | ☐ Yes ☒ No | ☐ Yes ☐ No |
| 2. Have you ever been convicted of a felony? *(If "YES", explain in number 11)* | ☐ Yes ☒ No | ☐ Yes ☐ No |
| 3. Are you a party to any claims or lawsuits? *(If "YES", explain in number 11)* MCD MnE | ☒ Yes ☐ No | ☐ Yes ☐ No |
| 4. Are you obligated to pay alimony, child support or separate maintenance? *(note $ amount in number 11)*. | ☐ Yes ☒ No | ☐ Yes ☐ No |
| 5. Are you a co-signer or guarantor of any other debt? *(provide details in schedule C or D)* | ☐ Yes ☒ No | ☐ Yes ☐ No |
| 6. Are you currently on the Board of Directors or an executive officer of Wells Fargo Bank, N.A., or any other Bank, Thrift or S & L? If "YES" note institution name: _____ | ☐ Yes ☒ No | ☐ Yes ☐ No |
| 7. Are any assets held in Trust? *(If "YES", AK, AL, AR, AZ, CA, DC, DE, FL, IA, ID, IN, KS, MI, MN, MO, MS, NC, ND, NE, NM, NV, OH, OR, PA, SC, SD, TN, TX, UT, VA, WA (effective 1/1/12), and WY customer provide a copy of title page and signature page only. All other states provide a copy of complete Trust Agreement.)* | ☐ Yes ☒ No | ☐ Yes ☐ No |
| 8. Do you own 25% or more of another company? *(attach tax returns; provide details in schedule 3)* NONE | ☐ Yes ☒ No | ☐ Yes ☐ No |
| 9. Are you a citizen of the United States? *(If "NO", complete question 9 a.)* | ☒ Yes ☐ No | ☐ Yes ☐ No |
| 9 a. Are you a permanent resident alien? Please provide country of citizenship: _____ | ☐ Yes ☒ No | ☐ Yes ☐ No |
| 10. Marital status? *[Answer only if this financial statement is provided in connection one or more of the following: A request for secured credit; applicant is seeking a joint account with spouse; or applicant or co-applicant is a resident of a community property state (Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Texas, Washington or Wisconsin) or is relying on property located in one of those states as a basis for repayment on the credit requested.]* | ☒ Married<br>☐ Separated<br>☐ Unmarried | ☐ Married<br>☐ Separated<br>☐ Unmarried<br>(Unmarried: single, divorced, widowed) |
| 11. If "YES" to question(s) 1-8, please describe: | | |

## SIGNATURES

The signer(s) certifies he/she has verified that all the information in the above and attached statements, supporting schedules, and federal tax returns is accurate and provides a complete and correct statement of the financial condition of the undersigned on the date indicated. The signer(s) further agrees to notify Bank promptly of any material change in any such information. The signer(s) authorize Wells Fargo Bank, National Association and its affiliates ("Bank") to obtain consumer and/or business reports including inquiries to the Internal Revenue Service or the Franchise Tax Board, in their names as individuals anytime. The Bank is also authorized to provide credit information about the Bank's credit experience with the signer(s) to other creditors and credit reporting agencies.

**Submitting private/personal information electronically:** Bank does not recommend transmitting private or personal information by email, fax or other electronic means. There is a risk that information sent by electronic means may be viewed or received by unauthorized persons. Applicant/co-applicant/guarantor assumes all risks of unauthorized disclosure of any information transmitted by electronic means. Bank may in its sole discretion accept or reject any information submitted electronically and/or require you to provide acceptable authentication of such information. Any signed document submitted by email, fax or other electronic means may be accepted as a signed original document in Bank's discretion and shall be admissible as evidence of the document and the signer's execution.

| x _[signature]_ AAD | 5.11.2012 | x | |
|---|---|---|---|
| Applicant's or Guarantor's Signature | Date | Co-Applicant's or Guarantor's Signature | Date |

**Residents of AL, CA, CT, DC, DE, FL, GA, MD, MS, NC, NJ, NY, PA, SC, TN, VA:** Applicants, co-applicants and guarantors must submit IRS Form 4506-T Request for Transcript of Tax Return with the application, or the application may be rejected.

**Ohio Residents:** The Ohio law against discrimination requires that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio civil rights commission administers compliance with this law.

**Married Wisconsin Residents:** No provision of any marital property agreement, unilateral statement under §766.59, Wis. Stats., or court decree under §766.70, Wis. Stats., adversely affects the interest of the creditor unless the creditor, prior to the time the credit is granted or an open-end credit plan is entered into, is furnished a copy of the agreement, statement or court decree or has actual knowledge of the adverse provision.

BBG3787 (11-11)            Confidential if filled out            Page 2

**Date of Valuation (mm/( /yy):** _____

## SOURCES OF INCOME

| Annual | Applicant | Co-Applicant | Annual | Applicant | Co-Applicant |
|---|---|---|---|---|---|
| Salary: > 1 mm | > 1 mm | | Dividends/Interest: | — | |
| Commissions: | — | | Rental Income: | — | |
| Cash Distributions: from individual\business | — | | Alimony/Child Support*: (voluntary: disclosure not req'd) | — | |
| Other Sources: (ex. Contract Income) | — | | Other Sources: | | |
| | | | **TOTAL ANNUAL INCOME:** | $ > 1 mm | $ - |

*Alimony, child support, or separate maintenance income need not be revealed if it will not be considered as a potential source of repayment.

## FINANCIAL STATEMENT SCHEDULES

### Schedule 1: Cash in Bank Accounts

| Account Description/Account Owner | Name of Bank | Current Balance |
|---|---|---|
| Wells Fargo | | |
| | | |
| | | |
| | | |
| | **Total:** | $ - |

### Schedule 2: Publicly Traded Investments: stocks, bonds, mutual funds, 401k, IRAs

| Account(s) Description | Name(s) Registered In | Shares/Amt | Retirement | Current Value |
|---|---|---|---|---|
| Wells Fargo Account | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |
| Ameriprise Financial | Cowisher Limited | | ☐ Yes ☐ No | 1.4 mm |
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |
| | | | **Total:** | $ - |

### Schedule 3: Other Assets - vehicles, boats, partnerships, proprietorships, cash-value life insurance

| Property Description | Name(s) Registered In | Current Value |
|---|---|---|
| Ranch Wyom | Cowisher Limited | > 3 m |
| Horse Billing? | " | 250 k |
| Investment Home Billing | " | 750 k |
| | **Total:** | $ 4.1 mm |

### Schedule A: Total Revolving Credit - credit cards, credit lines

| To Whom Payable | Description | Commitment Amt | Monthly Pmt | Current Balance |
|---|---|---|---|---|
| | — | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **Total:** | $ - |

### Schedule B: Total Installment Loans - cars, boats, furniture

| To Whom Payable | Description | Monthly Pmt | Total Balance |
|---|---|---|---|
| | — | | |
| | | | |
| | | | |
| | | | |
| | | **Total:** | $ - |

### Schedule C: Other Liabilities - contract debts, maintenance payments, lawsuits, tax penalties

| To Whom Payable | Description | Monthly Pmt. | Current Balance |
|---|---|---|---|
| | — | | |
| | | | |
| | | | |
| | | **Total:** | $ - |

### Schedule D: Contingent Liabilities - partnerships, guarantees

| To Whom Payable | Description | Monthly Pmt | Current Balance |
|---|---|---|---|
| | — | | |
| | | | |
| | | | |
| | | **Total:** | $ - |

BBG3787 (11-11)   Confidential if filled out   Page 3

Wells Fargo Bank N.A. - 00008

## REAL ESTATE SCHEDULE

Property Type: SF = Single Family, MF = Multiple Family, C = Commercial, I = Industrial, L = Land/Acreage

| Property Type: | Residence ☐ SF ☐ MF | ☐ Vacation ☐ Rental<br>☐ SF ☐ MF ☐ C ☐ L | ☐ Vacation ☐ Rental<br>☐ SF ☐ MF ☐ C ☐ L |
|---|---|---|---|
| Ownership % (Must complete to enable) | | | |
| Co-Owned with Spouse | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Property Address | | | |
| City, State, Zip | | | |
| Date Purchased | | | |
| Purchase Price | | | |
| Estimated Market Value | | | |
| 1st Mortgage Balance | | | |
| Lender | | | |
| Interest Rate | | | |
| Maturity Date | | | |
| Payment 1st Mortgage | | | |
| All Other Mortgages/Liens (include loans and equity lines) | | | |
| Lender(s) | | | |
| Payments- other Mortgages | | | |
| Annual Property Tax/Insurance | | | |
| Gross Monthly Rent | | | |

**OTHER REAL ESTATE TOTALS** *(factors in Ownership %)*\*

| Real Estate Schedule - Other Real Estate Totals\*\* | |
|---|---|
| Total Market Value | $  - |
| Total Mortgage(s) Balance | $  - |

\* Important: If completing this form by hand, be sure to factor in 'Ownership %' and transfer applicable totals based on this % into the corresponding line item of the Financial Statement section on page 1 of this document to ensure an accurate financial picture.
\*\* Total does not include 'Residence' in the above schedule. Residence total transfers directly to the Financial Statement section on page 1.

Wells Fargo Bank N.A. - 00009

## REAL ESTATE HOLDINGS ATTACHMENT*

*Use this page only *if you have* additional properties not listed in the Real Estate Schedule on page 4.
**Complete "Ownership %" for worksheet formulas to function properly.

| Property Type: SF = Single Family, MF = Multiple Family, C = Commercial/Industrial, L = Land/Acreage | | | |
|---|---|---|---|
| Property Type: | ☐ Vacation ☐ Rental<br>☐ SF ☐ MF ☐ C ☐ L | ☐ Vacation ☐ Rental<br>☐ SF ☐ MF ☐ C ☐ L | ☐ Vacation ☐ Rental<br>☐ SF ☐ MF ☐ C ☐ L |
| Ownership %** | | | |
| Co-Owned with Spouse | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Property Address | | | |
| City, State, Zip | | | |
| Date Purchased | | | |
| Purchase Price | | | |
| Estimated Market Value | | | |
| 1st Mortgage Balance | | | |
| Lender | | | |
| Interest Rate | | | |
| Maturity Date | | | |
| Payment 1st Mortgage | | | |
| All Other Mortgages/Liens *(include loans and equity lines)* | | | |
| Lender(s) | | | |
| Payments- other Mortgages | | | |
| Annual Property Tax/Insurance | | | |
| Gross Monthly Rent | | | |

| Property Type: SF = Single Family, MF = Multiple Family, C = Commercial/Industrial, L = Land/Acreage | | | |
|---|---|---|---|
| Property Type: | ☐ Vacation ☐ Rental<br>☐ SF ☐ MF ☐ C ☐ L | ☐ Vacation ☐ Rental<br>☐ SF ☐ MF ☐ C ☐ L | ☐ Vacation ☐ Rental<br>☐ SF ☐ MF ☐ C ☐ L |
| Ownership %** | | | |
| Co-Owned with Spouse | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Property Address | | | |
| City, State, Zip | | | |
| Date Purchased | | | |
| Purchase Price | | | |
| Estimated Market Value | | | |
| 1st Mortgage Balance | | | |
| Lender | | | |
| Interest Rate | | | |
| Maturity Date | | | |
| Payment 1st Mortgage | | | |
| All Other Mortgages/Liens *(include loans and equity lines)* | | | |
| Lender(s) | | | |
| Payments- other Mortgages | | | |
| Annual Property Tax/Insurance | | | |
| Gross Monthly Rent | | | |

**OTHER REAL ESTATE TOTALS** *(factors in Ownership %)*

| Real Estate Holdings Attachment - Totals*** | |
|---|---|
| Total Market Value | $ - |
| Total Mortgage(s) Balance | $ - |

***If completing form by hand be sure to factor in 'Ownership %' and transfer applicable totals based on this % into the corresponding line item of the Financial Statement section on page 1.



# Personal Financial Statement (PFS)
# Business Banking

## Customer Instructions

1. Open the file and "Save As" a document on your computer.

2. Scroll down to the Personal Financial Statement and complete all applicable fields except the row that begins with 'Bank Use Only', your Wells Fargo Banker will complete this section.

   Use the "tab" key to move to the next available field. The "shift + tab" key combination will move backwards to the previous cell. Tab key will move you from left to right, top to bottom in that order.

3. The Financial Statement on Page 1 is locked for entry. Totals from the Schedules on Pages 3, 4, and 5 will automatically fill specific fields in the Financial Statement on Page 1.

   **Important:** If completing form by printing and writing in data by hand, be sure to list totals from schedules into their applicable line item in the Financial Statement section on page 1.

4. All applicants, co-applicants and guarantors must complete and sign a Personal Financial Statement. Related parties such as spouses may combine their information into a single joint Personal Financial Statement. Otherwise, applicants/co-applicants/guarantors should complete and sign separate Personal Financial Statement forms.

5. "Save" and "Print" the completed form. Proof for accuracy, then sign on Page 2.

6. Deliver the signed Personal Financial Statement to your Wells Fargo Banker by mail or in person. Bank does not recommend transmitting personal information by email, fax or other electronic means.

For questions on completing the Personal Financial Statement, please contact:

| | |
|---|---|
| **Banker Name:** | Wells Fargo |
| **Location:** | Cony WY |
| **Phone Number:** | |
| **Mailing Address:** | |

## Banker Instructions

**All Bankers:** Personally view the primary ID (driver's license or passport) and secondary ID (credit card or other) and log the ID type, ID number, From State/Ctry, Issue and Expiration dates. Do not take photocopies of any photo ID.

**Prior to emailing** the Personal Financial Statement to your customer:
1. Fill in your name, location, and phone number in the space provided above.
2. Do not complete any personal financial information for the customer, as email is not a secure method to transfer personal information.
3. Do not fax any previously submitted forms containing customer information.
4. You can print out blank forms for the customers to fill out on paper.

NOTE: AL, CA, CT, DC, DE, FL, GA, MD, MS, NC, NJ, NY, PA, SC, TN, VA Bankers: Applicants, co-applicants, and guarantors must submit IRS Form 4506-T (Request for Transcript of Tax Return) with all new applications or the applications may be rejected.

BBG3787 (11-11)          Instruction Sheet

Wells Fargo Bank N.A. - 00011