Trent M. Gardner (I.D. # 7477)
Jeffrey J. Tierney (I.D. # 12989)
**GOETZ, BALDWIN & GEDDES, P.C.**
35 North Grand
P.O. Box 6580
Bozeman, MT  59771-6580
Phone: (406) 587-0618
Fax:   (406) 587-5144
Email: tgardner@goetzlawfirm.com
       jtierney@goetzlawfirm.com

Joseph V. Womack (I.D. # 2641)
**WALLER & WOMACK, P.C.**
303 North Broadway, Suite 805
Billings, Montana 59101
Telephone:  (406) 252-7200
Facsimile: (406) 252-4266
Email: jwomack@jvwlaw.com

Attorneys for Joseph V. Womack, Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**JOHN HENRY SCHNEIDER**,

Debtor.

Case No. 14-61357

MOTION TO REDACT EXHIBT

Trustee Joseph V. Womack, as Chapter 7 Trustee for the Bankruptcy Estate of John Henry Schneider, through counsel, moves the Court to redact certain information contained on an exhibit filed by the Trustee with this Court.  A proposed substitute page for the exhibit is submitted herewith.  In support of this motion, Trustee states as follows:

1. On April 1, 2015, Trustee filed Trustee's Opposition to Debtor's Motion for Reconsideration (Doc. 134). Attached to that opposition was Exhibit 3, a personal financial statement (Doc. 134-3). Contained on the first page of Doc. 134-3 is the Debtor's social security number and date of birth.

2. Trustee's counsel mistakenly failed to redact that information before filing.

3. Attached hereto is a proposed substitute page 1 for Doc. 134-3. Trustee respectfully moves this Court for an order removing the as-filed page 1 of Doc. 134-3 and substituting it with the redacted page submitted herewith as Exhibit 1.

DATED this 1st day of April, 2015.

                    GOETZ, BALDWIN & GEDDES, P.C.

                    By: */s/Trent M. Gardner*
                    Trent M. Gardner/Jeffrey J. Tierney
                    Attorneys for Trustee Joseph V. Womack

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies under penalty of perjury that on April 1, 2015, a copy of the foregoing pleading was served (i) by electronic means pursuant to LBR 9013-1(d)(2) on the parties noted in the Court's ECF transmission facilities and/or (ii) by mail on the following parties: None.

                          */s/Trent M. Gardner*
                          Trent M. Gardner
                          Attorneys for Trustee Joseph V. Womack