Trent M. Gardner (I.D. # 7477)
Jeffrey J. Tierney (I.D. # 12989)
**GOETZ, BALDWIN & GEDDES, P.C.**
35 North Grand
P.O. Box 6580
Bozeman, MT  59771-6580
Phone: (406) 587-0618
Fax:   (406) 587-5144
Email: tgardner@goetzlawfirm.com
       jtierney@goetzlawfirm.com

Joseph V. Womack (I.D. # 2690)
**WALLER & WOMACK, P.C.**
Suite 805 First Bank Building
303 North Broadway
Billings, Montana 59101
Telephone:  (406) 252-7200
Facsimile: (406) 252-4266
Email: jwomack@jvwlaw.com

Attorneys for Joseph V. Womack, Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| In re | Case No. 14-61357 |
|---|---|
| **JOHN HENRY SCHNEIDER**, | MOTION FOR RULE 2004 EXAMINATION OF MOYERS LAW P.C. |
| Debtor. | |

Pursuant to Rule 2004, F.R.B.P., Trustee Joseph V. Womack, as Chapter 7 Trustee for the Bankruptcy Estate of John Henry Schneider, respectfully requests the Court to order an examination as follows:

    1.    **Witness to be examined:**  Jon Moyers
                                                 Moyers Law P.C.
                                                 490 N. 31st St., Suite 101
                                                 Billings, MT 59101

    2.    **Date:**      May 22, 2015

3. **Time:** 2:00 p.m.

4. **Place:** Waller & Womack, P.C.
Suite 805 First Bank Building
303 North Broadway
Billings, Montana 59101

5. **Scope of examination:** To review files pertaining to Moyers Law's representation of the plaintiff in litigation against Debtor.

6. **Documents to be produced:** A copy of all depositions of Debtor, and all exhibits referenced in such depositions, in *Estate of Russell Monaco, et. al. v Harley G. Morrell, PA-C, John Schneider, Jr., M.D., et. al.*, Cause No. 13-CV-151S, United States District Court for the District of Wyoming.

7. **Time, date and place of production (if different from examination):** n/a.

8. **Movant's calculation of mileage pursuant to F.R.B.P. 2004(e):** 0.52 miles round trip from 490 N. 31st Street, Billings, MT to 303 North Broadway, Billings, MT at $0.575 per mile for a total of $0.30.

9. The undersigned has contacted Jon Moyers and he informs the undersigned that he requires a court order to produce the requested documents. Thus, Trustee files this motion and seeks a subpoena *duces tecum* pursuant to F.R.B.P. 9016.

DATED this 11th day of May, 2015.

                                        GOETZ, BALDWIN & GEDDES, P.C.

                                        By: */s/Trent M. Gardner*
                                        Trent M. Gardner/Jeffrey J. Tierney
                                        Attorneys for Trustee Joseph V. Womack

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies under penalty of perjury that on May 11, 2015, a copy of the foregoing pleading was served (i) by electronic means pursuant to LBR 9013-1(d)(2) on the parties noted in the Court's ECF transmission facilities and/or (ii) by mail on the following parties: None.

                */s/Trent M. Gardner*
                Trent M. Gardner
                Attorneys for Trustee Joseph V. Womack