Laurence Stinson
Stinson Law Group, P.C.
1421 Rumsey Avenue
Cody, Wyoming 82414
(307) 587-0300
Fax: (307) 527-6092
laurence@stinsonlawyers.com
Attorney number 4521

Attorney for Emery, Winzenried
& Big Horn Basin Bone and Joint, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| In Re: | |
|---|---|
| **SCHNEIDER, JOHN HENRY** | Case No. 14-61357-7 |
| Debtor(s) | |

### STIPULATION FOR RELIEF FROM STAY

COME NOW Dr. Steve Emery, Dr. Jay Winzenried, and Big Horn Basin Bone and Joint, LLC (with Dr. Frank Schmidt as its member)(hereinafter "Wyoming Doctors"), by and through counsel, Laurence Stinson of Stinson Law Group, P.C., and Trustee, Joseph V. Womack, and stipulate and agree as follows:

1.  The parties hereby stipulate that the Wyoming Doctors shall be granted relief from the automatic stay in this matter.

1

2. The parties further stipulate that the dates set forth in the Proposed Procedural Order No. 2 in Arbitration Case No. 65-20-1400-0026, attached hereto as *Exhibit "A"*, are acceptable.

3. The parties hereby jointly request that the hearing currently set for May 12, 2015 at 9:00 a.m. in the Bighorn Courtroom, 5th Floor Room 5503, James F. Battin United States Courthouse, 2601 2nd Avenue North, Billings, Montana be vacated.

DATED this 11th day of May, 2015.

| STINSON LAW GROUP, P.C. | WALLER & WOMACK, P.C. |
|---|---|
| By: /s/ Laurence W. Stinson<br>Laurence W. Stinson<br>Attorney for Emery, Winzenried, and<br>Big Horn Basin Bone & Joint, LLC | By: /s/ Joseph V. Womack<br>Joseph V. Womack<br>Ch. 7 Bankruptcy Trustee |

## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify under penalty of perjury that on the 11th day of May, 2015 a copy of the foregoing was serviced by electronic means pursuant to LBR 9013-1(c) on the parties noted on the Court's ECF transmission facilities and to the following via U.S. mail, postage prepaid:

John Henry Schneider
3611 Tommy Armour Circle
Billings, MT 59106

                                        By: /s/ Robin Martin
                                                Robin Martin
                                                Paralegal to Laurence Stinson