## AMERICAN ARBITRATION ASSOCIATION

| | |
|---|---|
| STEPHEN F. EMERY M.D., P.C., JAY WINZENRIED, M.D., BIG HORN BASIN BONE AND JOINT, LLC, JOHN SCHNEIDER, M.D., SCHNEIDER LIMITED PARTNERSHIP, SCHNEIDER MANAGEMENT, LLC, MICHELLE SCHNEIDER, ANDREW BAKER, and DANIEL MATTSON,<br><br>Claimants,<br><br>vs.<br><br>MERIDIAN SURGICAL PARTNERS, LLC and MERIDIAN SURGICAL PARTNERS – MONTANA, LLC,<br><br>Respondents. | Case No. 65-20-1400-0026<br><br>[PROPOSED] PROCEDURAL ORDER NO. 2 |

Procedural Order No. 1 in this matter was entered on September 18, 2014. That order contained a schedule that provided for intervening deadlines leading up to a final hearing date of April 20-28, 2015. On December 4, 2014, Claimant John Schneider filed a voluntary petition for Chapter 7 bankruptcy in the United States Bankruptcy Court, District of Montana, raising issues with respect to this proceeding and the application of the automatic stay pursuant to 11 U.S.C. § 362.

On March 31, 2015, Respondents filed with the bankruptcy court a Motion to Modify Stay, seeking relief from the automatic stay with respect to Respondents' claims asserted against Claimant Schneider in this arbitration. The trustee for Claimant Schneider's bankruptcy estate filed a Consent to Respondents' Motion to Modify Stay that was conditioned in part on no discovery occurring before May 15, 2015, and no hearing or trial in this matter before March 1,

1

2016. On April 20, 2015, the bankruptcy court issued an Order granting Respondents' Motion to Modify Stay subject to the conditions included in the trustee's Consent.

On April 15, 2015, Claimants Emery, Winzenried, and Big Horn Basin Bone and Joint, LLC (the "Wyoming Doctors") filed a Motion to Modify Stay. Both the bankruptcy trustee and Respondents objected to the Wyoming Doctors' Motion. Absent withdrawal of the Motion or the opposition to the Motion, a preliminary telephonic hearing is set for May 6, 2015, with a final hearing expected on June 23, 2015.

Having considered the foregoing, Procedural Order No. 1 is hereby incorporated into this Order in its entirety except that the dates included in Paragraph 4 of Procedural Order No. 1 are amended as follows:

May 15, 2015: Discovery resumes

June 29, 2015: Experts to be identified

July 31, 2015: Expert reports to be exchanged

August 31, 2015: Rebuttal experts to be identified

October 2, 2015: Rebuttal expert reports to be exchanged

January 29, 2016: All discovery to be completed

February 22, 2016: Pre-hearing briefs to be provided to Arbitrator and opposing counsel

February 29, 2016: Joint exhibit notebook(s) to be provided to Arbitrator

February 29, 2016, at 10:00 a.m. Central time: Pre-hearing telephonic conference.

March 7-15, 2016: Hearing (5-7 days) (hoping to be complete in five days, however reserving March 14 and 15 should they be necessary).

Dated: May ___, 2015

3

_____
David A. Ranheim, Arbitrator