Joseph V. Womack
**Waller & Womack, P.C.**
Suite 805 US Bank Building
303 North Broadway
Billings, MT 59101
Telephone: (406) 252-7200
Fax: (406) 252-4266
Email: jwomack@jvwlaw.com
Attorney No. 2641

Attorney for Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| In Re: | |
|---|---|
| **SCHNEIDER, JOHN HENRY** | **Case No.: 14-61357-7** |
| Debtor(s) | |

### NOTICE OF CONTINUANCE OF §341(a) MEETING

Trustee hereby gives notice of the continuance of the § 341(a) Meeting of Creditors which was scheduled for the 8th day of June, 2015, at the hour of 10:00 AM. For good cause, Trustee is continuing the meeting and the § 341(a) Meeting of Creditors in this case shall now be held on the 15th day of June, 2015, at the hour of 1:00 PM, at the offices of Fisher Video Conferencing, 2711 1st Avenue North, Billings, Montana. Counsel for Debtor will appear by video. Any creditor which wishes to appear by video may contact Fisher Video Conferencing for arrangements at (406) 248-6237.

**DATED** this 2nd day of June, 2015.

                                          **WALLER & WOMACK, P.C.**

                                          By: /s/ Joseph V. Womack
                                               Joseph V. Womack
                                               Ch. 7 Bankruptcy Trustee

## CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that on June 2, 2015, or as soon as possible thereafter, a copy of the was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same. In addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/entities who are not ECF registered users pursuant to the Court's Order limiting service by mail dated January 15, 2015 (Docket No. 24):

**Debtor:**

John Schneider
3611 Tommy Armour Circle
Billings, MT 59106

**Interested Parties**:

| Limited Notice List | Gary Evans<br>9814 Shepherd Road<br>Shepherd, MT 59079 | Ross Waples<br>4246 Marian Circle<br>Billings, MT 59101 |
|---|---|---|
| Doug James<br>Moulton Bellingham<br>PO Box 2559<br>Billings, MT 59103 | James A. Patten<br>Patten, Peterman, Bekkedahl & Green<br>Ste 300, The Fratt Building<br>2817 2nd Avenue North<br>Billings, MT 59101 | Fred Paoli<br>Bogue, Paoli & Thomas, LLC<br>1401 17th Street, Ste 320<br>Denver, CO 80202-1241 |
| Paul Warren<br>490 N. 31st Street, Ste 101<br>Billings, MT 59101 | Jon Moyers<br>490 N. 31st Street, Ste 101<br>Billings, MT 59101 | Martin Smith<br>Felt Martin Frazier & Weldon, PC<br>208 N. Broadway, Ste 313<br>Billings, MT 59101 |

                By: /s/ Lynsey Lund
                     Lynsey Lund
                     Legal Asst. to Trustee