James A. Patten (ID No. 1191)
**PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C**
2817 2nd Avenue North, Ste. 300
Billings, Montana 59101
Telephone: (406) 252-8500
Facsimile: (406) 294-9500
Email: apatten@ppbglaw.com

Attorneys for Creditor, Michael Green

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 14-61357-7 |
| | ) | |
| | ) | **NOTICE OF HEARING** |
| JOHN HENRY SCHNEIDER, | ) | DATE: July 28, 2015 |
| | ) | TIME: 9:00 o'clock a.m. |
| Debtor. | ) | Location**:** Bighorn Courtroom |
| | ) | Fifth Floor, Room 5503 |
| | ) | 2601 Second Ave North |
| | ) | Billings, Montana |
| | ) | |

**OBJECTION TO MOTION FOR SANCTIONS FOR VIOLATION OF THE AUTOMATIC STAY**

Michael Green, ("Green") by and through his attorney James A. Patten, objects to Debtor's Motion for Sanctions for Violation of the Automatic Stay filed on May 22, 2015 [Doc. # 189] on the following grounds:

1. Green was advised by Wyoming counsel to file a Claim with the Wyoming Medical Claim Review Panel and was unaware that doing so would violate the automatic stay under 11 U.S.C. §362(a)(1).

2. Green will immediately withdraw his Claim before the Wyoming Medical Claim Review Panel.

1

SO MOVED this 5th day of June, 2015.

**PATTEN, PETERMAN, BEKKEDAHL & GREEN, PLLC**
2817 2nd Avenue North, Suite 300
Billings, MT 59101

By:    /s/ JA Patten
        James A. Patten,
        Attorney for Michael Green

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify, under penalty of perjury, that on the 5th day of June, 2015, a copy of the foregoing was electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/entities who are not ECF registered users: None.

By: /s/JA Patten
    For Patten, Peterman, Bekkedahl & Green