Harold V. Dye
Dye & Moe, P.L.L.P.
120 Hickory Street, Ste. B
Missoula, Montana 59801
406-542-5205
406-721-1616 fax
hdye@dyemoelaw.com
Attorney for Debtor
I.D. Number 408

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MONTANA

In Re

JOHN HENRY SCHNEIDER,

    Debtor.

Case No. 14-61357

**DECLARATION OF HAROLD V. DYE**

Harold V. Dye states the following under penalty of perjury.

1.    I am the attorney for the Debtor, John Henry Schneider, and I make this declaration to establish the amount of attorney's fees incurred by Debtor as a result of Michael Green's admitted violation of the automatic stay.

2.    Dr. Schneider incurred $960.00 in attorney's fees representing 3.2 billable hours at $300.00 per hour as a result of the stay violation.  A

1

detailed description of the services performed – taken directly from my time and billing records - is attached hereto.

Signed under penalty of perjury at Missoula, Montana on July 21, 2015.

DYE & MOE, P.L.L.P.


*/s/ Harold V. Dye*
Harold V. Dye

## CERTIFICATE OF SERVICE

I, the undersigned certify under penalty of perjury that on July 21, 2015, copies of the foregoing Declaration Of Harold V. Dye were served electronically by ECF notice to all persons/ entities requesting special notice or otherwise entitled to same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/ entities who are not ECF registered users

*/s/ Ann M. Adler*