# EXHIBIT A
## Time and Charges re Green Stay Violation

| Date | Timekeeper | Description | Time | Rate | Charge |
|---|---|---|---|---|---|
| 5/20/2015 | HVD | Correspondence from John regarding Green stay violation; correspondence to John regarding copy of complaint; correspondence from John regarding answer | 0.4 | 300.00 | $120.00 |
| 5/21/2015 | HVD | Correspondence to John regarding Wyo. MRP;; correspondence from John regarding same; correspondence to Morss of WY MRP regarding filing and stay | 0.6 | 300.00 | $180.00 |
| | | Correspondence from Morss regarding Green address and claim; correspondence from Addleman regarding WY MRP pleadings; correspondence to Morss and Addleman regarding filed motion; prepare proposed order regarding Green sanctions motion | 0.6 | 300.00 | $180.00 |
| 5/22/2015 | HVD | Prepare motion for sanctions - Michael Green | 1.3 | 300.00 | $390.00 |
| 5/27/2015 | HVD | Correspondence from Easton regarding Green stay violation; correspondence to Easton regarding same | 0.2 | 300.00 | $60.00 |
| 6/2/2015 | HVD | Correspondence from Patten - repose to Green sanctions motion | 0.1 | 300.00 | $30.00 |
| **Totals:** | | | **3.2** | | **$960.00** |