UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

JOHN HENRY SCHNEIDER,

Case No. 14-61357

Debtor.

ORDER

At Butte in said District this 10th day of August, 2015.

In consideration of the Trustee's Motion for Approval of Compromise Settlement Agreement, and upon review of the proposed Settlement Agreement and Release submitted therewith, the Court finds that the Trustee's proposed settlement with Kathleen T. Burrows represents a good faith resolution that is fair, equitable, and complies with Fed. R. Bankr. P. 9019(a), and should therefore be approved. Accordingly,

IT IS ORDERED that the Trustee's Motion for Approval of Compromise Settlement is granted; the Settlement Agreement and Release with Kathleen T. Burrows, filed July 23, 2015, is approved; and the parties thereto shall henceforth be bound by, and shall perform according to, its terms.

BY THE COURT

*Ralph B. Kirscher*

HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana