# Invoice

**Charles Fisher Court Reporting, Inc.**
Bozeman, MT 59715
(406) 587-9016
maindesk@fishercourtreporting.com
406-587-9016

| Date | Invoice # |
|---|---|
| 12/11/2015 | SG15-84 |

**Bill To**

Mr. Joseph V. Womack
Waller & Womack
Suite 805 US Bank Building
303 North Broadway
Billings, MT 59101

Arbitration
Cause No. 65-20-1400-0026
Emery, et al. vs. Meridian Surgical

| Terms | Due Date |
|---|---|
| Net 30 | 1/10/2016 |

| Item | Service Date | Description | Amount |
|---|---|---|---|
| Deposition-1 Copy | 12/11/2015 | John Schneider, MD | 797.85 |

Thank you for your business.    Federal Tax ID:    9321

| Payments/Credits | $0.00 |
|---|---|
| **Balance Due** | **$797.85** |