**WALLER & WOMACK, P.C.**
Attorneys at Law
Suite 805 US Bank Building
303 North Broadway
Billings, Montana 59101

Robert J. Waller
Joseph V. Womack
Also Licensed in Wyoming

Telephone: (406) 252-7200
Facsimile: (406) 252-4266
jwomack@jvwlaw.com
llund@jvwlaw.com

## FINAL NOTICE

January 8, 2016

In Re: JOHN HENRY SCHNEIDER, Case #14-61357-7 -
Exhibit A for hearing on Trustee Notice of Intent to Abandon -
Date: 3/22/2016 at 09:00 a.m.

Via Email and US Mail
John H. Schneider
3611 Tommy Armour Circle
Billings, MT 59106
omnineuro@live.com

Re:   John Schneider Bankruptcy; Case No. 14-61357-7

Dear Dr. Schneider:

You have neither responded to our numerous notifications regarding the boxed of information for Northern Rockies Neuro Science left at our office, nor paid the invoice for our storage of your property. As such, this property is now considered abandoned. The boxes will be delivered to your official address with the bankruptcy court at 3611 Tommy Armour in Billings, Montana on January 23, 2016, *unless you make alternative arrangements prior to that date*. If you are not present to accept delivery, the boxes will be placed on your porch for your collection.

Please remit payment in the amount of $2,250.00 immediately upon receipt for the storage fees and delivery associated with your abandonment of this property. The invoice for the services rendered is enclosed.

Sincerely,
WALLER & WOMACK, PC

*Joseph V. Womack*

Joseph V. Womack
Ch. 7 Bankruptcy Trustee

JVW/ll

cc:   Dye, Harold V. (via email only)

**WALLER & WOMACK, P.C.**
Attorneys at Law
Suite 805 US Bank Building
303 North Broadway
Billings, Montana 59101

Robert J. Waller
Joseph V. Womack
Also Licensed in Wyoming

Telephone: (406) 252-7200
Facsimile: (406) 252-4266
jwomack@jvwlaw.com
llund@jvwlaw.com

January 8, 2015

# INVOICE

| DATE | CHARGE | AMOUNT PAID | BALANCE DUE |
|---|---|---|---|
| July 3, 2015 | Monthly Storage Fee - $250.00 | $0.00 | $250.00 |
| August 3, 2015 | Monthly Storage Fee - $250.00 | $0.00 | $500.00 |
| September 3, 2015 | Monthly Storage Fee - $250.00 | $0.00 | $750.00 |
| October 3, 2015 | Monthly Storage Fee - $250.00 | $0.00 | $1,000.00 |
|  | 5% Interest Charge - $50.00 | $0.00 | $1,050.00 |
| November 3, 2015 | Monthly Storage Fee - $250.00 | $0.00 | $1,300.00 |
|  | 5% Interest Charge - $50.00 | $0.00 | $1,350.00 |
| December 3, 2015 | Monthly Storage Fee - $250.00 | $0.00 | $1,600.00 |
|  | 5% Interest Charge - $50.00 | $0.00 | $1,650.00 |
| January 3, 2016 | Monthly Storage Fee - $250.00 | $0.00 | $1,900.00 |
|  | 5% Interest Charge - $50.00 | $0.00 | $1,950.00 |
| Delivery charge | $300.00 | $0.00 | $2,250.00 |

TOTAL AMOUNT DUE ................................................... $2,250.00

Payment due upon receipt of invoice. Payments not received over 14 days after date of invoice will be subject to a 5% interest charge. Payments must be made via cashier's check or money order payable to "Waller & Womack, PC" and mailed to 303 North Broadway Ste 805, Billings, MT 59101