Doug James (2237)
MOULTON BELLINGHAM PC
Suite 1900, Crowne Plaza
P. O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Doug.James@moultonbellingham.com

      Attorneys for Meridian Surgical Partners
      Montana, LLC and Meridian Surgical Partners, LLC

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE: | Case No. 14-61357-7 |
| JOHN HENRY SCHNEIDER, | **AFFIDAVIT OF BRENDA FLOM** |
| Debtor. | |

STATE OF MONTANA    )
                    :ss
County of Yellowstone    )

      Brenda Flom, being first duly sworn, deposes and says:

      1.     I have personal knowledge of all the facts stated in this affidavit.

      2.     I am employed as a paralegal at Moulton Bellingham PC.

      3.     Attached as Exhibit A is a true and correct copy of a Registered Principals

Search of John H. Schneider from the Montana Secretary of State website on March 1,

2016.

1

**Exhibit 6**

4.    Attached as Exhibit B is a true and correct copy of the real estate listing for John H. Schneider's property at 3611 Tommy Armour Circle, Billings, Montana, along with photographs of the home featured in the real estate listing. I obtained these photographs from website http://www.searchbillingsrealestate.com/homes/3611-Tommy-Armour-Circle/Billings/MT/59106/56004287/.

5.    Attached as Exhibit C is a true and correct copy of a real estate listing that was sold on February 13, 2015 to MedPort, LLC, of property at 543 Camino De Orchidia, Encinitas, California, along with photographs of the home featured in the real estate listing. I obtained the real estate listing and photographs from website https://www.redfin.com/CA/Encinitas/543-Camino-De-Orchidia-92024/home/6539880.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

**Dated** this 2nd day of March, 2016.

_____
BRENDA FLOM

On this 2nd day of March, 2016, before me, the undersigned, a Notary Public for the State of Montana, personally appeared Brenda Flom, whose name is subscribed to the within instrument, and acknowledged to me that she subscribed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal the day and year in this certificate first above written.

CAROL S. MUESSIG
NOTARY PUBLIC for the
State of Montana
SEAL
Residing at Billings, Montana
My Commission Expires
June 06, 2017

Signature
Carol S. Muessig
Type or Print Name
Notary Public for the State of Montana
Residing in Billings, Montana
My Commission Expires: 6-6-2017

2

MOULTON BELLINGHAM PC
ATTORNEYS AT LAW

## Montana Secretary of State
# Linda McCulloch

### Registered Principals Search

● Instructions   ● Search Tips   ● Feedback

Logout | ePass Home

Click the name of an entity to view details.

**IMPORTANT:** The results of your search are seperated into two sections. The first section lists the first 115 Corporations and LLCs found. If there are 115 result returned, there may be additional entities associated with the individual you are searching for. The second section lists all other entity types.

**PLEASE NOTE:** The second set of results may not be exact matches, but will include all possible records matching your search criteria. Please ensure you review both sets of results.

| Name | Address | Name of Entity | Type of Entity | Position |
|---|---|---|---|---|
| JOHN W SCHNEIDER | 2711 E BEAVER LAKE DR SE ISSAQUAH WA 98027 | ILIKAI PROPERTIES, INC. | Corporation | SECRETARY |
| JOHN SCHNEIDER | PO BOX 1595 BILLINGS MT 59101 | EAST/WEST MARKETING GROUP, INC. | Corporation | VICE PRESIDENT |
| JOHN SCHNEIDER | PO BOX 1595 BILLINGS MT 59101 | EAST/WEST MARKETING GROUP, INC. | Corporation | DIRECTOR |
| JOHN E SCHNEIDER | 4400 HARDING RD #400 NASHVILLE TN 37205 | COOPER, LOVE & JACKSON, INC. | Corporation | DIRECTOR |
| JOHN E SCHNEIDER | 4400 HARDING RD #400 NASHVILLE TN 37205 | COOPER, LOVE & JACKSON, INC. | Corporation | VICE PRESIDENT |
| JOHN W.SCHNEIDER | 2711 E. BEAVER LAKE DR.SE ISSAQUAH WA 98027 | NORTH BROADWAY AT FIRST CORPORATION | Corporation | DIRECTOR |
| JOHN W.SCHNEIDER | 2711 E. BEAVER LAKE DR. SE ISSAQUAH WA 98027 | NORTH BROADWAY AT FIRST CORPORATION | Corporation | SECRETARY |
| JOHN SCHNEIDER | N 2017 ELTON RD SPOKANE WA 99212 | TROY AMERICA CORPORATION | Corporation | DIRECTOR |
| JOHN SCHNEIDER | N 2017 ELTON RD SPOKANE WA 99212 | TROY AMERICA CORPORATION | Corporation | TREASURER |
| JOHN SCHNEIDER | 105 WETTINGTON E DR KALISPELL MT 59901 | BLACK BEAR CONSTRUCTION LLC | LLC | LIMITED LIABILITY COMPANY INDIVIDUAL MANAGER |
| JOHN W SCHNEIDER | 10700 LYNDALE AVE S BLOOMINGTON MN 55420 | ALLSTATE LEASING, LLC | LLC | LIMITED LIABILITY COMPANY INDIVIDUAL MANAGER |
| JOHN SCHNEIDER | 1962 LANE 15 POWELL WY 82435 | RTW MANAGEMENT, LLC | LLC | LIMITED LIABILITY COMPANY INDIVIDUAL MANAGER |
| JOHN H SCHNEIDER | 2877 OVERLAND AVE STE C BILLINGS MT 59102 | ONI RADIOLOGY, LLC | LLC | LIMITED LIABILITY COMPANY INDIVIDUAL MANAGER |
| JOHN C SCHNEIDER | 3418 RISING FAWN TRAIL SUWANEE GA 30024 | LIBERTAS PHARMA, INC. | Corporation | DIRECTOR |
| JOHN C SCHNEIDER | 3418 RISING FAWN TRAIL SUWANEE GA 30024 | LIBERTAS PHARMA, INC. | Corporation | PRESIDENT |



EXHIBIT

_A_

| JOHN J SCHNEIDER | 9141 E HIDDEN SPUR TRAIL SCOTTSDALE AZ 85255 | JJ MOTORSPORTS, LLC | LLC | LIMITED LIABILITY COMPANY INDIVIDUAL MANAGER |
|---|---|---|---|---|
| JOHN A SCHNEIDER | 500 CRANBERRY WOODS DRIVE CRANBERRY TOWNSHIP PA 160660000 | AESYNT INCORPORATED | Corporation | DIRECTOR |
| JOHN H SCHNEIDER DR | 1962 LANE 15 POWELL WY 82435 | ONI REALTY INVESTORS, LLC | LLC | LIMITED LIABILITY COMPANY INDIVIDUAL MANAGER |
| JOHN H SCHNEIDER JR | 1962 LANE 15 POWELL WY 82435 | JOHN H. SCHNEIDER, JR., M.D., P.C. | Corporation | PRESIDENT |
| JOHN H SCHNEIDER JR | 1962 LANE 15 POWELL WY 82435 | JOHN H. SCHNEIDER, JR., M.D., P.C. | Corporation | DIRECTOR |
| JOHN H SCHNEIDER JR | 1962 LANE 15 POWELL WY 82435 | NORTHERN ROCKIES INSURANCE COMPANY LLC | LLC | LIMITED LIABILITY COMPANY INDIVIDUAL MANAGER |
| JOHN SCHNEIDER MD | 2900 12TH AVE N BILLINGS MT 59101 | NORTHERN ROCKIES NEUROLOGICAL FOUNDATION* | Corporation | PRESIDENT |
| JOHN H SCHNEIDER MD | 3611 TOMMY ARMOUR BILLINGS MT 591060000 | NORTHERN ROCKIES NEURO-SPINE, P.C. | Corporation | PRESIDENT |
| JOHN H SCHNEIDER, MD PC | 2900 12TH AVE N STE 340 W BILLINGS MT 59101 | NORTHERN ROCKIES BRAIN & SPINE CENTER, PLLC | LLC | LIMITED LIABILITY COMPANY INDIVIDUAL MANAGER |

Below is the second set of results for your search

| JOHN SCHNEIDER MD | 3611 TOMMY ARMOUR CIRCLE BILLINGS MT 59106 | ORTHOPEDIC NEUROLOGICAL INSTITUTE | ABN |
|---|---|---|---|
| JOHN H SCHNEIDER MD | 3600 TOMMY ARMOUR BILLINGS MT 59106 | ORTHOPEDIC MUSCULOSKELETAL NEUROLOGICAL INSTITUTE (OMNI) | ABN |
| JOHN T SCHNEIDER | 22 MADISON WEST YELLOWSTONE MT 59758 | THE PICNIC BASKET | ABN |
| JOHN H SCHNEIDER JR MD PC | 3611 TOMMY AMOUR CIRCLE BILLINGS MT 59106 | NORTHERN ROCKIES SPINE CENTER | ABN |
| JOHN H SCHNEIDER JR MD PC | 2877 OVERLAND AVE STE C BILLINGS MT 59102 | NORTHERN ROCKIES SPINE CENTER | ABN |
| JOHN H SCHNEIDER JR MD PC | 2877 OVERLAND AVE STE C BILLINGS MT 59102 | NORTHERN ROCKIES NEURO-SPINE | ABN |
| JOHN H SCHNEIDER, JR., MD PC | 3611 TOMMY AMOUR CIRCLE BILLINGS MT 59106 | MONTANA SPINE INSTITUTE | ABN |
| JOHN H. SCHNEIDER, JR., M.D.* | 2900 12TH AVE N #501E BILLINGS | NEUROPROJECT, LLP | LLP |
| JOHN J SCHNEIDER | 60 S ST 2 FINANCIAL C* BOSTON | KPMG LLP | LLP |

**Total Results: 33**

Search Again

www.searchbillingsrealestate.com/homes/56004287









## 3611 Tommy Armour Circle Billings, MT 59106

Price: $599,900  Status: Active  Updated: 51 min ago  MLS #: 254510

| 6 | 3 | 1 | 0.69 | 6,218 | $96 | 1988 |
|---|---|---|---|---|---|---|
| BEDS | BATHS | ½ BATHS | ACRES | SQFT | $/SQFT | Built |

| Neighborhood: | Yellowstone Club E... | Elementary S... | Arrowhead |
|---|---|---|---|
| County: | Yellowstone | High School: | West |
| Area: | (07) Northwest Billi... | Middle School: | Will James |

### Property Description

Supreme luxury manifests itself in this European-inspired 6-bedroom beauty, evidenced by soaring ceilings, elegant archways, stately columns & exceptional quality. Revel in the lavish master suite, gourmet kitchen or crystalline pool. http://goo.gl/ScAofZ

View More Info: **www.searchbillingsrealestate.com/homes/56004287**

### Exterior Features

**Alley** N **Color** Earthtone **Exterior Features** DeckBelow Ground PoolUnder Ground Sprinkler **Fenced** Y **Garage** Attached **Lot Description** LandscapedSecludedTrees **Roof** Asphalt **Siding** Mixes **Style** Ranch **Underground Sprinkler** Y

### Interior Features

**Appliances** Disposal **Areas** 7 **Basement** Full Basement **Basement Finish** One Hundred PercentFull **Bedroom Four** BathCarpetWalk-In **Bedroom Four Level** Lower **Bedroom Three** CarpetCeiling Fan **Bedroom Three Level** Main **Bedroom Two** CarpetCeiling FanWalk-In **Bedroom Two Level** Main **Bedrooms In Basement** 0 **Bedrooms Lower Level** 3 **Bedrooms Main Level** 3 **Bedrooms Upper Level** 0 **Cooling** Central **Dining Room** FormalRecessed LightingTile **Dining Room Level** Main **Family Room** CarpetGas Fireplace **Family Room Level** Lower **Fireplaces** 3 **Fireplaces Basement** 0 **Fireplaces Lower Level** 1 **Fireplaces Main Level** 2 **Fireplaces Upper Level** 0 **Heating** Gas Forced Air **Interior Features** 220 Volt **Kitchen** Breakfast BarCustomGas FireplaceGraniteHardwoodIslandPantryPatio DoorRecessed Lighting **Kitchen Level** Main **Living Room** Gas FireplaceRecessed LightingSkylightTileVaulted CeilingView **Living Room Level** Main **Master Bedroom** BathCarpetGas FireplacePatio DoorRecessed LightingSuiteTile **Master Bedroom Level** Main **Range** Built-In **Showers** 0 **Sq Ft Basement** 0 **Sq Ft Lower Level** 3104 **Sq Ft Main Level** 3114





Chet Blotske
**Office:** 406-694-3065

**SEARCH BILLINGS REAL ESTATE**
**RE/MAX**
Of Billings

RE/MAX of Billings
Serving Your Real Estate Needs In
Billings MT



EXHIBIT

tabbies®

B









































# REDFIN

Buy & Sell    Real Estate Agents    Tools ▾

| 543 Camino De Orchidia | $2,103,280 | $1,900,000 | 5 | 6 | 4,762 Sq. Ft. |
|---|---|---|---|---|---|
| Encinitas, CA 92024 | Redfin Estimate | Sold Feb 12, 2015 | Beds | Baths | $442 / Sq. Ft. |
| Status: Sold | | Sold Feb 12, 2015: $1,900,000   Built: 2003 | | | |



Street View

   

PERCHED ATOP AN ELEVATED LOT WITH PANORAMIC OCEAN VIEWS. THIS GORGEOUS HOME OFFERS: PEBBLE TECH POOL, RAISED SPA, WATERFALL/FOUNTAIN, BUILT-IN BBQ, PALAPA, FULL OUTSIDE BATH, FLAGSTONE PATIO, LIGHTING, FIREPLACE WITH SETTING AREA, FULL COPPER GUTTERS, COPPER GARAGE DOOR, WATER SOFTNER, SOLAR H2O SYSTEM. HIGHLY UPGRADED INTERIOR: 24" NATURAL STONE WITH GRANITE INLAYS, CROWN MOLDING, FRESH CUSTOM PAINT, NEW CARPET, SOLID WOOD DOORS, STAINLESS STEEL APPLIANCES, VIKING RANGE/HOOD, GRANITE COUNTERS.

| Stories | 2 | Style | Contemporary |
|---|---|---|---|
| Community | Encinitas | County | San Diego |
| MLS# | 150001009 | | |

**Listing provided courtesy of**                                                      Source
Robert Lazerus, Rancho Pacific Realty                                                  SANDICOR
BRE #00703116

**Buyer's Agent**
Miguel Manzanares, Flagship Real Estate Group
BRE #01356344

**Redfin last checked: 3 minutes ago | Last updated: 10 months ago**                   Redfin has the best data. Why?

Map Nearby Homes        Print This Listing

Problem?

Please add a private note about this home...

**Markee Lashley**                 **Jordan Clarke**              **Jeremy Paul**
REDFIN  Real Estate Agent          REDFIN  Real Estate Agent     REDFIN  Real Estate Agent

Markee recently closed 4           ★★★★½                          ★★★★½
homes in Encinitas                 139 client reviews             98 client reviews

EXHIBIT
C



## Redfin Estimate for 543 Camino De Orchidia

**$2,103,280**
Redfin Estimate ⓘ

+$203,280
since last sold on 02/12/15

Subscribe to our free monthly Home
Report on activity near this home.

✉ Subscribe

The Redfin Estimate is based on the following comparable homes sold nearby in the last year.





(?) Disagree with our estimate? Send Feedback

## Want a Professional Estimate?

**We're here to help! Markee will contact you within four business hours.**

**First Name**
First Name

**Last Name**
Last Name

**Email**
Email

**Phone**
(XXX) XXX-XXXX



Markee Lashley
4.9          60 Reviews

**What can we do for you?**
I'd like a detailed market analysis for my home at 543 Camino De Orchidia.

Submit

You are creating a Redfin account and agree to our Terms of Service and Privacy Policy

## Property Details for 543 Camino De Orchidia

Virtual Tour, Parking / Garage, Multi-Unit Information, School / Neighborhood

**Virtual Tour**
- Virtual Tour (External Link)
- Virtual Tour (External Link)

**Parking Information**
- Garage Type: Attached

**Multi-Unit Information**
- Monthly Fees (Total): $1,722

**School District Information**
- School District: San Dieguito Union High
- School District Website (External Link)

## Interior Features

**Bedroom Information**
- Bedroom 2 Dimensions: 18 x 13
- Bedroom 3 Dimensions: 15 x 13
- Bedroom 4 Dimensions: 12 x 11
- Bedroom 5 Dimensions: 12 x 11

**Bathroom Information**
- # of Baths (Full): 4

**Fireplace Information**
- Fireplace Location: Family Room, Patio/Outdoors

**Interior Features**
- Equipment: Dishwasher, Disposal, Fire Sprinklers, Garage Door Opener, Microwave, Pool/Spa/Equipment, Range/Oven, Refrigerator, Solar Panels, Water Filtration, Water Softener
- Drywall Interior
- Flooring: Carpet, Stone, Tile
- Slab on Grade

**Heating & Cooling**
- Cooling: Central Forced Air, Zoned Area(s)
- Heat Source: Natural Gas
- Heat Equipment: Fireplace, Forced Air Unit, Zoned Areas

**Laundry Information**
- Laundry Location: Laundry Room
- Laundry Utilities: Electric, Gas

**Room Information**
- Breakfast Area Dimensions: 12 x 13
- Dining Room Dimensions: 15 x 14
- Family Room Dimensions: 21 x 17
- Kitchen Dimensions: 22 x 13
- Living Room Dimensions: 27 x 15
- Bedroom on Entry Level, Breakfast Area, Dining Room/Separate, Family Room, Master Retreat, Media/Music, Other (See Remarks)

## Exterior Features

**Exterior Features**
- Construction: Stone, Wood/Stucco
- Fencing: Full, Gate
- Patio: Balcony, Covered, Stone/Tile

**Building Information**
- Year Built: 2003
- Roof: Concrete

**Guest House Information**
- See Remarks for Other Information

**Pool Information**
- Pool Type: Below Ground, Private
- Pool Heat: Gas, Solar
- Spa: Private Below Ground, Private with Pool, Yes
- Spa Heat: Gas

## Utilities

**Utility Information**
- Sewer Connected

**Water Information**
- Water Available, Meter on Property
- Water Heater Type: Gas, Solar

## Taxes / Assessments

**Tax/Assessment Information**
- CFD/Mello-Roos Fees: $1,722
- CFD/Mello-Roos Payment Frequency: Semi-Annually

## Property / Lot Details

**Property Information**

**Multi-Unit Information**
- Monthly Fees (Total): $1,722

**School District Information**
- School District: San Dieguito Union High
- School District Website (External Link)

## Interior Features

**Bedroom Information**
- Bedroom 2 Dimensions: 18 x 13
- Bedroom 3 Dimensions: 15 x 13
- Bedroom 4 Dimensions: 12 x 11
- Bedroom 5 Dimensions: 12 x 11

**Bathroom Information**
- # of Baths (Full): 4

**Fireplace Information**
- Fireplace Location: Family Room, Patio/Outdoors

**Interior Features**
- Equipment: Dishwasher, Disposal, Fire Sprinklers, Garage Door Opener, Microwave, Pool/Spa/Equipment, Range/Oven, Refrigerator, Solar Panels, Water Filtration, Water Softener
- Drywall Interior
- Flooring: Carpet, Stone, Tile
- Slab on Grade

**Heating & Cooling**
- Cooling: Central Forced Air, Zoned Area(s)
- Heat Source: Natural Gas
- Heat Equipment: Fireplace, Forced Air Unit, Zoned Areas

**Laundry Information**
- Laundry Location: Laundry Room
- Laundry Utilities: Electric, Gas

**Room Information**
- Breakfast Area Dimensions: 12 x 13
- Dining Room Dimensions: 15 x 14
- Family Room Dimensions: 21 x 17
- Kitchen Dimensions: 22 x 13
- Living Room Dimensions: 27 x 15
- Bedroom on Entry Level, Breakfast Area, Dining Room/Separate, Family Room, Master Retreat, Media/Music, Other (See Remarks)

## Exterior Features

**Exterior Features**
- Construction: Stone, Wood/Stucco
- Fencing: Full, Gate
- Patio: Balcony, Covered, Stone/Tile

**Building Information**
- Year Built: 2003
- Roof: Concrete

**Guest House Information**
- See Remarks for Other Information

**Pool Information**
- Pool Type: Below Ground, Private
- Pool Heat: Gas, Solar
- Spa: Private Below Ground, Private with Pool, Yes
- Spa Heat: Gas

## Utilities

**Utility Information**
- Sewer Connected

**Water Information**
- Water Available, Meter on Property
- Water Heater Type: Gas, Solar

## Taxes / Assessments

**Tax/Assessment Information**
- CFD/Mello-Roos Fees: $1,722
- CFD/Mello-Roos Payment Frequency: Semi-Annually

## Property / Lot Details

**Property Information**

- Sq. Ft. Source: Assessor Record
- Exclusive-Use Yard
- Pets Allowed
- Known Restrictions: Coastal Commission
- Sign on Property: Yes

**Property Features**
- Telecommunications: Cable (Coaxial), Multiple Phones, Wired High-Speed Internet

**Lot Information**
- Lot Size: .25 to .5 Acres
- Lot Size Source: Assessor Record
- Curbs, Public Street, Sidewalks, Street Paved
- View: Evening Lights, Ocean, Panoramic

**Land Information**
- Irrigation: Automatic, Sprinklers
- Topography: Level, Gentle Slope

Details provided by SANDICOR and may not match the public record. Learn More.

## Redfin Tour Insights for 543 Camino De Orchidia

**No Tour Insights on This Home**

We haven't left any insights about this home yet, but as soon as we do, we'll leave our thoughts here.

## Property History for 543 Camino De Orchidia

| Date | Event & Source | Price |
|------|----------------|-------|
| May 12, 2015 | Delisted | — |
| Feb 13, 2015 | **Sold (MLS) (Sold)** | $1,900,000 |
| Feb 12, 2015 | **Sold (Public Records)** | $1,900,000 |
| Jan 13, 2015 | Pending | — |
| Jan 6, 2015 | Listed (Active) | $2,189,000 |
| Oct 22, 2014 | Delisted | — |
| Sep 15, 2014 | Relisted (Active) | — |
| Jul 21, 2014 | Pending | — |
| Jul 12, 2014 | Listed (Active) | * |
| Jul 25, 2012 | Delisted (Withdrawn) | — |
| Mar 3, 2012 | Pending | — |
| Feb 22, 2012 | Relisted (Active) | — |
| Feb 15, 2012 | Pending | — |
| Jan 12, 2012 | Listed (Active) | * |
| Dec 12, 2011 | Delisted (Withdrawn) | — |
| Oct 8, 2011 | Price Changed | * |
| Aug 23, 2011 | Price Changed | * |
| Aug 20, 2011 | Price Changed | * |
| Aug 2, 2011 | Listed (Active) | * |

| Date | Event & Source | Price |
|------|----------------|-------|
| Aug 1, 2003 | Sold (Public Records) | $1,283,000 |

For completeness, Redfin often displays two records for one sale: the MLS record and the public record. Learn More.

## Public Records for 543 Camino De Orchidia

### Taxable Value

| | |
|--|--|
| Land | $520,519 |
| Additions | $1,025,629 |
| Total | $1,546,148 |
| Taxes (2014) | **$19,146** |

### Basic Info

| | |
|--|--|
| Beds | 3 |
| Baths | 5 |
| Floors | — |
| Year Built | 2003 |
| Year Renovated | 2003 |
| Style | Single Family Residential |
| Finished Sq. Ft. | 4,762 |
| Unfinished Sq. Ft. | — |
| Total Sq. Ft. | 4,762 |
| Lot Size | — |

County  San Diego County

APN  2581422100

County Data Refreshed  Aug 29, 2015

Public records are from San Diego County and may not match the MLS record. Information deemed reliable not guaranteed. Buyer to verify all information. Learn More.

## Activity



| 👁 | ♥ | ✕ | 🚗 |
|---|---|---|---|
| — | — | — | — |
| Views | Favorites | X-Outs | Redfin Tours |

## Schools for 543 Camino De Orchidia

Serving This Home    Elementary    Middle    High

| School Name & GreatSchools Rating | Distance |
|-----------------------------------|----------|
| Ocean Knoll Elementary School | 0.4 mi |
| Oak Crest Middle School | 0.6 mi |
| La Costa Canyon High School | 3.3 mi |

School data provided by GreatSchools. School service boundaries are intended to be used as reference only. To verify enrollment eligibility for a property, contact the school directly.

# Neighborhood Info for 543 Camino De Orchidia

Area Overview for 92024

Transportation in 92024

Walk Score®
16

This area is car dependent — almost all errands require a car.

## 92024 Real Estate Sales *(Last 90 days)*



What It Takes to Win an Offer in 92024    Avg. # Offers    2.5

~$1.25M    4    3    ~3,500
Median $ / Sq. Ft.    Beds    Baths    Sq. Ft.    $469    Avg. Down Payment    18.5%

Median $ / Sq. Ft.    $469

*Buyers acted fast in making an offer. They toured the house on 3 occasions in two days. The sellers really liked the fact that they showed so much interest and acted quickly.*

Kyle Crabb
**REDFIN** Agent

**WINNING OFFER**

100%    Offer-to-list ratio
4    Days on market
1    Competing Offers
20%    Down payment

~$1.25M    3    1    ~1,000
Price    Beds    Baths    Sq. Ft.

*Buyers submitted an offer below list price and the sellers countered back. The sellers had a couple other offers coming in so the buyer accepted the seller's counter offer without recountering in order to lock this one up quickly.*

Jeremy Paul
**REDFIN** Agent

**WINNING OFFER**

96%    Offer-to-list ratio
3    Days on market
2    Competing Offers
20%    Down payment

## Median Real Estate Values

| Location | List Price | $ / Sq. Ft. | Sale / List |
|---|---|---|---|
| 92024 | $1,499,900 | $469 | 98.0% |
| Encinitas | $1,637,500 | $486 | 97.8% |
| San Diego County | $650,000 | $326 | 97.6% |

## $/Sq. Ft. Houses in 92024

## Similar Homes to 543 Camino De Orchidia

### Nearby Homes for Sale

| NEW CONSTRUCTION | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.4 mi. | | | | 1.4 mi. | | | | 1.9 mi. | | | | | | |

| $5,195,000 | 4 Beds | 5 Baths | 4,600 Sq. Ft. | $2,195,000 | 5 Beds | 4 Baths | 3,317 Sq. Ft. | $2,195,000 | 4 Beds | 4 Baths | 3,150 Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 424 Brighton Cardiff by the Sea, CA 92007 | | | | 2013 Mackinnon Cardiff, CA 92007 | | | | 668 CALYPSO PI ENCINITAS, CA 92024 | | | |

| 0.1 mi. | | | | 1.6 mi. | | | | 0.5 mi. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| $2,249,000 | 4 Beds | 5 Baths | 4,616 Sq. Ft. | $4,999,000 | 4 Beds | 4 Baths | 3,502 Sq. Ft. | $1,395,000 | 6 Beds | 5 Baths | 3,856 Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 518 Camino de Orchidia Encinitas, CA 92024 | | | | 304 Neptune Ave Encinitas, CA 92024 | | | | 705 Bluff Dr Encinitas, CA 92024 | | | |

Homes similar to 543 Camino De Orchidia are listed between $1,395K to $5,195K at an average of $635 per square foot.

### Nearby Recently Sold Homes

| SOLD 12/14/15 | | | 0.6 mi. | SOLD 02/05/16 | | | 0.9 mi. | SOLD 01/08/16 | | | 0.7 mi. |
|---|---|---|---|---|---|---|---|---|---|---|---|

| $1,200,000 | 5 Beds | 5 Baths | 3,911 Sq. Ft. | $1,285,000 | 5 Beds | 5 Baths | 4,300 Sq. Ft. | $1,315,000 | 5 Beds | 5 Baths | 3,911 Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1469 Heritage Ln Encinitas, CA 92024 | | | | 643 Lynwood Dr Encinitas, CA 92024 | | | | 1496 Cascadia Ln Encinitas, CA 92024 | | | |

| SOLD 09/30/15 | | | 0.0 mi. | SOLD 02/05/16 | | | 0.8 mi. | SOLD 12/11/15 | | | 0.7 mi. |
|---|---|---|---|---|---|---|---|---|---|---|---|

| $2,115,000 | 5 Beds | 6 Baths | 4,650 Sq. Ft. | $1,445,000 | 6 Beds | 5 Baths | 4,318 Sq. Ft. | $1,645,000 | 6 Beds | 5 Baths | 4,294 Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 564 Camino El Dorado Encinitas, CA 92024 | | | | 607 Lynwood Dr Encinitas, CA 92024 | | | | 590 SHASTA Encinitas, CA 92024 | | | |

Nearby homes similar to 543 Camino De Orchidia have recently sold between $1,200K to $2,115K at an average of $350 per square foot.

543 Camino De Orchidia is a house in Encinitas, CA 92024. This 4,762 square foot house features 5 bedrooms and 6 bathrooms. This property was built in 2003 and last sold on February 13, 2015 for $1,900,000. Nearby schools include Edison Academy, Rancho Encinitas Academy and Pacific Academy. The closest grocery stores are Coral Tree Farm, Smart & Final Extra! and Pan Asia USA Co. Nearby coffee shops include Encinitas Community Center, Starbucks and 2Good2B Bakery. Nearby restaurants include Chin's Szechwan Restaurant, Betty's Pie Whole Saloon and The English Lady - Personal Chef. 543 Camino De Orchidia is near Oakcrest County Park, Ecke Park and Encinitas Viewpoint Park. This address can also be written as 543 Camino De Orchidia, Encinitas, California 92024.

| About | Referrals |
|---|---|
| Press | Mobile |
| Research | Feedback |
| Blog | Contact Us |
| Jobs | Help |
| Services | |

Updated January 2016: By searching, you agree to the Terms of Use, Privacy Policy, and End-User License Agreement.