

KATHLEEN T BURROWS
15836 ASTRAL ST
CHINO HILLS CA 91709-2858

**Uni-Statement**

Statement Period:
May 17, 2014
through
Jun 17, 2014

Page 2 of 2



(CONTINUED)

## EASY CHECKING

U.S. Bank National Association

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| May 21 | 329,572.21 | Jun 2 | 325,599.74 | Jun 17 | 324,599.74 |
| May 23 | 328,572.21 | | | | |

Balances only appear for days reflecting change.

17

# **US bank.**

**Uni-Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

2292        TRN                            X      ST01

**Statement Period:**
Jun 18, 2014
through
Jul 17, 2014

Page 1 of 2

000056709  1  MB  0.435  10648165238672 P
KATHLEEN T BURROWS
15636 ASTRAL ST
CHINO HILLS CA  91709-2858



**☎                                     To Contact U.S. Bank**

**By Phone:**                        1-800-US BANKS
                                         (1-800-872-2657)

**Telecommunications Device
for the Deaf:**                    1-800-685-5065
**Internet:**                            usbank.com

---

## NEWS FOR YOU

Don't wait until your statement arrives to review your transactions, purchases and withdrawals.  Get started with Online and
Mobile Banking today.

**Already have a User ID and Password?**
You can log in to your account using the U.S. Bank Mobile App or at usbank.com using your computer, tablet or web-
enabled smart phone.

**Forgot your Password?**
Just go to usbank.com and select the Login Assistance link and we'll help you reset your password.

**Need a User ID and Password?**
If you have an ATM or Check Card and your PIN, you can get started with Online and Mobile Banking right away.  Just
go to usbank.com or download the U.S. Bank Mobile app and follow the instructions provided.

Learn more about the features and benefits of Mobile Banking at usbank.com/mobile.  Or log in to your account and begin
exploring all of the great Mobile Banking resources that are right at your fingertips.

## INFORMATION YOU SHOULD KNOW

We have completed our periodic update of the "Your Deposit Account Agreement" booklet. The changes are
effective immediately and in some cases you may have received advance notice indicating an effective date via
statement message. Please review the revised booklet carefully. Most of the changes are technical in nature, but
may affect your rights.

In particular, updates to note in the Deposit Account Agreement include the addition of a new section: Monitoring and
Recording Communications.  Updates were also made to the following sections: Overdraft Protection Plans,
Arbitration and Electronic Banking Agreement for Business Customers.

Please review the revised booklet carefully. Most of the changes are technical in nature, but may affect your rights.
You may obtain a copy by visiting your local branch or contact customer service at the number listed at the top of this
statement or by viewing the updated agreement at usbank.com. From usbank.com home page, select your
consumer checking or savings product, select Learn More, and click on Deposit Account Agreement for a printable
copy.

## EASY CHECKING                                                                                    Member FDIC

U.S. Bank National Association

**Account Summary**

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Jun 18 | $ | 324,599.74 | Number of Days in Statement Period | 30 |
| Card Withdrawals | | 1,621.50- | Average Account Balance  $ | 324,142.22 |
| **Ending Balance on Jul 17, 2014** | $ | 322,978.24 | | |

**Card Withdrawals**

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jul 2 | Fee | ATM Withdrawal At Other Network | 0200001998 | $ | 2.50- |
| Jul 7 | Fee | ATM Withdrawal At Other Network | 0700007620 | | 2.50- |
| Jul 14 | Fee | ATM Withdrawal At Other Network | 1400006511 | | 2.50- |

18

 **U.S.bank**

KATHLEEN T BURROWS
15836 ASTRAL ST
CHINO HILLS CA 91709-2858

**Uni-Statement**

Statement Period:
Jun 18, 2014
through
Jul 17, 2014

Page 2 of 2



**(CONTINUED)**

## EASY CHECKING
U.S. Bank National Association

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-6233

| Date | Description of Transaction | | Ref Number | $ | Amount |
|------|---------------------------|---|-----------|---|--------|
| Jul 2 | ATM Withdrawal | *TOWN & COUNTRY  ENCINITAS CA<br>Serial No. 825437155649PLUSTERM | | $ | 303.00- |
| Jul 7 | Debit Purchase - VISA<br>WASH LAUNDRY CA | On 070314 ENCINITAS CA<br>REF # 24013394184000186156022 | 4000186156 | | 5.00- |
| Jul 7 | ATM Withdrawal | 3200 E AIRFIELD  DALLAS TX<br>Serial No. 326640184018PLUSTERM | | | 503.00- |
| Jul 14 | ATM Withdrawal | FLL TERMINAL 3 FT LAUDERDAL FL<br>Serial No. 387189092121PLUSTERM | | | 803.00- |

| | | |
|---|---|---|
| Card 6233  Withdrawals Subtotal | $ | 1,614.00- |
| Total Card Withdrawals | $ | 1,621.50- |

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Jul 2 | 324,294.24 | Jul 7 | 323,783.74 | Jul 14 | 322,978.24 |

Balances only appear for days reflecting change.

19



**Uni-Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

2292        TRN                    X      ST01

Statement Period:
Jul 18, 2014
through
Aug 18, 2014

Page 1 of 1

000057265 1 MB 0.435 106481691144154 P
KATHLEEN T BURROWS
15836 ASTRAL ST
CHINO HILLS CA 91709-2858

☎                           To Contact U.S. Bank
By Phone:                        1-800-US BANKS
                                 (1-800-872-2657)

Telecommunications Device
for the Deaf:                    1-800-685-5065
Internet:                        usbank.com

## EASY CHECKING
U.S. Bank National Association

**Account Summary**

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Jul 18 | $ | 322,978.24 | Number of Days in Statement Period | | 32 |
| Card Withdrawals | | 2,508.49- | Average Account Balance | $ | 321,694.86 |
| **Ending Balance on  Aug 18, 2014** | $ | **320,469.75** | | | |

**Card Withdrawals**

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Aug 11 | Fee | | | | |
| | Card Number: xxxx-xxxx-xxxx-6233 | ATM Withdrawal At Other Network | 1100008600 | $ | 2.50- |

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jul 28 | ATM Withdrawal | USB BILLINGS SOU BILLINGS MT | | $ | 1,000.00- |
| | | Serial No. 001995162829SUS4P010 | | | |
| Aug 4 | ATM Withdrawal | USB BILLINGS SOU BILLINGS MT | | | 1,000.00- |
| | | Serial No. 002510130841SUS4P010 | | | |
| Aug 11 | ATM Withdrawal | GCA* THE COSMOPO LAS VEGAS NV | | | 505.99- |
| | | Serial No. 745884153315PLUSTERM | | | |
| | | **Card 6233  Withdrawals Subtotal** | | $ | **2,505.99-** |
| | | **Total Card Withdrawals** | | $ | **2,508.49-** |

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jul 28 | 321,978.24 | Aug 4 | 320,978.24 | Aug 11 | 320,469.75 |

Balances only appear for days reflecting change.

20

# US bank.

**Uni-Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

2292     TRN                          X        ST01

Statement Period:
Aug 19, 2014
through
Sep 17, 2014

Page 1 of 1

000056176  1  MB  0.435  106481728713798 P
KATHLEEN T BURROWS
15836 ASTRAL ST
CHINO HILLS CA  91709-2858

☎
**To Contact U.S. Bank**

| | |
|---|---|
| By Phone: | 1-800-US BANKS (1-800-872-2657) |
| Telecommunications Device for the Deaf: | 1-800-685-5065 |
| Internet: | usbank.com |

## NEWS FOR YOU

**Online Statements are your Ticket to Win!**
Just sign up for Online Statements to be entered in our Ticket to Win Sweepstakes. You'll reduce your paper trail, enhance your account security - and be entered to win great monthly prizes or a trip of your choice. The longer you stay enrolled, the more chances you have to win! Visit www.usbank.com/tickettowin for more details.

## EASY CHECKING                                                                    Member FDIC
U.S. Bank National Association

### Account Summary

| | | | |
|---|---|---|---|
| Beginning Balance on Aug 19 | $ 320,469.75 | Number of Days in Statement Period | 30 |
| Card Withdrawals | 1,300.00 - | Average Account Balance | $ 319,933.08 |
| **Ending Balance on Sep 17, 2014** | **$ 319,169.75** | | |

### Card Withdrawals
Card Number: xxxx-xxxx-xxxx-6233

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Aug 27 | ATM Withdrawal | US BANK ENCINITA ENCINITAS CA | | $ 300.00 - |
| | | Serial No. 009488125101SUS4T459 | | |
| Sep 5 | ATM Withdrawal | US BANK ENCINITA ENCINITAS CA | | 500.00 - |
| | | Serial No. 000216074043SUS4T459 | | |
| Sep 12 | ATM Withdrawal | US BANK BILLINGS BILLINGS MT | | 500.00 - |
| | | Serial No. 001417094120SUS4P041 | | |
| | | **Card 6233  Withdrawals Subtotal** | | **$ 1,300.00 -** |
| | | **Total Card Withdrawals** | | **$ 1,300.00 -** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Aug 27 | 320,169.75 | Sep 5 | 319,669.75 | Sep 12 | 319,169.75 |

Balances only appear for days reflecting change.

21



**Uni-Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

2292     TRN                      X     ST01

Statement Period:
Sep 18, 2014
through
Oct 17, 2014

Page 1 of 1

000058909 1 MB 0.435 10648176841996 7 P
KATHLEEN T BURROWS
15836 ASTRAL ST
CHINO HILLS CA 91709-2858

☎                      To Contact U.S. Bank

By Phone:                      1-800-US BANKS
                               (1-800-872-2657)

Telecommunications Device
for the Deaf:                  1-800-685-5065
Internet:                      usbank.com

## INFORMATION YOU SHOULD KNOW

Effective November 9, 2014, the terms we use to describe our overdraft fees are changing. The changes include:

- Overdraft Item Paid Fee will appear as Overdraft Paid Fee
- Overdraft Item Returned (NSF) Fee will appear as Overdraft Returned Fee
- Extended Overdraft Charge will appear as Extended Overdraft Fee

These changes will affect all references to the fees, including the following important documents: Consumer Pricing Information brochure, Your Deposit Account Agreement brochure, Overdraft Coverage Notice and Confirmation disclosure and account statement descriptions. Please retain this information for your records.

## EASY CHECKING

U.S. Bank National Association                                          Member FDIC

### Account Summary

| | | | |
|---|---|---|---|
| Beginning Balance on Sep 18 | $ | 319,169.75 | Number of Days in Statement Period | 30 |
| Card Withdrawals | | 2,624.25- | Average Account Balance | $ | 317,269.85 |
| **Ending Balance on Oct 17, 2014** | $ | **316,545.50** | | |

### Card Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Oct 14 | Fee | ATM Withdrawal At Other Network | 1400006879 | $ | 2.50- |

Card Number: xxxx-xxxx-xxxx-6233

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Sep 19 | ATM Withdrawal | US BANK ENCINITA ENCINITAS CA | | $ | 1,000.00- |
| | | Serial No. 001337083341SUS4T459 | | | |
| Sep 22 | ATM Withdrawal | US BANK ENCINITA ENCINITAS CA | | | 1,000.00- |
| | | Serial No. 001424102142SUS4T459 | | | |
| Oct 14 | ATM Withdrawal | 121 LIVERPOOL DR CARDIFF CA | | | 121.75- |
| | | Serial No. 007107112604PLUSTERM | | | |
| Oct 15 | ATM Withdrawal | US BANK ENCINITA ENCINITAS CA | | | 500.00- |
| | | Serial No. 003130085748SUS4T459 | | | |

| | | | |
|---|---|---|---|
| Card 6233 Withdrawals Subtotal | $ | 2,621.75- |
| Total Card Withdrawals | $ | 2,624.25- |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Sep 19 | 318,169.75 | Oct 14 | 317,045.50 | Oct 15 | 316,545.50 |
| Sep 22 | 317,169.75 | | | | |

Balances only appear for days reflecting change.

22

# **US bank.**

**Uni-Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

2292     TRN                          X     ST01

**Statement Period:**
Oct 18, 2014
through
Nov 19, 2014

Page 1 of 1

000053189  1  MB  0.435  10648180952022  P
KATHLEEN T BURROWS
15838 ASTRAL ST
CHINO HILLS CA  91709-2858

☎                    **To Contact U.S. Bank**

**By Phone:**                          1-800-US BANKS
(1-800-872-2657)

**Telecommunications Device**
**for the Deaf:**                       1-800-685-5065

**Internet:**                           usbank.com

## INFORMATION YOU SHOULD KNOW

Effective November 9, 2014, the terms we use to describe our overdraft fees are changing. The changes include:

- Overdraft Item Paid Fee will appear as Overdraft Paid Fee
- Overdraft Item Returned (NSF) Fee will appear as Overdraft Returned Fee
- Extended Overdraft Charge will appear as Extended Overdraft Fee

These changes will affect all references to the fees, including the following important documents: Consumer Pricing Information brochure, Your Deposit Account Agreement brochure, Overdraft Coverage Notice and Confirmation disclosure and account statement descriptions. Please retain this information for your records.

## EASY CHECKING

U.S. Bank National Association

### Account Summary

| | | | |
|---|---|---|---|
| Beginning Balance on Oct 18 | $ | 316,545.50 | Number of Days in Statement Period |
| Card Withdrawals | | 5,600.00- | Average Account Balance |
| **Ending Balance on Nov 19, 2014** | $ | **310,945.50** | |

Number of Days in Statement Period                    33
Average Account Balance          $         313,663.68

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-6233

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Oct 20 | ATM Withdrawal | US BANK ENCINITA ENCINITAS CA | | $ | 300.00- |
| | | Serial No. 003523101453SUS4T459 | | | |
| Oct 27 | ATM Withdrawal | US BANK ENCINITA ENCINITAS CA | | | 1,000.00- |
| | | Serial No. 004022150642SUS4T459 | | | |
| Oct 29 | ATM Withdrawal | US BANK ENCINITA ENCINITAS CA | | | 1,000.00- |
| | | Serial No. 004192085038SUS4T459 | | | |
| Nov 3 | ATM Withdrawal | US BANK ENCINITA ENCINITAS CA | | | 1,000.00- |
| | | Serial No. 004623095143SUS4T459 | | | |
| Nov 5 | ATM Withdrawal | US BANK ENCINITA ENCINITAS CA | | | 1,000.00- |
| | | Serial No. 004841105240SUS4T459 | | | |
| Nov 14 | ATM Withdrawal | SALT LAKE CITY A SALT LAKE CT UT | | | 300.00- |
| | | Serial No. 002755211715SBR4R482 | | | |
| Nov 14 | ATM Withdrawal | US BANK BILLINGS BILLINGS MT | | | 1,000.00- |
| | | Serial No. 009493110721SUS4P041 | | | |

| | | |
|---|---|---|
| Card 6233  Withdrawals Subtotal | $ | 5,600.00- |
| Total Card Withdrawals | $ | 5,600.00- |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Oct 20 | 316,245.50 | Oct 29 | 314,245.50 | Nov 5 | 312,245.50 |
| Oct 27 | 315,245.50 | Nov 3 | 313,245.50 | Nov 14 | 310,945.50 |

Balances only appear for days reflecting change.

23

# **US bank.**

**Uni-Statement**

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

2292     TRN                              x        ST01

Statement Period:
Nov 20, 2014
through
Dec 16, 2014

000057565  1  MB  0.435  106481851019649 P
KATHLEEN T BURROWS
15836 ASTRAL ST
CHINO HILLS CA  91709-2858

Page 1 of 1

☎                              _To Contact U.S. Bank_
**By Phone:**                              1-800-US BANKS
                                           (1-800-872-2657)

**Telecommunications Device
for the Deaf:**                            1-800-685-5065

**Internet:**                              usbank.com

## NEWS FOR YOU

Order your FREE online Annual Check Card Summary today! The summary provides a comprehensive record of all your 2014 transactions organized into categories for easy identification. It's a great tool for household budgeting, tax preparation & expense management. To order, login to your account at usbank.com, select your check card account from "My Accounts" and click "Order your FREE Annual Account Summary" by December 27, 2014.

## EASY CHECKING

U.S. Bank National Association

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Nov 20 | $ | 310,945.50 | Number of Days in Statement Period | | 21 |
| Card Withdrawals | | 2,000.00- | Average Account Balance | $ | 309,686.24 |
| **Ending Balance on  Dec 16, 2014** | $ | 308,945.50 | | | |

### Card Withdrawals
Card Number: xxxx-xxxx-xxxx-6233

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Nov 26 | ATM Withdrawal | US BANK ENCINITA ENCINITAS CA | | $ | 1,000.00- |
| | | Serial No. 006414122046SUS4T459 | | | |
| Dec  4 | ATM Withdrawal | USB BILLINGS SOU BILLINGS MT | | | 1,000.00- |
| | | Serial No. 000913120906SUS4P010 | | | |
| | | **Card 6233  Withdrawals Subtotal** | | $ | 2,000.00- |
| | | **Total Card Withdrawals** | | $ | 2,000.00- |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|
| Nov 26 | 309,945.50 | Dec  4 | 308,945.50 |

Balances only appear for days reflecting change.



**Uni-Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

2292      TRN                          X      ST01

Statement Period:
Dec 17, 2014
through
Jan 20, 2015

Page 1 of 1



000051258  1  MB  0.435  10648189697882O P
KATHLEEN T BURROWS
15836 ASTRAL ST
CHINO HILLS CA  91709-2858

☎                          *To Contact U.S. Bank*

*By Phone:*                    1-800-US BANKS
                              (1-800-872-2657)

*Telecommunications Device
for the Deaf:*                 1-800-685-5065
*Internet:*                    usbank.com

## INFORMATION YOU SHOULD KNOW

Effective March 1, 2015, we will no longer offer American Express Travelers Cheques at our branch locations.

## EASY CHECKING

U.S. Bank National Association                                        *Member FDIC*

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Dec 17 | $ | 308,945.50 | Number of Days in Statement Period | | 35 |
| Card Withdrawals | | 1,500.00 - | Average Account Balance | $ | 307,859.78 |
| Ending Balance on  Jan 20, 2015 | $ | 307,445.50 | | | |

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-6233

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Dec 22 | ATM Withdrawal | US BANK ENCINITA ENCINITAS CA | | $ | 1,000.00- |
| | | Serial No. 008480122606SUS4T459 | | | |
| Jan  5 | ATM Withdrawal | US BANK ENCINITA ENCINITAS CA | | | 500.00- |
| | | Serial No. 009421085524SUS4T459 | | | |
| | | Card 6233  Withdrawals Subtotal | | $ | 1,500.00- |
| | | Total Card Withdrawals | | $ | 1,500.00- |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|
| Dec 22 | 307,945.50 | Jan  5 | 307,445.50 |

Balances only appear for days reflecting change.

25



**Uni-Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

2292      TRN                    X      ST01

**Statement Period:**
Jan 21, 2015
through
Feb 18, 2015

Page 1 of 2



000051186  1  MB  0.435  106481934553407 P
KATHLEEN T BURROWS
15836 ASTRAL ST
CHINO HILLS CA  91709-2658

☏                              *To Contact U.S. Bank*
*By Phone:*                    1-800-US BANKS
                               (1-800-872-2657)

*Telecommunications Device*
*for the Deaf:*                1-800-685-5065
*Internet:*                    usbank.com

## NEWS FOR YOU

**Go paperless with Online Statements**
Get your financial documents the fastest and most secure way by having them delivered directly to your Online Banking account.
Reduce paper clutter and stay organized with access to up to seven years of statements online for easy reference. Know that
your information is secure within Online Banking and get automatic alerts when your latest statement is available. In addition to
account statements, you can take full advantage of our paperless services by having other letters, notices and even 1099s
electronically delivered to your secure Online Banking account.

   It's easy to sign up, visit usbank.com/onlinestatements to learn more!

## INFORMATION YOU SHOULD KNOW

   Effective March 1, 2015, we will no longer offer American Express Travelers Cheques at our branch locations.

## EASY CHECKING                                                    *Member FDIC*

### ACCOUNT CLOSED

U.S. Bank National Association

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Jan 21 | $ | 307,445.50 | Number of Days in Statement Period | | 19 |
| Card Withdrawals | | 2,400.00- | Average Account Balance | $ | 200,443.60 |
| Other Withdrawals | | 305,045.50- | | | |
| **Ending Balance on  Feb 18, 2015** | $ | **0.00** | | | |

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-6233

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Jan 22 | ATM Withdrawal | USB BILLINGS SOU BILLINGS MT | $ | 500.00- |
| | | Serial No. 003717141503SUS4P010 | | |
| Jan 26 | ATM Withdrawal | USB BILLINGS SOU BILLINGS MT | | 100.00- |
| | | Serial No. 003960101754SUS4P010 | | |
| Jan 26 | ATM Withdrawal | USB BILLINGS SOU BILLINGS MT | | 800.00- |
| | | Serial No. 003961101829SUS4P010 | | |
| Feb  2 | ATM Withdrawal | US BANK BILLINGS BILLINGS MT | | 1,000.00- |
| | | Serial No. 008135134243SUS4P041 | | |
| | | **Card 6233  Withdrawals Subtotal** | $ | **2,400.00-** |
| | | **Total Card Withdrawals** | $ | **2,400.00-** |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| Feb  9 | Account Closed | | $ | 0.00- |
| Feb  9 | Customer Withdrawal | 8057024746 | | 305,045.50- |
| | | **Total Other Withdrawals** | $ | **305,045.50-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jan 22 | 306,945.50 | Jan 26 | 306,045.50 | Feb  2 | 305,045.50 |

26



KATHLEEN T BURROWS
15836 ASTRAL ST
CHINO HILLS CA 91709-2858

Uni-Statement

Statement Period:
Jan 21, 2015
through
Feb 18, 2015

Page 2 of 2



## EASY CHECKING                     ACCOUNT CLOSED                     (CONTINUED)

U.S. Bank National Association

**Balance Summary (continued)**

| Date | Ending Balance |
|------|----------------|
| Feb 9 | 0.00 |

Balances only appear for days reflecting change.

27



Mohamed
20130311 004190127187 146000.00
20150527871846 12345678

KATHLEEN T BURROWS
15836 ASTRAL ST
CHINO HILLS,CA,91709-2858





THE HARTFORD

Western Property Claims Operations
PO Box 14266
Lexington, KY 40512-4226
800-811-4832 x2307749

56-1544
441

Check Number: 107319035 8

Issue Date: 02-26-13

$*******25,000.00

JPMorgan Chase Bank, N.A.
Columbus, OH 43065

TWENTY-FIVE THOUSAND DOLLARS AND 00/100

PAY
TO THE
ORDER
OF

JOHN SCHNEIDER, MD PC NORTHERN ROCKIES
NEURO SPINE
1739 SPRING CREEK LANE STE 200
BILLINGS, MT 59102

Authorized Signature

Mohamed
20130311 004190127188 25000.00
20150527871846 12345678

KATHLEEN T BURROWS
15836 ASTRAL ST
CHINO HILLS,CA,91709-2858

THIS DOCUMENT HAS A GRADUATED BACKGROUND—DARK TO LIGHT—THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK

**Stabl Spine, LLC**
4185 Fortuna Way
Salt Lake City, UT 84124

KEY BANK NATIONAL ASSOCIATION
Salt Lake City Utah 84124
31-73/1240

1604

Date   3/5/2013

Pay to
the Order   Schneider Limited Partnership
of

$**30,000.00**

Thirty Thousand and 00/100************************************************************   Dollars

Schneider Limited Partnership

Mohamed
20130311 004190127189 30000.00
20150527871846 12345678

KATHLEEN T BURROWS
15836 ASTRAL ST
CHINO HILLS,CA,91709-2858

10299

**NORTHERN ROCKIES NEURO-SPINE PC**
1739 SPRING CREEK LN STE 200
BILLINGS, MT 59102

**US bank.** All of us serving you

93-38-929   3/19/2013

PAY TO THE
ORDER OF   John H. Schneider MD MANAGER DRIC    $ 338,736.22

Three hundred thirty-eight thousand seven hundred thirty-six 22/100    DOLLARS

VOID AFTER 90 DAYS

MEMO   NRNS/DRIC loan repayment

$338,736.22

CREDITED TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ABSENCE OF ENDORSEMENT GUARANTEED
2202   US Bank   2202

ENDORSE HERE

Mohamed
20130318 004197597960 338736.22
20150527870709 150091515331

KATHLEEN T BURROWS
15836 ASTRAL ST
CHINO HILLS,CA,91709-2858

 **bank.**

Member FDIC

**Official Receipt**

DEPOSITS MAY NOT BE AVAILABLE
FOR IMMEDIATE WITHDRAWAL.

Checks and other items received for deposit are subject to the terms and conditions of this bank's rules and
regulations governing bank accounts, "Customer Agreement," as they may be amended from time to time. All items
accepted for deposit are subject to later count and verification.

Enjoy the convenience and safety your
U.S. Bank Personal or Business
Check Card provides.

usbank.com

All of **us** serving you™

20133 (1/11)

| | |
|---|---|
| Account # | |
| Date | 02/07/15 |
| Balance | $305,045.50 |
| Avail. Bal | $305,045.50 |

---

**bank.**

Member FDIC

**Official Receipt**

DEPOSITS MAY NOT BE AVAILABLE
FOR IMMEDIATE WITHDRAWAL.

Checks and other items received for deposit are subject to the terms and conditions of this bank's rules and
regulations governing bank accounts, "Customer Agreement," as they may be amended from time to time. All items
accepted for deposit are subject to later count and verification.

Enjoy the convenience and safety your
U.S. Bank Personal or Business
Check Card provides.

usbank.com

All of **us** serving you™

20133 (1/11)

00042   05987   0004   02/09/2015   11:30   USB
DEPOSIT     H                          DUP

$305,045.50



EXHIBIT
5



Jessica
20140508 009792280149 100000.00
20150327791009 150091602881

Jessica Rivera
BC-MN-H21P







Jessica
20150209 008057024745 305045.50
20150327791009 147490515151

Jessica Rivera
BC-MN-H21P





**COUNTER WITHDRAWAL**

*Pulled Signature Card ✓*  02/07/15

**us bank.**

All of us serving you™

WITHDRAWN ON THE ACCOUNT OF  KATHLEEN J. BURROWS

*three hundred five thousand forty five 50/100*  Apr 2/2/05

SIGNATURE REQUIRED  Kathleen J. Burrows

ALL ITEMS ARE ACCEPTED SUBJECT TO OUR RULES AND REGULATIONS APPLICABLE TO THE ACCOUNT. AVAILABLE 30088 (1/12) 4034/0708

ACCOUNT NUMBER  1500 91602881  Sav

MMN
Surplus  1500916 2881
✓ last debit
✓ Capital One
Visa 3408  05/4 - 04/16

**AMOUNT**

$  305 045 50

00041  05987 0004  02/09/2015  11:28 USB
USB SAV N  N

⑆560680520⑆          $305,045.50

```
▸123600220400202015
E 6345 ID 000 PKT 00
7527045303
```

Jessica
20150209 008057024746 305045.50
20150327791009 150091602881

Jessica Rivera
BC-MN-H21P

STATEMENT OF CONSIDERATION
ATTACHED
County Clerk's Office

## WARRANTY DEED

**SCHNEIDER LIMITED PARTNERSHIP, a Wyoming Limited Partnership**, of Park County, Wyoming, **Grantor**, for and in consideration of the sum of Ten and no/100 Dollars ($10.00) and other good and valuable consideration, **CONVEYS AND WARRANTS** to **MICHELLE SCHNEIDER, a married woman**, of 1962 Lane 15, Powell, Park County, Wyoming, **Grantee**, the following described real estate, situate in Park County, Wyoming, hereby releasing and waiving all rights under and by virtue of the homestead exemption laws of the State, to-wit:

**Parcel 1:**

That part of Farm Unit "M", according to the Farm Unit Plat, described as follows:
T. 54 N., R. 100 W., 6th P.M., Park County, Wyoming
Section 7:    Lot 37;
Section 18:   Lot 28;

**Parcel 2:**

That part of Farm Unit "M", according to the Farm Unit described as follows:

T. 54 N., R. 101 W., 6th P.M., Park County, Wyoming
Section 12:   Lots 7 and 9;
Section 13:   Lot 16.

Together with all improvements thereon and appurtenances thereto, subject to: 1) all easements and rights of way of record and legally existing; 2) all Declarations of Protective Covenants of record; 3) any prior reservations of oil, gas and minerals in and under said lands; 4) the reservations and exceptions, if any, contained in the government patent to said land.

**WITNESS** my hand this 5 day of June, 2012.

SCHNEIDER LIMITED PARTNERSHIP,
a Wyoming Limited Partnership
by SCHNEIDER MANAGEMENT, LLC,
a Wyoming Limited Liability Company, General Partner

Kathleen T. Burrows, Manager



EXHIBIT
8



2012-3268 Park County WY  6/14/2012 1:29 PM  Fees: $11.00

STATE OF Montana )
                       ) ss.
COUNTY OF Yellowstone )

Acknowledged before me by Kathleen T. Burrows, Manager of Schneider Management, LLC, General Partner of Schneider Limited Partnership, a Wyoming Limited Partnership this 5 day of June , 2012.

Witness my hand and official seal.

Stephanie K. Saunders
Notary Public
My commission expires July 20, 2014

STEPHANIE K. SAUNDERS
NOTARY PUBLIC
for the State of MONTANA
Residing at Billings, Montana
MY COMM. EXPIRES JULY 20, 2014

Pg: 2 of 3
2012-3268  Park County WY  6/11/2012 1:29 PM  Fees: $11.00

# PROPERTY OWNER'S CERTIFICATION

### Regarding Exemption from Wyoming Real Estate Subdivision Act

**This form is required for recording any deed, record of survey, or contract for deed pertaining to land in the unincorporated areas of Park County.**

I, (we),   _Michael D. Greear_

(print or type name(s) of owners or agent)

am (are) the owner(s) and grantor(s) of the real estate described by the following deed, record of survey, or contract for deed or am the agent thereof. I (we) hereby certify that the property being conveyed does not require a subdivision permit because:

(Check One)

☒ The parcel or lot boundaries are not changed by this deed, record of survey, or contract for deed.

☐ The changes to the parcel boundaries, including any divisions, conform to one of the exemptions contained in the Wyoming Real Estate Subdivision Act (W.S. § 18-5-302) and Article 3 of the Park County Subdivision Regulations. A *Record of Survey*, as required by Chapter III, Division 4-400 of the Park County Development Standards and Regulations, is referenced in or attached to the deed or the deed contract. A *Certificate of Subdivision Exemption* from the Planning Office is required to be recorded for any State exemption:

  o  Family Exemption – Affidavit for Family Exemption is attached. Any original Grantee of a family exemption shall obtain a Certificate of Non-Evasion from the Planning Office prior to the grantee conveying the parcel.
  o  35-Acre Exemption – Ingress and egress and utility easements shall be provided to each parcel by binding and recordable easements of not less than 40 feet in width to a public road unless specifically waived by the grantee or transferee in a binding and recordable document. All parcels created pursuant to this exemption shall have access as required by Section 3-205, Legal Access Requirement, of the Park County Zoning Resolution.
  o  Boundary Line Adjustment – A division that is created by boundary line adjustments where the parcel subject to the sale or other disposition is adjacent to and merged with other land owned by the grantee (does not include boundary line adjustments within subdivision lots).
  o  Other Exemption – Please Specify _____

_____          _6|08|12_
Signature of Owner/Agent                              Date



STATEMENT OF CONSIDERATION
ATTACHED
County Clerk's Office

## WARRANTY DEED

**SCHNEIDER LIMITED PARTNERSHIP, a Wyoming Limited Partnership**, of Park County, Wyoming, **Grantor**, for and in consideration of the sum of Ten and no/100 Dollars ($10.00) and other good and valuable consideration, **CONVEYS AND WARRANTS** to **MICHELLE SCHNEIDER, a married woman**, of 1962 Lane 15, Powell, Park County, Wyoming, **Grantee**, the following described real estate, situate in Park County, Wyoming, hereby releasing and waiving all rights under and by virtue of the homestead exemption laws of the State, to-wit:

       **See Exhibit "A" attached hereto and made a part hereof by this reference**

    Together with all improvements thereon and appurtenances thereto, subject to: 1) all easements and rights of way of record and legally existing; 2) all Declarations of Protective Covenants of record; 3) any prior reservations of oil, gas and minerals in and under said lands; 4) the reservations and exceptions, if any, contained in the government patent to said land.

    **WITNESS** my hand this ___8___ day of ___June___, 2012.

**SCHNEIDER LIMITED PARTNERSHIP,**
a Wyoming Limited Partnership
by SCHNEIDER MANAGEMENT, LLC,
a Wyoming Limited Liability Company, General Partner

_____
Kathleen T. Burrows, Manager

STATE OF _Montana_    )
                    ) ss.
COUNTY OF _Yellowstone_ )

    Acknowledged before me by Kathleen T. Burrows, Manager of Schneider Management, LLC, General Partner of Schneider Limited Partnership, a Wyoming Limited Partnership this _8_ day of ___June___, 2012.

    Witness my hand and official seal.

_____
Notary Public
My commission expires _12/09/2013_
Jacqueline Bryant
Notary Public State of MT

JACQUELINE BRYANT
NOTARIAL
SEAL
STATE OF MONTANA

2012-3338  Park County WY  6/15/2012 11:55 AM  Fees: $11.00  Pg: 1 of 3

## EXHIBIT "A"

**PARCEL 1:**
T.54N., R.100W., 6th P.M., Park County, Wyoming, according to the records of the County Clerk and Recorder of Park County, State of Wyoming.
Section 7: Lot 36

**PARCEL 2:**
A parcel of Land in Lot 27 of Section 18, T.54N., R.100W., 6th P.M., Park County, Wyoming, according to the Government Resurvey, according to the records of the County Clerk and Recorder of Park County, State of Wyoming, said parcel being more particularly described as follows:
Beginning at the northwest corner of said Lot 27; thence S.89°50'37"E., along the north line thereof, for 807.49 feet; thence S.49°53'34"W. a distance of 343.65 feet; thence S.70°19'34"W. a distance of 242.11 feet; thence S.84°24'57"W. a distance of 198.63 feet; thence S.27°16'19"W. a distance of 258.28 feet to the west line of said Lot 27; thence N.0°04'00"W., along said west line, for 554.00 feet, more or less, to the point of beginning.

**PARCEL 3:**
A parcel of land in Lot 26, Section 7, T.54N., R.100W., 6th P.M., Park County, Wyoming, Government Resurvey, according to the records of the County Clerk and Recorder of Park County, State of Wyoming, being more particularly described as follows:
Beginning at the corner common to Lot 26 and Lot 36 of Section 7 and Lot 27 and Lot 28 of Section 18 of said township and range; thence N.0°00'55"E., along the boundary common to said Lot 26 and Lot 36, for 164.84 feet to an angle point in said lot boundary; thence S65°40'02"E., along said common boundary and said common boundary extended, for 402.49 feet to the southerly boundary of said Lot 26; thence N.89°50'35"W., along said common boundary, for 366.78 feet, more or less, to the point of beginning.

**PARCEL 4:**
T.54N., R.101W., 6th P.M., Park County, Wyoming, according to the records of the County Clerk and Recorder of Park County, State of Wyoming.
Section 12: Lot 8

## PROPERTY OWNER'S CERTIFICATION

### Regarding Exemption from Wyoming Real Estate Subdivision Act

This form is required for recording any deed, record of survey, or contract for deed pertaining to land in the unincorporated areas of Park County.

I, (we), _____ Michael D. Greear _____

(print or type name(s) of owners or agent)

am (are) the owner(s) and grantor(s) of the real estate described by the following deed, record of survey, or contract for deed or am the agent thereof. I (we) hereby certify that the property being conveyed does not require a subdivision permit because:

(Check One)

☒ The parcel or lot boundaries are not changed by this deed, record of survey, or contract for deed

☐ The changes to the parcel boundaries, including any divisions, conform to one of the exemptions contained in the Wyoming Real Estate Subdivision Act (W.S. § 18-5-302) and Article 3 of the Park County Subdivision Regulations. A *Record of Survey*, as required by Chapter III, Division 4-400 of the Park County Development Standards and Regulations, is referenced in or attached to the deed or the deed contract. A *Certificate of Subdivision Exemption* from the Planning Office is required to be recorded for any State exemption:

  - o Family Exemption – Affidavit for Family Exemption is attached. Any original Grantee of a family exemption shall obtain a Certificate of Non-Evasion from the Planning Office prior to the grantee conveying the parcel.
  - o 35-Acre Exemption – Ingress and egress and utility easements shall be provided to each parcel by binding and recordable easements of not less than 40 feet in width to a public road unless specifically waived by the grantee or transferee in a binding and recordable document. All parcels created pursuant to this exemption shall have access as required by Section 3-205, Legal Access Requirement, of the Park County Zoning Resolution.
  - o Boundary Line Adjustment – A division that is created by boundary line adjustments where the parcel subject to the sale or other disposition is adjacent to and merged with other land owned by the grantee (does not include boundary line adjustments within subdivision lots)
  - o Other Exemption – Please Specify _____

_____        ___6|11|12___
Signature of Owner/Agent                          Date

2012-3338  Park County WY  6/15/2012 11:58 AM  Fees: $11.00     Pg: 3 of 3

STATEMENT OF CONSIDERATION
ATTACHED
County Clerk's Office

## WARRANTY DEED

**MICHELLE SCHNEIDER, a married woman,** of Park County, Wyoming, **Grantor,** for and in consideration of the sum of Ten and no/100 Dollars ($10.00) and other good and valuable consideration, **CONVEYS AND WARRANTS:** a one-third (1/3) interest to **KATHLEEN THERESA BURROWS, Trustee of the Trust for the benefit of THE BRANDON SCHNEIDER BENEFIT TRUST, DATED MARCH 30, 2012,** a one-third (1/3) interest to **KATHLEEN THERESA BURROWS, Trustee of the Trust for the benefit of THE SHANNON SCHNEIDER BENEFIT TRUST, DATED MARCH 30, 2012,** a one-third (1/3) interest to **KATHLEEN THERESA BURROWS, Trustee of the Trust for the benefit of THE CAITLIN SCHNEIDER BENEFIT TRUST, DATED MARCH 30, 2012,** as tenants in common, of 1962 Lane 15, Powell, Park County, Wyoming, **Grantee,** the following described real estate, situate in Park County, Wyoming, hereby releasing and waiving all rights under and by virtue of the homestead exemption laws of the State, to-wit:

**See Exhibit "A" attached hereto and made a part hereof by this reference**

Together with all improvements thereon and appurtenances thereto, subject to: 1) all easements and rights of way of record and legally existing; 2) all Declarations of Protective Covenants of record; 3) any prior reservations of oil, gas and minerals in and under said lands; 4) the reservations and exceptions, if any, contained in the government patent to said land.

**WITNESS** my hand this ___8___ day of __June__, 2012.

Michelle Schneider

**STATE OF** Montana )
) ss.
**COUNTY OF** Yellowstone )

Acknowledged before me by **Michelle Schneider** this ___8___ day of __June__, 2012.

Witness my hand and official seal.

Notary Public
My commission expires 12/09/2013
Jacqueline Bryant
Notary Public State of MT

2012-3339  Park County WY  6/15/2012 12:00 PM  Fees: $11.00   Pg: 1 of 3



EXHIBIT
9

# EXHIBIT "A"

**PARCEL 1:**
T.54N., R100W., 6th P.M., Park County, Wyoming, according to the records of the County Clerk and Recorder of Park County, State of Wyoming.
Section 7: Lot 36

**PARCEL 2:**
A parcel of Land in Lot 27 of Section 18, T.54N., R.100W., 6th P.M., Park County, Wyoming, according to the Government Resurvey, according to the records of the County Clerk and Recorder of Park County, State of Wyoming, said parcel being more particularly described as follows:
Beginning at the northwest corner of said Lot 27; thence S.89°50'37"E., along the north line thereof, for 807.49 feet; thence S.49°53'34"W. a distance of 343.65 feet; thence S.70°19'34"W. a distance of 242.11 feet; thence S.84°24'57"W. a distance of 198.63 feet; thence S.27°16'19"W. a distance of 258.28 feet to the west line of said Lot 27; thence N.0°04'00"W., along said west line, for 554.00 feet, more or less, to the point of beginning.

**PARCEL 3:**
A parcel of land in Lot 26, Section 7, T.54N., R.100W., 6th P.M., Park County, Wyoming, Government Resurvey, according to the records of the County Clerk and Recorder of Park County, State of Wyoming, being more particularly described as follows:
Beginning at the corner common to Lot 26 and Lot 36 of Section 7 and Lot 27 and Lot 28 of Section 18 of said township and range; thence N.0°00'55"E., along the boundary common to said Lot 26 and Lot 36, for 164.84 feet to an angle point in said lot boundary; thence S65°40'02"E., along said common boundary and said common boundary extended, for 402.49 feet to the southerly boundary of said Lot 26; thence N.89°50'35"W., along said common boundary, for 366.78 feet, more or less, to the point of beginning.

**PARCEL 4:**
T.54N., R.101W., 6th P.M., Park County, Wyoming, according to the records of the County Clerk and Recorder of Park County, State of Wyoming.
Section 12: Lot 8

## PROPERTY OWNER'S CERTIFICATION

### Regarding Exemption from Wyoming Real Estate Subdivision Act

This form is required for recording any deed, record of survey, or contract for deed pertaining to land in the unincorporated areas of Park County.

I, (we), ___Michael D. Grear_____

(print or type name(s) of owners or agent)

am (are) the owner(s) and grantor(s) of the real estate described by the following deed, record of survey, or contract for deed or am the agent thereof. I (we) hereby certify that the property being conveyed does not require a subdivision permit because:

(Check One)

☒ The parcel or lot boundaries are not changed by this deed, record of survey, or contract for deed

☐ The changes to the parcel boundaries, including any divisions, conform to one of the exemptions contained in the Wyoming Real Estate Subdivision Act (W.S. § 18-5-302) and Article 3 of the Park County Subdivision Regulations. A *Record of Survey*, as required by Chapter III, Division 4-400 of the Park County Development Standards and Regulations, is referenced in or attached to the deed or the deed contract. A *Certificate of Subdivision Exemption* from the Planning Office is required to be recorded for any State exemption:

- o  Family Exemption – Affidavit for Family Exemption is attached. Any original Grantee of a family exemption shall obtain a Certificate of Non-Evasion from the Planning Office prior to the grantee conveying the parcel.
- o  35-Acre Exemption – Ingress and egress and utility easements shall be provided to each parcel by binding and recordable easements of not less than 40 feet in width to a public road unless specifically waived by the grantee or transferee in a binding and recordable document. All parcels created pursuant to this exemption shall have access as required by Section 3-205, Legal Access Requirement, of the Park County Zoning Resolution.
- o  Boundary Line Adjustment – A division that is created by boundary line adjustments where the parcel subject to the sale or other disposition is adjacent to and merged with other land owned by the grantee (does not include boundary line adjustments within subdivision lots)
- o  Other Exemption – Please Specify _____

_____          ____6/11/12_____

Signature of Owner/Agent                         Date

STATEMENT OF CONSIDERATION
ATTACHED
County Clerk's Office

## WARRANTY DEED

**MICHELLE SCHNEIDER, a married woman,** of Park County, Wyoming, **Grantor,** for and in consideration of the sum of Ten and no/100 Dollars ($10.00) and other good and valuable consideration, **CONVEYS AND WARRANTS:** a one-third (1/3) interest to **KATHLEEN THERESA BURROWS, Trustee of the Trust for the benefit of THE BRANDON SCHNEIDER BENEFIT TRUST, DATED MARCH 30, 2012,** a one-third (1/3) interest to **KATHLEEN THERESA BURROWS, Trustee of the Trust for the benefit of THE SHANNON SCHNEIDER BENEFIT TRUST, DATED MARCH 30, 2012,** a one-third (1/3) interest to **KATHLEEN THERESA BURROWS, Trustee of the Trust for the benefit of THE CAITLIN SCHNEIDER BENEFIT TRUST, DATED MARCH 30, 2012,** as tenants in common, of 1962 Lane 15, Powell, Park County, Wyoming, **Grantee,** the following described real estate, situate in Park County, Wyoming, hereby releasing and waiving all rights under and by virtue of the homestead exemption laws of the State, to-wit:

Parcel 1:

That part of Farm Unit "M", according to the Farm Unit Plat, described as follows:
T. 54 N., R. 100 W., 6th P.M., Park County, Wyoming
Section 7:     Lot 37;
Section 18:   Lot 28;

Parcel 2:

That part of Farm Unit "M", according to the Farm Unit described as follows:

T. 54 N., R. 101 W., 6th P.M., Park County, Wyoming
Section 12:   Lots 7 and 9;
Section 13:   Lot 16.

Together with all improvements thereon and appurtenances thereto, subject to: 1) all easements and rights of way of record and legally existing; 2) all Declarations of Protective Covenants of record; 3) any prior reservations of oil, gas and minerals in and under said lands; 4) the reservations and exceptions, if any, contained in the government patent to said land.

WITNESS my hand this ___5___ day of ___June___, 2012.

_Michelle Schneider_
Michelle Schneider

STATE OF ___Montana___ )
COUNTY OF ___Yellowstone___ ) ss.
)

    Acknowledged before me by **Michelle Schneider** this ___5___ day of ___June___, 2012.

    Witness my hand and official seal.

_Stephanie K. Saunders_
Notary Public
My commission expires ___July 20, 2014___

[NOTARY SEAL: STEPHANIE K. SAUNDERS / NOTARY PUBLIC / for the State of MONTANA / Residing at Billings, Montana / MY COMM. EXPIRES JULY 20, 2014]

Pg: 2 of 2
2012-3269  Park County WY  6/11/2012 1:31 PM  Fees: $11.00

# PROPERTY OWNER'S CERTIFICATION

### Regarding Exemption from Wyoming Real Estate Subdivision Act

This form is required for recording any deed, record of survey, or contract for deed pertaining to land in the unincorporated areas of Park County.

I, (we), _____Michael D. Greear_____

(print or type name(s) of owners or agent)

am (are) the owner(s) and grantor(s) of the real estate described by the following deed, record of survey, or contract for deed or am the agent thereof.  I (we) hereby certify that the property being conveyed does not require a subdivision permit because:

(Check One)

☒ The parcel or lot boundaries are not changed by this deed, record of survey, or contract for deed

☐ The changes to the parcel boundaries, including any divisions, conform to one of the exemptions contained in the Wyoming Real Estate Subdivision Act (W.S. § 18-5-302) and Article 3 of the Park County Subdivision Regulations.  A *Record of Survey*, as required by Chapter III, Division 4-400 of the Park County Development Standards and Regulations, is referenced in or attached to the deed or the deed contract.  A *Certificate of Subdivision Exemption* from the Planning Office is required to be recorded for any State exemption:

- o Family Exemption – Affidavit for Family Exemption is attached.  Any original Grantee of a family exemption shall obtain a Certificate of Non-Evasion from the Planning Office prior to the grantee conveying the parcel.
- o 35-Acre Exemption – Ingress and egress and utility easements shall be provided to each parcel by binding and recordable easements of not less than 40 feet in width to a public road unless specifically waived by the grantee or transferee in a binding and recordable document.  All parcels created pursuant to this exemption shall have access as required by Section 3-205, Legal Access Requirement, of the Park County Zoning Resolution.
- o Boundary Line Adjustment – A division that is created by boundary line adjustments where the parcel subject to the sale or other disposition is adjacent to and merged with other land owned by the grantee (does not include boundary line adjustments within subdivision lots)
- o Other Exemption – Please Specify _____

_____     6|8|12
Signature of Owner/Agent                                      Date

2012-3269  Park County WY  6/11/2012 1:31 PM  Fees: $11.00

# PROMISSORY NOTE

$5,000,000.00
Principal Sum

May 1, 2012, 12:01 a.m.

**FOR VALUE RECEIVED, MedPort, LLC, a Wyoming Limited Liability Company ("Maker"), whose address is 15836 Astral St., Chino Hills, California 91709, promises to pay to the order of SCHNEIDER LIMITED PARTNERSHIP, a Wyoming Limited Partnership, ("Payee"), at Payee's principal address; 1962 Road 15, Powell, Wyoming 82435,** or such other place designated in writing by Payee, so much of the principal sum of Five Million and no/100 Dollars ($5,000,000.00), as stated above, that has been advanced under this Note by Payee to Maker, together with interest on the unpaid principal sum from time to time outstanding at the rate of Two and 86 Hundredths Percent (2.86 %) per annum. Interest, based on a 360-day year, shall be accrued for the number of days the principal sum (or any portion thereof) is actually outstanding. Maker may request advances against the principal sum of this Note until the earlier of, the full principal sum has been advanced or April 30, 2014.

1.    Payments. From the date of this Note until September 30, 2015, Maker shall pay all interest accrued on the outstanding principal sum on a quarterly basis. Beginning October, 1, 2015 Maker shall begin making eighty (80) equal quarterly installments of principal and interest. Any interest due and owing under this Note but not paid shall be compounded quarterly on the first day of each calendar quarter of each year if not paid on the due date or within the 10-day grace period allowed below under "Security/Event of Default." The entire principal amount of this Note, plus any accrued and unpaid interest, shall be due and payable on July 1, 2035. All payments on this Note shall be applied first to the payment of accrued interest, and when all such interest has been paid, any remainder shall be applied to reduction of the principal balance. All



EXHIBIT
10

~~amounts payable hereunder~~ are payable in lawful money of the United States of America or such ~~other consideration~~ as agreed upon by Maker and Payee.

2.   _Voluntary Prepayment_.  The privilege to prepay all or any part of the principal sum from time to time without penalty is hereby reserved to Maker, provided that any such principal prepayment shall be accompanied by all interest then accrued on the amount prepaid, if any.

3.   _Late Charge_.  If any payment under this Note, or any part thereof, is not paid within 10 days after the same becomes due, Maker agrees, at the option of Payee, to pay a "late charge" of one percent (1%) of the installment due.

4.   _Event of Default_.  As used in this Note, an "Event of Default" means any one of the following events (whatever the reason of such Event of Default, and whether it be voluntary or be effected by operation of law):

(a)   Maker's failure to pay when due any part of the principal or interest under this Note within 10 days after such amount is due;

(b)   Maker's default in the performance of any other obligation under this Note or under the Security Agreement which is not cured within 30 days after Maker has received notice from Payee of such default;

(c)   Maker defaults on any other debts, obligations, or liabilities to Payee or to any other person or entity;

(d)   Maker shall be unable, or admit in writing Maker's inability, to pay its debts, or shall not pay Maker's debts generally as they come due, or shall make any assignment for the benefit of creditors;

2

(e)   Maker shall commence, or there shall be commenced against Maker, any case, proceeding, or other action seeking to have an order for relief entered with respect to Maker, or to adjudicate Maker as a bankrupt or insolvent, or seeking reorganization, arrangement, adjustment, liquidation, dissolution, or composition under any law relating to bankruptcy, insolvency, reorganization, or relief of debtors or seeking appointment of a receiver, trustee, custodian, or other similar fiduciary, with respect to any part of Maker's business or property, which, in the case of a proceeding or action brought against Maker is not dismissed or stayed within sixty (60) days after the date of its commencement; or

(f)   Maker takes any action in contemplation of any of the matters set forth in the previous subparagraphs (in which case Maker is obligated to advise Payee within forty-eight (48) hours of the occurrence of such action).

If an Event of Default occurs and is continuing, then Payee may declare the principal of this Note and the interest accrued thereon to be due and payable immediately, by a notice in writing to Maker, and upon any such declaration, such amount shall become immediately due and payable.  Maker hereby agrees to pay reasonable attorneys' fees and all other reasonable costs and expenses incurred, after an Event of Default, in the enforcement of this Note, the enforcement of any security interest with respect to this Note, and the collection of amounts due hereunder, whether such enforcement or collection is by court action or otherwise.

If the principal of this Note becomes due prior to its stated maturity because of acceleration by Payee as provided above because of an Event of Default, then any part of the principal sum and any accrued interest then due and unpaid shall, from and after the date of such Event of Default, bear interest at the rate per annum equal to five (5) percentage points in excess

3

~~of the rate of interest herein~~ provided for at the time of default, thereafter compounded quarterly ~~at each calendar quarter.~~

5.   Attorneys' Fees.  Maker hereby agrees to pay reasonable attorneys' fees and all ~~other reasonable costs and~~ expenses incurred, after an Event of Default, in the enforcement of ~~this Note,~~ the enforcement of any security interest with respect to this Note, and the collection of amounts due hereunder, whether such enforcement or collection is by court action or otherwise.

6.   Miscellaneous; Jurisdiction.  Maker waives demand for payment, presentment for payment, notice of dishonor, protest and notice of protest.  This Note shall be governed as to validity, interpretation, construction, effect and in all other respects by the laws and decisions of the State of Wyoming without regard to the conflicts of law principles of such state.  Maker agrees that the federal and state courts located in the State of Wyoming shall have subject matter jurisdiction to entertain any action brought to enforce or collect upon this Note and, by execution hereof, voluntarily submits to personal jurisdiction of such courts; provided, however, that such jurisdiction shall not be exclusive and, at Payee's option, Payee may commence such action in any other court which otherwise has jurisdiction.  No delay or omission by Payee in exercising any power or right hereunder shall impair such right or power or be construed to be a waiver of any default, nor shall any single or partial exercise of any power or right hereunder preclude any or full exercise thereof or the exercise of any other right or power.  Each legal holder hereof shall have and may exercise all the rights and powers given to Payee herein.

4

This Note is executed to be effective as of May 1, 2012, 12:01 a.m.

**MAKER:**

**MedPort, LLC.**

By: _____
Kathleen Theresa Burrows, Manager

5.

**AMENDMENT**

**TO**

**PROMISSORY NOTE**

This Amendment to Promissory Note ("Amendment") is entered into between the Payee and Maker under that certain Promissory Note dated May 1, 2012, by and between MedPort, LLC, a Wyoming Limited Liability Company ("Maker") and Schneider Limited Partnership, a Wyoming Limited Partnership ("Payee"). Said Promissory Note is attached hereto as Exhibit "A" (the "Promissory Note"), for the purposes of modifying the payment terms of the Promissory Note.

The Amendment to the Promissory Note is as follows:

I.   Section 1 entitled Payments shall be deleted in its entirety and replaced with the following:

1.   Payments. From the date of this Note until September 30, 2018, Maker shall not be required to make any payments of accrued interest or outstanding principal. Each year on December 31, the amount of interest due and owing shall be reconciled and added as principal under the terms of the Note. Beginning October 1, 2018, Maker shall begin making eighty (80) equal quarterly installments of principal and interest. Any interest due and owing under this Note but not paid shall be compounded quarterly on the first day of each calendar quarter of each year if not paid on the due date or wihin the 10-day grace period allowed below under "Security/Even of Default." The entire principal amount of this Note, plus any accrued and unpaid interest, shall be due and payable on July 1, 20136. All payments on this Note shall be applied first to the payment of accrued interest, and, after all such interest has been paid, any remainder shall be applied to reduction of the principal balance. All amounts payable hereunder are payable in lawful money of the United States of America or such other consideration as agreed upon by Maker and Payee.



All other terms of this Promissory Note shall remain in full force and effect.


DATED this 17th day of October, 2013.


**MEDPORT, LLC**


By: _____
     Brandon Schneider


## ACCEPTANCE OF AMENDED TERMS
## OF
## PROMISSORY NOTE

**COMES NOW**, Kathleen T. Burrows, Manager of Schneider Management, LLC, General Partner of Schneider Limited Partner, a Wyoming Limited Partnership, Payee of the Promissory Note and hereby consents and agrees to this Amendment.


**SCHNEIDER LIMITED PARTNERSHIP**


By: _____
     Kathleen T. Burrows, Manager of
     Schneider Management, LLC,
     General Partner

All other terms of this Promissory Note shall remain in full force and effect.

DATED this 17th day of October, 2013.

MEDPORT, LLC

By: _____
      Brandon Schneider

## ACCEPTANCE OF AMENDED TERMS
## OF
## PROMISSORY NOTE

**COMES NOW**, Kathleen T. Burrows, Manager of Schneider Management, LLC, General Partner of Schneider Limited Partner, a Wyoming Limited Partnership, Payee of the Promissory Note and hereby consents and agrees to this Amendment.

**SCHNEIDER LIMITED PARTNERSHIP**

By _____
    Kathleen T. Burrows, Manager of
    Schneider Management, LLC,
    General Partner

## JUDGMENT SALE AGREEMENT

THIS JUDGMENT SALE AGREEMENT ("Agreement") is made as of March 17, 2014, by and between WELLS FARGO BANK, N.A. ("the Assignor") and KATHLEEN THERESA BURROWS, as Trustee of the BRANDON SCHNEIDER BENEFIT TRUST, SHANNON SCHNEIDER BENEFIT TRUST and CAITLIN SCHNEIDER BENEFIT TRUST, each trust dated March 30, 2012 (collectively, "the Assignee").

### RECITALS

A.     Northern Rockies Neuro-Spine, P.C., John H. Schneider, Michelle Schneider, Schneider Limited Partnership (a Wyoming limited partnership), John Schneider Revocable Trust U/A/D November 20, 2007, Michelle Schneider Revocable Trust U/A/D November 20, 2007, and Schneider Management LLC (a Wyoming limited liability company) (collectively, the Judgment Debtors") are each indebted to Assignor under a Final Judgment entered January 23, 2014 in Case No. 2:12-CV-00221-ABJ in the United States District Court for the District of Wyoming, which was subsequently entered as a foreign judgment in the District Court of Park County, Wyoming for the Fifth Judicial District in Civil Case No. 27587 and entered as a foreign judgment in the District Court of Yellowstone County, Montana for the Thirteenth Judicial District in Civil Case No. DV-0356 (collectively, the "Judgment") in the amount of SIX HUNDRED THIRTY TWO THOUSAND TWO HUNDRED TWENTY AND 15/100 DOLLARS ($632,221.15), plus post-judgment interest at the annual rate of .13 percent (.13%) per annum as provided therein.

B.     In conjunction with this Agreement, the Judgment Debtors have consented to entry of a Judgment in the amount of SIXTY THREE THOUSAND AND NO/100 DOLLARS ($63,000.00) (the "Fee Judgment") in Case No. 2:12-CV-00221-ABJ in the United States District Court for the District of Wyoming, which has not yet been entered.

C.     The Assignor has agreed to sell and assign the Judgment and Fee Judgment (collectively, the "Judgments") to the Assignee and permit the Assignee to assert all rights as holder of the Judgments. The Assignor is willing to sell and assign the Judgments to Assignee subject to the terms and conditions set forth herein, and on the understanding by the Assignee that the sale of the Judgments and the other transactions contemplated herein ARE MADE WITHOUT ANY REPRESENTATIONS OR WARRANTIES BY THE ASSIGNOR OF ANY KIND (INCLUDING, BUT NOT LIMITED TO, THE COLLECTIBILITY OF THE JUDGMENTS) OTHER THAN THOSE REPRESENTATIONS AND WARRANTIES EXPRESSLY MADE IN THIS AGREEMENT.

D.     As used herein, the term "Closing Date" shall mean March 21, 2014 or any date prior thereto.



EXHIBIT
12

-1-