Doug James (#2237)
MOULTON BELLINGHAM PC
Suite 1900, Crowne Plaza
P. O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Doug.James@moultonbellingham.com

    Attorneys for Meridian Surgical Partners
    Montana, LLC and Meridian Surgical Partners, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| IN RE: | Case No. 14-61357-7 |
|---|---|
| JOHN HENRY SCHNEIDER,<br><br>                          Debtor. | **FOUNDATIONAL DECLARATION<br>OF DOUG JAMES** |

    Meridian Surgical Partners, LLC and Meridian Surgical Partners – Montana, LLC submit the following Foundational Declaration of Doug James.

    I, Doug James, declare, as an officer of the Court, as follows:

    1.    I am admitted to practice law in the State of Montana, as a member of the Bar Association in good standing. I am counsel of record in this case for Meridian Surgical Partners, LLC and Meridian Surgical Partners, LLC and Meridian Surgical Partners – Montana, LLC. The facts stated herein are true and correct and based upon my personal knowledge.

    2.    Attached as Exhibit A from the Sunday Edition of the *Billings Gazette*, published February 28, 2016, the Real Estate listing for the home located at 3611 Tommy Armour Circle, in Billings, Montana.

MOULTON BELLINGHAM PC<br>ATTORNEYS AT LAW

**Exhibit 8**

3. Attached as Exhibit B to this Declaration are true and correct copies of photographs that were taken on February 28, 2016, in the home located at 3611 Tommy Armour Circle, Billings, Montana.

4. Attached as Exhibit C to this Declaration is a real estate information sheet for the property located at 3611 Tommy Armour Circle, Billings, Montana, from the open house held at the property on February 28, 2016.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this 10th day of March, 2016.

_____
DOUG JAMES

STATE OF MONTANA )
                               : ss.
County of Yellowstone )

On this 10th day of March, 2016, before me, the undersigned, a Notary Public for the State of Montana, personally appeared Doug James, known to me to be the person whose named is subscribed to the within instrument, and acknowledged to me that he subscribed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal the day and year in this certificate first above written.

[SEAL: JANET L. McMURPHY, NOTARY PUBLIC for the State of Montana, Residing at Billings, Montana, My Commission Expires June 23, 2019]

_____
Janet. L. McMurphy
Notary Public for the State of Montana
Residing at Billings, Montana
My Commission Expires: June 23, 2019

4849-9895-7870, v. 1

14-61357-RBK Doc#: 226-14 Filed: 03/11/16 Entered: 03/11/16 12:06:14 Page 3 of 13













**A Property for Your Consideration . . .**

Presented by: 
Judy Shelhamer
Berkshire Hathaway HS Floberg
judy@floberg.com
Phone: 406-254-1550
Fax:  406-248-7653

| Billings | 3611 TOMMY ARMOUR CIRCLE | ↓ $ 599,900 |

Ref #: 254510



| | | | |
|---|---|---|---|
| **Bedrooms:** | 6 | **Subdivision:** | Yellowstone Club Estates |
| **Baths:** | 3 / 1 | **Type:** | Single Family |
| **Tot SqFt:** | 6,218 | **Style:** | Ranch |
| **Lot SqFt:** | 29,856 | **Year Built:** | 1988 / Renovated |
| **Acres:** | 0.690 | **Garage:** | 3 / Attached |

Supreme luxury manifests itself in this European-inspired 6-bedroom beauty, evidenced by soaring ceilings, elegant archways, stately columns & exceptional quality. Revel in the lavish master suite, gourmet kitchen or crystalline pool. http://goo.gl/ScAofZ

-- INFORMATION HEREIN DEEMED RELIABLE BUT NOT GUARANTEED --     02/23/16     10:42 AM

**Exhibit 8-C**