B6C (Official Form 6C) (4/13)

In re   John Henry Schneider                          Case No.  14-61357
                        Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:   ☒ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                      $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                               *with respect to cases commenced on or after the date of adjustment.)*
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Real Property<br>Undivided half- interst<br>3253611 Tommy Armour Circle<br>Billings, MT<br>(Value includes interest of NFS) | Mont. Code Ann. §§ 70-32-104, 25-13-615 | 125,000.00 | 625,000.00 |
| Cash on Hand<br>Cash | Mont. Code Ann. § 25-13-614 | 75% | 500.00 |
| Household Goods and Furnishings<br>2 Sofas | Mont. Code Ann. § 25-13-609(1) | 150.00 | 150.00 |
| Bed | Mont. Code Ann. § 25-13-609(1) | 250.00 | 250.00 |
| Love seat | Mont. Code Ann. § 25-13-609(1) | 37.50 | 37.50 |
| Dresser | Mont. Code Ann. § 25-13-609(1) | 175.00 | 175.00 |
| Chest of drawers | Mont. Code Ann. § 25-13-609(1) | 125.00 | 125.00 |
| 2 Side chairs | Mont. Code Ann. § 25-13-609(1) | 25.00 | 25.00 |
| Night stand | Mont. Code Ann. § 25-13-609(1) | 100.00 | 100.00 |
| 2 Coffee tables | Mont. Code Ann. § 25-13-609(1) | 50.00 | 50.00 |
| 3 Bookcases | Mont. Code Ann. § 25-13-609(1) | 75.00 | 75.00 |
| TV | Mont. Code Ann. § 25-13-609(1) | 175.00 | 175.00 |
| TV | Mont. Code Ann. § 25-13-609(1) | 125.00 | 125.00 |
| VCR/DVD | Mont. Code Ann. § 25-13-609(1) | 150.00 | 150.00 |
| Entertainment Center | Mont. Code Ann. § 25-13-609(1) | 175.00 | 175.00 |
| 6 Lamps | Mont. Code Ann. § 25-13-609(1) | 100.00 | 100.00 |
| 3 Dressers | Mont. Code Ann. § 25-13-609(1) | 125.00 | 125.00 |
| 3 Chest of drawers | Mont. Code Ann. § 25-13-609(1) | 125.00 | 125.00 |
| 3 night stands | Mont. Code Ann. § 25-13-609(1) | 100.00 | 100.00 |
| 2 Clocks | Mont. Code Ann. § 25-13-609(1) | 12.50 | 12.50 |
| 2 Lamps | Mont. Code Ann. § 25-13-609(1) | 12.50 | 12.50 |
| 3 TVs | Mont. Code Ann. § 25-13-609(1) | 25.00 | 25.00 |

__2__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

B6C (Official Form 6C) (4/13) -- Cont.

In re  John Henry Schneider                                Case No. __14-61357__
                           Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Dryer | Mont. Code Ann. § 25-13-609(1) | 150.00 | 150.00 |
| Freezer | Mont. Code Ann. § 25-13-609(1) | 75.00 | 75.00 |
| Dishwasher | Mont. Code Ann. § 25-13-609(1) | 75.00 | 75.00 |
| Microwave | Mont. Code Ann. § 25-13-609(1) | 37.50 | 37.50 |
| Toaster | Mont. Code Ann. § 25-13-609(1) | 12.50 | 12.50 |
| Blender | Mont. Code Ann. § 25-13-609(1) | 5.00 | 5.00 |
| Pots and pans | Mont. Code Ann. § 25-13-609(1) | 25.00 | 25.00 |
| Dishes | Mont. Code Ann. § 25-13-609(1) | 25.00 | 25.00 |
| Hand tools | Mont. Code Ann. § 25-13-609(1) | 50.00 | 50.00 |
| Glasses | Mont. Code Ann. § 25-13-609(1) | 12.50 | 12.50 |
| Table and chairs | Mont. Code Ann. § 25-13-609(1) | 375.00 | 375.00 |
| Buffet | Mont. Code Ann. § 25-13-609(1) | 75.00 | 75.00 |
| Towels | Mont. Code Ann. § 25-13-609(1) | 37.50 | 37.50 |
| Linens | Mont. Code Ann. § 25-13-609(1) | 37.50 | 37.50 |
| Toiletries/sundries | Mont. Code Ann. § 25-13-609(1) | 37.50 | 37.50 |
| Desk | Mont. Code Ann. § 25-13-609(1) | 750.00 | 750.00 |
| Computer | Mont. Code Ann. § 25-13-609(1) | 250.00 | 250.00 |
| Printer | Mont. Code Ann. § 25-13-609(1) | 50.00 | 50.00 |
| Books, Pictures and Other Art Objects; Collectibles  Art | Mont. Code Ann. § 25-13-609(1) | 250.00 | 250.00 |
| Books | Mont. Code Ann. § 25-13-609(3) | 1,250.00 | 1,250.00 |
| Wearing Apparel  Clothing | Mont. Code Ann. § 25-13-609(1) | 500.00 | 500.00 |
| Furs and Jewelry  Jewelry | Mont. Code Ann. § 25-13-609(1) | 250.00 | 250.00 |
| Firearms and Sports, Photographic and Other Hobby Equipment  Rifle | Mont. Code Ann. § 25-13-609(1) | 0.00 | 250.00 |
| Bike | Mont. Code Ann. § 25-13-609(1) | 100.00 | 100.00 |
| Video camera | Mont. Code Ann. § 25-13-609(1) | 50.00 | 100.00 |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

B6C (Official Form 6C) (4/13) -- Cont.

In re  John Henry Schneider , Case No. 14-61357
             Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| DA Davidson IRA | Mont. Code Ann. § 25-13-608(1)(e) | 1,598,308.42 | 1,598,308.42 |
| TIAA CREF IRA | Mont. Code Ann. § 25-13-608(1)(e) | 95,519.86 | 95,519.86 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2007 GMC Savanna | Mont. Code Ann. § 25-13-609(2) | 0.00 | 0.00 |
| 2007 GMC Savanna | Mont. Code Ann. § 25-13-609(2) | 2,500.00 | 4,000.00 |
| | Total: | 1,828,295.78 | 2,330,220.78 |

Sheet  2  of  2  continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy