

Period:
through
Jan 20, 2015

Page 1 of 1

000051256 1 MB 0.435 106481896978820 P
KATHLEEN T BURROWS
15836 ASTRAL ST
CHINO HILLS CA 91709-2858

To Contact U.S. Bank
By Phone: 1-800-US BANKS
(1-800-872-2657)

Telecommunications Device
for the Deaf: 1-800-685-5065
Internet: usbank.com

## INFORMATION YOU SHOULD KNOW

Effective March 1, 2015, we will no longer offer American Express Travelers Cheques at our branch locations.

## EASY CHECKING
U.S. Bank National Association — Member FDIC

### Account Summary

| | | |
|---|---|---|
| Beginning Balance on Dec 17 | $ | 308,945.50 |
| Card Withdrawals | | 1,500.00- |
| Ending Balance on Jan 20, 2015 | $ | 307,445.50 |
| Number of Days in Statement Period | | 35 |
| Average Account Balance | $ | 307,859.78 |

### Card Withdrawals
Card Number: xxxx-xxxx-xxxx-6233

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Dec 22 | ATM Withdrawal | US BANK ENCINITA ENCINITAS CA Serial No. 0084801226065US4T459 | $ | 1,000.00- |
| Jan 5 | ATM Withdrawal | US BANK ENCINITA ENCINITAS CA Serial No. 0094210855245US4T459 | | 500.00- |
| | | Card 6233 Withdrawals Subtotal | $ | 1,500.00- |
| | | Total Card Withdrawals | $ | 1,500.00- |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|
| Dec 22 | 307,945.50 | Jan 5 | 307,445.50 |

Balances only appear for days reflecting change.

25



**Uni-Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

2292    TRN                    X    ST01

Statement Period:
Jan 21, 2015
through
Feb 18, 2015

Page 1 of 2

000051188 1 MB 0.435 106481934553407 P
KATHLEEN T BURROWS
15836 ASTRAL ST
CHINO HILLS CA 91709-2658



To Contact U.S. Bank
By Phone: 1-800-US BANKS
(1-800-872-2657)
Telecommunications Device
for the Deaf: 1-800-685-5065
Internet: usbank.com

## NEWS FOR YOU

Go paperless with Online Statements
Get your financial documents the fastest and most secure way by having them delivered directly to your Online Banking account. Reduce paper clutter and stay organized with access to up to seven years of statements online for easy reference. Know that your information is secure within Online Banking and get automatic alerts when your latest statement is available. In addition to account statements, you can take full advantage of our paperless services by having other letters, notices and even 1099s electronically delivered to your secure Online Banking account.

It's easy to sign up, visit usbank.com/onlinestatements to learn more!

## INFORMATION YOU SHOULD KNOW

Effective March 1, 2015, we will no longer offer American Express Travelers Cheques at our branch locations.

## EASY CHECKING                                                Member FDIC

### ACCOUNT CLOSED

U.S. Bank National Association

**Account Summary**

| | | |
|---|---|---|
| Beginning Balance on Jan 21 | $ 307,445.50 | Number of Days in Statement Period | 19 |
| Card Withdrawals | 2,400.00- | Average Account Balance | $ 200,443.60 |
| Other Withdrawals | 305,045.50- | | |
| Ending Balance on Feb 18, 2015 | $ 0.00 | | |

**Card Withdrawals**
Card Number: xxxx-xxxx-xxxx-6233

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jan 22 | ATM Withdrawal | USB BILLINGS SOU BILLINGS MT<br>Serial No. 003717141503SUS4P010 | | $ 500.00- |
| Jan 26 | ATM Withdrawal | USB BILLINGS SOU BILLINGS MT<br>Serial No. 003960101754SUS4P010 | | 100.00- |
| Jan 26 | ATM Withdrawal | USB BILLINGS SOU BILLINGS MT<br>Serial No. 003961101829SUS4P010 | | 800.00- |
| Feb 2 | ATM Withdrawal | US BANK BILLINGS BILLINGS MT<br>Serial No. 008135134243SUS4P041 | | 1,000.00- |
| | | Card 6233 Withdrawals Subtotal | $ | 2,400.00- |
| | | Total Card Withdrawals | $ | 2,400.00- |

**Other Withdrawals**

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Feb 9 | Account Closed | | $ 0.00- |
| Feb 9 | Customer Withdrawal | 8057024746 | 305,045.50- |
| | Total Other Withdrawals | $ | 305,045.50- |

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jan 22 | 306,945.50 | Jan 26 | 306,045.50 | Feb 2 | 305,045.50 |

26



KATHLEEN T BURROWS
15836 ASTRAL ST
CHINO HILLS CA 91709-2858

Uni-Statement

Statement Period:
Jan 21, 2015
through
Feb 18, 2015



Page 2 of 2

## EASY CHECKING
## ACCOUNT CLOSED
## (CONTINUED)

U.S. Bank National Association

Balance Summary (continued)

| Date | Ending Balance |
|---|---|
| Feb 9 | 0.00 |

Balances only appear for days reflecting change.

27