

When Recorded Mail to:

Kathleen T. Burrows
c/o Michael D. Greear
Worrall & Greear, P.C.
P.O. Box 552
Worland, WY 82401

1909685 State of Montana
APN:

# WARRANTY DEED

For Value Received, **JOHN H. SCHNEIDER**, a married man, the Grantor, does hereby grant, bargain, sell and convey unto **KATHLEEN T. BURROWS**, a married woman, the Grantee, whose current address is:

15836 Astral St., Chino Hills, California 91709

Hereafter called the Grantee, the following described premises, situated in Yellowstone County, Montana, to wit:

> That part of Sections 22 and 27, Township 1 North, Range 23 East, of the Principal Meridian, Yellowstone County, Montana, described as Tract 56, of Certificate of Survey No. 2184 on file in the office of the Clerk and Recorder of said County, under Document #1264905.
> (property address: 12735 Hidden Valley Trail, Molt, MT 59057)

TO HAVE AND TO HOLD the said premises, with their appurtenances unto the said Grantee, her heirs and assigns forever. And the said Grantor does hereby covenant to and with the said Grantee, that he is the owner in fee simple of said premises; that said premises are free from all encumbrances except current year taxes, levies, and assessments, and except U.S. Patent reservations, restrictions, easements of record, and easements visible upon the premises, and that he will warrant and defend the same from all claims whatsoever.

Dated: 5-30, 2012.

_____
John H. Schneider

STATE OF MONTANA    )
                    ) SS.
COUNTY OF Yellowstone )

On this 30th day of May, 2012, before me, Michelle Key, a Notary Public for the State of Montana, personally appeared **John H. Schneider**, who executed the within instrument.
IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above written.

[SEAL: Michelle Key, Notary Public for the State of Montana, Residing at Billings, Montana, My Commission Expires December 05, 2015]

Printed Name: Michelle Key
Notary Public for the State of Montana
My Commission Expires: December 05, 2015