Doug James (#2237)
Joseph A. Soueidi (#4285)
MOULTON BELLINGHAM PC
Suite 1900, Crowne Plaza
P. O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Doug.James@moultonbellingham.com

    Attorneys for Meridian Surgical Partners – Montana, LLC
    and Meridian Surgical Partners, LLC

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| IN RE:<br><br>JOHN HENRY SCHNEIDER,<br><br>                       Debtor. | Case No. 14-61357-7<br><br>**SUPPLEMENTAL OBJECTION TO RULE 9019 MOTION TO APPROVE SETTLEMENT**<br><br>          **HEARING**<br>Date:     **April 26, 2016**<br>Time:    **9:00 a.m.**<br>Location: **James Battin U.S. Courthouse, Room 5503 2601 Second Ave. N. Billings, Montana** |
|---|---|

    COMES NOW, Meridian Surgical Partners, LLC and Meridian Surgical Partners – Montana, LLC (collectively "Meridian"), by and through counsel, and respectfully files this supplemental objection to the Trustee's Motions pursuant to Rule 9019 (Docket Nos. 215, 216, and 220).

    Meridian further objects to the Dr. Schneider's discharge on the grounds asserted by the Commissioner of Securities and Insurance for the state of Montana. Attached

hereto and incorporated herein as Exhibit 20 is a letter from the Commissioner's Office detailing additional grounds for denying Dr. Schneider a discharge.

DATED this 18th day of March, 2017.

MOULTON BELLINGHAM PC

By /s/ Joseph A. Soueidi
    JOSEPH A. SOUEIDI
    DOUG JAMES
Suite 1900, Crowne Plaza
P. O. Box 2559
Billings, Montana 59103-2559

Attorneys for Meridian Surgical Partners Montana, LLC and Meridian Surgical Partners, LLC

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify under penalty of perjury that on the 18th day of March, 2016, a copy of the foregoing was served by (1) electronic means pursuant to LBR 9013-1(c) on the parties noted in the Court's ECF transmission facilities and to the following via U.S. mail, postage prepaid from Billings, Montana:

John Henry Schneider
543 Camino de Orchidia
Encinitas, California 92024

MOULTON BELLINGHAM PC

/s/ Joseph A. Soueidi
    JOSEPH A. SOUEIDI

4848-0586-3471, v. 1