Harold V. Dye
Dye & Moe, P.L.L.P.
120 Hickory Street, Ste. B
Missoula, Montana 59801
406-542-5205
406-721-1616 fax
hdye@dyemoelaw.com
Attorney for Debtor
I.D. Number 408

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MONTANA

In Re

JOHN HENRY SCHNEIDER,

Debtor.

Case No. 14-61357

**AMENDED MOTION TO CONTINUE HEARING**

  Debtor moves the Court to continue the hearing on approval of the Trustee's motions to approve the settlements in Adversary 15-15 and 15-20 [Doc. # 216, 220] from April 26, 2016 until May 24, 2016 at Billings, Montana.

  A continuance is requested because Michelle Schneider is not available to testify on April 26. Ms. Schneider will be in Zimbabwe from April 20 until May 8 on a medical charity mission for Geo Eco due to her training in wilderness medicine and critical care. This mission was

scheduled approximately eight months ago long before the hearing or even the mediation that resulted in the settlement were scheduled.

Ms. Schneider is a critical witness in regard to the fairness of the settlement in 15-15.    Ms. Schneider in her individual capacity and her capacities as trustee of the Childrens' Trusts and as co-owner of Schneider, LP is essentially *the* target defendant in 15-15.   It is her property and martial rights that had much to do with the settlement and noted by the Trustee in his motion to approve that settlement.    Fundamental fairness and proper consideration of the A&C Properties factors demand that the Court hear from Ms. Schneider personally.

Counsel has contacted opposing counsel to ascertain their position. No party has objected other than Mr. James for Meridian and Trustee Womack.

DATED: April 4, 2016.

                DYE & MOE, P.L.L.P.

                */s/ Harold V. Dye*
                Harold V. Dye

## CERTIFICATE OF SERVICE

I, the undersigned certify under penalty of perjury that on April 4, 2016, copies of the foregoing Amended Motion To Continue Hearing were served electronically by ECF notice to all persons/ entities requesting special notice or otherwise entitled to same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/ entities who are not ECF registered users

                                                  */s/ Harold V. Dye*
                                                Harold V. Dye