## Doug James

| | |
|---|---|
| **From:** | Doug James |
| **Sent:** | Thursday, March 31, 2016 11:16 AM |
| **To:** | Harold V. Dye; Joseph Womack; Trent Gardner; 'Jensen, Neal (USTP)'; 'Andy Patten' |
| **Cc:** | James Cossitt; Mark D. Parker; Jason Holden; York, Aaron G. (USTP) |
| **Subject:** | RE: Schneider |

Meridian objects to moving the hearing on objections to the settlement to May 17. However, it may be possible to move the hearing up to April 11, 12, 13, 14, 15, 18, or 19. If you would like to move the hearing up, please let us know.

Regards,

Doug

**Doug James**
**MOULTON BELLINGHAM PC**
27 North 27th Street, Suite 1900
PO Box 2559
Billings, MT 59103-2559
*Direct Office Phone:* (406) 238-1565
*Office Telephone:* (406) 248-7731

| Bio | Website

CONFIDENTIALITY NOTICE: This electronic communication and any attachments are confidential and protected by the attorney-client and/or work-product privileges. Disclosure, copying, distribution or use of this electronic communication or any attachment is prohibited if you are not the intended recipient. If you have received this communication in error, please notify us immediately by returning it to the sender and deleting any copies from your system. Thank you for your cooperation.

From: Harold V. Dye [mailto:hdye@dyemoelaw.com]
Sent: Thursday, March 31, 2016 10:49 AM
To: Joseph Womack <jwomack@jvwlaw.com>; Trent Gardner <tgardner@goetzlawfirm.com>; 'Jensen, Neal (USTP)' <Neal.G.Jensen@usdoj.gov>; Doug James <Doug.James@moultonbellingham.com>; 'Andy Patten' <APatten@ppbglaw.com>
Cc: James Cossitt <jhc@cossittlaw.com>; Mark D. Parker <markdparker@parker-law.com>; Jason Holden <jholden@faureholden.com>
Subject: Schneider

Gentlemen:

Michelle Schneider will be gone to Africa on a church mission from April 20 – May 8. We view her as a crucial witness and we would like to have her testify in persona as opposed to being deposed.

1

**Exhibit B**

Do you oppose continuing the hearings on the settlement motions until May 17?

Harold V. Dye
Dye & Moe, P.L.L.P.
120 Hickory Street; Suite B
Missoula, MT 59801-1820
406-542-5205 fax – 406-721-1616
hdye@dyemoelaw.com
**Board Certified in Consumer Bankruptcy by the American Board of Certification**

This electronic mail transmission is protected by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 et seq., and may not be opened or forwarded without the consent of the named recipient(s). Also, this electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling Dye & Moe, P.L.L.P., at 1-406-542-5205 so that our address record can be corrected. Thank you.

## Doug James

| | |
|---|---|
| From: | Doug James |
| Sent: | Thursday, March 31, 2016 1:41 PM |
| To: | York, Aaron G. (USTP); Joe Womack; 'Harold V. Dye'; 'Trent Gardner'; Jensen, Neal (USTP); 'Andy Patten' |
| Cc: | 'James Cossitt'; 'Mark D. Parker'; 'Jason Holden' |
| Subject: | RE: Schneider |

Van:

Please let us know if you want to move the hearing up. I am in the process of scheduling a number of depositions and I'm trying to keep those dates open for you. Please let us know what date works best.

Regards,

Doug

**Doug James**
**MOULTON BELLINGHAM PC**
27 North 27th Street, Suite 1900
PO Box 2559
Billings, MT 59103-2559
*Direct Office Phone:* (406) 238-1565
*Office Telephone:* (406) 248-7731

| Bio | Website

CONFIDENTIALITY NOTICE: This electronic communication and any attachments are confidential and protected by the attorney-client and/or work-product privileges. Disclosure, copying, distribution or use of this electronic communication or any attachment is prohibited if you are not the intended recipient. If you have received this communication in error, please notify us immediately by returning it to the sender and deleting any copies from your system. Thank you for your cooperation.

From: York, Aaron G. (USTP) [mailto:Aaron.G.York@usdoj.gov]
Sent: Thursday, March 31, 2016 1:26 PM
To: Joe Womack <jwomack@jvwlaw.com>; Doug James <Doug.James@moultonbellingham.com>; 'Harold V. Dye' <hdye@dyemoelaw.com>; 'Trent Gardner' <tgardner@goetzlawfirm.com>; Jensen, Neal (USTP) <Neal.G.Jensen@usdoj.gov>; 'Andy Patten' <APatten@ppbglaw.com>
Cc: 'James Cossitt' <jhc@cossittlaw.com>; 'Mark D. Parker' <markdparker@parker-law.com>; 'Jason Holden' <jholden@faureholden.com>
Subject: RE: Schneider

1

**Doug James**
___

| | |
|---|---|
| From: | Doug James |
| Sent: | Monday, April 4, 2016 9:36 AM |
| To: | 'Harold V. Dye'; 'Joseph Womack'; 'Trent Gardner'; 'Jensen, Neal (USTP)'; 'Andy Patten' |
| Cc: | 'James Cossitt'; 'Mark D. Parker'; 'Jason Holden'; York, Aaron G. (USTP) |
| Subject: | RE: Schneider |
| Importance: | High |

Van:

I am following up on your earlier request regarding the hearing date. I haven't heard anything back from you.

We offered you 7 alternative hearing dates. Mr. York has confirmed that he is available on 5 of those dates (April 11, 12, 15, 18, and 19). We have received any response from you.

I would appreciate you getting back to me today as I am going to be out of the office the rest of this week. Please let me know if you want to move the hearing to one of the available dates or if you will stick with the April 26th date which has been scheduled since March 11th.

We will not agree to continue the hearing into May. We have a two week arbitration hearing set to begin on June 13 in Minneapolis. Since the settlement involves the ownership of the Bankruptcy Estate's claim against Meridian, it is critical that the motion be decided prior to the mediation. A delay into May would severely prejudice our clients. We have, however, agreed to work with you to find an alternative hearing date. We have suggested several alternatives, but we have received no response from you.

Regards,

Doug

**Doug James**
**MOULTON BELLINGHAM PC**
27 North 27th Street, Suite 1900
PO Box 2559
Billings, MT 59103-2559
*Direct Office Phone:* (406) 238-1565
*Office Telephone:* (406) 248-7731

vcds | Bio | Website

MOULTON

CONFIDENTIALITY NOTICE: This electronic communication and any attachments are confidential and protected by the attorney-client and/or work-product privileges. Disclosure, copying, distribution or use of this electronic communication or any attachment is prohibited if you are not the intended recipient. If you have received this communication in error, please notify us immediately by returning it to the sender and deleting any copies from your system. Thank you for your cooperation.

1