**From:** Harold V. Dye [mailto:hdye@dyemoelaw.com]
**Sent:** Wednesday, May 13, 2015 4:16 PM
**To:** 'Joe Womack' <jwomack@jvwlaw.com>
**Cc:** 'John Schneider' <omnineuro@live.com>; 'Trent M. Gardner' <tgardner@goetzlawfirm.com>; 'Lynsey Lund' <llund@jvwlaw.com>
**Subject:** RE: Schneider - June 8 continued 341 meeting

I have advised Dr. Schneider that his interest in the house is property of the estate and can't be sold without court permission.

Harold V. Dye
Dye & Moe, P.L.L.P.
120 Hickory Street; Suite B
Missoula, MT 59801-1820
406-542-5205 fax – 406-721-1616
hdye@dyemoelaw.com
**Board Certified in Consumer Bankruptcy by the American Board of Certification**

This electronic mail transmission is protected by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 et seq., and may not be opened or forwarded without the consent of the named recipient(s). Also, this electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling Dye & Moe, P.L.L.P., at 1-406-542-5205 so that our address record can be corrected. Thank you.

---

**From:** Joe Womack [mailto:jwomack@jvwlaw.com]
**Sent:** Wednesday, May 13, 2015 2:09 PM
**To:** 'Harold V. Dye'
**Cc:** 'John Schneider'; Trent M. Gardner; Lynsey Lund
**Subject:** RE: Schneider - June 8 continued 341 meeting

Van,

I have no objection to continuing the 341 meeting again. As for dates, my suggested dates are subject to confirmation from Trent that they are acceptable to him and I assume you also need to check with Dr. Schneider as to his availability. I suggest we look at the 3 subsequent Mondays, that

EXHIBIT A

is, June 15, 22, and 29.

Attached is the letter setting forth all the documents that still need to be provided. I have not copied Ross on this letter because Dr. Schneider previously indicated in his 341 testimony that he could provide the documents for all entities. It is his responsibility to get the documents to me, including those for Medport. The documents previously provided for Medport are completely unresponsive to our requests.

I also learned today that Dr. Schneider has listed the home at Tommy Armour for sale. I object to any sale by Dr. Schneider. We need to discuss this.

Joseph V. Womack
Waller & Womack, P.C.
303 N. Broadway, Suite 805
Billings, MT 59101
Phone: (406) 252-7200
Fax: (406) 252-4266
jwomack@jvwlaw.com

CONFIDENTIALITY NOTICE
This email message may be protected by the attorney/client privilege, work product doctrine or other confidentiality protection.  If you believe that it has been sent to you in error, do not read it.  Please reply to the sender that you have received the message in error, and then delete it.  Thank you.

---

**From:** Harold V. Dye [mailto:hdye@dyemoelaw.com]
**Sent:** Wednesday, May 13, 2015 12:42 PM
**To:** Joseph Womack
**Cc:** John Schneider
**Subject:** Schneider - June 8 continued 341 meeting

Joe-

I request that you continue the continued 341 meeting in the above matter due to the fact that Judge Kirscher moved the Missoula hearings to June 9.  I have two major matters on the 9th which I would really prefer to handle in person and also really don't want to drive through the night to get back.  I would be happy to handle the service of the notice of continuance as it is my request.

Also, I would really appreciate it if you could get me the updated list of documents that you still need.   As you recall, we spoke on April 21 and you told me that you would be getting me a follow up letter.   I would really like to avoid this continued creditor meeting altogether (if possible, of course), by getting you the documentation that you require.

Thanks.

Harold V. Dye
Dye & Moe, P.L.L.P.
120 Hickory Street; Suite B
Missoula, MT 59801-1820
406-542-5205 fax – 406-721-1616
hdye@dyemoelaw.com
**Board Certified in Consumer Bankruptcy by the American Board of Certification**

This electronic mail transmission is protected by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 et seq., and may not be opened or forwarded without the consent of the named recipient(s). Also, this electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling Dye & Moe, P.L.L.P., at 1-406-542-5205 so that our address record can be corrected. Thank you.