# 3611 Tommy Armour Circle - 2 to 4 p.m., Sunday, February 28

Feb 26, 2016



6,218 ft²6 bedrooms, 4 bathroomsAsking price: $599,900http://homes.billingsgazette.com/listings/3611-Tommy-Armour-Circle-Billings-MT-59106/1879222

## As featured on



EXHIBIT B



# Featured open house: 3611 Tommy Armour Circle — Sunday, Feb. 28 from 2 to 4 p.m.

3611 Tommy Armour Circle 6,218 ft² 6 bedrooms, 4 bathrooms Asking price: $599,900 http:/...

You May Like                                                                 Sponsored by Revcontent

The Wedding Photographer Wasn't Expecting To
Mind Pause

23 Amazing Things You Didn't Learn In School, But Are
Guilty Fix

Unreleased Never Before Seen Secrets in Disney Movies
OtherBuzz.Com

40 Stars Who Vanished Without a Trace From
New Ravel

WEB ONLY    FEATURED

# Featured open house: 3611 Tommy Armour Circle — Sunday, Feb. 28 from 2 to 4 p.m.

Feb 27, 2016

3611 Tommy Armour Circle

6,218 ft²

6 bedrooms, 4 bathrooms

Asking price: $599,900

http://homes.billingsgazette.com/listings/3611-Tommy-Armour-Circle-Billings-MT-59106/1879222






 **3611 Tommy Armour Circle - 2 to 4 p.m., Sunday, February 28**

Feb 26, 2016

6,218 ft²

6 bedrooms, 4 bathrooms

Asking price: $599,900

---

### You May Like                                           Sponsored by Revcontent

| The Wedding Photographer Wasn't Expecting To | 23 Amazing Things You Didn't Learn In School, But Are | Unreleased Never Before Seen Secrets in Disney Movies | 40 Stars Who Vanished Without a Trace From |
| Mind Pause | Guilty Fix | OtherBuzz.Com | New Ravel |

### As featured on



Featured open houses in the Billings area

## Latest Local Offers

**Let Renters Insurance protect you! Call Peggy Schneider with Allstate Insurance today at 406-656-1331**

Call Peggy Schneider today at 406-656-1331 for a FREE Quote!

**Allstate Insurance - Peggy Schneider**

2646 Grand Ave, Suite 3, Billings, MT 59102
📞 406-656-1331
Currently Open



**Serving the Great North for four generations! Gin, Vodka, and Whiskey in the**

## Trailhead Spirits Tasting Room tonight!

Trailhead Spirits has been proudly serving the Great North for over 4 generations and 125 ye...

### Trailhead Spirits

2314 Montana Ave, Billings, MT 59101
📞 406-969-1627



## What are your plans this summer? Call Stone Works Landscaping, LLC to get started now!

Landscape Design, Irrigation design & install, retaining walls, sod, shrubs, trees,curbi...

### Stone Works Landscaping, LLC

6809 King Ave W, Billings, MT 59106
📞 406-839-9110
Currently Open

