ESTATE SALE- CONTEMPORARY & WESTERN THEMES

 CL billings >

for sale >

garage & moving sales

Posted: 2016-03-12 7:34am

# ESTATE SALE- CONTEMPORARY & WESTERN THEMES (3611 Tommy Armour Circle, Billings MT)



*John H. Schneider*

Combination contemporary furniture with separate ranch house collection of furniture and art all under one roof for this three day clear-out. Everything must go! Owners will take any reasonable offer. Beds, linens, temperpedic mattresses, art, teenagers and adult clothes, stand up gun safe, robust exercise equipment dining table and chairs, plasma screen TV, stereo equipment, and much much more.

Cash or CC accepted.
3611 Tommy Armour Circle.
Yellowstone Country Club, Billings, MT 59106
Friday -Sunday March 18-20; 7:30am -5pm daily until everything is gone!




EXHIBIT
C

ESTATE SALE- CONTEMPORARY & WESTERN THEMES                    Page 2 of 4



