Joseph V. Womack
**Waller & Womack, P.C.**
Suite 805 US Bank Building
303 North Broadway
Billings, MT 59101
Telephone: (406) 252-7200
Fax: (406) 252-4266
Email: jwomack@jvwlaw.com
Attorney No. 2641

Attorney for Trustee

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In Re: <br><br> **SCHNEIDER, JOHN HENRY** <br><br><br> Debtor(s) | Case No.  14-61357-7 |

### TRUSTEE'S MOTION FOR EXPEDITED HEARING

**COMES NOW** the Trustee, Joseph V. Womack, and hereby requests the Court set an expedited telephonic hearing regarding Debtor's Amended Motion to Continue Hearing filed today (Docket No. 231) and his Objection thereto, filed concurrently. Given the time constraints and the issues that need to be addressed at the hearing scheduled for April 26, 2016, it is essential to have a Court Order finally resolving the hearing date as soon as possible.

**WHEREFORE**, Trustee prays the Court enter an Order scheduling a telephonic hearing regarding Debtor's Amended Motion to Continue Hearing for TODAY, April 4, 2016, or tomorrow April 5, 2016, at a time to be set by the Court in its Order.

Meridian Surgical Partners does not object to such a telephonic hearing.

DATED this 4th day of April, 2016.

                                                    **WALLER & WOMACK, P.C.**

By: /s/ Joseph V. Womack
      Joseph V. Womack
      Ch. 7 Bankruptcy Trustee

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that on April 4, 2016 or as soon as possible thereafter, a copy of the foregoing was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/entities who are not ECF registered users:

John Schneider
3611 Tommy Armour Circle
Billings, MT 59106

John Schneider
543 Camino de Orchidia
Encinitas, CA 92024

Attached Creditor Mailing Matrix

By: /s/ Lynsey Lund
      Lynsey Lund
      Legal Asst. to Trustee