James H. Cossitt  (Mont. # 4773)
James H. Cossitt, PC
PO Box 1889
Kalispell, MT  59903-1889
Tel:  406-752-5616
Email: jhc@cossittlaw.com
ATTORNEY FOR DEBTOR

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| In Re: | Case #14-61357-7 |
|---|---|
| JOHN HENRY SCHNEIDER, | **NOTICE OF HEARING:** |
| Debtor(s). | Date: 5/24/2016  at 09:00  a.m. Location:   Bankruptcy Courtroom Bighorn Courtroom, Fifth Floor, Room 5503, 2601 Second Avenue North Billings MT |

## OBJECTION TO PROOF OF CLAIM  OF ESTATE OF RUSSELL MONACO    [CLAIM #21];
## AND NOTICE OF HEARING

Pursuant to F.R.B.P. 3007 and Mont. LBR 3007-2, the undersigned respectfully objects to the Proof of Claim filed in the above-entitled case by the Estate of Russell Monaco which is claim number 21 on the Claims Register maintained by the Clerk of court. The grounds for the objection are as follows:

1. The claim is contingent as to liability.

2. The claim is unliquidated as to amount.

3. The claim is overstated.

WHEREFORE, Proof of Claim number 21 should be disallowed.

## NOTICE OF HEARING

**A hearing on the above-referenced Objection to Proof of Claim will be held at the date, time and location set forth in the caption above, at which time you must appear and respond to such Objection.  If no response is timely made, the Court may grant the Objection as a failure to appear shall be deemed an admission that the Objection is valid and should be granted.**

Dated: April 5, 2016                                   /s/ *James H. Cossitt*
                                                                ATTORNEY FOR DEBTOR

Original filed via ECF

**Pursuant to FRBP 7005 & 9014 (b) and FRCP 5(b)(2)(D) all parties noted in the Court's ECF transmission facilities have been served via ECF.**

**The following have been served by mail:**

| | |
|---|---|
| Jon M. Moyers<br>550 N. 31 Street, Suite 250<br>Billings MT   59101 | |

CERTIFICATE OF SERVICE BY MAIL /  ECF

     This document was served pursuant to FRBP 7004, 9001(8), 9013, 9014(b):  1) by mail, in envelopes addressed to each of the parties at the addresses above; and/or  2) by electronic means, pursuant to LBR 7005-1, 9013-1(c) and 9036-1 on the parties noted in the Court's ECF transmission facilities, on April 5, 2016.  The undersigned declares, under penalty of perjury pursuant to 28 USC § 1746, that the foregoing is true and correct.

                                                             /s/ *James H. Cossitt*

L:\Clients\Schneider\14-61357\POC\21 - Monaco\LBF 28.docx                                   Revised   4/4/16   JHC