James H. Cossitt (Mont. # 4773)
PO Box 1889
Kalispell, MT 59903-1889
Tel: 406-752-5616
Email: jhc@cossittlaw.com
ATTORNEY FOR DEBTOR

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| In Re: | Case #14-61357-7 |
|---|---|
| JOHN HENRY SCHNEIDER, Debtor. | |

## DEBTORS WITHDRAWAL OF MOTION TO CONTINUE
## (dockets 230 & 231)

**COMES NOW** the debtor and Withdraws the Motion to Continue for the reason that the factual basis no longer exists. Michelle Parker consulted with her counsel late on 4/5/16 and the undersigned has been advised:

> **From:** Rob Bell [mailto:bell@westernmontanalaw.com]
> **Sent:** Tuesday, April 05, 2016 17:52
> **To:** James H. (Jim) Cossitt; 'HAROLD V DYE (hdye@dyemoelaw.com)'; 'Mark D. Parker'; Mark Parker
> **Subject:** RE: Schneider / Michelle will attend in April
>
> Jim, . . . . . . . . . . . . . . . . . . . . , please notify all that "Ms. Schneider's personal counsel contacted you and advised that the settlement hearing is a matter of great importance to her, and that in light of the situation and the concerns expressed by other parties, she has proceeded to cancel the mission-related travel so that she can be available as needed for the hearing."
>
> Robert T. Bell
> Reep, Bell, Laird, Simpson & Jasper

**WHEREFORE**, the debtor withdraws the Motion to Continue and respectfully requests that the Court enter an Order vacating the telephonic hearing set for 4/6/16 and for such other and further relief as may be just and equitable.

Dated: April 6, 2016                             /s/ *James H. Cossitt*

                                                             James H. Cossitt (Mont. # 4773)
                                                             ATTORNEY FOR DEBTOR

Original filed via ECF

**Pursuant to FRBP 7005 & 9014 (b) and FRCP 5(b)(2)(D) all parties noted in the Court's ECF transmission facilities have been served via ECF.**

**The following have been served by mail:**   None

CERTIFICATE OF SERVICE BY MAIL / ECF

This document was served pursuant to FRBP 7004, 9001(8), 9013, 9014(b): 1) by mail, in envelopes addressed to each of the parties at the addresses above; and/or 2) by electronic means, pursuant to LBR 7005-1, 9013-1(c) and 9036-1 on the parties noted in the Court's ECF transmission facilities, on April 6, 2016. The undersigned declares, under penalty of perjury pursuant to 28 USC § 1746, that the foregoing is true and correct.

                                                             /s/ *James H. Cossitt*

L:\Clients\Schneider\14-61357\d\2016-04-06 - WD M continue.docx                    Rev  4/6/16    JHC