James H. Cossitt  (Mont. # 4773)
James H. Cossitt, PC
PO Box 1889
Kalispell, MT  59903-1889
Tel:  406-752-5616
Email: jhc@cossittlaw.com
ATTORNEY FOR DEBTOR

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| In Re: | Case #14-61357-7 |
|---|---|
| JOHN HENRY SCHNEIDER, | **NOTICE OF HEARING:** |
| Debtor(s). | Date: 5/24/2016 at 09:00 a.m. Location:   Bankruptcy Courtroom Bighorn Courtroom, Fifth Floor, Room 5503, 2601 Second Avenue North Billings MT |

## OBJECTION TO PROOF OF CLAIM  OF
## STATE OF WYOMING BOARD OF MEDICINE
## [CLAIM #11];  AND NOTICE OF HEARING

Pursuant to F.R.B.P. 3007 and Mont. LBR 3007-2, the undersigned respectfully objects to the Proof of Claim filed in the above-entitled case by State of Wyoming Board of Medicine which is claim number 11 on the Claims Register maintained by the Clerk of court. The grounds for the objection are as follows:

1. The claim is contingent as to liability.

2. The claim is unliquidated as to amount.

3. The claim is overstated.

4. Other specific grounds for objection:           The claim should be disallowed as all claims are contested in the appellate plea to the district court of Wyoming.  Appellate decision is outstanding and this case will be argued at the Wyoming supreme court level as John H Schneider, MD vs WY BOM on failure to prosecute this case in direct violation of the WY

BOM statues which guarantee John H Schneider, MD due process in a contested case hearing.

WHEREFORE, Proof of Claim number 11 should be disallowed.

## NOTICE OF HEARING

**A hearing on the above-referenced Objection to Proof of Claim will be held at the date, time and location set forth in the caption above, at which time you must appear and respond to such Objection. If no response is timely made, the Court may grant the Objection as a failure to appear shall be deemed an admission that the Objection is valid and should be granted.**

Dated: April 15, 2016          /s/ James H. Cossitt
                                              ATTORNEY FOR DEBTOR

Original filed via ECF

**Pursuant to FRBP 7005 & 9014 (b) and FRCP 5(b)(2)(D) all parties noted in the Court's ECF transmission facilities have been served via ECF.**

**The following have been served by mail:**   None

### CERTIFICATE OF SERVICE BY MAIL / ECF

This document was served pursuant to FRBP 7004, 9001(8), 9013, 9014(b): 1) by mail, in envelopes addressed to each of the parties at the addresses above; and/or 2) by electronic means, pursuant to LBR 7005-1, 9013-1(c) and 9036-1 on the parties noted in the Court's ECF transmission facilities, on April 15, 2016. The undersigned declares, under penalty of perjury pursuant to 28 USC § 1746, that the foregoing is true and correct.

/s/ James H. Cossitt

L:\Clients\Schneider\14-61357\POC\11 - WY Board of Med\2016-04 - LBF 28 POC 11 object.docx          Revised   4/15/16   JHC