Doug James (#2237)
Joe Soueidi (#4285)
MOULTON BELLINGHAM PC
Suite 1900, Crowne Plaza
P. O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Doug.James@moultonbellingham.com

    Attorneys for Meridian Surgical Partners – Montana, LLC
    and Meridian Surgical Partners, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE:<br><br>**JOHN HENRY SCHNEIDER,**<br><br>                      Debtor. | Case No. 14-61357-7<br><br>**MERIDIAN'S WITNESS LIST FOR APRIL 26, 2016, HEARING** |

      Meridian Surgical Partners, LLC and Meridian Surgical Partners – Montana, LLC (collectively "Meridian") submit the following Witness List in connection with the Hearing on Meridian's Objections to the Trustee's Rule 9019 Motions [Docket No. 226]:

    1.    Trustee, Joseph V. Womack;

    2.    Debtor John H. Schneider;

    3.    Michelle Schneider;

    4.    Kathleen Burrows;

    5.    Any witness listed or called by the Trustee; and

    6.    Any witness listed or called by the Debtor or any other creditor or party.

DATED this 15th day of April, 2016.

                MOULTON BELLINGHAM PC

                By /s/ Doug James
                   DOUG JAMES
                Suite 1900, Crowne Plaza
                P. O. Box 2559
                Billings, Montana 59103-2559

                Attorneys for Meridian Surgical Partners
                Montana, LLC and Meridian Surgical
                Partners, LLC

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify under penalty of perjury that on the 15th day of April, 2016, a copy of the foregoing was served by (1) electronic means pursuant to LBR 9013-1(c) on the parties noted in the Court's ECF transmission facilities and to the following via U.S. mail, postage prepaid from Billings, Montana:

John Henry Schneider
543 Camino de Orchidia
Encinitas, California 92024

                MOULTON BELLINGHAM PC

                /s/ Doug James
                   DOUG JAMES

4838-5616-1328, v. 2