Joseph V. Womack
**Waller & Womack, P.C.**
Suite 805 US Bank Building
303 North Broadway
Billings, MT 59101
Telephone: (406) 252-7200
Fax: (406) 252-4266
Email: jwomack@jvwlaw.com
Attorney No. 2641

Attorney for Trustee

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In Re:<br><br>**SCHNEIDER, JOHN HENRY**<br><br>Debtor(s) | Case No. 14-61357-7<br><br><u>NOTICE OF HEARING</u><br>Date: May 24, 2016<br>Time: 9:00 AM<br>Location: 2601 2nd Avenue North, Bighorn Courtroom, Room 5503, Billings, MT |

### OBJECTION TO PROOF OF CLAIM NO. 20

TO:    HARRY ALLAN AND JO ANN KNOPP
        c/o PATTEN PETERMAN BEKKEDAHL & GREEN
        2817 2ND AVENUE NORTH, STE 300
        BILLINGS, MT 59101

Pursuant to F.R.B.P. 3007 and Mont. LBR 3007-2, the undersigned respectfully objects to the Proof of Claim No. 20 filed in the above-entitled case by Harry Allan and Jo Ann Knopp ("Creditors").The grounds for this objection are as follows:

Creditors have filed a proof of claim for $1,000,000.00, and the face of the claim cites the basis as "contingent claim for medical malpractice; suit pending in the Medical Review Panel of the State of Wyoming" and "Third party claim for bad faith, Unfair Trade Practice Act". This

claim is contingent and unliquidated. Debtor has also scheduled this claim as unliquidated, contingent and disputed.

      **WHEREFORE,** the Proof of Claim No. 20 should be disallowed.

      **DATED** this 15th day of April, 2016.

      **WALLER & WOMACK, P.C.**

By: /s/ Joseph V. Womack
    Joseph V. Womack
    Attorney for Trustee

### CERTIFICATE OF SERVICE

      I, the undersigned, certify under penalty of perjury that on April 20, 2016 or as soon as possible thereafter, a copy of the foregoing was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/entities who are not ECF registered users:

John Schneider
3611 Tommy Armour Circle
Billings, MT 59106

John Schneider
543 Camino de Orchidia
Encinitas, CA 92024

Harry Allan and Jo Ann Knopp
c/o Patten Peterman Bekkedahl & Green
2817 2nd Avenue North, Ste 300
Billings, MT 59101

By: /s/ Lynsey Lund
    Lynsey Lund
    Legal Asst. to Trustee

Obj to POC 20        Page **2** of **2**
2:14-bk-61357-JDP    Doc#: 265    Filed: 04/15/16    Page 2 of 2