Joseph V. Womack
**Waller & Womack, P.C.**
Suite 805 US Bank Building
303 North Broadway
Billings, MT 59101
Telephone: (406) 252-7200
Fax: (406) 252-4266
Email: jwomack@jvwlaw.com
Attorney No. 2641

Attorney for Trustee

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In Re:<br>**SCHNEIDER, JOHN HENRY**<br><br>Debtor(s) | Case No. 14-61357-7<br><br>**NOTICE OF HEARING**<br>Date: May 24, 2016<br>Time: 9:00 AM<br>Location: 2601 2nd Avenue North, Bighorn Courtroom, Room 5503, Billings, MT |

### OBJECTION TO PROOF OF CLAIM NO. 21

**TO:** ESTATE OF RUSSELL MONACO
c/o PATTEN PETERMAN BEKKEDAHL & GREEN
2817 2ND AVENUE NORTH, STE 300
BILLINGS, MT 59101

Pursuant to F.R.B.P. 3007 and Mont. LBR 3007-2, the undersigned respectfully objects to the Proof of Claim No. 21 filed in the above-entitled case by the Estate of Russell Monaco ("Creditor").The grounds for this objection are as follows:

Creditor has filed a proof of claim for $2,000.000.00, and the face of the claim cites the basis as "contingent claim for medical malpractice; suit pending in the United State District Court, for the District of Wyoming;" and "Third party claim for bad faith, Unfair Trade Practice Act". Debtor has also scheduled this claim as unliquidated, contingent and disputed.

**WHEREFORE,** the Proof of Claim No. 21 should be disallowed.

**DATED** this 15th day of April, 2016.

                          **WALLER & WOMACK, P.C.**

                          By: /s/ Joseph V. Womack
                                Joseph V. Womack
                                Attorney for Trustee

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that on April 15, 2016 or as soon as possible thereafter, a copy of the foregoing was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/entities who are not ECF registered users:

John Schneider
3611 Tommy Armour Circle
Billings, MT 59106

John Schneider
543 Camino de Orchidia
Encinitas, CA 92024

Estate of Russell Monaco
c/o Patten Peterman Bekkedahl & Green
2817 2nd Avenue North, Ste 300
Billings, MT 59101

                          By: /s/ Lynsey Lund
                                Lynsey Lund
                                Legal Asst. to Trustee