James H. Cossitt  (Mont. # 4773)
James H. Cossitt, PC
PO Box 1889
Kalispell, MT  59903-1889
Tel:  406-752-5616
Email: jhc@cossittlaw.com
ATTORNEY FOR DEBTOR

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| In Re: | Case #14-61357-7 |
|---|---|
| JOHN HENRY SCHNEIDER, <br><br> Debtor(s). | **NOTICE OF HEARING:** <br><br> Date: 5/24/2016  at 09:00  a.m. <br> Location:   Bankruptcy Courtroom Bighorn Courtroom, Fifth Floor, Room 5503, 2601 Second Avenue North Billings MT |

## OBJECTION TO PROOF OF CLAIM  OF
## HARRY ALLAN KNOPP AND JO ANN KNOPP
## [CLAIM # 20];   AND NOTICE OF HEARING

Pursuant to F.R.B.P. 3007 and Mont. LBR 3007-2, the undersigned respectfully objects to the Proof of Claim filed in the above-entitled case by Harry Allan Knopp and Jo Ann Knopp which is claim number 20 on the Claims Register maintained by the Clerk of court. The grounds for the objection are as follows:

1. The claim is contingent as to liability.

2. The claim is unliquidated as to amount.

3. The claim is overstated.

4. Other specific grounds for objection:          This claim should be disallowed as creditor has no claim against debtor.  This is a contingent medical malpractice claim whose facts are in dispute.

a. Medical record facts:   This claimant had multiple surgeries for both back and neck disease over a 10 year period. The patient is a chronic pain patient with multiple demands for outrageous amounts of medications that the debtor refused to supply.  The claimant suffered from poor over-all health and chronic non-union of fusion mass from extensive lumbar surgery.  All of the claimant's medical care was within standards of care from his disease process.

b. After debtor closed his practice, claimant saw competitor surgeon and subsequently filed a negligence claim. Claimant saw multiple providers including other surgeons during treatment by debtor and no other provider indicated that debtor had provided substandard care. Patient's claim of pain from non-union of spine fusion is related to his underlying metabolic disease and claimant was made aware of this by debtor.   Claimant signed multiple consents for medical and surgical care indicating he accepted the risk of non-union with these surgeries.

WHEREFORE, Proof of Claim number 20 should be disallowed.

## NOTICE OF HEARING

**A hearing on the above-referenced Objection to Proof of Claim will be held at the date, time and location set forth in the caption above, at which time you must appear and respond to such Objection.  If no response is timely made, the Court may grant the Objection as a failure to appear shall be deemed an admission that the Objection is valid and should be granted.**

Dated: April 15, 2016            /s/ *James H. Cossitt*
                                 ATTORNEY FOR DEBTOR

Original filed via ECF

**Pursuant to FRBP 7005 & 9014 (b) and FRCP 5(b)(2)(D) all parties noted in the Court's ECF transmission facilities have been served via ECF.**

**The following have been served by mail:**   none

## CERTIFICATE OF SERVICE BY MAIL / ECF

      This document was served pursuant to FRBP 7004, 9001(8), 9013, 9014(b): 1) by mail, in envelopes addressed to each of the parties at the addresses above; and/or 2) by electronic means, pursuant to LBR 7005-1, 9013-1(c) and 9036-1 on the parties noted in the Court's ECF transmission facilities, on April 15, 2016. The undersigned declares, under penalty of perjury pursuant to 28 USC § 1746, that the foregoing is true and correct.

/s/ *James H. Cossitt*

L:\Clients\Schneider\14-61357\POC\20 - Knopp\2016-04 - LBF 28 POC 20 object.docx      Revised 4/15/16 JHC