Doug James (#2237)
Joe Soueidi (#4285)
MOULTON BELLINGHAM PC
Suite 1900, Crowne Plaza
P. O. Box 2559
Billings, Montana 59103-2559
Telephone: (406) 248-7731
Doug.James@moultonbellingham.com

    Attorneys for Meridian Surgical Partners – Montana, LLC
    and Meridian Surgical Partners, LLC

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE:<br>**JOHN HENRY SCHNEIDER**,<br>                       Debtor. | Case No. 14-61357-7<br><br>**MERIDIAN'S EXHIBIT LIST FOR APRIL 26, 2016, HEARING** |

      Meridian Surgical Partners, LLC and Meridian Surgical Partners – Montana, LLC (collectively "Meridian") submits the following Exhibit List in connection with the Hearing on Meridian's Objections to the Trustee's Rule 9019 Motions [Docket No. 226]:

**Exhibit 1:**     May 13, 2015, Letter from Trustee Requesting Documents.

**Exhibit 2**:     Trustee's Motion for Turnover dated January 16, 2015. [Docket No. 30]

**Exhibit 3**:     Trustee's List of Witnesses and Exhibits filed March 4, 2015. [Bracket No. 65]

**Exhibit 4**:     Bankruptcy Court Order dated March 11, 2015, ordering Turnover of Documents. [Docket No. 88]

| | |
|---|---|
| **Exhibit 5**: | Department of Motor Vehicles Search listing a Harley Davidson Motorcycle |
| **Exhibit 6**: | Rule 2004 Examination of Kathleen Burrows |
| **Exhibit 7**: | Rule 2004 Examination of Trustee Joseph V. Womack |
| **Exhibit 8**: | E-mail chain with Harold V. Dye. |
| **Exhibit 9**: | Real Estate Listing for Tommy Armour Drive. |
| **Exhibit 10**: | Estate Sale Ad on Craig's List |
| **Exhibit 11**: | Trustee's Objection to Motion for Continuance dated April 4, 2016, [Docket No. 233] |
| **Exhibit 12**: | Affidavit of John Schneider. |
| **Exhibit 13**: | Real Estate Listing for 3611 Tommy Armour Circle, Billings, Montana and photos. |
| **Exhibit 14**: | Billings Gazette advertisement: February 28, 2016. |
| **Exhibit 15**: | Deposition of John Schneider, M.D. |
| **Exhibit 16**: | Transcript of Section 341, First Meeting of Creditors. |
| **Exhibit 17**: | U.S. Bank records. |
| **Exhibit 18**: | Warranty Deed from Schneider Limited Partnership to John H. Schneider recorded June 5, 2012. |
| **Exhibit 19**: | Warranty Deed from John H. Schneider to Kathleen T. Burrows recorded June 5, 2012. |
| **Exhibit 20**: | The Trustee's Amended Complaint in the Discharge Adversary, Docket No. 4, in *Womack v. John Schneider,* Adversary Case No. 15-00020, Before the United States Bankruptcy Court for the District of Montana. |

**Exhibit 21**: The Amended Complaint in the Fraudulent Transfer Adversary case, Docket No 16, in *Womack v. Schneider Limited Partnership, et al,* Adversary Case No. 15-00015, before the United States Bankruptcy Court for the District of Montana.

**Exhibit 22**: Excerpt from pleading filed in Arbitration Case No. 65-20-1400-0026 by John Schneider, MD, on March 29, 2016, "Objection to Respondent's Motion to Compel Responses to Deposition Questions from John Schneider, MD."

**Exhibit 23**: Any Exhibit listed or used by the Trustee, or any other party.

DATED this 20th day of April, 2016.

MOULTON BELLINGHAM PC

By /s/ Doug James
DOUG JAMES
Suite 1900, Crowne Plaza
P. O. Box 2559
Billings, Montana 59103-2559

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify under penalty of perjury that on the 20th day of April, 2016, a copy of the foregoing was served by (1) electronic means pursuant to LBR 9013-1(c) on the parties noted in the Court's ECF transmission facilities and to the following via U.S. mail, postage prepaid from Billings, Montana:

John Henry Schneider
543 Camino de Orchidia
Encinitas, California 92024

MOULTON BELLINGHAM PC

/s/ Doug James
DOUG JAMES

4834-9977-6816, v. 4