12/15/2014      Vehicle Search Service - Montana Department of Justice

# Montana Department of Justice - Motor Vehicle Division
## Tim Fox, Attorney General — Vehicle Search Service

Instructions | Price | Feedback | Logout

Login > Intended Use > Certification > Search Criteria > Verify Search > **Vehicle Record**

**Vehicle Record**

Use of the following information is subject to the limitations described in the
Montana Driver Privacy Protection Act - Sections 61-11-501 through 61-11-516 of the Montana Code Annotated

## Vehicle Information

| Vehicle Identification Number | Vehicle Identification Number 2 | Vehicle Number | Year |
|---|---|---|---|
| 1HD1BMY121Y081295 | | 1309201 | 2001 |

| Make | Model | Type |
|---|---|---|
| HD | MC | MC |

| Extended Model | Style | Color |
|---|---|---|
| | | WHI |

| Ton Code | Option Tax Value | Manufacture's GVW or GCW | Engine Size | Length | Shipping Weight |
|---|---|---|---|---|---|
| | $15,495.00 | | 1450 | | |

| Motor Home Class | Fuel Type |
|---|---|
| | GASOLINE |

**Vehicle Characteristics**
STREETLEGAL

| Insurance Suspension | Vehicle Ownership ID |
|---|---|
| FALSE | 1307703 |

## Title

| Title | Status | Title Date | Application Date | Sale Date |
|---|---|---|---|---|
| E817958 | APPROVED | 01/22/2002 | 11/29/2001 | 11/29/2001 |

**Brand**

| Selling Dealer | Odometer/Odometer Indicator | Title Surrendered to | Jurisdiction of Title |
|---|---|---|---|
| | 100 / ACTUAL | | MT |

## Vehicle Ownership

**CURRENT**

Last: SCHNEIDER
First: JOHN
Middle: HENRY
Suffix:
Customer Number: 521869

| | Address | City | State | Zip |
|---|---|---|---|---|
| Street: | 3611 TOMMY ARMOUR CIR | BILLINGS | MT | 591061014 |
| Mailing: | 3611 TOMMY ARMOUR CIR | BILLINGS | MT | 591061014 |

https://app.mt.gov/dojvs/registered?page=clientResultList&details=on&key=1309201&orig=MERLIN     **Exhibit 5**    1/2

## Lien History

## Title History

## Registration Information

| Registration Number | Status | RPO | 1-Year Registration |
|---|---|---|---|
| 1123850 | ACTIVE | FALSE | FALSE |

| Registration Start Date | Registration End Date | Registration Usage |
|---|---|---|
| 04/01/2004 | PERMANENT | REGULAR |

| County | Declared GVW | GVW Class | GVW Begin Date | GVW End Date |
|---|---|---|---|---|
| YELLOWSTONE | | | | |

### Plates/Decals

| Number | Type | Status | Tab Number |
|---|---|---|---|
| CRMSCL | STD COUNTY SMALL | ACTIVE | PX1049436 |

| Registration Start Date | Registration End Date | Registration Usage |
|---|---|---|
| 04/01/2004 | PERMANENT | REGULAR |

Fees

[ Start Another Search ]   [ •Back ]   [ Print ]   [ Home ]