Trent M. Gardner (I.D. # 7477)
Jeffrey J. Tierney (I.D. # 12989)
**GOETZ, BALDWIN & GEDDES, P.C.**
35 North Grand
P.O. Box 6580
Bozeman, MT  59771-6580
Phone: (406) 587-0618
Fax:    (406) 587-5144
Email: tgardner@goetzlawfirm.com
          jtierney@goetzlawfirm.com

Joseph V. Womack (I.D. # 2641)
**WALLER & WOMACK, P.C.**
303 North Broadway, Suite 805
Billings, Montana 59101
Telephone:  (406) 252-7200
Facsimile: (406) 252-4266
Email: jwomack@jvwlaw.com

Attorneys for Joseph V. Womack, Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**JOHN HENRY SCHNEIDER**,

Debtor.

Case No. 14-61357

TRUSTEE'S EXHIBIT LIST

Joseph V. Womack, Chapter 7 Trustee for the Bankruptcy Estate of John Henry Schneider, submits the following list of exhibits for the hearing set for April 26, 2016 regarding Trustee's Motion for Approval of Compromise Settlement, Including Approval of Sale Free and Clear (Doc. 216) and Trustee's Motion Pursuant to F.R.B.P. Rules 9019(a) and 7041 to Approve Settlement and Dismissal

of Adversary Complaint to Deny Debtor's Discharge, and Notice (Doc. 220).

TT – 1:  Settlement Agreement and Release dated February 19, 2016, Case No. 14-61357 (Doc. 220-1);

TT – 2:  Settlement Agreement and Release dated March 2, 2016, Case No. 14-61357 (Doc. 216-1);

TT – 3:  Answer to First Amended Complaint and Jury Trial Demand (SLP), AP No. 15-00015 (Doc. 25);

TT – 4:  Defendant Medport, LLC's Answer to Plaintiff's First Amended Complaint, AP No. 15-00015 (Doc. 27);

TT – 5:  Answer and Demand for Jury Trial (Dr. Schneider), AP No. 15-00015 (Doc. 29);

TT – 6:  Opinion and Order (re: Motion to Withdraw Reference), dated November 10, 2015, CV 15-97-BLG-SPW, Doc. 7;

TT – 7:  Rebuttal exhibits; and

TT – 8:  Any exhibits listed by any other party.

DATED this 20th day of April, 2016.

GOETZ, BALDWIN & GEDDES, P.C.

By: */s/Trent M. Gardner*
Trent M. Gardner/Jeffrey J. Tierney
Attorneys for Trustee Joseph V. Womack

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that on April 20, 2016, a copy of the foregoing pleading was served (i) by electronic means pursuant to LBR 9013-1(d)(2) on the parties noted in the Court's ECF transmission facilities and/or (ii) by mail on the following parties: None.

                                        */s/Trent M. Gardner*
                                        Trent M. Gardner
                                        Attorneys for Trustee Joseph V. Womack