Aaron G. York
Office of the United States Trustee
Liberty Center, Suite 204
301 Central Avenue
Great Falls, MT 59401
Phone: (406) 761-8777
Fax: (406) 761-8895
aaron.g.york@usdoj.gov
AZ State Bar ID No. 027810
(Attorney for United States Trustee)

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>**JOHN HENRY SCHNEIDER**,<br><br>      Debtor. | Case No. 14-61357-7 |

### UNITED STATES TRUSTEE'S EXHIBIT AND WITNESS LIST

The Acting United States Trustee ("UST"), Gail Brehm Geiger, acting through her counsel, Aaron G. York, hereby submits the following witness and exhibit list for the hearing set for April 26, 2016 regarding Trustee's Motion Pursuant to F.R.B.P. Rules 9019(a) and 7041 to Approve Settlement and Dismissal of Adversary Complaint to Deny Debtor's Discharge, and Notice (Doc. 220):

### EXHIBITS

UST—A: Debtor's Notice of Amendment of Schedules and Mailing Matrix, and all attachments thereto (Doc. 113);

UST—B: Transcript of Continued 341 Meeting of Creditors for John Henry Schneider Bankruptcy Case No 14-61357, in Billings,

| | |
|---|---|
| | Montana, March 23, 2015; |
| UST—C: | Transcript of Status Conference Proceedings Before the Honorable Nancy D. Freudenthal; In the United States District Court for the District of Wyoming; Case Nos. 11-CV-366-F and 11-CV-294-F; April 26, 2012; |
| UST—D: | Order of Public Censure; In the Supreme Court, State of Wyoming; 2014 WY 134; October 29, 2014; Case D-14-002; and |
| UST: | Any exhibits listed by any other party, including but not limited exhibits listed in Meridian's Exhibit List for April 26, 2016 Hearing (Doc. 258), each of which is incorporated herein by reference. |

<u>WITNESSES</u>

| | |
|---|---|
| A | Michael Kakuk, Attorney for Commissioner of Securities & Insurance (or other CSI representative) |
| B. | Any witness listed by any other party to this contested matter. |

DATED this 20th day of April, 2016.

>GAIL BREHM GEIGER
>ACTING UNITED STATES TRUSTEE
>REGION 18
>
>By: /s/ Aaron G. York
>AARON G. YORK
>(Attorney for the United States Trustee)

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies under penalty of perjury that on April 20, 2016, a copy of the foregoing pleading was served (i) by electronic means pursuant to LBR 9013-1(d)(2) on the parties noted in the Court's ECF transmission facilities and/or (ii) by mail on the following parties: None.

      /s/Aaron G. York
      AARON G. YORK