Harold V. Dye
Dye & Moe, P.L.L.P.
120 Hickory Street, Ste. B
Missoula, Montana 59801
406-542-5205
406-721-1616 fax
hdye@dyemoelaw.com
Attorney for Debtor
I.D. Number 408

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MONTANA

In Re

JOHN HENRY SCHNEIDER,

Debtor.

Case No. 14-61357

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Mont.L.B.R. 2090-5(a)(1), Harold V. Dye moves to withdraw as counsel for Debtor John Schneider in this matter.   In an email date April 12, 2016 Mr. Schneider advised counsel that he was terminated. He has declined to sign consent to withdrawal.

## NOTICE OF OPPORTUNITY TO RESPOND
## AND REQUEST A HEARING

**If you object to the motion, you must file a written responsive pleading and request a hearing within fourteen (14) days of the date of the notice. The responding party shall schedule the hearing on the application at least twenty-one (21) days after the date of the response and request for hearing and shall include in the caption of the responsive pleading in bold and conspicuous print the date, time and location of the hearing by inserting in the caption the following:**

> **NOTICE OF HEARING**
> **Date:** _____
> **Time:**_____
> **Location:**_____

**If no response and request for hearing are timely filed, the Court may grant the relief requested as a failure to respond by any entity shall be deemed an admission that the relief requested should be granted.**

DATED: April 21, 2016.

                                                DYE & MOE, P.L.L.P.

                                                */s/ Harold V. Dye*
                                                Harold V. Dye

## CERTIFICATE OF SERVICE

I, the undersigned certify under penalty of perjury that on April 21, 2016, copies of the foregoing Motion To Withdraw As Counsel were served electronically by ECF notice to all persons/ entities requesting special notice or otherwise entitled to same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/ entities who are not ECF registered users

    John H. Schneider
    3611 Tommy Armour Circle
    Billings, MT 59106

    John H. Schneider
    315 S Coast Hwy 101 Ste. U102
    Encinitas, CA 92024