Trent M. Gardner (I.D. # 7477)
Jeffrey J. Tierney (I.D. # 12989)
**GOETZ, BALDWIN & GEDDES, P.C.**
35 North Grand
P.O. Box 6580
Bozeman, MT  59771-6580
Phone: (406) 587-0618
Fax:   (406) 587-5144
Email: tgardner@goetzlawfirm.com
      jtierney@goetzlawfirm.com

Joseph V. Womack (I.D. # 2641)
**WALLER & WOMACK, P.C.**
303 North Broadway, Suite 805
Billings, Montana 59101
Telephone:  (406) 252-7200
Facsimile: (406) 252-4266
Email: jwomack@jvwlaw.com

Attorneys for Joseph V. Womack, Trustee

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re | |
| **JOHN HENRY SCHNEIDER**, | Case No. 14-61357 |
| Debtor. | |

### STATUS REPORT

Joseph V. Womack, Chapter 7 Trustee ("Trustee"), through counsel,

respectfully provides the following status report to the Court regarding the Court's

order at Doc. 309.

The Trustee reports that the Trustee and other interested parties have been

negotiating in good faith towards a global settlement, have made substantial

progress, and the Trustee believes the parties are extremely close to finalizing a deal.

However, a final agreement has not been reached.  Despite that, the Trustee deemed it appropriate, given the Court's prior Order and allowance of time to accomplish a settlement, to apprise the Court of where things stand.

DATED this 6th day of May, 2016.

GOETZ, BALDWIN & GEDDES, P.C.

By: */s/Trent M. Gardner*
Trent M. Gardner/Jeffrey J. Tierney
Attorneys for Trustee Joseph V. Womack

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that on May 6, 2016, a copy of the foregoing pleading was served (i) by electronic means pursuant to LBR 9013-1(d)(2) on the parties noted in the Court's ECF transmission facilities and/or (ii) by mail on the following parties: None.

/s/Trent M. Gardner
Trent M. Gardner
Attorneys for Trustee Joseph V. Womack