Joseph V. Womack
**Waller & Womack, P.C.**
Suite 805 US Bank Building
303 North Broadway
Billings, MT 59101
Telephone: (406) 252-7200
Fax: (406) 252-4266
Email: jwomack@jvwlaw.com
Attorney No. 2641

Attorney for Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In Re:<br>**SCHNEIDER, JOHN HENRY**<br><br>        Debtor(s) | Case No.  14-61357-7 |

## WITHDRAWAL OF DOCUMENT

**COMES NOW** Joseph V. Womack, Trustee in the above entitled case, and hereby withdraws his Motion to Pay Administrative Expenses Exceeding $1,500.00 filed May 6, 2016 (Docket No. 316).

**DATED** this 10th day of May, 2016.

                                            **WALLER & WOMACK, P.C.**

                                            By: /s/ Joseph V. Womack
                                                 Joseph V. Womack
                                                 Ch. 7 Bankruptcy Trustee

## CERTIFICATE OF SERVICE

      I, the undersigned, certify under penalty of perjury that on May 10, 2016 or as soon as possible thereafter, a copy of the foregoing was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/entities who are not ECF registered users:

John Schneider
3611 Tommy Armour Circle
Billings, MT 59106

John Schneider
543 Camino de Orchidia
Encinitas, CA 92024

Creditor Mailing Matrix

                                      By: /s/ Lynsey Lund
                                              Lynsey Lund
                                              Asst. to Trustee