**Jeffery A. Hunnes, Esq.**
**Attorney No. 2406**
**GUTHALS, HUNNES & REUSS, P.C.**
**P.O. Box 1977**
**Billings, MT  59103-1977**
**Telephone:  (406) 245-3071**
**Fax:  (406) 245-3074**
**Email:  jhunnes@ghrlawfirm.com**

**Attorneys for ONI Realty Investors, LLC**

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| **In re:** | ) Case No. 14-61357-7 |
| | ) |
| **JOHN HENRY SCHNEIDER,** | ) NOTICE OF APPEARANCE AND |
| | ) REQUEST FOR SPECIAL NOTICE |
| **Debtor.** | ) |

    Pursuant to F.R.B.P. 2002(i) and (g), ONI Realty Investors, LLC, a creditor/party in interest in the above-entitled bankruptcy case, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties in interest, whether sent by the Court, the debtor or any other party in the case, be sent or delivered to the undersigned; and pursuant to F.R.B.P. 2002(g), that the following be added to the Court's master mailing matrix:

Jeffery A. Hunnes
P.O. Box 1977
Billings, MT 59103
406-245-3071 phone
406-245-3074 fax
jhunnes@ghrlawfirm.com

    Such notices shall include notices by mail, telephone, facsimile, or any other means of electronic transmission, and the notices requested shall include, but are not limited to, all notices relating to the matters set forth in F.R.B.P. 2002; matters relating to any motion for the appointment of a trustee, or conversion or dismissal of the case; matters relating to the proposing or confirming of a plan; matters relating to adequate protection and the debtor's obtaining of credit under 11 U.S.C. § 361 or 364; and matters relating to the use, sale or lease of property under 11 U.S.C. §

1

363, or the assumption or rejection of executory contracts or unexpired leases under 11 U.S.C. § 365.

    **DATED** this 11th day of May, 2016.

                                  **Guthals, Hunnes & Reuss, P.C.**
                                  **P.O. Box 1977**
                                  **Billings, MT  59103-1977**

                          By:\_\_\_/s/ *Jeffery A. Hunnes*_____
                              Attorneys for ONI Realty Investors, LLC

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that on May 11, 2016, or as soon as possible thereafter, copies of the foregoing were served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/entities who are not ECF registered users: None.

**Guthals, Hunnes & Reuss, P.C.**

By: ___/s/*Jeffery A. Hunnes*___
Attorneys for ONI Realty Investors, LLC