Trent M. Gardner (I.D. # 7477)
Jeffrey J. Tierney (I.D. # 12989)
**GOETZ, BALDWIN & GEDDES, P.C.**
35 North Grand
P.O. Box 6580
Bozeman, MT  59771-6580
Phone: (406) 587-0618
Fax:   (406) 587-5144
Email: tgardner@goetzlawfirm.com
        jtierney@goetzlawfirm.com

Joseph V. Womack (I.D. # 2641)
**WALLER & WOMACK, P.C.**
303 North Broadway, Suite 805
Billings, Montana 59101
Telephone:  (406) 252-7200
Facsimile: (406) 252-4266
Email: jwomack@jvwlaw.com

Attorneys for Joseph V. Womack, Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**JOHN HENRY SCHNEIDER**,

Debtor.

Case No. 14-61357

TRUSTEE'S WITHDRAWAL OF MOTIONS FOR APPROVAL OF
COMPROMISE SETTLEMENTS

Joseph V. Womack, (the "Trustee") Chapter 7 Trustee of the bankruptcy estate of John Henry Schneider, through counsel, hereby withdraws the following:

1. Motion for Approval of Compromise Settlement, Including Approval of Sale Free and Clear (Doc. 216);[1] and

---

[1] Doc. 215 is also withdrawn to the extent it was not superseded by Doc. 216.

2. Trustee's Motion Pursuant to F.R.B.P. Rules 9010(a) and 7041 to Approve Settlement and Dismissal of Adversary Complaint to Deny Debtor's Discharge, and Notice (Doc. 220).[2]

The reason for this withdrawal of the motions is that all parties to the Settlement Agreements have agreed that the Settlement Agreements should be terminated.

DATED this 12th day of May, 2016.

GOETZ, BALDWIN & GEDDES, P.C.

By: */s/Trent M. Gardner*
Trent M. Gardner/Jeffrey J. Tierney
Attorneys for Trustee Joseph V. Womack

CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that on May 12, 2016, a copy of the foregoing pleading was served (i) by electronic means pursuant to LBR 9013-1(d)(2) on the parties noted in the Court's ECF transmission facilities and/or (ii) by mail on the following parties: None.

*/s/Trent M. Gardner*
Trent M. Gardner
Attorneys for Trustee Joseph V. Womack

---

[2] Doc. 217 is also withdrawn to the extent it was not superseded by Doc. 220.