Joseph V. Womack
**Waller & Womack, P.C.**
Suite 805 US Bank Building
303 North Broadway
Billings, MT 59101
Telephone: (406) 252-7200
Fax: (406) 252-4266
Email: jwomack@jvwlaw.com
Attorney No. 2641

Attorney for Trustee

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In Re: **SCHNEIDER, JOHN HENRY** Debtor(s) | Case No. 14-61357-7 |

### MOTION TO SHORTEN NOTICE

**TO:** THE HONORABLE JUDGE KIRSCHER

**COMES NOW**, Joseph V. Womack, the duly qualified and appointed Trustee of the Bankruptcy Estate of the above-captioned Debtors, and hereby moves this Court for its Order to shorten the length of the notice period for the Stipulation for Waiver of Discharge and 9019 Motion for Approval filed May 16, 2016, from fourteen (14) days to three (3) days. Trustee requests the shortened objection period in order to have a ruling regarding the Stipulation prior to May 25, 2016, the date set for trial of the Complaint to Deny Discharge, AP 15-20.

**WHEREFORE,** Trustee moves that the objection period be shortened from fourteen (14) days to three (3) days on the Stipulation for Waiver of Discharge and 9019 Motion for Approval filed May 16, 2016.

**DATED** this 17th day of May, 2016.

                                           **WALLER & WOMACK, P.C.**

                                           By: /s/ Joseph V. Womack
                                                   Joseph V. Womack
                                                   Attorney for Trustee

## **CERTIFICATE OF SERVICE**

      I, the undersigned, certify under penalty of perjury that on May 17, 2016 or as soon as possible thereafter, a copy of the foregoing was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/entities who are not ECF registered users:

John Schneider
3611 Tommy Armour Circle
Billings, MT 59106

John Schneider
543 Camino de Orchidia
Encinitas, CA 92024

Creditor Mailing Matrix

                                             By: /s/ Lynsey Lund
                                                   Lynsey Lund
                                                 Asst. to Trustee