James H. Cossitt (Mont. #4773)
PO Box 1889
Kalispell, MT 59903-1889
Tel:  406-752-5616
Email: jhc@cossittlaw.com
ATTORNEY FOR DEBTOR

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| In Re: | ) | Case #14-61357-7 |
| | ) | |
| JOHN HENRY SCHNEIDER, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**WAIVER OF DISCHARGE**

John Henry Schneider, the Debtor in this case ("Debtor"), acting on the advice and counsel of his attorney, James H. Cossitt, hereby affirmatively waives his discharge under 11 U.S.C. § 727(a)(10) in exchange for and on the condition that the trustee dismiss adversary proceeding # 15-20 in accordance with FRCP 41 and FRBP 7041.

Debtor waives any further notice or hearing and asks the Court to immediately approve this written waiver pursuant to the provisions of 11 U.S.C. § 727(a)(10) & FRBP 7041.

DATED this 13 day of May, 2016.

_____
JOHN HENRY SCHNEIDER
Debtor

APPROVED:

Dated: May ~~15~~, 2016

5/17/16

*/s/ James H. Cossitt*

James H. Cossitt (Mont. # 4773)

Original filed via ECF

**Pursuant to FRBP 7005 & 9014 (b) and FRCP 5(b)(2)(D) all parties noted in the Court's ECF transmission facilities have been served via ECF.**

**The following have been served by mail:** None

CERTIFICATE OF SERVICE BY MAIL / ECF

This document was served pursuant to FRBP 7004, 9001(8), 9013, 9014(b): 1) by mail, in envelopes addressed to each of the parties at the addresses above; and/or 2) by electronic means, pursuant to LBR 7005-1, 9013-1(c) and 9036-1 on the parties noted in the Court's ECF transmission facilities, on May ~~15~~, 2016. The undersigned declares, under penalty of perjury pursuant to 28 USC § 1746, that the foregoing is true and correct.

5/17/16

*/s/ James H. Cossitt*