**Jeffery A. Hunnes, Attorney No. 2406**
**Laura T. Myers, Attorney No. 12918**
**GUTHALS, HUNNES & REUSS, P.C.**
**P.O. Box 1977**
**Billings, MT  59103-1977**
**Telephone:  (406) 245-3071**
**Fax:  (406) 245-3074**
**Email:  jhunnes@ghrlawfirm.com**
             **lmyers@ghrlawfirm.com**

**Attorneys for ONI Realty Investors, LLC**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In Re: | Case No. 14 – 61357-7 |
| **JOHN HENRY SCHNEIDER,** | **Notice of Hearing** |
| | Date:  May 24, 2016 |
| Debtor. | Time: 9:00 a.m. |
| | Location:  Bankruptcy Courtroom, Bighorn Courtroom, Fifth Floor, Room 5503, 2601 Second Avenue North, Billings, Montana |

---
### ONI REALTY INVESTORS, LLC
### LIST OF EXHIBITS
---

ONI Realty Investors, LLC ("ONI"), through counsel, submits the following List of Exhibits for hearing on the Debtor's objections to ONI's Proofs of Claims now set for May 24, 2016 at 9:00 a.m.

**LIST OF EXHIBITS**

A. ONI Realty Investors, LLC, Limited Liability Company Agreement

B. First Amendment to Limited Liability Company Agreement

C. ONI – Northern Rockies Neuro-Spine Lease Agreement

D. Guaranty of Lease

E. ONI Medical Building Layout

F. First Amendment to Lease Agreement

G. ONI - Northern Rockies Neuro-Spine Rental Statements and Correspondence

H. Letter from Ken Frazier dated January 28, 2013

I. ONI Capital Call History

J. ONI Capital Call Request dated May 28, 2014

K. Trane email dated January 16, 2013

L. Samples email chain dated January 2, 2013

M. Hardy Construction Repair Estimate

ONI reserves the right to offer into evidence any exhibits identified by any other party or offered by any other party in the hearing in this case, and any exhibits required for impeachment or rebuttal purposes.

**DATED** this 18th day of May, 2016.

> GUTHALS, HUNNES & REUSS, P.C.
> P.O. Box 1977
> Billings, MT 59103
>
> By: /s/ *Jeffery A. Hunnes*
> Attorneys for ONI Realty Investors, LLC

2

**CERTIFICATE OF SERVICE**

I, the undersigned, certify under penalty of perjury that on the 18th day of May, 2016, or as soon as possible thereafter, a copy of the foregoing was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/entities who are not ECF registered users: none.

**GUTHALS, HUNNES & REUSS, P.C.**
**P.O. Box 1977**
**Billings, MT 59103**

By: /s/ *Jeffery A. Hunnes*
Attorneys for ONI Realty Investors, LLC