# EXHIBIT G

## Betsy Rouse

| | |
|---|---|
| From: | Betsy Rouse <betsy@samplesproperties.com> |
| Sent: | Tuesday, November 20, 2012 3:00 PM |
| To: | kburrows@omnimedicalcampus.com; lparker@omnispinecenter.com |
| Cc: | 'Mark Samples' |
| Subject: | ONI - Northern Rockies Neuro-Spine - December Rental Statement and Past Due Rents |
| Attachments: | Northern Rockis Neuro-Spine - December Rental Statement.pdf |

Please find attached the December rental statement for the Northern Rockies Neuro Spine Clinic. **PLEASE NOTE THAT OCTOBER AND NOVEMBER ARE PAST DUE.**
Thank you for your prompt attention and have a wonderful Thanksgiving.

Betsy Rouse
Director of Finance

**Samples Properties**
525 Madison Street
Suite 205
Huntsville, Al 35801
Mailing Address:
P.O. Box 264, Huntsville, Al 35804
Office: (256) 533-0003
Fax:     (256) 532-1257

1

Samples Properties
525 Madison Street, Suite 205
P.O. Box 264
Huntsville, AL 35804

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT 59102

## Statement

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|---|---|---|---|
| 10/21/2012 | Operating Expense Reimb. | 1,386.50 | |
| 10/21/2012 | Monthly Rent | 10,524.20 | |
| 11/21/2012 | Operating Expense Reimb. | 1,386.50 | |
| 11/21/2012 | Monthly Rent | 10,524.20 | |
| | PREVIOUS MONTH ENDING BALANCE | | 23,821.40 |
| | CURRENT CHARGES | | |
| 12/01/2012 | Monthly Rent | 10,680.67 | |
| 12/21/2012 | Operating Expense Reimb. | 1,386.50 | |
| | TOTAL CURRENT | | 12,067.17 |

| Total Amount Due: | $ 35,888.57 |
|---|---|

Comments:    PLEASE PAY UPON RECEIPT OF INVOICE

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Statement Date:  12/01/2012

Total Due:  $ 35,888.57

*Please Return This Coupon With Your Payment*

Samples Properties
525 Madison Street, Suite 205
P.O. Box 264
Huntsville, AL 35804

Date   : 12/01/2012

Unit : ONI-2-CU

Amount Due   : $ 35,888.57

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Send Remittance to :
ONI REALTY INVESTORS, LLC
C/O SAMPLES PROPERTIES
P O BOX 264
HUNTSVILLE, AL 35804

**Betsy Rouse**

| | |
|---|---|
| From: | Betsy Rouse <betsy@samplesproperties.com> |
| Sent: | Wednesday, December 19, 2012 4:41 PM |
| To: | kburrows@omnimedicalcampus.com |
| Cc: | 'Mark Samples'; donna@primehealthcareproperties.com |
| Subject: | January Rent Invoice and Past Due Rents |
| Attachments: | Northern Rockies Neuro Spine - January Rental Invoice.pdf |

Please find attached the January rent invoice for Northern Rockies Neuro Spine.  **Please note that November and December are past due.**

Mark please forward to any other contact you might have to help resolve payment for the past due months.

Thank you,

Betsy Rouse
Director of Finance

**Samples Properties**
525 Madison Street
Suite 205
Huntsville, Al 35801
Mailing Address:
P.O. Box 264, Huntsville, Al 35804
Office: (256) 533-0003
Fax:    (256) 532-1257

1

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

**Statement**

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT 59102

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|---|---|---|---|
| 11/21/2012 | Operating Expense Reimb. | 1,386.50 | |
| 11/21/2012 | Monthly Rent | 10,524.20 | |
| 12/01/2012 | Monthly Rent | 10,680.67 | |
| 12/21/2012 | Operating Expense Reimb. | 1,386.50 | |
| | PREVIOUS MONTH ENDING BALANCE | | 23,977.87 |
| | CURRENT CHARGES | | |
| 01/01/2013 | Monthly Rent | 10,680.67 | |
| | TOTAL CURRENT | | 10,680.67 |

| Total Amount Due: | $ 34,658.54 |
|---|---|

Comments:   PLEASE PAY UPON RECEIPT OF INVOICE

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Statement Date: 01/01/2013

Total Due: $ 34,658.54

*Please Return This Coupon With Your Payment*

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

Date   : 01/01/2013

Unit  : ONI-2-CU

Amount Due   : $ 34,658.54

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Send Remittance to :
ONI REALTY INVESTORS, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL 35804

**Betsy Rouse**

| | |
|---|---|
| From: | Betsy Rouse <betsy@samplesproperties.com> |
| Sent: | Sunday, January 13, 2013 3:36 PM |
| To: | kburrows@omnimedicalcampus.com |
| Cc: | 'Mark Samples'; donna@primehealthcareproperties.com |
| Subject: | 2012 Operating Expense Overage and 2013 Restated Operating Expense Payment |
| Attachments: | Northern Rockies Neuro-Spine-2012 Oper Exp. Reimb..pdf; 2013 Projected Oper.Exp.-Northern Rockies Neuro Spine.pdf |

Please find attached an invoice in the amount of $5,047.00 reflecting your pro-rata share of the 2012 Operating Expense Overage.  In 2012 expenses were $3.91 psf, the estimated cost was $3.00 psf, therefore all tenants are invoiced for their pro-rata share of the increase.  I have also attached the 2013 projection stating operating costs of $3.93.  Please note that effective January 1st, 2013 the Northern Rockies Neuro-Spine Center's new monthly operating expense payment is $1,816.  This charge will be reflected on your February invoice.
Thank you,

Betsy Rouse
Director of Finance

**Samples Properties**
525 Madison Street
Suite 205
Huntsville, Al  35801
Mailing Address:
P.O. Box 264, Huntsville, Al  35804
Office:  (256) 533-0003
Fax:     (256) 532-1257

1

Samples Properties
525 Madison Street, Suite 205
P.O. Box 264
Huntsville, AL 35804
(256) 533-0003

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT 59102

## INVOICE

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|------|-------------|-----------|---------|
| 1/13/13 | 2012 Operating Expense Overage | 5,047.00 | 5,047.00 |

| Total Invoice Amount: | $ 5,047.00 |
|---|---|

Comments:

RE Unit:

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Invoice Date: 1/13/13

Invoice Amount: $ 5,047.00

Invoice Number: 113029

*Please Return This Coupon With Your Payment*

Samples Properties
525 Madison Street, Suite 205
P.O. Box 264
Huntsville, AL 35804

Unit Reference #  : ONI-2-CU
Statement Date    : 1/13/13
Invoice #         : 113029
Invoice Amount    :$ 5,047.00
Amount Enclosed : _____

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Send Remittance to:
ONI REALTY INVESTORS, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL 35804

SUMMARY OF 2012 OPERATING EXPENSES
ONI REALTY INVESTORS, LLC
Total Building SF
12/31/2012

| Northern Rockies Neuro-Spine | | SF |
|---|---|---|
| Leased Area | | 5,546 |

2012 OPERATING ACTUAL OPERATING EXPENSES

|  |  |  | PSF |
|---|---|---|---|
| Management Fee | $ | 20,319 | $ 0.97 |
| Insurance | | 2,447 | $ 0.12 |
| Property Taxes | | 24,280 | $ 1.16 |
| Energy Cost | | 13,287 | $ 0.63 |
| Janitorial Cost | | 1,240 | $ 0.06 |
| Maintenance and Repiar | | 542 | $ 0.03 |
| Window Cleaning | | 260 | $ 0.01 |
| Fire Safety and Security | | 1,614 | $ 0.08 |
| Pest Control | | 603 | $ 0.03 |
| Electrical Repairs | | 508 | $ 0.02 |
| Exterior Maintenance | | 500 | $ 0.02 |
| Signage | | 2,442 | $ 0.12 |
| Snow Removal | | 3,799 | $ 0.18 |
| Lanscape Contract and Repairs | | 10,019 | $ 0.48 |
|  | $ | 81,860 | $ 3.91 |
|  |  |  |  |
| Lease Obligation - 5,546 sf @ $3.91 | $ | 21,685 | $ 3.91 |
|  |  |  |  |
| Operating Expenses Received in 2012 | $ | (16,638) | $ (3.00) |
|  |  |  |  |
| **BALANCE DUE** | $ | 5,047 | $ 0.91 |

**SUMMARY OF 2013 PROJECTED OPERATING EXPENSES**
**ONI REALTY INVESTORS, LLC**
**Total Building SF - 20,934 SF**
**1/1/2013**

| | SF |
|---|---|
| Northern Rockies Neuto-Spine | |
| Leased Area | 5,546 |

### 2013 PROJECTED OPERATING EXPENSES

| | | | PSF |
|---|---|---|---|
| Management Fee | $ | 21,319 | $ 1.02 |
| Insurance | | 2,447 | $ 0.12 |
| Property Taxes | | 24,280 | $ 1.16 |
| Energy Cost | | 13,288 | $ 0.63 |
| Janitorial Cost | | 2,400 | $ 0.11 |
| Maintenance and Repiar | | 500 | $ 0.02 |
| Fire Safety and Security | | 1,614 | $ 0.08 |
| Pest Control | | 508 | $ 0.02 |
| Electrical Repairs | | 500 | $ 0.02 |
| Exterior Maintenance | | 600 | $ 0.03 |
| Signage | | | $ - |
| Snow Removal | | 4,577 | $ 0.22 |
| Lanscape Contract and Repairs | | 10,200 | $ 0.49 |
| | $ | 82,233 | $ 3.93 |

2013 LEASE OBLIGATION - 5,546 sf @ $3.93    $ 21,796

**MONTHLY LEASE PAYMENT EFFECTIVE 1/1/2013**    $ 1,816

**Betsy Rouse**

| | |
|---|---|
| **From:** | Betsy Rouse <betsy@samplesproperties.com> |
| **Sent:** | Monday, January 21, 2013 2:53 PM |
| **To:** | kburrows@omnimedicalcampus.com |
| **Cc:** | 'Mark Samples' |
| **Subject:** | February Rental Invoice |
| **Attachments:** | February Rental Invoice - Northern Rockies Neuro Spine.pdf; Northern Rockies Neuro-Spine-2012 Oper Exp. Reimb..pdf; 2013 Projected Oper.Exp.-Northern Rockies Neuro Spine.pdf |

Please find attached the February rental invoice for payment.  It includes the billing for the 2012 Operating Expenses as well as the summary of the 2013 projected costs.  These were previously sent on January 13, 2013.

Betsy Rouse
Director of Finance

**Samples Properties**
525 Madison Street
Suite 205
Huntsville, Al  35801
Mailing Address:
P.O. Box 264, Huntsville, Al  35804
Office:  (256) 533-0003
Fax:     (256) 532-1257

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT  59102

**Statement**

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT  59102

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|---|---|---|---|
| 11/21/2012 | Operating Expense Reimb. | 1,386.50 | |
| 11/21/2012 | Monthly Rent | 10,524.20 | |
| 12/01/2012 | Monthly Rent | 10,680.67 | |
| 12/21/2012 | Operating Expense Reimb. | 1,386.50 | |
| 01/01/2013 | Cam Reimbursement | 1,816.00 | |
| 01/01/2013 | Monthly Rent | 10,680.67 | |
| 01/13/2013 | 2012 Operating Expense Overage | 5,047.00 | |
| | PREVIOUS MONTH ENDING BALANCE | | 41,521.54 |
| | **CURRENT CHARGES** | | |
| 02/01/2013 | Monthly Rent | 10,680.67 | |
| 02/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| | **TOTAL CURRENT** | | 12,496.67 |

| Total Amount Due: | | $ 54,018.21 |
|---|---|---|

Comments:   PLEASE PAY UPON RECEIPT OF INVOICE

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT  59102

Statement Date:  02/01/2013

Total Due:  $ 54,018.21

*Please Return This Coupon With Your Payment*

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT  59102

Date   : 02/01/2013

Unit  : ONI-2-CU

Amount Due   : $ 54,018.21

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT  59102

Send Remittance to :
ONI REALTY INVESTORS, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL  35804

Samples Properties
525 Madison Street, Suite 205
P.O. Box 264
Huntsville, AL 35804
(256) 533-0003

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT 59102

## INVOICE

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|---|---|---|---|
| 1/13/13 | 2012 Operating Expense Overage | 5,047.00 | 5,047.00 |

| | |
|---|---|
| Total Invoice Amount: | $ 5,047.00 |
| Comments: . | |

RE Unit:

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Invoice Date: 1/13/13

Invoice Amount: $ 5,047.00

Invoice Number: 113029

*Please Return This Coupon With Your Payment*

Samples Properties
525 Madison Street, Suite 205
P.O. Box 264
Huntsville, AL 35804

Unit Reference # : ONI-2-CU
Statement Date   : 1/13/13
Invoice #        : 113029
Invoice Amount   :$ 5,047.00
Amount Enclosed :_____

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Send Remittance to:
ONI REALTY INVESTORS, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL 35804

SUMMARY OF 2012 OPERATING EXPENSES
ONI REALTY INVESTORS, LLC
Total Building SF
12/31/2012

| | SF |
|---|---|
| Northern Rockies Neuro-Spine | |
| Leased Area | 5,546 |

2012 OPERATING ACTUAL OPERATING EXPENSES

| | | | PSF |
|---|---|---|---|
| Management Fee | $ | 20,319 | $ 0.97 |
| Insurance | | 2,447 | $ 0.12 |
| Property Taxes | | 24,280 | $ 1.16 |
| Energy Cost | | 13,287 | $ 0.63 |
| Janitorial Cost | | 1,240 | $ 0.06 |
| Maintenance and Repiar | | 542 | $ 0.03 |
| Window Cleaning | | 260 | $ 0.01 |
| Fire Safety and Security | | 1,614 | $ 0.08 |
| Pest Control | | 603 | $ 0.03 |
| Electrical Repairs | | 508 | $ 0.02 |
| Exterior Maintenance | | 500 | $ 0.02 |
| Signage | | 2,442 | $ 0.12 |
| Snow Removal | | 3,799 | $ 0.18 |
| Lanscape Contract and Repairs | | 10,019 | $ 0.48 |
| | $ | 81,860 | $ 3.91 |
| | | | |
| Lease Obligation - 5,546 sf @ $3.91 | $ | 21,685 | $ 3.91 |
| | | | |
| Operating Expenses Received in 2012 | $ | (16,638) | $ (3.00) |
| | | | |
| BALANCE DUE | $ | 5,047 | $ 0.91 |

SUMMARY OF 2013 PROJECTED OPERATING EXPENSES
ONI REALTY INVESTORS, LLC
Total Building SF - 20,934 SF
1/1/2013

| | SF |
|---|---|
| Northern Rockies Neuto-Spine | |
| Leased Area | 5,546 |

### 2013 PROJECTED OPERATING EXPENSES

| | | | PSF |
|---|---|---|---|
| Management Fee | $ | 21,319 | $ 1.02 |
| Insurance | | 2,447 | $ 0.12 |
| Property Taxes | | 24,280 | $ 1.16 |
| Energy Cost | | 13,288 | $ 0.63 |
| Janitorial Cost | | 2,400 | $ 0.11 |
| Maintenance and Repiar | | 500 | $ 0.02 |
| Fire Safety and Security | | 1,614 | $ 0.08 |
| Pest Control | | 508 | $ 0.02 |
| Electrical Repairs | | 500 | $ 0.02 |
| Exterior Maintenance | | 600 | $ 0.03 |
| Signage | | | $ - |
| Snow Removal | | 4,577 | $ 0.22 |
| Lanscape Contract and Repairs | | 10,200 | $ 0.49 |
| | $ | 82,233 | $ 3.93 |

| | | |
|---|---|---|
| 2013 LEASE OBLIGATION - 5,546 sf @ $3.93 | $ | 21,796 |
| **MONTHLY LEASE PAYMENT EFFECTIVE 1/1/2013** | $ | 1,816 |

**Betsy Rouse**

| | |
|---|---|
| **From:** | Betsy Rouse <betsy@samplesproperties.com> |
| **Sent:** | Friday, March 22, 2013 11:08 AM |
| **To:** | Mark Samples |
| **Subject:** | Northern Rockies Neuro-Spine - April Rental Invoice |
| **Attachments:** | April Rental Invoice - Northern Rockies Neuro Spine.pdf |

Hi Mark,

Attached is the invoice for April, not sure where to send it.  I did not receive anyone's rent last month except for the Surgery Center and that was for January.  We will need to receive some rents before the 10th of the month in order to pay the April mortgage.

Betsy Rouse
Director of Finance

**Samples Properties**
525 Madison Street
Suite 205
Huntsville, Al  35801
Mailing Address:
P.O. Box 264, Huntsville, Al  35804
Office:  (256) 533-0003
Fax:      (256) 532-1257

1

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

**Statement**

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT 59102

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|---|---|---|---|
| 11/21/2012 | Operating Expense Reimb. | 1,386.50 | |
| 11/21/2012 | Monthly Rent | 10,524.20 | |
| 12/01/2012 | Monthly Rent | 10,680.67 | |
| 12/21/2012 | Operating Expense Reimb. | 1,386.50 | |
| 01/01/2013 | Cam Reimbursement | 1,816.00 | |
| 01/01/2013 | Monthly Rent | 10,680.67 | |
| 01/13/2013 | 2012 Operating Expense Overage | 5,047.00 | |
| 02/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 02/01/2013 | Monthly Rent | 10,680.67 | |
| 03/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 03/01/2013 | Monthly Rent | 10,680.67 | |
| | PREVIOUS MONTH ENDING BALANCE | | 66,514.88 |
| | CURRENT CHARGES | | |
| 04/01/2013 | Monthly Rent | 10,680.67 | |
| 04/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| | TOTAL CURRENT | | 12,496.67 |

| Total Amount Due: | | | $ 79,011.55 |
|---|---|---|---|

Comments:   PLEASE PAY UPON RECEIPT OF INVOICE

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Statement Date: 04/01/2013

Total Due: $ 79,011.55

*Please Return This Coupon With Your Payment*

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

Date   : 04/01/2013

Unit : ONI-2-CU

Amount Due   : $ 79,011.55

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Send Remittance to :
ONI REALTY INVESTORS, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL 35804

**Betsy Rouse**

| | |
|---|---|
| From: | Mark Samples <mark@primehealthcareproperties.com> |
| Sent: | Monday, March 25, 2013 12:27 PM |
| To: | Ken Frazier |
| Cc: | jschneider@montanaspine.com; 'Craig Anderson'; Jennifer Sletten; 'Betsy Rouse' |
| Subject: | NRNS April invoice |
| Attachments: | April Rental Invoice - Northern Rockies Neuro Spine.pdf |

Please find attached the April invoice for NRNS rent. Please note that rent has not been paid since October of 2012. Past due rent includes November and December of 2012, January, February and March of 2013. April rent is due on the first and late on the 10th.

Mark T. Samples, CCIM
Prime Healthcare Properties, LLC
401 Meridian Street, Suite 302
Huntsville, Alabama 35801
Work: (256) 428-0060
Cell: (972)-679-5612



ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

**Statement**

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT 59102

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|------|-------------|-----------:|--------:|
| 11/21/2012 | Operating Expense Reimb. | 1,386.50 | |
| 11/21/2012 | Monthly Rent | 10,524.20 | |
| 12/01/2012 | Monthly Rent | 10,680.67 | |
| 12/21/2012 | Operating Expense Reimb. | 1,386.50 | |
| 01/01/2013 | Cam Reimbursement | 1,816.00 | |
| 01/01/2013 | Monthly Rent | 10,680.67 | |
| 01/13/2013 | 2012 Operating Expense Overage | 5,047.00 | |
| 02/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 02/01/2013 | Monthly Rent | 10,680.67 | |
| 03/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 03/01/2013 | Monthly Rent | 10,680.67 | |
| | PREVIOUS MONTH ENDING BALANCE | | 66,514.88 |
| | CURRENT CHARGES | | |
| 04/01/2013 | Monthly Rent | 10,680.67 | |
| 04/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| | TOTAL CURRENT | | 12,496.67 |

| Total Amount Due: | $ 79,011.55 |
|---|---|

Comments:  **PLEASE PAY UPON RECEIPT OF INVOICE**

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Statement Date: 04/01/2013

Total Due: $ 79,011.55

*Please Return This Coupon With Your Payment*

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

Date   : 04/01/2013

Unit : ONI-2-CU

Amount Due   : $ 79,011.55

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Send Remittance to :
ONI REALTY INVESTORS, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL 35804

**Betsy Rouse**

| | |
|---|---|
| **From:** | Betsy Rouse <betsy@samplesproperties.com> |
| **Sent:** | Friday, April 26, 2013 11:43 AM |
| **To:** | Mark Samples |
| **Subject:** | Northern Rockies Neuro-Spine - May Rental Invoice |
| **Attachments:** | Northern Rockies Neuro Spine - May Rental Invoice.pdf |

Mark,
Attached is the May invoice for Northern Rockies Neuro Spine.  Not sure what to do or where to send it.  Should I continue to bill it?

Betsy Rouse
Director of Finance

**Samples Properties**
525 Madison Street
Suite 205
Huntsville, Al  35801
Mailing Address:
P.O. Box 264, Huntsville, Al  35804
Office:  (256) 533-0003
Fax:     (256) 532-1257

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT 59102

## Statement

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|------|-------------|-----------|---------|
| 11/21/2012 | Operating Expense Reimb. | 1,386.50 | |
| 11/21/2012 | Monthly Rent | 10,524.20 | |
| 12/01/2012 | Monthly Rent | 10,680.67 | |
| 12/21/2012 | Operating Expense Reimb. | 1,386.50 | |
| 01/01/2013 | Cam Reimbursement | 1,816.00 | |
| 01/01/2013 | Monthly Rent | 10,680.67 | |
| 01/13/2013 | 2012 Operating Expense Overage | 5,047.00 | |
| 02/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 02/01/2013 | Monthly Rent | 10,680.67 | |
| 03/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 03/01/2013 | Monthly Rent | 10,680.67 | |
| 04/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 04/01/2013 | Monthly Rent | 10,680.67 | |
| | PREVIOUS MONTH ENDING BALANCE | | 79,011.55 |
| | CURRENT CHARGES | | |
| 05/01/2013 | Monthly Rent | 10,680.67 | |
| 05/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| | TOTAL CURRENT | | 12,496.67 |

| | | |
|--|--|--|
| Total Amount Due: | | $ 91,508.22 |

Comments:   **PLEASE PAY UPON RECEIPT OF INVOICE**

---

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Statement Date:  05/01/2013

Total Due:  $ 91,508.22

---

*Please Return This Coupon With Your Payment*

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

Date  : 05/01/2013

Unit : ONI-2-CU

Amount Due  : $ 91,508.22

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Send Remittance to :
ONI REALTY INVESTORS, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL 35804

**Betsy Rouse**

| | |
|---|---|
| **From:** | Betsy Rouse <betsy@samplesproperties.com> |
| **Sent:** | Tuesday, May 28, 2013 9:39 AM |
| **To:** | Mark Samples |
| **Subject:** | North Rockies Neuro-Spine - Rent Statement through June |
| **Attachments:** | Northern Rockies Neuro-Spine - Rent Statement.pdf |

FYI

Betsy Rouse
Director of Finance

**Samples Properties**
525 Madison Street
Suite 205
Huntsville, Al  35801
Mailing Address:
P.O. Box 264, Huntsville, Al  35804
Office:  (256) 533-0003
Fax:      (256) 532-1257

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT 59102

**Statement**

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|------|-------------|-----------|---------|
| 11/21/2012 | Operating Expense Reimb. | 1,386.50 | |
| 11/21/2012 | Monthly Rent | 10,524.20 | |
| 12/01/2012 | Monthly Rent | 10,680.67 | |
| 12/21/2012 | Operating Expense Reimb. | 1,386.50 | |
| 01/01/2013 | Cam Reimbursement | 1,816.00 | |
| 01/01/2013 | Monthly Rent | 10,680.67 | |
| 01/13/2013 | 2012 Operating Expense Overage | 5,047.00 | |
| 02/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 02/01/2013 | Monthly Rent | 10,680.67 | |
| 03/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 03/01/2013 | Monthly Rent | 10,680.67 | |
| 04/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 04/01/2013 | Monthly Rent | 10,680.67 | |
| 05/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 05/01/2013 | Monthly Rent | 10,680.67 | |
| | PREVIOUS MONTH ENDING BALANCE | | 91,508.22 |
| | CURRENT CHARGES | | |
| 06/01/2013 | Monthly Rent | 10,680.67 | |
| 06/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |

CONTINUED ON THE NEXT PAGE

| | | |
|---|---|---|
| Total Amount Due: | | $ See the next page |

Comments:

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Statement Date: 06/01/2013

Total Due:  $ See the next page

*Please Return This Coupon With Your Payment*

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

Date  : 06/01/2013

Unit  : ONI-2-CU

Amount Due  : $ See the next page

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Send Remittance to :
ONI REALTY, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL 35804

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS MT 59102

**Statement**

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS MT 59102

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|------|-------------|------------|---------|
|  | TOTAL CURRENT |  | 12,496.67 |

| | | | |
|---|---|---|---|
| Total Amount Due: | | | $ 104,004.89 |
| Comments: | PLEASE PAY UPON RECEIPT OF INVOICE | | |

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Statement Date:  06/01/2013

Total Due: $ 104,004.89

*Please Return This Coupon With Your Payment*

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

Date   : 06/01/2013

Unit : ONI-2-CU

Amount Due   : $ 104,004.89

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Send Remittance to :
ONI REALTY, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL 35804

## Betsy Rouse

| | |
|---|---|
| **From:** | Betsy Rouse <betsy@samplesproperties.com> |
| **Sent:** | Wednesday, June 26, 2013 12:26 PM |
| **To:** | Ken Frazier (jsletten@feltmartinlaw.com); 'john@wyomingspine.com'; 'Anderson, Craig' |
| **Cc:** | Mark Samples |
| **Subject:** | FW: Current and Past Due Rents Due |
| **Attachments:** | Northern Rockies Neuro Spine - July Rental Invoice.pdf |

Please find attached the July rental invoice for the Northern Rockies Neuro Spine Care Center. The invoice includes July, 2013 rent as well as past due charges since November, 2012.

Betsy Rouse
Director of Finance

**Samples Properties**
525 Madison Street
Suite 205
Huntsville, Al  35801
Mailing Address:
P.O. Box 264, Huntsville, Al  35804
Office:  (256) 533-0003
Fax:      (256) 532-1257

---

**From:** Betsy Rouse [mailto:betsy@samplesproperties.com]
**Sent:** Tuesday, June 18, 2013 1:23 PM
**To:** 'Mark Samples'; 'Ken Frazier'; 'John@wyomingspine.com'
**Cc:** 'Anderson, Craig'; 'ty@samplesproperties.com'
**Subject:** RE: Current and Past Due Rents Due

We received the attached check today from Northern Rockies Neuro-Spine. It references payment of November and December rent less a quarterly distribution of $16,000. **ONI Realty Investors has not been in a position to pay any distributions to any partners.** I have applied the check in the amount of $7,977.87 to rents due for November, 2012 and have attached a statement of rents due reflecting all rents currently owed.

Betsy Rouse
Director of Finance

**Samples Properties**
525 Madison Street
Suite 205
Huntsville, Al  35801
Mailing Address:
P.O. Box 264, Huntsville, Al  35804
Office:  (256) 533-0003
Fax:      (256) 532-1257

1

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

**Statement**

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT 59102

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|---|---|---|---|
| 11/21/2012 | Monthly Rent | 3,932.83 | |
| 12/01/2012 | Monthly Rent | 10,680.67 | |
| 12/21/2012 | Operating Expense Reimb. | 1,386.50 | |
| 01/01/2013 | Cam Reimbursement | 1,816.00 | |
| 01/01/2013 | Monthly Rent | 10,680.67 | |
| 01/13/2013 | 2012 Operating Expense Overage | 5,047.00 | |
| 02/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 02/01/2013 | Monthly Rent | 10,680.67 | |
| 03/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 03/01/2013 | Monthly Rent | 10,680.67 | |
| 04/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 04/01/2013 | Monthly Rent | 10,680.67 | |
| 05/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 05/01/2013 | Monthly Rent | 10,680.67 | |
| 06/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 06/01/2013 | Monthly Rent | 10,680.67 | |
| | PREVIOUS MONTH ENDING BALANCE | | 96,027.02 |
| | CURRENT CHARGES | | |
| 07/01/2013 | Monthly Rent | 10,680.67 | |

CONTINUED ON THE NEXT PAGE

Total Amount Due:                                          $ See the next page

Comments:

---

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Statement Date: 07/01/2013

Total Due: $ See the next page

---

*Please Return This Coupon With Your Payment*

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

Date   : 07/01/2013

Unit : ONI-2-CU

Amount Due   : $ See the next page

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Send Remittance to :
ONI REALTY INVESTORS, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL 35804

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT 59102

## Statement

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|------|-------------|-----------|---------|
| 07/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| | TOTAL CURRENT | | 12,496.67 |

Total Amount Due:                                                    $ 108,523.69

Comments:    PLEASE PAY UPON RECEIPT OF INVOICE

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Statement Date: 07/01/2013

Total Due: $ 108,523.69

*Please Return This Coupon With Your Payment*

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

Date  : 07/01/2013

Unit : ONI-2-CU

Amount Due  : $ 108,523.69

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Send Remittance to :
ONI REALTY INVESTORS, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL 35804

**Betsy Rouse**

| | |
|---|---|
| **From:** | Betsy Rouse <betsy@samplesproperties.com> |
| **Sent:** | Tuesday, July 30, 2013 10:11 AM |
| **To:** | Ken Frazier (jsletten@feltmartinlaw.com); 'john@wyomingspine.com'; 'Anderson, Craig' |
| **Cc:** | Mark Samples |
| **Subject:** | RE: Current and Past Due Rents Due |
| **Attachments:** | Northern Rockies Neuro Spine - August Rental Invoice.pdf |

Please find attached the August rental invoice for the Northern Rockies Neuro Spine Center. The invoice includes August, 2013 rent as well as past due charges since November, 2012.

Betsy Rouse
Director of Finance

**Samples Properties**
525 Madison Street
Suite 205
Huntsville, Al  35801
Mailing Address:
P.O. Box 264, Huntsville, Al  35804
Office: (256) 533-0003
Fax:     (256) 532-1257

---

**From:** Betsy Rouse [mailto:betsy@samplesproperties.com]
**Sent:** Wednesday, June 26, 2013 12:26 PM
**To:** Ken Frazier (jsletten@feltmartinlaw.com); 'john@wyomingspine.com'; 'Anderson, Craig'
**Cc:** Mark Samples
**Subject:** FW: Current and Past Due Rents Due

Please find attached the July rental invoice for the Northern Rockies Neuro Spine Care Center. The invoice includes July, 2013 rent as well as past due charges since November, 2012.

Betsy Rouse
Director of Finance

**Samples Properties**
525 Madison Street
Suite 205
Huntsville, Al  35801
Mailing Address:
P.O. Box 264, Huntsville, Al  35804
Office: (256) 533-0003
Fax:     (256) 532-1257

1

**From:** Betsy Rouse [mailto:betsy@samplesproperties.com]
**Sent:** Tuesday, June 18, 2013 1:23 PM
**To:** 'Mark Samples'; 'Ken Frazier'; 'john@wyomingspine.com'
**Cc:** 'Anderson, Craig'; 'ty@samplesproperties.com'
**Subject:** RE: Current and Past Due Rents Due

We received the attached check today from Northern Rockies Neuro-Spine.  It references payment of November and December rent less a quarterly distribution of $16,000.  ONI Realty Investors has not been in a position to pay any distributions to any partners.  I have applied the check in the amount of $7,977.87 to rents due for November, 2012 and have attached a statement of rents due reflecting all rents currently owed.


Betsy Rouse
Director of Finance


**Samples Properties**
525 Madison Street
Suite 205
Huntsville, Al  35801
Mailing Address:
P.O. Box 264, Huntsville, Al  35804
Office:  (256) 533-0003
Fax:      (256) 532-1257

---

**From:** Mark Samples [mailto:mark@primehealthcareproperties.com]
**Sent:** Monday, February 25, 2013 3:02 PM
**To:** Ken Frazier; john@wyomingspine.com
**Cc:** 'Anderson, Craig'; 'Betsy Rouse'; ty@samplesproperties.com
**Subject:** FW: Current and Past Due Rents Due

Ken,

Per your letter dated January 28th, 2013 (attached), I have been asked to communicate with you regarding Northern Rockies Neuro Spine, John Schneider, M.D., Schneider Limited Partnership, etc. I assume that now includes collection of rent and notices of default. Northern Rockies Neuro Spine is currently in payment default (see attached billing). After several attempts to collect the pass due rent amount I received your letter asking that we no longer contact Kathleen Burrows regarding rent invoices. Craig Anderson will be providing an official notice of default per the terms of the lease agreement and sending it to your attention. If Dr. Schneider plans to cure this default please notify us immediately.

In addition to the nonpayment of rent we are now aware that Northern Rockies Neuro Spine terminated their electric utilities service without proper notice to ONI Realty Investors, LLC. I received an e-mail from Jennifer Sletten on February 14th, 2013 asking me if I was aware utilities to the building had been disconnected. I checked with Betsy Rouse and found that the Landlord utility connection was working and that payments were current. Our Landlord agent confirmed with me that building utilities were on in all suites. Jennifer's e-mail did not state that we were being notified that NRNS was disconnecting their utility service. I now understand that the power was disconnected on 2/19/13. The security system that provides access to the building through keyless entry (plastic key cards) is located in the NRNS space. It has a battery backup so it continued to work for 48 hours until the battery went dead. I was notified by Service Master on 2/21/13 that the electric service to NRNS was off and that the keys were not working in the building. I contacted Northwest Energy and they confirmed that they had been instructed to turn the power off. They keep the utilities on for five days to allow the tenant to notify the landlord so that there will not be an interruption of electric service. The electric service has been restored and is now in the name of ONI Realty Investors, LLC. The security system is back on and working properly.

2

Based on the nonpayment of rent as a tenant, lack of appropriate communication to the property manager regarding the nonpayment of rent and proactively disconnecting utilities to the building without proper notice to the property manager managing the building, I recommend that John resign his position as manager of ONI Realty Investors, LLC. The remaining members can choose to elect a substitute co-manager if they choose to.

Please advise as to whether NRNS rent will be paid and whether John plans to resign as manager of ONI Realty Investors, LLC. Thanks you.

Mark

Mark T. Samples, CCIM
Prime Healthcare Properties, LLC
401 Meridian Street, Suite 302
Huntsville, Alabama 35801
Work: (256) 428-0060
Cell: (972)-679-5612



---

**From:** Betsy Rouse [mailto:betsy@samplesproperties.com]
**Sent:** Monday, February 25, 2013 10:16 AM
**To:** kburrows@omnimedicalcampus.com
**Cc:** Mark Samples; 'Anderson, Craig'
**Subject:** Current and Past Due Rents Due

Attached is the statement for March rent as well as past due charges.  Please note that the balance owed includes November, December, January and February rent.
Thank you in advance for your prompt attention in getting these past due charges taken care of.

Betsy Rouse
Director of Finance

**Samples Properties**
525 Madison Street
Suite 205
Huntsville, Al  35801
Mailing Address:
P.O. Box 264, Huntsville, Al  35804
Office:  (256) 533-0003
Fax:      (256) 532-1257

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT 59102

## Statement

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|------|-------------|-----------:|--------:|
| 11/21/2012 | Monthly Rent | 3,932.83 | |
| 12/01/2012 | Monthly Rent | 10,680.67 | |
| 12/21/2012 | Operating Expense Reimb. | 1,386.50 | |
| 01/01/2013 | Cam Reimbursement | 1,816.00 | |
| 01/01/2013 | Monthly Rent | 10,680.67 | |
| 01/13/2013 | 2012 Operating Expense Overage | 5,047.00 | |
| 02/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 02/01/2013 | Monthly Rent | 10,680.67 | |
| 03/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 03/01/2013 | Monthly Rent | 10,680.67 | |
| 04/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 04/01/2013 | Monthly Rent | 10,680.67 | |
| 05/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 05/01/2013 | Monthly Rent | 10,680.67 | |
| 06/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 06/01/2013 | Monthly Rent | 10,680.67 | |
| 07/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 07/01/2013 | Monthly Rent | 10,680.67 | |
| | PREVIOUS MONTH ENDING BALANCE | | 108,523.69 |

CONTINUED ON THE NEXT PAGE

| Total Amount Due: | | | $ See the next page |
|---|---|---|---|

Comments:

(

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Statement Date:  08/01/2013

Total Due:  $ See the next page

*Please Return This Coupon With Your Payment*

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

Date  : 08/01/2013

Unit : ONI-2-CU

Amount Due   : $ See the next page

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Send Remittance to :
ONI REALTY INVESTORS, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL 35804

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT 59102

**Statement**

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|------|-------------|-----------|---------|
| | **CURRENT CHARGES** | | |
| 08/01/2013 | Monthly Rent | 10,680.67 | |
| 08/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| | **TOTAL CURRENT** | | 12,496.67 |

| | | |
|--|--|--|
| **Total Amount Due:** | | **$ 121,020.36** |

Comments:   PLEASE PAY UPON RECEIPT OF INVOICE

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Statement Date: 08/01/2013

Total Due: $ 121,020.36

*Please Return This Coupon With Your Payment*

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

Date   : 08/01/2013

Unit : ONI-2-CU

Amount Due   : $ 121,020.36

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Send Remittance to :
ONI REALTY INVESTORS, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL 35804

## Betsy Rouse

| | |
|---|---|
| **From:** | Betsy Rouse <betsy@samplesproperties.com> |
| **Sent:** | Monday, August 26, 2013 2:27 PM |
| **To:** | Ken Frazier (jsletten@feltmartinlaw.com); 'john@wyomingspine.com'; 'Anderson, Craig' |
| **Cc:** | Mark Samples |
| **Subject:** | RE: Current and Past Due Rents Due |
| **Attachments:** | Northern Rockies Neuro-Spine - Statement on Account.pdf |

Please find attached a statement on account reflecting all payments due through September 30, 2013 in the amount of $133,517.03.

Betsy Rouse
Director of Finance

**Samples Properties**
525 Madison Street
Suite 205
Huntsville, Al  35801
Mailing Address:
P.O. Box 264, Huntsville, Al  35804
Office:  (256) 533-0003
Fax:      (256) 532-1257

---

**From:** Betsy Rouse [mailto:betsy@samplesproperties.com]
**Sent:** Tuesday, July 30, 2013 10:11 AM
**To:** Ken Frazier (jsletten@feltmartinlaw.com); 'john@wyomingspine.com'; 'Anderson, Craig'
**Cc:** Mark Samples
**Subject:** RE: Current and Past Due Rents Due

Please find attached the August rental invoice for the Northern Rockies Neuro Spine Center.  The invoice includes August, 2013 rent as well as past due charges since November, 2012.

Betsy Rouse
Director of Finance

**Samples Properties**
525 Madison Street
Suite 205
Huntsville, Al  35801
Mailing Address:
P.O. Box 264, Huntsville, Al  35804
Office:  (256) 533-0003
Fax:      (256) 532-1257

1

**From:** Betsy Rouse [mailto:betsy@samplesproperties.com]
**Sent:** Wednesday, June 26, 2013 12:26 PM
**To:** Ken Frazier (jsletten@feltmartinlaw.com); 'john@wyomingspine.com'; 'Anderson, Craig'
**Cc:** Mark Samples
**Subject:** FW: Current and Past Due Rents Due

Please find attached the July rental invoice for the Northern Rockies Neuro Spine Care Center.  The invoice includes July, 2013 rent as well as past due charges since November, 2012.

Betsy Rouse
Director of Finance

**Samples Properties**
525 Madison Street
Suite 205
Huntsville, Al  35801
Mailing Address:
P.O. Box 264, Huntsville, Al  35804
Office:  (256) 533-0003
Fax:     (256) 532-1257

---

**From:** Betsy Rouse [mailto:betsy@samplesproperties.com]
**Sent:** Tuesday, June 18, 2013 1:23 PM
**To:** 'Mark Samples'; 'Ken Frazier'; 'john@wyomingspine.com'
**Cc:** 'Anderson, Craig'; 'ty@samplesproperties.com'
**Subject:** RE: Current and Past Due Rents Due

We received the attached check today from Northern Rockies Neuro-Spine.  It references payment of November and December rent less a quarterly distribution of $16,000.  ONI Realty Investors has not been in a position to pay any distributions to any partners.  I have applied the check in the amount of $7,977.87 to rents due for November, 2012 and have attached a statement of rents due reflecting all rents currently owed.

Betsy Rouse
Director of Finance

**Samples Properties**
525 Madison Street
Suite 205
Huntsville, Al  35801
Mailing Address:
P.O. Box 264, Huntsville, Al  35804
Office:  (256) 533-0003
Fax:     (256) 532-1257

---

**From:** Mark Samples [mailto:mark@primehealthcareproperties.com]
**Sent:** Monday, February 25, 2013 3:02 PM
**To:** Ken Frazier; john@wyomingspine.com
**Cc:** 'Anderson, Craig'; 'Betsy Rouse'; ty@samplesproperties.com
**Subject:** FW: Current and Past Due Rents Due

2

Ken,

Per your letter dated January 28th, 2013 (attached), I have been asked to communicate with you regarding Northern Rockies Neuro Spine, John Schneider, M.D., Schneider Limited Partnership, etc. I assume that now includes collection of rent and notices of default. Northern Rockies Neuro Spine is currently in payment default (see attached billing). After several attempts to collect the pass due rent amount I received your letter asking that we no longer contact Kathleen Burrows regarding rent invoices. Craig Anderson will be providing an official notice of default per the terms of the lease agreement and sending it to your attention. If Dr. Schneider plans to cure this default please notify us immediately.

In addition to the nonpayment of rent we are now aware that Northern Rockies Neuro Spine terminated their electric utilities service without proper notice to ONI Realty Investors, LLC. I received an e-mail from Jennifer Sletten on February 14th, 2013 asking me if I was aware utilities to the building had been disconnected. I checked with Betsy Rouse and found that the Landlord utility connection was working and that payments were current. Our Landlord agent confirmed with me that building utilities were on in all suites. Jennifer's e-mail did not state that we were being notified that NRNS was disconnecting their utility service. I now understand that the power was disconnected on 2/19/13. The security system that provides access to the building through keyless entry (plastic key cards) is located in the NRNS space. It has a battery backup so it continued to work for 48 hours until the battery went dead. I was notified by Service Master on 2/21/13 that the electric service to NRNS was off and that the keys were not working in the building. I contacted Northwest Energy and they confirmed that they had been instructed to turn the power off. They keep the utilities on for five days to allow the tenant to notify the landlord so that there will not be an interruption of electric service. The electric service has been restored and is now in the name of ONI Realty Investors, LLC. The security system is back on and working properly.

Based on the nonpayment of rent as a tenant, lack of appropriate communication to the property manager regarding the  nonpayment of rent and proactively disconnecting utilities to the building without proper notice to the property manager managing the building, I recommend that John resign his position as manager of ONI Realty Investors, LLC. The remaining members can choose to elect a substitute co-manager if they choose to.

Please advise as to whether NRNS rent will be paid and whether John plans to resign as manager of ONI Realty Investors, LLC. Thanks you.

Mark

Mark T. Samples, CCIM
Prime Healthcare Properties, LLC
401 Meridian Street, Suite 302
Huntsville, Alabama 35801
Work: (256) 428-0060
Cell: (972)-679-5612



**From:** Betsy Rouse [mailto:betsy@samplesproperties.com]
**Sent:** Monday, February 25, 2013 10:16 AM
**To:** kburrows@omnimedicalcampus.com
**Cc:** Mark Samples; 'Anderson, Craig'
**Subject:** Current and Past Due Rents Due

Attached is the statement for March rent as well as past due charges.  Please note that the balance owed includes November, December, January and February rent.
Thank you in advance for your prompt attention in getting these past due charges taken care of.

Betsy Rouse
Director of Finance

**Samples Properties**
525 Madison Street
Suite 205
Huntsville, Al  35801
Mailing Address:
P.O. Box 264, Huntsville, Al  35804
Office:  (256) 533-0003
Fax:      (256) 532-1257

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT 59102

## Statement

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|------|-------------|-----------:|---------|
| 11/21/2012 | Monthly Rent | 3,932.83 | |
| 12/01/2012 | Monthly Rent | 10,680.67 | |
| 12/21/2012 | Operating Expense Reimb. | 1,386.50 | |
| 01/01/2013 | Cam Reimbursement | 1,816.00 | |
| 01/01/2013 | Monthly Rent | 10,680.67 | |
| 01/13/2013 | 2012 Operating Expense Overage | 5,047.00 | |
| 02/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 02/01/2013 | Monthly Rent | 10,680.67 | |
| 03/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 03/01/2013 | Monthly Rent | 10,680.67 | |
| 04/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 04/01/2013 | Monthly Rent | 10,680.67 | |
| 05/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 05/01/2013 | Monthly Rent | 10,680.67 | |
| 06/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 06/01/2013 | Monthly Rent | 10,680.67 | |
| 07/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 07/01/2013 | Monthly Rent | 10,680.67 | |
| 08/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 08/01/2013 | Monthly Rent | 10,680.67 | |

CONTINUED ON THE NEXT PAGE

Total Amount Due:                                                  $ See the next page

Comments:

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Statement Date: 09/01/2013

Total Due: $ See the next page

*Please Return This Coupon With Your Payment*

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

Date  : 09/01/2013

Unit : ONI-2-CU

Amount Due   : $ See the next page

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Send Remittance to :
ONI REALTY, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL 35804

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT 59102

**Statement**

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|------|-------------|-----------|---------|
| | PREVIOUS MONTH ENDING BALANCE | | 121,020.36 |
| | CURRENT CHARGES | | |
| 09/01/2013 | Monthly Rent | 10,680.67 | |
| 09/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| | TOTAL CURRENT | | 12,496.67 |

| Total Amount Due: | $ 133,517.03 |
|---|---|

Comments:   PLEASE PAY UPON RECEIPT OF INVOICE

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Statement Date:  09/01/2013

Total Due:  $ 133,517.03

*Please Return This Coupon With Your Payment*

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

Date  : 09/01/2013

Unit : ONI-2-CU

Amount Due   : $ 133,517.03

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Send Remittance to :
ONI REALTY, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL 35804

**Betsy Rouse**

| | |
|---|---|
| **From:** | Betsy Rouse <betsy@samplesproperties.com> |
| **Sent:** | Thursday, October 24, 2013 4:34 PM |
| **To:** | Ken Frazier (jsletten@feltmartinlaw.com); 'john@wyomingspine.com'; 'Anderson, Craig' |
| **Cc:** | Mark Samples (mark@primehealthcareproperties.com) |
| **Subject:** | RE: Current and Past Due Rents Due |
| **Attachments:** | Northern Rockies Neuro-Spine - November Rental Invoice.pdf |

Please find attached the Northern Rockies Neuro-Spine rental statement reflecting all rents due through November.
Thank you for your prompt attention,

Betsy Rouse
Director of Finance

**Samples Properties**
525 Madison Street
Suite 205
Huntsville, Al 35801
Mailing Address:
P.O. Box 264, Huntsville, Al 35804
Office:  (256) 533-0003
Fax:      (256) 532-1257

1

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT 59102

## Statement

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|------|-------------|-----------|---------|
| 11/21/2012 | Monthly Rent | 3,932.83 | |
| 12/01/2012 | Monthly Rent | 10,680.67 | |
| 12/21/2012 | Operating Expense Reimb. | 1,386.50 | |
| 01/01/2013 | Cam Reimbursement | 1,816.00 | |
| 01/01/2013 | Monthly Rent | 10,680.67 | |
| 01/13/2013 | 2012 Operating Expense Overage | 5,047.00 | |
| 02/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 02/01/2013 | Monthly Rent | 10,680.67 | |
| 03/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 03/01/2013 | Monthly Rent | 10,680.67 | |
| 04/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 04/01/2013 | Monthly Rent | 10,680.67 | |
| 05/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 05/01/2013 | Monthly Rent | 10,680.67 | |
| 06/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 06/01/2013 | Monthly Rent | 10,680.67 | |
| 07/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 07/01/2013 | Monthly Rent | 10,680.67 | |
| 08/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 08/01/2013 | Monthly Rent | 10,680.67 | |

CONTINUED ON THE NEXT PAGE

Total Amount Due:                                    $ See the next page

Comments:

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Statement Date: 11/01/2013

Total Due: $ See the next page

*Please Return This Coupon With Your Payment*

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

Date  : 11/01/2013

Unit : ONI-2-CU

Amount Due   : $ See the next page

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Send Remittance to :
ONI REALTY INVESTORS, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL 35804

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS MT 59102

**Statement**

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS MT 59102

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|---|---|---|---|
| 09/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 09/01/2013 | Monthly Rent | 10,680.67 | |
| 10/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 10/01/2013 | Monthly Rent | 10,680.67 | |
| | PREVIOUS MONTH ENDING BALANCE | | 146,013.70 |
| | CURRENT CHARGES | | |
| 11/01/2013 | Monthly Rent | 10,680.67 | |
| 11/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| | TOTAL CURRENT | | 12,496.67 |

| Total Amount Due: | | | $ 158,510.37 |
|---|---|---|---|
| Comments: | PLEASE PAY UPON RECEIPT OF INVOICE | | |

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Statement Date: 11/01/2013

Total Due: $ 158,510.37

*Please Return This Coupon With Your Payment*

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

Date   : 11/01/2013

Unit  : ONI-2-CU

Amount Due   : $ 158,510.37

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Send Remittance to :
ONI REALTY INVESTORS, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL 35804

**Betsy Rouse**

| | |
|---|---|
| **From:** | Betsy Rouse <betsy@samplesproperties.com> |
| **Sent:** | Wednesday, December 04, 2013 9:53 AM |
| **To:** | 'Ken Frazier (jsletten@feltmartinlaw.com)'; 'john@wyomingspine.com'; 'Anderson, Craig' |
| **Cc:** | 'Mark Samples (mark@primehealthcareproperties.com)' |
| **Subject:** | RE: Current and Past Due Rents Due |
| **Attachments:** | Northern Rockies Neuro-Spine - Statement of Rent.pdf |

Please find attached the Northern Rockies Neuro-Spine rental statement reflecting all rents due through December.
Thank you for your prompt attention,

Betsy Rouse
Director of Finance

**Samples Properties**
525 Madison Street
Suite 205
Huntsville, Al  35801
Mailing Address:
P.O. Box 264, Huntsville, Al  35804
Office:  (256) 533-0003
Fax:     (256) 532-1257

1

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT 59102

## Statement

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|------|-------------|-----------:|---------|
| 11/21/2012 | Monthly Rent | 3,932.83 | |
| 12/01/2012 | Monthly Rent | 10,680.67 | |
| 12/21/2012 | Operating Expense Reimb. | 1,386.50 | |
| 01/01/2013 | Com Reimbursement | 1,816.00 | |
| 01/01/2013 | Monthly Rent | 10,680.67 | |
| 01/13/2013 | 2012 Operating Expense Overage | 5,047.00 | |
| 02/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 02/01/2013 | Monthly Rent | 10,680.67 | |
| 03/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 03/01/2013 | Monthly Rent | 10,680.67 | |
| 04/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 04/01/2013 | Monthly Rent | 10,680.67 | |
| 05/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 05/01/2013 | Monthly Rent | 10,680.67 | |
| 06/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 06/01/2013 | Monthly Rent | 10,680.67 | |
| 07/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 07/01/2013 | Monthly Rent | 10,680.67 | |
| 08/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 08/01/2013 | Monthly Rent | 10,680.67 | |

CONTINUED ON THE NEXT PAGE

Total Amount Due:                                                       $ See the next page
Comments:

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Statement Date:  12/01/2013

Total Due:  $ See the next page

*Please Return This Coupon With Your Payment*

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

Date   : 12/01/2013

Unit  : ONI-2-CU

Amount Due   : $ See the next page

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Send Remittance to :
ONI REALTY INVESTORS, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL 35804

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

**Statement**

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT 59102

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|------|-------------|------------|---------|
| 09/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 09/01/2013 | Monthly Rent | 10,680.67 | |
| 10/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 10/01/2013 | Monthly Rent | 10,680.67 | |
| 11/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 11/01/2013 | Monthly Rent | 10,680.67 | |
| 12/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 12/01/2013 | Monthly Rent | 10,842.43 | |
| | PREVIOUS MONTH ENDING BALANCE | | 171,168.80 |
| | CURRENT CHARGES | | |
| | TOTAL CURRENT | | 0.00 |

| Total Amount Due: | | | $ 171,168.80 |
|-------------------|--|--|--------------|

Comments:   PLEASE PAY UPON RECEIPT OF INVOICE

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Statement Date: 12/01/2013

Total Due: $ 171,168.80

*Please Return This Coupon With Your Payment*

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

Date   : 12/01/2013

Unit  : ONI-2-CU

Amount Due   : $ 171,168.80

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Send Remittance to:
ONI REALTY INVESTORS, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL 35804

## Betsy Rouse

| | |
|---|---|
| **From:** | Betsy Rouse <betsy@samplesproperties.com> |
| **Sent:** | Thursday, December 26, 2013 10:49 AM |
| **To:** | 'Ken Frazier (jsletten@feltmartinlaw.com)'; 'john@wyomingspine.com'; 'Anderson, Craig' |
| **Cc:** | 'Mark Samples (mark@primehealthcareproperties.com)' |
| **Subject:** | RE: Current and Past Due Rents Due |
| **Attachments:** | Northern Rockies Neuro Spine - Statement of Rent.pdf |

Please find attached the Northern Rockies Neuro-Spine rental statement reflecting all rents due through January.
Thank you for your prompt attention,

Betsy Rouse
Director of Finance

**Samples Properties**
525 Madison Street
Suite 205
Huntsville, Al  35801
Mailing Address:
P.O. Box 264, Huntsville, Al  35804
Office:  (256) 533-0003
Fax:     (256) 532-1257

1

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS MT 59102

**Statement**

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT 59102

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|------|-------------|-----------:|---------|
| 11/21/2012 | Monthly Rent | 3,932.83 | |
| 12/01/2012 | Monthly Rent | 10,680.67 | |
| 12/21/2012 | Operating Expense Reimb. | 1,386.50 | |
| 01/01/2013 | Cum Reimbursement | 1,816.00 | |
| 01/01/2013 | Monthly Rent | 10,680.67 | |
| 01/13/2013 | 2012 Operating Expense Overage | 5,047.00 | |
| 02/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 02/01/2013 | Monthly Rent | 10,680.67 | |
| 03/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 03/01/2013 | Monthly Rent | 10,680.67 | |
| 04/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 04/01/2013 | Monthly Rent | 10,680.67 | |
| 05/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 05/01/2013 | Monthly Rent | 10,680.67 | |
| 06/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 06/01/2013 | Monthly Rent | 10,680.67 | |
| 07/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 07/01/2013 | Monthly Rent | 10,680.67 | |
| 08/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 08/01/2013 | Monthly Rent | 10,680.67 | |

CONTINUED ON THE NEXT PAGE

Total Amount Due:                                                                   $ See the next page

Comments:

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Statement Date: 01/01/2014

Total Due: $ See the next page

*Please Return This Coupon With Your Payment*

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

Date   : 01/01/2014

Unit  : ONI-2-CU

Amount Due   : $ See the next page

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Send Remittance to :
ONI REALTY INVESTORS, LLC
SAMPLES PROPERTIES'
P.O. BOX 264
HUNTSVILLE, AL 35804

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT 59102

## Statement

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|------|-------------|-----------|---------|
| 09/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 09/01/2013 | Monthly Rent | 10,680.67 | |
| 10/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 10/01/2013 | Monthly Rent | 10,680.67 | |
| 11/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 11/01/2013 | Monthly Rent | 10,680.67 | |
| 12/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 12/01/2013 | Monthly Rent | 10,842.43 | |
| | PREVIOUS MONTH ENDING BALANCE | | 171,168.80 |
| | CURRENT CHARGES | | |
| 01/01/2014 | Monthly Rent | 10,842.43 | |
| | TOTAL CURRENT | | 10,842.43 |

| Total Amount Due: | | $ 182,011.23 |
|---|---|---|
| Comments | PLEASE PAY UPON RECEIPT OF INVOICE | |

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Statement Date: 01/01/2014

Total Due: $ 182,011.23

*Please Return This Coupon With Your Payment*

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

Date   : 01/01/2014

Unit : ONI-2-CU

Amount Due   : $ 182,011.23

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Send Remittance to :
ONI REALTY INVESTORS, LLC
SAMPLES PROPERTIES'
P.O. BOX 264
HUNTSVILLE, AL 35804

**Betsy Rouse**

| | |
|---|---|
| **From:** | Betsy Rouse <betsy@samplesproperties.com> |
| **Sent:** | Monday, February 03, 2014 2:07 PM |
| **To:** | 'Ken Frazier (jsletten@feltmartinlaw.com)'; 'john@wyomingspine.com'; 'Anderson, Craig' |
| **Cc:** | 'Mark Samples (mark@primehealthcareproperties.com)' |
| **Subject:** | RE: Current and Past Due Rents Due |
| **Attachments:** | Northern Rockies Neuro Spine- Statement of Rents Due.pdf |

Please find attached the Northern Rockies Neuro-Spine rental statement reflecting all rents due through February, 2014.

Betsy Rouse
Director of Finance

**Samples Properties**
525 Madison Street
Suite 205
Huntsville, Al  35801
Mailing Address:
P.O. Box 264, Huntsville, Al  35804
Office:  (256) 533-0003
Fax:     (256) 532-1257
Cell:     (256) 653-6784

---

**From:** Betsy Rouse [mailto:betsy@samplesproperties.com]
**Sent:** Thursday, December 26, 2013 10:49 AM
**To:** 'Ken Frazier (jsletten@feltmartinlaw.com)'; 'john@wyomingspine.com'; 'Anderson, Craig'
**Cc:** 'Mark Samples (mark@primehealthcareproperties.com)'
**Subject:** RE: Current and Past Due Rents Due

Please find attached the Northern Rockies Neuro-Spine rental statement reflecting all rents due through January.
Thank you for your prompt attention,

Betsy Rouse
Director of Finance

**Samples Properties**
525 Madison Street
Suite 205
Huntsville, Al  35801
Mailing Address:
P.O. Box 264, Huntsville, Al  35804
Office:  (256) 533-0003
Fax:     (256) 532-1257

1

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
LINGS MT 59102

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS MT 59102

## Statement

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|------|-------------|------------|---------|
| 11-21-2012 | Monthly Rent | 3,932.83 | |
| 12-01-2012 | Monthly Rent | 10,680.67 | |
| 12-21-2012 | Operating Expense Reimb. | 1,386.50 | |
| 01-01-2013 | Cam Reimbursement | 1,816.00 | |
| 01-01-2013 | Monthly Rent | 10,680.67 | |
| 01-13-2013 | 2012 Operating Expense Overage | 5,047.00 | |
| 02-01-2013 | 2013 Operating Expense Reimb | 1,816.00 | |
| 02-01-2013 | Monthly Rent | 10,680.67 | |
| 03-01-2013 | 2013 Operating Expense Reimb | 1,816.00 | |
| 03-01-2013 | Monthly Rent | 10,680.67 | |
| 04-01-2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 04-01-2013 | Monthly Rent | 10,680.67 | |
| 05-01-2013 | 2013 Operating Expense Reimb | 1,816.00 | |
| 05-01-2013 | Monthly Rent | 10,680.67 | |
| 06-01-2013 | 2013 Operating Expense Reimb | 1,816.00 | |
| 06-01-2013 | Monthly Rent | 10,680.67 | |
| 07-01-2013 | 2013 Operating Expense Reimb | 1,816.00 | |
| 07-01-2013 | Monthly Rent | 10,680.67 | |
| 08-01-2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 08-01-2013 | Monthly Rent | 10,680.67 | |

CONTINUED ON THE NEXT PAGE

Total Amount Due:                                                    $ See the next page

Comments:

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Statement Date: 02/01/2014

Total Due: $ See the next page

*Please Return This Coupon With Your Payment*

Date   : 02/01/2014

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

Unit : ONI-2-CU

Amount Due : $ See the next page

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Send Remittance to :
ONI REALTY INVESTORS, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL 35804

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS MT 59102

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS MT 59102

## Statement

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|---|---|---|---|
| 09/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 09/01/2013 | Monthly Rent | 10,680.67 | |
| 10/01/2013 | 2013 Operating Expense Reimb | 1,816.00 | |
| 10/01/2013 | Monthly Rent | 10,680.67 | |
| 11/01/2013 | 2013 Operating Expense Reimb | 1,816.00 | |
| 11/01/2013 | Monthly Rent | 10,680.67 | |
| 12/01/2013 | 2013 Operating Expense Reimb | 1,816.00 | |
| 12/01/2013 | Monthly Rent | 10,842.43 | |
| 01/01/2014 | Monthly Rent | 10,842.43 | |
| 02/01/2014 | Monthly Rent | 10,842.43 | |
| | PREVIOUS MONTH ENDING BALANCE | | 192,853.66 |
| | CURRENT CHARGES | | |
| | TOTAL CURRENT | | 0.00 |

| Total Amount Due: | | | $ 192,853.66 |
|---|---|---|---|

Comments:   PLEASE PAY UPON RECEIPT OF INVOICE

---

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Statement Date: 02/01/2014

Total Due: $ 192,853.66

*Please Return This Coupon With Your Payment*

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

Date   : 02/01/2014

Unit   : ONI-2-CU

Amount Due   : $ 192,853.66

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Send Remittance to :
ONI REALTY INVESTORS, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL 35804

## Betsy Rouse

| | |
|---|---|
| **From:** | Betsy Rouse <betsy@samplesproperties.com> |
| **Sent:** | Monday, February 24, 2014 3:24 PM |
| **To:** | 'Ken Frazier (jsletten@feltmartinlaw.com)'; 'john@wyomingspine.com'; 'Anderson, Craig' |
| **Cc:** | 'Mark Samples (mark@primehealthcareproperties.com)' |
| **Subject:** | RE: Current and Past Due Rents Due |
| **Attachments:** | Northern Rockies Neuro Spine - March Rental Invoice.pdf |

Please find attached the Northern Rockies Neuro-Spine rental statement reflecting all rents due through March, 2014.

---

**From:** Betsy Rouse [mailto:betsy@samplesproperties.com]
**Sent:** Monday, February 03, 2014 2:07 PM
**To:** 'Ken Frazier (jsletten@feltmartinlaw.com)'; 'john@wyomingspine.com'; 'Anderson, Craig'
**Cc:** 'Mark Samples (mark@primehealthcareproperties.com)'
**Subject:** RE: Current and Past Due Rents Due

Please find attached the Northern Rockies Neuro-Spine rental statement reflecting all rents due through February, 2014.

Betsy Rouse
Director of Finance

Samples Properties
525 Madison Street
Suite 205
Huntsville, Al  35801
Mailing Address:
P.O. Box 264, Huntsville, Al  35804
Office:  (256) 533-0003
Fax:      (256) 532-1257
Cell:      (256) 653-6784

---

**From:** Betsy Rouse [mailto:betsy@samplesproperties.com]
**Sent:** Thursday, December 26, 2013 10:49 AM
**To:** 'Ken Frazier (jsletten@feltmartinlaw.com)'; 'john@wyomingspine.com'; 'Anderson, Craig'
**Cc:** 'Mark Samples (mark@primehealthcareproperties.com)'
**Subject:** RE: Current and Past Due Rents Due

Please find attached the Northern Rockies Neuro-Spine rental statement reflecting all rents due through January.
Thank you for your prompt attention,

Betsy Rouse
Director of Finance

Samples Properties
525 Madison Street

1

Suite 205
Huntsville, Al 35801
 Mailing Address:
P.O. Box 264, Huntsville, Al 35804
Office: (256) 533-0003
Fax:     (256) 532-1257

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS MT 59102

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS MT 59102

## Statement

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|------|-------------|-----------:|---------|
| 11/21/2012 | Monthly Rent | 3,932.83 | |
| 12/01/2012 | Monthly Rent | 10,680.67 | |
| 12/21/2012 | Operating Expense Reimb. | 1,386.50 | |
| 01/01/2013 | Cam Reimbursement | 1,816.00 | |
| 01/01/2013 | Monthly Rent | 10,680.67 | |
| 01/13/2013 | 2012 Operating Expense Overage | 5,047.00 | |
| 02/01/2013 | 2013 Operating Expense Reimb | 1,816.00 | |
| 02/01/2013 | Monthly Rent | 10,680.67 | |
| 03/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 03/01/2013 | Monthly Rent | 10,680.67 | |
| 04/01/2013 | 2013 Operating Expense Reimb | 1,816.00 | |
| 04/01/2013 | Monthly Rent | 10,680.67 | |
| 05/01/2013 | 2013 Operating Expense Remb | 1,816.00 | |
| 05/01/2013 | Monthly Rent | 10,680.67 | |
| 06/01/2013 | 2013 Operating Expense Remb | 1,816.00 | |
| 06/01/2013 | Monthly Rent | 10,680.67 | |
| 07/01/2013 | 2013 Operating Expense Remb | 1,816.00 | |
| 07/01/2013 | Monthly Rent | 10,680.67 | |
| 08/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 08/01/2013 | Monthly Rent | 10,680.67 | |

CONTINUED ON THE NEXT PAGE

Total Amount Due:                                                                    $ See the next page

Comments:

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Statement Date:  03/01/2014

Total Due:  $ See the next page

*Please Return This Coupon With Your Payment*

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

Date   : 03/01/2014

Unit   : ONI-2-CU

Amount Due    : $ See the next page

Bill to
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Send Remittance to :
ONI REALTY INVESTORS, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL 35804

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS MT 59102

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS MT  59102

## Statement

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|---|---|---|---|
| 09/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 09/01/2013 | Monthly Rent | 10,680.67 | |
| 10/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 10/01/2013 | Monthly Rent | 10,680.67 | |
| 11/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 11/01/2013 | Monthly Rent | 10,680.67 | |
| 12/01/2013 | 2013 Operating Expense Reimb | 1,816.00 | |
| 12/01/2013 | Monthly Rent | 10,842.43 | |
| 01/01/2014 | Cam Reimbursement | 1,816.00 | |
| 01/01/2014 | Monthly Rent | 10,842.43 | |
| 02/01/2014 | Cam Reimbursement | 1,816.00 | |
| 02/01/2014 | Monthly Rent | 10,842.43 | |
| | PREVIOUS MONTH ENDING BALANCE | | 196,485.66 |
| | CURRENT CHARGES | | |
| 03/01/2014 | Monthly Rent | 10,842.43 | |
| 03/01/2014 | Operating Expense Reimb. | 1,816.00 | |
| | TOTAL CURRENT | | 12,658.43 |

**Total Amount Due:**                                                   $ 209,144.09

Comments:    PLEASE PAY UPON RECEIPT OF INVOICE

---

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT  59102

Statement Date:  03/01/2014

Total Due:  $ 209,144.09

*Please Return This Coupon With Your Payment*

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

Date   :  03/01/2014

Unit   :  ONI-2-CU

Amount Due   :  $ 209,144.09

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT  59102

Send Remittance to :
ONI REALTY INVESTORS, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL  35804

**Betsy Rouse**

| | |
|---|---|
| **From:** | Betsy Rouse <betsy@samplesproperties.com> |
| **Sent:** | Tuesday, March 25, 2014 2:00 PM |
| **To:** | 'Ken Frazier (jsletten@feltmartinlaw.com)'; 'john@wyomingspine.com'; 'Anderson, Craig' |
| **Cc:** | 'Mark Samples (mark@primehealthcareproperties.com)' |
| **Subject:** | RE: Current and Past Due Rents Due |
| **Attachments:** | Northern Rockies Neuro Spine - April Rental Invoice.pdf |

Please find attached the Northern Rockies Neuro-Spine rental statement reflecting all rents due through April, 2014.

---

**From:** Betsy Rouse [mailto:betsy@samplesproperties.com]
**Sent:** Monday, February 24, 2014 3:24 PM
**To:** 'Ken Frazier (jsletten@feltmartinlaw.com)'; 'john@wyomingspine.com'; 'Anderson, Craig'
**Cc:** 'Mark Samples (mark@primehealthcareproperties.com)'
**Subject:** RE: Current and Past Due Rents Due

Please find attached the Northern Rockies Neuro-Spine rental statement reflecting all rents due through March, 2014.

---

**From:** Betsy Rouse [mailto:betsy@samplesproperties.com]
**Sent:** Monday, February 03, 2014 2:07 PM
**To:** 'Ken Frazier (jsletten@feltmartinlaw.com)'; 'john@wyomingspine.com'; 'Anderson, Craig'
**Cc:** 'Mark Samples (mark@primehealthcareproperties.com)'
**Subject:** RE: Current and Past Due Rents Due

Please find attached the Northern Rockies Neuro-Spine rental statement reflecting all rents due through February, 2014.

Betsy Rouse
Director of Finance

**Samples Properties**
525 Madison Street
Suite 205
Huntsville, Al 35801
Mailing Address:
P.O. Box 264, Huntsville, Al 35804
Office: (256) 533-0003
Fax:      (256) 532-1257
Cell:     (256) 653-6784

---

**From:** Betsy Rouse [mailto:betsy@samplesproperties.com]
**Sent:** Thursday, December 26, 2013 10:49 AM
**To:** 'Ken Frazier (jsletten@feltmartinlaw.com)'; 'john@wyomingspine.com'; 'Anderson, Craig'
**Cc:** 'Mark Samples (mark@primehealthcareproperties.com)'
**Subject:** RE: Current and Past Due Rents Due

Please find attached the Northern Rockies Neuro-Spine rental statement reflecting all rents due through January.
Thank you for your prompt attention,

Betsy Rouse
Director of Finance

**Samples Properties**
525 Madison Street
Suite 205
Huntsville, Al  35801
Mailing Address:
P.O. Box 264, Huntsville, Al  35804
Office:   (256) 533-0003
Fax:      (256) 532-1257

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT 59102

## Statement

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|------|-------------|-----------:|---------|
| 11/21/2012 | Monthly Rent | 3,932.83 | |
| 12/01/2012 | Monthly Rent | 10,680.67 | |
| 12/21/2012 | Operating Expense Reimb | 1,386.50 | |
| 01/01/2013 | Cam Reimbursement | 1,816.00 | |
| 01/01/2013 | Monthly Rent | 10,680.67 | |
| 01/13/2013 | 2012 Operating Expense Overage | 5,017.00 | |
| 02/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 02/01/2013 | Monthly Rent | 10,680.67 | |
| 03/01/2013 | 2013 Operating Expense Reimb | 1,816.00 | |
| 03/01/2013 | Monthly Rent | 10,680.67 | |
| 04/01/2013 | 2013 Operating Expense Reimb | 1,816.00 | |
| 04/01/2013 | Monthly Rent | 10,680.67 | |
| 05/01/2013 | 2013 Operating Expense Reimb | 1,816.00 | |
| 05/01/2013 | Monthly Rent | 10,680.67 | |
| 06/01/2013 | 2013 Operating Expense Reimb | 1,816.00 | |
| 06/01/2013 | Monthly Rent | 10,680.67 | |
| 07/01/2013 | 2013 Operating Expense Reimb | 1,816.00 | |
| 07/01/2013 | Monthly Rent | 10,680.67 | |
| 08/01/2013 | 2013 Operating Expense Reimb | 1,816.00 | |
| 08/01/2013 | Monthly Rent | 10,680.67 | |

CONTINUED ON THE NEXT PAGE

Total Amount Due:                                                    $ See the next page

Comments:

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Statement Date: 04/01/2014

Total Due: $ See the next page

*Please Return This Coupon With Your Payment*

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

Date : 04/01/2014

Unit : ONI-2-CU

Amount Due : $ See the next page

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Send Remittance to :
ONI REALTY INVESTORS, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL 35804

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT 59102

## Statement

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|---|---|---|---|
| 09/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 09/01/2013 | Monthly Rent | 10,680.67 | |
| 10/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 10/01/2013 | Monthly Rent | 10,680.67 | |
| 11/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 11/01/2013 | Monthly Rent | 10,680.67 | |
| 12/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 12/01/2013 | Monthly Rent | 10,842.43 | |
| 01/01/2014 | Cam Reimbursement | 1,816.00 | |
| 01/01/2014 | Monthly Rent | 10,842.43 | |
| 02/01/2014 | Cam Reimbursement | 1,816.00 | |
| 02/01/2014 | Monthly Rent | 10,842.43 | |
| 03/01/2014 | Operating Expense Reimb | 1,816.00 | |
| 03/01/2014 | Monthly Rent | 10,842.43 | |
| | PREVIOUS MONTH ENDING BALANCE | | 209,144.09 |
| | CURRENT CHARGES | | |
| 04/01/2014 | Monthly Rent | 10,842.43 | |
| 04/01/2014 | Operating Expense Reimb | 1,816.00 | |

CONTINUED ON THE NEXT PAGE:

Total Amount Due:                                                        $ See the next page

Comments:

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Statement Date: 04/01/2014

Total Due: $ See the next page

*Please Return This Coupon With Your Payment*

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

Date   : 04/01/2014

Unit  : ONI-2-CU

Amount Due   : $ See the next page

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Send Remittance to :
ONI REALTY INVESTORS, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL 35804

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT 59102

## Statement

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|------|-------------|------------|---------|
| | TOTAL CURRENT | | 12,658.43 |

| | | |
|---|---|---|
| **Total Amount Due:** | | **$ 221,802.52** |

Comments:   PLEASE PAY UPON RECEIPT OF INVOICE

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Statement Date: 04/01/2014

Total Due: $ 221,802.52

*Please Return This Coupon With Your Payment*

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

Date   : 04/01/2014

Unit  : ONI-2-CU

Amount Due   : $ 221,802.52

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Send Remittance to :
ONI REALTY INVESTORS, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL 35804

## Betsy Rouse

| | |
|---|---|
| **From:** | Betsy Rouse <betsy@samplesproperties.com> |
| **Sent:** | Friday, April 25, 2014 4:36 PM |
| **To:** | 'Ken Frazier (jsletten@feltmartinlaw.com)'; 'john@wyomingspine.com'; 'Anderson, Craig' |
| **Cc:** | 'Mark Samples (mark@primehealthcareproperties.com)' |
| **Subject:** | RE: Current and Past Due Rents Due |
| **Attachments:** | Northern Rockies Neuro Spine - May,2014 Rental Invoice.pdf |

**From:** Betsy Rouse [mailto:betsy@samplesproperties.com]
**Sent:** Tuesday, March 25, 2014 2:00 PM
**To:** 'Ken Frazier (jsletten@feltmartinlaw.com)'; 'john@wyomingspine.com'; 'Anderson, Craig'
**Cc:** 'Mark Samples (mark@primehealthcareproperties.com)'
**Subject:** RE: Current and Past Due Rents Due

Please find attached the Northern Rockies Neuro-Spine rental statement reflecting all rents due through April, 2014.

**From:** Betsy Rouse [mailto:betsy@samplesproperties.com]
**Sent:** Monday, February 24, 2014 3:24 PM
**To:** 'Ken Frazier (jsletten@feltmartinlaw.com)'; 'john@wyomingspine.com'; 'Anderson, Craig'
**Cc:** 'Mark Samples (mark@primehealthcareproperties.com)'
**Subject:** RE: Current and Past Due Rents Due

Please find attached the Northern Rockies Neuro-Spine rental statement reflecting all rents due through March, 2014.

**From:** Betsy Rouse [mailto:betsy@samplesproperties.com]
**Sent:** Monday, February 03, 2014 2:07 PM
**To:** 'Ken Frazier (jsletten@feltmartinlaw.com)'; 'john@wyomingspine.com'; 'Anderson, Craig'
**Cc:** 'Mark Samples (mark@primehealthcareproperties.com)'
**Subject:** RE: Current and Past Due Rents Due

Please find attached the Northern Rockies Neuro-Spine rental statement reflecting all rents due through February, 2014.

Betsy Rouse
Director of Finance

**Samples Properties**
525 Madison Street
Suite 205
Huntsville, Al 35801
Mailing Address:
P.O. Box 264, Huntsville, Al 35804
Office: (256) 533-0003
Fax:     (256) 532-1257
Cell:     (256) 653-6784

1

Samples Properties
525 Madison Street, Suite 205
P.O. Box 264
Huntsville, AL  35804

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT  59102

## Statement

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|---|---|---|---|
| 11/21/2012 | Monthly Rent | 3,932.83 | |
| 12/01/2012 | Monthly Rent | 10,680.67 | |
| 12/21/2012 | Operating Expense Reimb. | 1,386.50 | |
| 01/01/2013 | Cam Reimbursement | 1,816.00 | |
| 01/01/2013 | Monthly Rent | 10,680.67 | |
| 01/13/2013 | 2012 Operating Expense Overage | 5,047.00 | |
| 02/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 02/01/2013 | Monthly Rent | 10,680.67 | |
| 03/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 03/01/2013 | Monthly Rent | 10,680.67 | |
| 04/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 04/01/2013 | Monthly Rent | 10,680.67 | |
| 05/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 05/01/2013 | Monthly Rent | 10,680.67 | |
| 06/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 06/01/2013 | Monthly Rent | 10,680.67 | |
| 07/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 07/01/2013 | Monthly Rent | 10,680.67 | |
| 08/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 08/01/2013 | Monthly Rent | 10,680.67 | |

CONTINUED ON THE NEXT PAGE:

| | | |
|---|---|---|
| Total Amount Due : | | $ See the next page |

Comments:

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT  59102

Statement Date: 05/01/2014

Total Due: $ See the next page

*Please Return This Coupon With Your Payment*

Date  : 05/01/2014

Unit  : ONI-2-CU

Amount Due   : $ See the next page

Samples Properties
525 Madison Street, Suite 205
P.O. Box 264
Huntsville, AL  35804

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT  59102

Send Remittance to :
ONI REALTY, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL  35804

Samples Properties
525 Madison Street, Suite 205
P.O. Box 264
Huntsville, AL  35804

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT  59102

**Statement**

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|---|---|---|---|
| 09/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 09/01/2013 | Monthly Rent | 10,680.67 | |
| 10/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 10/01/2013 | Monthly Rent | 10,680.67 | |
| 11/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 11/01/2013 | Monthly Rent | 10,680.67 | |
| 12/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 12/01/2013 | Monthly Rent | 10,842.43 | |
| 01/01/2014 | Cam Reimbursement | 1,816.00 | |
| 01/01/2014 | Monthly Rent | 10,842.43 | |
| 02/01/2014 | Cam Reimbursement | 1,816.00 | |
| 02/01/2014 | Monthly Rent | 10,842.43 | |
| 03/01/2014 | Operating Expense Reimb. | 1,816.00 | |
| 03/01/2014 | Monthly Rent | 10,842.43 | |
| 04/01/2014 | Operating Expense Reimb | 1,816.00 | |
| 04/01/2014 | Monthly Rent | 10,842.43 | |
| | PREVIOUS MONTH ENDING BALANCE | | 221,802.52 |
| | CURRENT CHARGES | | |
| 05/01/2014 | Monthly Rent | 10,842.43 | |

CONTINUED ON THE NEXT PAGE

| Total Amount Due: | $ See the next page |
|---|---|

Comments:

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT  59102

Statement Date:  05/01/2014

Total Due:  $ See the next page

*Please Return This Coupon With Your Payment*

Date   : 05/01/2014

Unit  : ONI-2-CU

Amount Due   : $ See the next page

Samples Properties
525 Madison Street, Suite 205
P.O. Box 264
Huntsville, AL  35804

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT  59102

Send Remittance to :
ONI REALTY, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL  35804

Samples Properties
525 Madison Street, Suite 205
P.O. Box 264
Huntsville, AL  35804

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT  59102

## Statement

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|------|-------------|-----------|---------|
| 05/01/2014 | Operating Expense Reimb. | 1,816.00 | |
| | **TOTAL CURRENT** | | 12,658.43 |

| Total Amount Due: | $ 234,460.95 |
|------|------|

Comments:    PLEASE PAY UPON RECEIPT OF INVOICE

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT  59102

Statement Date:  05/01/2014

Total Due:  $ 234,460.95

*Please Return This Coupon With Your Payment*

Samples Properties
525 Madison Street, Suite 205
P.O. Box 264
Huntsville, AL  35804

Date   : 05/01/2014

Unit  : ONI-2-CU

Amount Due    : $ 234,460.95

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT  59102

Send Remittance to :
ONI REALTY, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL  35804

**Betsy Rouse**

| | |
|---|---|
| **From:** | Betsy Rouse <betsy@samplesproperties.com> |
| **Sent:** | Friday, May 23, 2014 4:56 PM |
| **To:** | 'Ken Frazier (jsletten@feltmartinlaw.com)'; 'john@wyomingspine.com'; 'Anderson, Craig' |
| **Cc:** | 'Mark Samples (mark@primehealthcareproperties.com)' |
| **Subject:** | RE: Current and Past Due Rents Due |
| **Attachments:** | Northern Rockies Neuro Spine - June Rental Invoice.pdf |

Please find attached the Northern Rockies Neuro-Spine rental statement reflecting all rends due through June, 2014.

---

**From:** Betsy Rouse [mailto:betsy@samplesproperties.com]
**Sent:** Friday, April 25, 2014 4:36 PM
**To:** 'Ken Frazier (jsletten@feltmartinlaw.com)'; 'john@wyomingspine.com'; 'Anderson, Craig'
**Cc:** 'Mark Samples (mark@primehealthcareproperties.com)'
**Subject:** RE: Current and Past Due Rents Due

---

**From:** Betsy Rouse [mailto:betsy@samplesproperties.com]
**Sent:** Tuesday, March 25, 2014 2:00 PM
**To:** 'Ken Frazier (jsletten@feltmartinlaw.com)'; 'john@wyomingspine.com'; 'Anderson, Craig'
**Cc:** 'Mark Samples (mark@primehealthcareproperties.com)'
**Subject:** RE: Current and Past Due Rents Due

Please find attached the Northern Rockies Neuro-Spine rental statement reflecting all rents due through April, 2014.

---

**From:** Betsy Rouse [mailto:betsy@samplesproperties.com]
**Sent:** Monday, February 24, 2014 3:24 PM
**To:** 'Ken Frazier (jsletten@feltmartinlaw.com)'; 'john@wyomingspine.com'; 'Anderson, Craig'
**Cc:** 'Mark Samples (mark@primehealthcareproperties.com)'
**Subject:** RE: Current and Past Due Rents Due

Please find attached the Northern Rockies Neuro-Spine rental statement reflecting all rents due through March, 2014.

---

**From:** Betsy Rouse [mailto:betsy@samplesproperties.com]
**Sent:** Monday, February 03, 2014 2:07 PM
**To:** 'Ken Frazier (jsletten@feltmartinlaw.com)'; 'john@wyomingspine.com'; 'Anderson, Craig'
**Cc:** 'Mark Samples (mark@primehealthcareproperties.com)'
**Subject:** RE: Current and Past Due Rents Due

Please find attached the Northern Rockies Neuro-Spine rental statement reflecting all rents due through February, 2014.

Betsy Rouse
Director of Finance

**Samples Properties**
525 Madison Street
Suite 205

1

Huntsville, Al 35801
Mailing Address:
P.O. Box 264, Huntsville, Al 35804
Office: (256) 533-0003
Fax:     (256) 532-1257
Cell:    (256) 653-6784

---

**From:** Betsy Rouse [mailto:betsy@samplesproperties.com]
**Sent:** Thursday, December 26, 2013 10:49 AM
**To:** 'Ken Frazier (jsletten@feltmartinlaw.com)'; 'john@wyomingspine.com'; 'Anderson, Craig'
**Cc:** 'Mark Samples (mark@primehealthcareproperties.com)'
**Subject:** RE: Current and Past Due Rents Due

Please find attached the Northern Rockies Neuro-Spine rental statement reflecting all rents due through January.
Thank you for your prompt attention,

Betsy Rouse
Director of Finance

**Samples Properties**
525 Madison Street
Suite 205
Huntsville, Al 35801
Mailing Address:
P.O. Box 264, Huntsville, Al 35804
Office: (256) 533-0003
Fax:     (256) 532-1257

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT  59102

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT  59102

## Statement

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|------|-------------|-----------:|---------|
| 11/21/2012 | Monthly Rent | 3,932.83 | |
| 12/01/2012 | Monthly Rent | 10,680.67 | |
| 12/21/2012 | Operating Expense Reimb. | 1,386.50 | |
| 01/01/2013 | Cam Reimbursement | 1,816.00 | |
| 01/01/2013 | Monthly Rent | 10,680.67 | |
| 01/13/2013 | 2012 Operating Expense Overage | 5,047.00 | |
| 02/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 02/01/2013 | Monthly Rent | 10,680.67 | |
| 03/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 03/01/2013 | Monthly Rent | 10,680.67 | |
| 04/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 04/01/2013 | Monthly Rent | 10,680.67 | |
| 05/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 05/01/2013 | Monthly Rent | 10,680.67 | |
| 06/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 06/01/2013 | Monthly Rent | 10,680.67 | |
| 07/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 07/01/2013 | Monthly Rent | 10,680.67 | |
| 08/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 08/01/2013 | Monthly Rent | 10,680.67 | |

CONTINUED ON THE NEXT PAGE

Total Amount Due:                                                                 $ See the next page

Comments:

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT  59102

Statement Date:  06/01/2014

Total Due:  $ See the next page

*Please Return This Coupon With Your Payment*

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT  59102

Date   : 06/01/2014

Unit : ONI-2-CU

Amount Due    : $ See the next page

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT  59102

Send Remittance to :
ONI REALTY INVESTORS, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL  35804

ONI REALTY INVESTORS, LLC
739 SPRING CREEK LANE
BILLINGS, MT  59102

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT  59102

## Statement

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|------|-------------|-----------|---------|
| 09/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 09/01/2013 | Monthly Rent | 10,680.67 | |
| 10/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 10/01/2013 | Monthly Rent | 10,680.67 | |
| 11/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 11/01/2013 | Monthly Rent | 10,680.67 | |
| 12/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 12/01/2013 | Monthly Rent | 10,842.43 | |
| 01/01/2014 | Cam Reimbursement | 1,816.00 | |
| 01/01/2014 | Monthly Rent | 10,842.43 | |
| 02/01/2014 | Cam Reimbursement | 1,816.00 | |
| 02/01/2014 | Monthly Rent | 10,842.43 | |
| 03/01/2014 | Operating Expense Reimb. | 1,816.00 | |
| 03/01/2014 | Monthly Rent | 10,842.43 | |
| 04/01/2014 | Operating Expense Reimb. | 1,816.00 | |
| 04/01/2014 | Monthly Rent | 10,842.43 | |
| 05/01/2014 | Operating Expense Reimb. | 1,816.00 | |
| 05/01/2014 | Monthly Rent | 10,842.43 | |
| 06/01/2014 | Operating Expense Reimb. | 1,816.00 | |
| 06/01/2014 | Monthly Rent | 10,842.43 | |

CONTINUED ON THE NEXT PAGE

Total Amount Due:                                                    $ See the next page

Comments:

(

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT  59102

Statement Date: 06/01/2014

Total Due:  $ See the next page

*Please Return This Coupon With Your Payment*

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT  59102

Date  : 06/01/2014

Unit : ONI-2-CU

Amount Due   : $ See the next page

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT  59102

Send Remittance to :
ONI REALTY INVESTORS, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL  35804

ONI REALTY INVESTORS, LLC
739 SPRING CREEK LANE
BILLINGS, MT 59102

**Statement**

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT 59102

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|------|-------------|-----------|---------|
| | PREVIOUS MONTH ENDING BALANCE | | 247,119.38 |
| | CURRENT CHARGES | | |
| | TOTAL CURRENT | | 0.00 |

| | | |
|---|---|---|
| Total Amount Due: | | $ 247,119.38 |

Comments:  PLEASE PAY UPON RECEIPT OF INVOICE

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Statement Date: 06/01/2014

Total Due: $ 247,119.38

*Please Return This Coupon With Your Payment*

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

Date  : 06/01/2014

Unit : ONI-2-CU

Amount Due  : $ 247,119.38

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Send Remittance to :
ONI REALTY INVESTORS, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL 35804

## Betsy Rouse

| | |
|---|---|
| **From:** | Betsy Rouse <betsy@samplesproperties.com> |
| **Sent:** | Wednesday, July 23, 2014 2:28 PM |
| **To:** | 'Ken Frazier (jsletten@feltmartinlaw.com)'; 'john@wyomingspine.com'; 'Anderson, Craig' |
| **Cc:** | 'Mark Samples (mark@primehealthcareproperties.com)' |
| **Subject:** | RE: Current and Past Due Rents Due |
| **Attachments:** | Northern Rockies Neuro Spine - August Rental Invoice.pdf |

Please find attached the August rental statement and all past due charges for Northern Rockies Neuro-Spine.

Betsy Rouse
Director of Finance

**Samples Properties**
525 Madison Street
Suite 205
Huntsville, Al 35801
Mailing Address:
P.O. Box 264, Huntsville, Al 35804
Office:   (256) 533-0003
Fax:      (256) 532-1257
Cell:     (256) 653-6784

1

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

**Statement**

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT 59102

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|------|-------------|-----------:|--------:|
| 11/21/2012 | Monthly Rent | 3,932.83 | |
| 12/01/2012 | Monthly Rent | 10,680.67 | |
| 12/21/2012 | Operating Expense Reimb. | 1,386.50 | |
| 01/01/2013 | Cam Reimbursement | 1,816.00 | |
| 01/01/2013 | Monthly Rent | 10,680.67 | |
| 01/13/2013 | 2012 Operating Expense Overage | 5,047.00 | |
| 02/01/2013 | 2013 Operating Expense Reimb | 1,816.00 | |
| 02/01/2013 | Monthly Rent | 10,680.67 | |
| 03/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 03/01/2013 | Monthly Rent | 10,680.67 | |
| 04/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 04/01/2013 | Monthly Rent | 10,680.67 | |
| 05/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 05/01/2013 | Monthly Rent | 10,680.67 | |
| 06/01/2013 | 2013 Operating Expense Reimb. | 1,816.00 | |
| 06/01/2013 | Monthly Rent | 10,680.67 | |
| 07/01/2013 | 2013 Operating Expense Reimb | 1,816.00 | |
| 07/01/2013 | Monthly Rent | 10,680.67 | |
| 08/01/2013 | 2013 Operating Expense Reimb | 1,816.00 | |
| 08/01/2013 | Monthly Rent | 10,680.67 | |

CONTINUED ON THE NEXT PAGE

Total Amount Due:                                                                    $ See the next page

Comments:

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Statement Date:  08/01/2014

Total Due:  $ See the next page

*Please Return This Coupon With Your Payment*

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

Date  : 08/01/2014

Unit : ONI-2-CU

Amount Due   : $ See the next page

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Send Remittance to :
ONI REALTY PARTNERS, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL 35804

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT 59102

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

**Statement**

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|---|---|---|---|
| 09/01/2013 | 2013 Operating Expense Reimb | 1,816.00 | |
| 09/01/2013 | Monthly Rent | 10,680.67 | |
| 10/01/2013 | 2013 Operating Expense Reimb | 1,816.00 | |
| 10/01/2013 | Monthly Rent | 10,680.67 | |
| 11/01/2013 | 2013 Operating Expense Reimb | 1,816.00 | |
| 11/01/2013 | Monthly Rent | 10,680.67 | |
| 12/01/2013 | 2013 Operating Expense Reimb | 1,816.00 | |
| 12/01/2013 | Monthly Rent | 10,842.43 | |
| 01/01/2014 | Cam Reimbursement | 1,816.00 | |
| 01/01/2014 | Monthly Rent | 10,842.43 | |
| 02/01/2014 | Cam Reimbursement | 1,816.00 | |
| 02/01/2014 | Monthly Rent | 10,842.43 | |
| 03/01/2014 | Operating Expense Reimb. | 1,816.00 | |
| 03/01/2014 | Monthly Rent | 10,842.43 | |
| 04/01/2014 | Operating Expense Remib | 1,816.00 | |
| 04/01/2014 | Monthly Rent | 10,842.43 | |
| 05/01/2014 | Operating Expense Remib | 1,816.00 | |
| 05/01/2014 | Monthly Rent | 10,842.43 | |
| 06/01/2014 | Operating Expense Reimb. | 1,816.00 | |
| 06/01/2014 | Monthly Rent | 10,842.43 | |

CONTINUED ON THE NEXT PAGE

Total Amount Due:                                          $ See the next page

Comments:

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Statement Date: 08/01/2014

Total Due:  $ See the next page

*Please Return This Coupon With Your Payment*

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

Date  : 08/01/2014

Unit : ONI-2-CU

Amount Due  : $ See the next page

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Send Remittance to :
ONI REALTY PARTNERS, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL 35804

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT  59102

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT  59102

## Statement

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|------|-------------|-----------:|--------:|
| 07/01/2014 | Operating Expense Reimb | 1,816.00 | |
| 07/01/2014 | Monthly Rent | 10,842.43 | |
| 08/01/2014 | Operating Expense Reimb | 1,816.00 | |
| 08/01/2014 | Monthly Rent | 10,842.43 | |
| | PREVIOUS MONTH ENDING BALANCE | | 272,436.24 |
| | CURRENT CHARGES | | |
| | TOTAL CURRENT | | 0.00 |

| Total Amount Due: | | | $ 272,436.24 |
|---|---|---|---|

Comments:    PLEASE PAY UPON RECEIPT OF INVOICE

---

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT  59102

Statement Date:  08/01/2014

Total Due:  $ 272,436.24

*Please Return This Coupon With Your Payment*

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT  59102

Date   : 08/01/2014

Unit  : ONI-2-CU

Amount Due    : $ 272,436.24

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT  59102

Send Remittance to :
ONI REALTY PARTNERS, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL  35804

**Betsy Rouse**

| | |
|---|---|
| From: | Betsy Rouse <betsy@samplesproperties.com> |
| Sent: | Monday, August 25, 2014 2:18 PM |
| To: | 'Ken Frazier (jsletten@feltmartinlaw.com)'; 'john@wyomingspine.com'; 'Anderson, Craig' |
| Cc: | 'Mark Samples (mark@primehealthcareproperties.com)' |
| Subject: | RE: Current and Past Due Rents Due |
| Attachments: | ONI - Northern Rockies Neuro Spine - Sept Rent Stmt.pdf |

Please find attached the September rental statement and all past due charges for Northern Rockies Neuro-Spine.

Betsy Rouse
Director of Finance

**Samples Properties**
525 Madison Street
Suite 205
Huntsville, Al  35801
Mailing Address:
P.O. Box 264, Huntsville, Al  35804
Office:  (256) 533-0003
Fax:      (256) 532-1257
Cell:      (256) 653-6784

1

ONE REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT  59102

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT  59102

## Statement

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|------|-------------|-----------:|---------|
| 11/21/2012 | Monthly Rent | 3,932.83 | |
| 12/01/2012 | Monthly Rent | 10,680.67 | |
| 12/21/2012 | Operating Expense Reimb | 1,386.50 | |
| 01/01/2013 | Cam Reimbursement | 1,816.00 | |
| 01/01/2013 | Monthly Rent | 10,680.67 | |
| 01/13/2013 | 2012 Operating Expense Overage | 5,017.00 | |
| 02/01/2013 | 2013 Operating Expense Remb | 1,816.00 | |
| 02/01/2013 | Monthly Rent | 10,680.67 | |
| 03/01/2013 | 2013 Operating Expense Remb | 1,816.00 | |
| 03/01/2013 | Monthly Rent | 10,680.67 | |
| 04/01/2013 | 2013 Operating Expense Remb | 1,816.00 | |
| 04/01/2013 | Monthly Rent | 10,680.67 | |
| 05/01/2013 | 2013 Operating Expense Remb | 1,816.00 | |
| 05/01/2013 | Monthly Rent | 10,680.67 | |
| 06/01/2013 | 2013 Operating Expense Remb | 1,816.00 | |
| 06/01/2013 | Monthly Rent | 10,680.67 | |
| 07/01/2013 | 2013 Operating Expense Remb | 1,816.00 | |
| 07/01/2013 | Monthly Rent | 10,680.67 | |
| 08/01/2013 | 2013 Operating Expense Remb | 1,816.00 | |
| 08/01/2013 | Monthly Rent | 10,680.67 | |

CONTINUED ON THE NEXT PAGE

| | |
|---|---|
| **Total Amount Due:** | **$ See the next page** |

**Comments:**

---

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT  59102

Statement Date:  09/01/2014

Total Due:  $ See the next page

*Please Return This Coupon With Your Payment*

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT  59102

Date   : 09/01/2014

Unit  : ONI-2-CU

Amount Due   : $ See the next page

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT  59102

Send Remittance to :
ONI REALTY INVESTORS, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL  35804

ONE REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

ONE-2-CE
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT 59102

## Statement

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|------|-------------|-----------|---------|
| 09/01/2013 | 2013 Operating Expense Remb | 1,816.00 | |
| 09/01/2013 | Monthly Rent | 10,680.67 | |
| 10/01/2013 | 2013 Operating Expense Remb | 1,816.00 | |
| 10/01/2013 | Monthly Rent | 10,680.67 | |
| 11/01/2013 | 2013 Operating Expense Remb | 1,816.00 | |
| 11/01/2013 | Monthly Rent | 10,680.67 | |
| 12/01/2013 | 2013 Operating Expense Remb | 1,816.00 | |
| 12/01/2013 | Monthly Rent | 10,842.43 | |
| 01/01/2014 | Cam Reimbursement | 1,816.00 | |
| 01/01/2014 | Monthly Rent | 10,842.43 | |
| 02/01/2014 | Cam Reimbursement | 1,816.00 | |
| 02/01/2014 | Monthly Rent | 10,842.43 | |
| 03/01/2014 | Operating Expense Remb | 1,816.00 | |
| 03/01/2014 | Monthly Rent | 10,842.43 | |
| 04/01/2014 | Operating Expense Remb | 1,816.00 | |
| 04/01/2014 | Monthly Rent | 10,842.43 | |
| 05/01/2014 | Operating Expense Remb | 1,816.00 | |
| 05/01/2014 | Monthly Rent | 10,842.43 | |
| 06/01/2014 | Operating Expense Remb | 1,816.00 | |
| 06/01/2014 | Monthly Rent | 10,842.43 | |

CONTINUED ON THE NEXT PAGE

**Total Amount Due:**                                                                      $ See the next page

**Comments:**

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Statement Date: 09/01/2014

Total Due: $ See the next page

*Please Return This Coupon With Your Payment*

Date   : 09/01/2014

Unit  : ONE-2-CE

Amount Due   : $ See the next page

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Send Remittance to :
ONE REALTY INVESTORS, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL 35804

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

ONI-2-CU
Northern Rockies Neuro-Spine
1739 SPRING CREEK LANE
BILLINGS, MT 59102

**Statement**

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|---|---|---|---|
| 07/01/2014 | Operating Expense Reimb | 1,816.00 | |
| 07/01/2014 | Monthly Rent | 10,842.43 | |
| 08/01/2014 | Operating Expense Reimb | 1,816.00 | |
| 08/01/2014 | Monthly Rent | 10,842.43 | |
| 09/01/2014 | Operating Expense Reimb | 1,816.00 | |
| 09/01/2014 | Monthly Rent | 10,842.43 | |
| | PREVIOUS MONTH ENDING BALANCE | | 285,094.67 |
| | CURRENT CHARGES | | |
| | TOTAL CURRENT | | 0.00 |

Total Amount Due:  $ 285,094.67

Comments:   PLEASE PAY UPON RECEIPT OF INVOICE

Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Statement Date: 09/01/2014

Total Due:  $ 285,094.67

*Please Return This Coupon With Your Payment*

ONI REALTY INVESTORS, LLC
1739 SPRING CREEK LANE
BILLINGS, MT 59102

Date  : 09/01/2014

Unit : ONI-2-CU

Amount Due  : $ 285,094.67

Bill to:
Northern Rockies Neuro-Spine
1739 Spring Creek Lane
Suite 200
Billings, MT 59102

Send Remittance to :
ONI REALTY INVESTORS, LLC
C/O SAMPLES PROPERTIES
P.O. BOX 264
HUNTSVILLE, AL 35804