EXHIBIT H

# FELT, MARTIN, FRAZIER & WELDON, P.C.

### ATTORNEYS AT LAW

LAURENCE R. MARTIN
KENNETH S. FRAZIER
MARY E. DUNCAN
JEFFREY A. WELDON
MARTIN S. SMITH
BURT N. HURWITZ

208 North Broadway, Suite 313
P. O. Box 2558
Billings, Montana 59103-2558

Telephone: 406-248-7646
Facsimile: 406-248-5485
Email: feltmartin@feltmartinlaw.com

JAMES R. FELT (1920-1993)
RANDOLPH JACOBS, JR., Of Counsel

January 28, 2013

Mark T. Samples, CCIM
Prime Healthcare Properties, LLC
401 Meridian Street, Suite 302
Huntsville, Alabama 35801

*Via Email*
*and US Mail*

RE:   ONI Realty Investors LLC ("ONI")
Orthopaedic Neuro Institute Surgical Center, LLC ("OMNI")
John Schneider, M.D.

Dear Mr. Samples:

This firm represents John Schneider, M.D., Schneider Limited Partnership, Schneider Management, LLC and Northern Rockies Neuro Spine, P.C. (collectively "Dr. Schneider"). Dr. Schneider has authorized me to contact you concerning your communication with Dr. Schneider about ONI and/or OMNI. From this date forward, please direct all communication concerning all matters involving ONI and/or OMNI and Dr. Schneider to my attention. Please immediately cease any and all communication with Dr. Schneider (and necessarily with Kathleen Burrows on behalf of Dr. Schneider). If you have any questions concerning this directive, please feel free to contact me.

Thank you.

Sincerely yours,

Kenneth S. Frazier

cc: John Schneider, M.D.