# EXHIBIT I

SUMMARY OF CAPITAL CALLS
ONI Realty

| | Ownership | 5/28/2014 Capital Request | 2/12/2015 Capital Request | 5/1/2015 Capital Request | 7/6/2015 Capital Request | 11/9/2015 Capital Request | Total Capital Calls | Cash Received | ***** Shortfall Assumed | Total Cash Received |
|---|---|---|---|---|---|---|---|---|---|---|
| ****Schneider Limited Partnership, LLC **** | 20% | $ 4,200 | $ 6,550 | $ 6,248 | $ 12,939 | $ 6,572 | $ 36,509 | $    -    | $    -    | $    -    |
| Teresa Trier | 2% | 420 | 655 | 625 | 1,294 | 657 | 3,651 | 420 | - | 420 |
| Thomas Siniard | 18% | 3,780 | 5,895 | 5,625 | 11,645 | 5,915 | 32,860 | 32,860 | 8,215 | 41,075 |
| ONI Realty Samples Partners, LLC | 10% | 2,100 | 3,275 | 3,125 | 6,470 | 3,286 | 18,256 | 18,256 | 4,564 | 22,820 |
| Peter Lowe | 15% | 3,150 | 4,913 | 4,688 | 9,704 | 4,929 | 27,384 | 27,384 | 6,845 | 34,229 |
| Stephen F. Emery | 5% | 1,050 | 1,638 | 1,562 | 3,236 | 1,643 | 9,129 | 9,129 | 2,282 | 11,410 |
| Blue Devil, LLC | 5% | 1,050 | 1,638 | 1,562 | 3,236 | 1,643 | 9,129 | 9,129 | 2,282 | 11,410 |
| Big Horn Basin Bone and Joint, LLC | 5% | 1,050 | 1,638 | 1,563 | 3,236 | 1,643 | 9,130 | 9,130 | 2,282 | 11,411 |
| Andrew B. Baker | 5% | 1,050 | 1,638 | 1,563 | 3,235 | 1,643 | 9,129 | 9,129 | 2,282 | 11,410 |
| Graham Group, LLC | 5% | 1,050 | 1,638 | 1,563 | 3,235 | 1,643 | 9,129 | 9,129 | 2,282 | 11,410 |
| Dr. Russell Allison | 5% | 1,050 | 1,638 | 1,563 | 3,235 | 1,643 | 9,129 | 9,129 | 2,282 | 11,410 |
| Jay Winzenreid | 5% | 1,050 | 1,638 | 1,563 | 3,235 | 1,643 | 9,129 | 9,129 | 2,282 | 11,410 |
| | | $ 21,000 | $ 32,750 | $ 31,250 | $ 64,700 | $ 32,860 | $ 182,560 | $ 142,820 | $ 35,596 | $ 178,416 |