# EXHIBIT J

## ONI REALTY INVESTORS, LLC
CAPITAL REQUEST - 2013 PROPERTY TAX - 2ND PAYMENT
5/28/2014

|  | Ownership | Capital Required |
|---|---|---|
| Schneider Limited Partnership, LLC | 20% | $ 4,200 |
| Teresa Trier | 2% | 420 |
| Thomas Siniard | 18% | 3,780 |
| ONI Realty Samples Partners, LLC | 10% | 2,100 |
| Peter Lowe | 15% | 3,150 |
| Stephen F. Emery | 5% | 1,050 |
| Blue Devil, LLC | 5% | 1,050 |
| Big Horn Basin Bone and Joint, LLC | 5% | 1,050 |
| Andrew B. Baker | 5% | 1,050 |
| Graham Group, LLC | 5% | 1,050 |
| Dr. Russell Allison | 5% | 1,050 |
| Jay Winzenreid | 5% | 1,050 |
|  |  | 21,000 |