# EXHIBIT K

From: Dunbar, Tom [mailto:tedunbar@trane.com]
Sent: Wednesday, January 16, 2013 12:13 PM
To: Mark Samples <mark@primehealthcareproperties.com>
Cc: Uecker, Stacy <Stacy.Uecker@trane.com>; Craig, Jeff <jjcraig@trane.com>; 'Kowalski, Catherine' <ckowalski@meridiansurg.com>; 'Wilson, John' <jwilson@meridiansurg.com>; khancock@meridiansurg.com
Subject: Surgical Center at OMNI

Mark,
Here is the report you asked for on what I think caused the problem at the Surgical Center at OMNI.

The leak came from a water supply line to a humidifier and a fill solenoid valve in the same humidifier. Both froze, split and when they thawed out dumped water into one of the upper mechanical rooms. There could be a couple factors that could have caused this. The most obvious is the door leading to the attic space has gaps above and below the door, there is an electric baseboard heater in the room but I doubt could keep the room warm enough to prevent it from freezing especially if the boiler had failed letting the building cool off. We show a boiler alarm early in October, Kyle with Precision Plumbing said he reset the boiler when he was there on January 2nd or 3rd (flame failure). It is very possible that the boiler has been off since that time and I reset 4 of the 8 air handler low limits on January 3rd when I was there. We also noticed that the boiler was enabled but not working and found the boiler flow switch was locking it out. We replaced the flow switch with a different brand that is more sensitive and it seems to be working ok now. We have checked the glycol percentage and it is at 30% which is a good percentage for our part of the country. This gives us burst protection down to minus 20°F.

**PERCENT VOLUME GLYCOL CONCENTRATION REQUIRED**

|  | Freeze Protection | Burst Protection |
| --- | --- | --- |
| Temperature °F | DOWFROST | DOWFROST |
| 20 | 17% | 11% |
| 10 | 26% | 18% |
| 0 | 34% | 23% |
| -10 | 41% | 28% |
| -20 | 45% | 30% |
| -30 | 49% | 33% |
| -40 | 51% | 35% |
| -50 | 53% | 35% |
| -60 | 55% | 35% |

We are working on getting the alarm routing working and remote access to the control system working.
Contact me if you have any questions,
Tom Dunbar
Armacost Trane Service Company
Service Manager

1