# Creditor Mailing Matrix

Case No.: 14-61357-7

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Capital One Bank (USA), NA | P.O. Box 71083 | Charlotte | NC | 28727-1083 |
| Carrol Johnson | 885 Davis Road | Powell | WY | 82435 |
| Internal Revenue Service; Centralized Insolvency Operations | P.O. Box 7346 | Philadelphia | PA | 19101-7346 |
| Jay Wizenried | James M Ragain<br>Ragain & Cook Law Firm, PC | Billings | MT | 59102 |
| John Henry Schneider | 3611 Tommy Armour Circle | Billings | MT | 59106 |
| Margery Gaab | P.O. Box 534 | Park City | MT | 59063 |
| Mr. and Mrs. Richard Kent | Collin Hopkins, Attorney<br>705 East Washington | Riverton | WY | 82501 |
| MT DEPARTMENT OF REVENUE | ATTN: KIM DAVIS<br>P.O. BOX 7701 | HELENA | MT | 59604-7701 |
| ONI Realty Investors, LLC | DLA Piper LLP (US)<br>Andy Zollinger | Dallas | TX | 76102 |
| Ron Jurovich | P.O. Box 550 | Thermopolis | WY | 82443 |
| Service Master of Billings | Dallas Dutton<br>P.O. Box 50845 | Billings | MT | 59105 |
| Sherri and Larry Rasmussen | Wind River Law Center, PC<br>202 South 6th East | Riverton | WY | 82501 |
| State of Wyoming Board of Medicine | 130 Hobbs Avenue Ste. A | Cheyenne | WY | 82002-8200 |
| Stephen Kline | P.O. Box 1938 | Cheyenne | WY | 82003 |
| Walt Morris | 8547 King Avenue West | Billings | MT | 59106 |
| Wells Fargo Bank, National Association | Attn: Jerald Lundgren, MAC N8001-011<br>4650 South 24th Street | Omaha | NE | 68107 |
| Western Sage CPA, PC | P.O. Box 955 | Worland | WY | 82401 |

**Total:** 17