James A. Patten (ID No. 1191)
**PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C**
2817 2nd Avenue North, Ste. 300
Billings, Montana 59101
Telephone: (406) 252-8500
Facsimile: (406) 294-9500

Attorneys for Creditor, Harley Morrell

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MONTANA

| IN RE: | Case No. 14-61357-7 |
|---|---|
| JOHN HENRY SCHNEIDER, | **EXHIBIT LIST** |
| Debtor. | |

JAMES A. PATTEN, Attorney for Creditor, Harley Morrell, does hereby submit the following Exhibits for the hearing in the above-referenced matter now set for *May 24, 2016 at 9:00 o'clock a.m.*

| EXH. NO. | DATE SUBMITTED | DATE ADMITTED | LEGAL GROUND FOR OBJECTION | DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | Employment Agreement - 2007 |
| 2 | | | | Employment Agreement – 2008 |
| 3 | | | | Harley Morrell Disciplinary Summary |

1

| | | | | |
|---|---|---|---|---|
| 4 | | | | Consent Decree – WY Board |
| 5 | | | | Letter from Paoli & Brown, P.C. to Northern Insurance dated 6/27/2012 |
| 6 | | | | Letter from Brenda Olson to Morrell dated 9/12/2012 |
| 7 | | | | Wyoming Medical Practices Act |
| 8 | | | | Any Exhibits identified by another Party |
| 9 | | | | Any Exhibits for impeachment or rebuttal purposes |

DATED this 19th day of May, 2016.

        **PATTEN, PETERMAN, BEKKEDAHL & GREEN**
        2817 Second Ave. North, Suite 300
        Billings, Montana  59101


        By:  /s/JA Patten
            James A. Patten
            Attorney for Creditor,
            Estate of Russell Monaco, et al

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify, under penalty of perjury, that on the 19th day of May, 2016, a copy of the foregoing was electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/entities who are not ECF registered users:   None

By: /s/JA Patten
For Patten, Peterman, Bekkedahl & Green