LAW OFFICES OF

# PAOLI & BROWN, P.C.

FRED PAOLI, JR. ESQ.*†
E-Mail: fpaoli@bridgeband.com
KEVIN S. BROWN ESQ.
E-Mail: kbrown@bridgeband.com
MELISSA A. TWEARDY ESQ.
E-Mail: mtweardy@bridgeband.com

†Also admitted in Colorado and Kansas

ATTORNEYS AT LAW
116 W. CALLENDER STREET
P.O. BOX 1450
LIVINGSTON, MT 59047

* DENVER OFFICE:
BOGUE & PAOLI, LLC
1401 17TH STREET, #320
DENVER, CO 80202
(303) 382-1990
FAX: (303) 382-1982
E-mail: lawoffice@bogue-paoli.com

TELEPHONE: (406) 222-4420
FAX: (406) 222-1032

June 27, 2012

Brenda M. Olson
Northern Rockies Insurance Company LLC
27 Gage Terrace
Bigfork, MT 59911

   Re: Estate of Russell Monaco
      Your insured: John H. Schneider, MD

Dear Ms. Olson:

  This will confirm that we finally spoke on Friday, June 22, 2012 regarding your April 23, 2012 letter to me. You indicated you would have Dr. Schneider's retained lawyer contact me as soon as possible.

  I asked regarding whether you insured Dr. Schneider's PA, Harley Morell in this case. You indicated any requests must be writing. This is to formally request the policy limits of any and all policies which insure Dr. Schneider and/or his PA, Harley Morell, for their care and treatment of Mr. Monaco during his hospitalization and surgery at West Park Hospital in November and December of 2011. This is also a request regarding whether you insure the PA, Harley Morell.

  Awaiting your response, I remain

                PAOLI & BROWN, P.C.

                Fred Paoli, Jr.

FP/jz



EXHIBIT 5