Eric E. Nord (#7239)
Tanis M. Holm (#9189)
Crist, Krogh & Nord, PLLC
The Securities Building
2708 First Avenue North, Suite 300
Billings, MT 59101
Telephone: (406) 255-0400
Facsimile: (406) 255-0697
enord@cristlaw.com
tholm@cristlaw.com

Attorneys for the Wyoming Board of Medicine

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE<br><br>JOHN HENRY SCHNEIDER,<br><br>Debtor. | Case No. 14-61357-RBK<br><br>Chapter 7<br><br>**NOTICE OF HEARING**<br>DATE:  May 24, 2016<br>TIME:  9:00 a.m.<br>LOCATION:  Bankruptcy Courtroom<br>Bighorn Courtroom, Fifth Floor, Room 5503, 2601 Second Avenue North<br>Billings, MT |

## WYOMING BOARD OF MEDICINE'S EXHIBIT LIST FOR HEARING TO BE HELD ON May 24, 2016

Pursuant to Local Rule 5074-1(b), the Wyoming Board of Medicine (Board) submits the following list of exhibits for the hearing scheduled before the Court on Tuesday, May 24, 2016.

1

A. The Board may offer any or all of the following disclosed exhibits in support of the Board's position:

1. The following documents:

| EX. # | DOC DATE | DESCRIPTION |
|---|---|---|
| 1 | 3/12/2014 | Findings of Fact, Conclusion of Law, and Order Revoking the Wyoming Medical License of John H. Schneider, Jr. M.D., Wyoming Physician's License No. 5973A, and Imposing a Civil Fine and Assessing Costs |
| 2 | 2/3/2014 | Affidavit and Certification of Actual Costs as Calculated by Mary Catellier |
| 3 | 6/27/2014 | Motion to Stay Enforcement of Agency Action and to Set Hearing for Oral Arguments |
| 4 | 7/3/2014 | Wyoming Board of Medicine's Response to Petitioner's Motion to Stay Enforcement of Agency Action and to Set Hearing for Oral Arguments |
| 5 | 7/15/2014 | Reply to Respondent's Response to Motion to Stay Enforcement of Agency Action and to Set Hearing for Oral Arguments |
| 6 | 9/5/2014 | Order Denying Petitioner's Motion to Stay Enforcement of Agency Action |

2. Any exhibit offered, admitted, identified and/or disclosed by Debtor;

3. Any exhibit offered, admitted, identified and/or disclosed by any other creditor; and

4. Any exhibit offered, admitted, identified and/or disclosed by the Chapter 7 Trustee.

The Board expressly reserves the right to use any of the above-listed documents as a possible cross-examination exhibit.

Respectfully submitted this 20th day of May, 2016.

By: /s/ Eric E. Nord
Eric E. Nord
Tanis M. Holm
Crist, Krogh & Nord, LLC
2708 First Avenue North, Suite 300
Billings, MT 59101

Attorneys for Wyoming Board of Medicine

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May, 2016, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM/ECF |
| | Hand Delivery |
| | Mail |
| | Overnight Delivery Service |
| | Fax |
| | Email |

1. Clerk, U.S. Bankruptcy Court

2. James H. Cossitt
   James H. Cossitt, P.C.
   128 2nd St E
   Kalispell, MT 59901

By: /s/ Eric E. Nord
      Eric E. Nord

4