Joseph V. Womack
**Waller & Womack, P.C.**
Suite 805 US Bank Building
303 North Broadway
Billings, MT 59101
Telephone: (406) 252-7200
Fax: (406) 252-4266
Email: jwomack@jvwlaw.com
Attorney No. 2641

Attorney for Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| In Re:<br><br>**SCHNEIDER, JOHN HENRY**<br><br><br>Debtor(s) | Case No. 14-61357-7 |
|---|---|

**STIPULATION REGARDING PROOF OF CLAIM NO. 13 FILED BY JAY WINZENRIED, AND MOTION FOR APPROVAL**

COME NOW, Trustee, and Jay Winzenried, by and through his attorney of record, James M. Ragain, and stipulate and agree as follows:

1. Jay Winzenried ("Creditor") filed a Proof of Claim on April 10, 2015, in the above-referenced bankruptcy estate.

2. On April 15, 2016, Trustee filed an objection to said Claim (Docket No. 262), and the matter was set for hearing on May 24, 2016 at 9:00 AM.

3. The parties agree that the funds owed Creditor are owed not by Debtor, but by Schneider Limited Partnership, a separate legal entity.

4. Trustee's objection to Creditor's claim is well-taken, and Creditor agrees to withdraw his Proof of Claim.

5. This agreement is subject to approval by the Bankruptcy Court, and may be executed by facsimile and in counterparts.

WHEREFORE, the undersigned move the Court pursuant to LBR 9013-1(g)(2)(II) for an order approving the terms of this stipulation and ordering the parties to perform its terms.

DATED this 18th day of May, 2016.

**WALLER & WOMACK, P.C.**


By: /s/ Joseph V. Womack
    Joseph V. Womack
    Attorney for Trustee

DATED this 20th day of May, 2016.

**RAGAIN & COOK LAW FIRM, P.C.**


By: /s/ James M. Ragain
    James M. Ragain
    Attorney for Creditor

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that on May 20, 2016 or as soon as possible thereafter, a copy of the foregoing was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/entities who are not ECF registered users:

John Schneider
3611 Tommy Armour Circle
Billings, MT 59106

John Schneider
543 Camino de Orchidia
Encinitas, CA 92024

Creditor Mailing Matrix

By: /s/ Lynsey Lund
    Lynsey Lund
    Asst. to Trustee