## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

In re

**JOHN HENRY SCHNEIDER**,

Debtor.

Case No.  **14-61357-7**

# O R D E R

At Butte in said District this 23rd day of May, 2016.

Upon review of the Agreed Amendment to Stipulation for Withdrawal of Chapter 7

Trustee's Objections to Personal Injury Creditors' Proofs of Claim filed by the Chapter 7

Trustee, by and through his attorney Joseph V. Womack, and James A. Patten, attorney for

Creditors Beverly Curtis, Michael Green, Harry Allan and Jo Ann Knopp, Scherry Lee, Estate of

Russell Monaco, Harley Morrell, and Annette Thomas filed May 20, 2016,

IT IS ORDERED that the Agreed Amendment is approved; and the Agreed Amendment

shall be incorporated into and become part of the Stipulation and in particular, all references to

Proof of Claim #17 and Harley Morrell are stricken from the Stipulation for Withdrawal of

Chapter 7 Trustee's Objections to Personal Injury Creditors' Proofs of Claim filed at docket no.

341.

Honorable Ralph B. Kirscher
Chief U.S. Bankruptcy Judge