Joseph V. Womack
**Waller & Womack, P.C.**
Suite 805 US Bank Building
303 North Broadway
Billings, MT 59101
Telephone: (406) 252-7200
Fax: (406) 252-4266
Email: jwomack@jvwlaw.com
Attorney No. 2641

Attorney for Trustee

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MONTANA

| In Re: | Case No. 14-61357-7 |
|---|---|
| **SCHNEIDER, JOHN HENRY** | **NOTICE OF HEARING**<br>Date: July 19, 2016<br>Time: 9:00 AM<br>Location: 2601 2nd Avenue North, Bighorn Courtroom, Room 5503, Billings, MT |
| Debtor(s) | |

### OBJECTION TO PROOFS OF CLAIMS NOS. 26 & 28

**TO:** ONI REALTY INVESTORS, LLC
**DLA PIPER LLP (US)**
**ANDY ZOLLINGER**
**1717 MAIN STREET, STE 4600**
**DALLAS, TX 76102**

Pursuant to F.R.B.P. 3007 and Mont. LBR 3007-2, the undersigned respectfully objects to the Proofs of Claims Nos. 26 and 28 filed in the above-entitled case by ONI Realty Investors, LLC as tardily-filed claims. The notice to file proof Proofs of Claims was filed on January 14, 2015 (Docket No. 22), setting the Claims Bar Date of April 14, 2015. Both claims were filed on November 11, 2015, and therefore were tardily filed.

WHEREFORE, Trustee prays that the status of Proofs of Claim Nos. 26 and 27 be held as tardily filed claims.

DATED this 23rd day of May, 2016.

                                                            **WALLER & WOMACK, P.C.**

                                                    By: /s/ Joseph V. Womack
                                                          Joseph V. Womack
                                                          Attorney for Trustee

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that on May 23, 2016, or as soon as possible thereafter, a copy of the foregoing was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/entities who are not ECF registered users:

**Debtor:**
John Schneider
3611 Tommy Armour Circle
Billings, MT 59106

John Schneider
543 Camino de Orchidia
Encinitas, CA 92024

**Interested Parties:**
ONI realty Investors, LLC
DLA Piper LLP (US)
Andy Zollinger
1717 Main Street, Ste 4600
Dallas, TX 76102

                                                    By: /s/ Lynsey Lund
                                                         Lynsey Lund
                                                         Legal Asst. to Trustee