UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**JOHN HENRY SCHNEIDER**,

Debtor.

Case No. **14-61357-7**

# O R D E R

At Butte in said District this 23rd day of May, 2016.

In this Chapter 7 bankruptcy, the Chapter 7 Trustee and Debtor entered into a Stipulation to Waive of Discharge and 9019 Motion for Approval (Docket No. 331), wherein Debtor, John Henry Schneider, agreed to file a waiver of entry of his Chapter 7 discharge. Debtor filed his Waiver of Discharge (Docket No. 334) and waived any further notice of hearing and asked the Court to immediately approve his written waiver pursuant to the provisions of 11 U.S.C. § 727(a)(10) and Fed. R. Bankr. P. 4004(c)(1)(c).

Written objections to the Stipulation were required, pursuant to the Trustee's Motion and Bankruptcy Rule 7041, to be filed with the Court and served on the Trustee and the United States Trustee, within three (3) days of the Motion, pursuant to the Order approving Trustee's Motion to Shorten Notice. No written objections having been filed and good cause appearing therefore,

IT IS ORDERED that the Stipulation to Waive Discharge and Motion for Approval (Docket No. 331) is APPROVED; Debtor John Henry Schneider's affirmative waiver of his discharge pursuant to 11 U.S.C. §727(a)(10) is APPROVED; and Debtor John Henry Schneider's

1

discharge is NOT GRANTED.

IT IS FURTHER ORDERED that the Trustee shall dismiss Adversary Proceeding No. 15-00020 in accordance with Fed.R.Civ.P. 41 and Fed.R.Bankr.P. 7041.

/s/ Ralph B. Kirscher
Honorable Ralph B. Kirscher
Chief U.S. Bankruptcy Judge

2