James M. Ragain
RAGAIN & COOK, PC
3936 Avenue B, Suite A-2
Billings, MT 59102
Telephone: (406) 651-8888
Fax: (406) 651-8889
jim@ragaincook.com

*Attorneys for Jay Winzenried*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| In re: | Case No. 14-61357-7 |
|---|---|
| JOHN HENRY SCHNEIDER, | NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 13 |
| Debtor. | |

Notice is hereby given that pursuant to the Court's Order of May 20, 2016 (copy attached), Jay Winzenried hereby withdraws his Proof of Claim filed herein on April 10, 2015.

DATED this 23rd day of May, 2016.

        RAGAIN COOK, PC

        By: /s/ James M. Ragain
        3936 Avenue B, Suite A-2
        Billings, MT 59102
        *Attorney for Jay Winzenried*

## CERTIFICATE OF SERVICE

      I, the undersigned, certify under penalty of perjury that on May 23, 2016, or as soon as possible thereafter, copies of the foregoing were served electronically by the Court's ECT notice to all persons/entities requesting special notice or otherwise entitled to the same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/entities who are not ECT registered users: NONE

      By:   /s/ James M. Ragain
      RAGAIN & COOK, PC
      3936 Avenue B, Suite A-2
      Billings, MT 59102
      *Attorneys for Jay Winzenried*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In Re

**SCHNEIDER, JOHN HENRY**

Case No. 14-61357-7

Debtor.

**ORDER**

AT BUTTE in said District this 20th day of May, 2016.

On May 20, 2016, Trustee filed the Stipulation Regarding Proof of Claim No. 13 filed by Jay Winzenried and Motion for Approval (Document No. 360). Upon review, the Court finds that the terms of the proposed settlement are fair and in the best interest of the estate.

**IT IS ORDERED** the Trustee's Motion for Approval of Stipulation filed on May 20, 2016 (Doc. 360) is granted; the Stipulation Regarding Proof of Claim No. 13 filed by Jay Winzenried is **APPROVED**, and the parties thereto henceforth shall be bound by and shall perform in accordance with Stipulation (Doc. 360), the terms and conditions of which are incorporated by reference as though set forth in full herein.

**IT IS FURTHER ORDERED** the hearing scheduled to be held on May 24, 2016, on the Trustee's Objection to Proof of Claim No. 13 is vacated as that Objection (Doc. 266) is resolved by settlement.

Honorable Ralph B. Kirscher
Chief U.S. Bankruptcy Judge