**Jeffery A. Hunnes, Attorney No. 2406**
**Laura T. Myers, Attorney No. 12918**
**GUTHALS, HUNNES & REUSS, P.C.**
**P.O. Box 1977**
**Billings, MT  59103-1977**
**Telephone:  (406) 245-3071**
**Fax:  (406) 245-3074**
**Email:  jhunnes@ghrlawfirm.com**
          **lmyers@ghrlawfirm.com**

**Attorneys for ONI Realty Investors, LLC**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In Re: ) | Case No. 14 – 61357-7 |
| ) | |
| ) | |
| JOHN HENRY SCHNEIDER, ) | |
| ) | |
| ) | |
| Debtor. ) | |
| ) | |

---
**ONI REALTY INVESTORS, LLC MOTION TO CONTINUE HEARING**
---

ONI Realty Investors, LLC ("ONI"), through counsel, moves the Court for an Order continuing hearing on Debtor's objections to ONI's proofs of claim Nos. 26 and 28 from May 24, 2016 to July 19, 2016 on the following grounds:

1. On May 16, 2016, ONI filed a motion to continue hearing on Debtor's objections to ONI's proofs of claim on the grounds that ONI had retained counsel in Montana on May 10,

1

2016 and counsel required additional time to prepare for hearing and evaluate the complicated background of this case. [Doc. No. 327] The Court denied ONI's Motion. [Doc. No. 329]

2. On May 19, 2016, the Court approved ONI's withdrawal of proof of claim No. 27 as duplicative. [Doc. No. 354]

3. On May 17, 2016, Debtor filed a Waiver of Discharge in exchange for the dismissal of AP 15-20. On today's date the Court approved Debtor's affirmative waiver of discharge.

4. ONI's counsel has only recently been able to engage in substantive settlement discussions with Debtor's counsel.

5. On today's date, the Chapter 7 Trustee objected to ONI's proofs of claim as tardily filed claims and scheduled hearing for July 19, 2016. [Doc. No. 378]

6. ONI's counsel believes it would be most efficient to hear both the Trustee's and Debtor's objections at a single hearing and to allow ONI, Debtor and the Chapter 7 Trustee opportunity to engage in settlement discussions to determine if the claims and objections can be resolved.

7. ONI has not been able to contact the Chapter 7 Trustee or Debtor's counsel to determine whether they object to this Motion. Counsel anticipates that the Chapter 7 Trustee will consent to the continuance and that Debtor will object.

WHEREFORE, ONI moves the Court to continue the hearing on Debtor's objections to ONI's proofs of claim Nos. 26 and 28 from May 24, 2016 to July 19, 2016.

**DATED** this 23rd day of May, 2016.

          **Guthals, Hunnes & Reuss, P.C.**
          **P.O. Box 1977**
          **Billings, MT 59103-1977**


          By: /s/ *Jeffery A. Hunnes*
          Attorneys for ONI Realty Investors, LLC


### CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that on May 23, 2016, or as soon as possible thereafter, copies of the foregoing were served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/entities who are not ECF registered users: None.

          **Guthals, Hunnes & Reuss, P.C.**


          By: /s/ *Jeffery A. Hunnes*
          Attorneys for ONI Realty Investors, LLC