# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

In Re

**SCHNEIDER, JOHN HENRY**

Case No. 14-61357-7

Debtor.

# ORDER

**AT BUTTE** in said District this 24th day of May, 2016;

**UPON REVIEW** of Trustee's F.R.B.P. Rule 9019(a) Motion to Approve Compromise and Settlement and Notice filed May 19, 2016 (Document No. 342), including Trustee's request that the $6,500.00 payment to Meridian for settlement of the claim be treated as an administrative expense of the estate, and no objection and request for hearing having been filed after notice to the parties given in compliance with Mont. LBR 9013-1(e), the Court finds that the terms of the proposed settlement are fair and equitable and satisfy the requirements of F.R.B.P. 9019(a).

**IT IS ORDERED** the Trustee's Motion to Approve Compromise and Settlement filed May 19, 2016 (Doc. 342) is **GRANTED**; and the settlement agreement and release filed with Doc. 342 is **APPROVED**, and the payment $6,500.00 to Meridian for settlement of the claim shall be treated as an administrative expense of the estate, and the parties thereto henceforth shall be bound by and shall perform in accordance with Motion, the terms and conditions of which are incorporated by reference as though set forth in full herein.

Honorable Ralph B. Kirscher
Chief U.S. Bankruptcy Judge