UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**JOHN HENRY SCHNEIDER**,

Debtor.

Case No. **14-61357-7**

# O R D E R

At Butte in said District this 26th day of May, 2016.

In this Chapter 7 bankruptcy, Debtor and the Chapter 7 Trustee filed objections to Proof of Claim Nos. 14 (docket nos. 257 and 268), 16 (docket nos. 237 and 260), 17 (docket nos. 261 and 274), 18 (docket nos. 263 and 275), 19 (docket nos. 264 and 276), 20 (docket nos. 265 and 277) and 21 (docket nos. 238 and 267).  Subsequently, the Trustee and Beverly Curtis, Michael Green, Harry Allan and Jo Ann Knopp, Scherry Lee, Estate of Russell Monaco, Harley Morrell and Annette Thomas entered into a Stipulation for Withdrawal of Chapter 7 Trustee's Objections to Personal Injury Creditors' Proofs of Claim, which Stipulation was filed on May 19, 2016. That Stipulation, which provided for the Trustee's withdrawal of his objections and the allowance of the claims as filed, was approved on May 20, 2016.  That Stipulation was then amended on May 2, 2016, at docket no. 366, to strike Harley Morrell from the Stipulation filed May 19, 2016, at docket no. 341.  However, the Agreed Amendment provides that Harley Morrell's Proof of Claim No. 17 is valid in liability and amount.  The Agreed Amendment was approved on May 23, 2016, at docket no. 377.

Similarly, Debtor and creditors Beverly Curtis, Michael Green, Harry Allan and Jo Ann

1

Knopp, Scherry Lee, Estate of Russell Monaco, Harley Morrell, and Annette Thomas entered into a Stipulation for Withdrawal of Debtor's Objections to Personal Injury Creditors' Proofs of Claim, which Stipulation was filed on May 23, 2016, at docket no. 383.[1]  Upon review, the Court finds that the Stipulation filed May 23, 2016, is fair and equitable.  The Court also finds that the Stipulation satisfies the requirements of FED. R. BANKR. P. 9019(a).  Accordingly,

IT IS ORDERED the Stipulation filed May 23, 2016, at docket no. 383, is approved; and pursuant to the Stipulations filed at docket nos. 341 and 383, and the Agreed Amendment filed at docket no. 366, the objections to claims filed at docket nos. 257, 268, 237, 260, 261, 274, 263, 275, 264, 276, 265, 277, 238 and 267 are deemed withdrawn, and Proof of Claim Nos. 14, 16, 17, 18, 19, 20 and 21 are allowed as filed.

BY THE COURT

_____
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana

---

[1] The Stipulation misidentifies Proof of Claim No. 20 filed by Harry Allen and JoAnn Knopp as Proof of Claim No. 10.