

**FILED**

2 6 2016

Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MONTANA BILLINGS DIVISION

| | |
|---|---|
| BEVERLY CURTIS, an individual, ) | Case No. 16-CV-00062-SPW |
| ) | |
| Plaintiff, ) | |
| vs. ) | ORDER DISMISSING MOTION |
| ) | FOR ORDER WITHDRAWING |
| ESTATE OF JOHN HENRY ) | REFERENCE OF CLAIM TO THE |
| SCHNEIDER, ) | BANKRUPTCY COURT FOR |
| ) | THE DISTRICT OF MONTANA |
| Defendant. ) | |
| ) | |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE: ) | Bankruptcy Case No. 14-61357-7 |
| ) | |
| ) | |
| JOHN HENRY SCHNEIDER, ) | |
| ) | |
| Debtor. ) | |

Beverly Curtis, by and through her attorney James A. Patten, previously Moved this Court for an Order Withdrawing the Reference of her personal injury claim ("Claim") against the Chapter 7 Estate of John Henry Schneider (the

"Debtor"), Debtor in the Bankruptcy Court for the District of Montana, Case No. 14-61357. (Doc. 1).

Both the Debtor and Chapter 7 Trustee had previously objected to Ms. Curtis' Claim (Bankruptcy Docs. 264, 276), setting hearing on the objections for May 24, 2016 before the Bankruptcy Court for the District of Montana.

The Motion to Withdraw the Reference (Doc. 1) was timely as the Bankruptcy Court never set a bar date to requests for such relief nor has Ms. Curtis been dilatory in exercising her right to request such relief.

The Trustee and the Debtor have both withdrawn their objections to Ms. Curtis' Proof of Claim and this dispute is now moot as no controversy exists.

WHEREFORE, the Court being fully apprised of the premises, and for good cause appearing, NOW THEREFORE IT IS HEREBY ORDERED:

The Unopposed Motion to Withdraw Prior Motion for Withdrawal of Reference of Claim to Bankruptcy Court (Doc. 4) for the District of Montana of Beverly Curtis' Claim against the Chapter 7 Estate of John H. Schneider pursuant to Standing Order No. 12 (Revised) is hereby **GRANTED** as the issue is moot.

DATED this 26th day of May, 2016.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Court Judge