# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

In Re

**SCHNEIDER, JOHN HENRY**

Case No. 14-61357-7

Debtor.

## ORDER

**AT BUTTE** in said District this 24th day of May, 2016;

**UPON REVIEW** of Trustee's F.R.B.P. Rule 9019(a) Motion to Approve Compromise and Settlement and Notice filed May 19, 2016 (Document No. 342), including Trustee's request that the $6,500.00 payment to Meridian for settlement of the claim be treated as an administrative expense of the estate, and no objection and request for hearing having been filed after notice to the parties given in compliance with Mont. LBR 9013-1(e), the Court finds that the terms of the proposed settlement are fair and equitable and satisfy the requirements of F.R.B.P. 9019(a).

**IT IS ORDERED** the Trustee's Motion to Approve Compromise and Settlement filed May 19, 2016 (Doc. 342) is **GRANTED**; and the settlement agreement and release filed with Doc. 342 is **APPROVED**, and the payment $6,500.00 to Meridian for settlement of the claim shall be treated as an administrative expense of the estate, and the parties thereto henceforth shall be bound by and shall perform in accordance with Motion, the terms and conditions of which are incorporated by reference as though set forth in full herein.

*/s/ Ralph B. Kirscher*
Honorable Ralph B. Kirscher
Chief U.S. Bankruptcy Judge

United States Bankruptcy Court
District of Montana

In re:  
JOHN HENRY SCHNEIDER  
    Debtor

Case No. 14-61357-RBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0977-2     User: clf     Page 1 of 2     Date Rcvd: May 24, 2016  
Form ID: pdfo9019     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2016.
```
db           #+JOHN HENRY SCHNEIDER,    3611 TOMMY ARMOUR CIRCLE,     BILLINGS, MT 59106-1014
aty           +JESSICA FRINT,    WYOMING ATTORNEY GENERAL,    2320 CAPITAL AVENUE,    CHEYENNE, WY 82002-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2016          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2016 at the address(es) listed below:
```
              AMANDA L. MYERS    on behalf of Creditor    MONTANA DEPARTMENT OF REVENUE amyers@mt.gov
              BENJAMIN P HURSH    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION
               bhursh@crowleyfleck.com, dhanninen@crowleyfleck.com
              BRADLEY SWEAT    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION
               bsweat@crowleyfleck.com, phall@crowleyfleck.com
              DOUG JAMES    on behalf of Creditor    MERIDIAN SURGICAL PARTNERS, LLC AND MERIDIAN SURGICAL
               PARTNERS-MONTANA, LLC doug.james@moultonbellingham.com, Janet.McMurphy@moultonbellingham.com
              ERIC EDWARD NORD    on behalf of Creditor    Wyoming Board of Medicine enord@cristlaw.com,
               fedfile@cristlaw.com;tstephens@cristlaw.com
              HAROLD V DYE    on behalf of Interested Party JOHN HENRY SCHNEIDER hdye@dyemoelaw.com,
               ama@dyemoelaw.com;ECFdyemoelaw@gmail.com
              JAMES A PATTEN    on behalf of Interested Party DIANA  RHODES apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN    on behalf of Creditor MARY  WILKINSON apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN    on behalf of Creditor SCHERRY  LEE apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN    on behalf of Creditor ANNETTE  THOMAS apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN    on behalf of Interested Party JON  MOYERS apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN    on behalf of Creditor MICHAEL  GREEN apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN    on behalf of Creditor JO ANN  KNOPP apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN    on behalf of Interested Party PAUL  WARREN apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN    on behalf of Creditor WALT  MORRIS apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN    on behalf of Creditor    ESTATE OF RUSSELL MONACO apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN    on behalf of Spec. Counsel JAMES A. PATTEN apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN    on behalf of Creditor HARRY ALLEN KNOPP apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN    on behalf of Creditor HARLEY  MORRELL apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          JAMES A PATTEN    on behalf of Creditor BEVERLEY  CURTIS apatten@ppbglaw.com,
           andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
          JAMES H. COSSITT    on behalf of Defendant JOHN HENRY SCHNEIDER jhc@cossittlaw.com,
           cossittlaw@gmail.com;staff@cossittlaw.com
          JAMES H. COSSITT    on behalf of Debtor JOHN HENRY SCHNEIDER jhc@cossittlaw.com,
           cossittlaw@gmail.com;staff@cossittlaw.com
          JASON   HOLDEN    on behalf of Defendant    MEDPORT, LLC jholden@faureholden.com
          JEFFERY A. HUNNES    on behalf of Creditor    ONI Realty Investors, LLC jhunnes@ghrlawfirm.com,
           klgeck@ghrlawfirm.com
          JEFFREY J TIERNEY    on behalf of Trustee JOSEPH V. WOMACK jtierney@goetzlawfirm.com
          JEFFREY J TIERNEY    on behalf of Plaintiff JOSEPH V. WOMACK jtierney@goetzlawfirm.com
          JEFFREY J TIERNEY    on behalf of Attorney    GOETZ, BALDWIN & GEDDES P.C. jtierney@goetzlawfirm.com
          JOSEPH   SOUEIDI    on behalf of Creditor    MERIDIAN SURGICAL PARTNERS, LLC AND MERIDIAN SURGICAL
           PARTNERS-MONTANA, LLC Joe.Soueidi@moultonbellingham.com
          JOSEPH V. WOMACK    on behalf of Plaintiff JOSEPH V. WOMACK jwomack@jvwlaw.com,
           jwomack@ecf.epiqsystems.com;llund@jvwlaw.com;creynolds@jvwlaw.com
          JOSEPH V. WOMACK     jwomack@jvwlaw.com,
           mt40@ecfcbis.com;vtiry@jvwlaw.com;llund@jvwlaw.com;mfarrar@jvwlaw.com
          JOSEPH V. WOMACK    on behalf of Trustee JOSEPH V. WOMACK jwomack@jvwlaw.com,
           mt40@ecfcbis.com;vtiry@jvwlaw.com;llund@jvwlaw.com;mfarrar@jvwlaw.com
          KATIE ROSE RANTA    on behalf of Defendant    MEDPORT, LLC kranta@faureholden.com
          KEITH A. JONES    on behalf of Creditor    MONTANA DEPARTMENT OF REVENUE kjones@mt.gov,
           kimdavis@mt.gov;mgohn@mt.gov;elizabethroberts@mt.gov;tomfox@mt.gov;tiacorwin@mt.gov
          LAURA T MYERS    on behalf of Creditor    ONI Realty Investors, LLC LMYERS@GHRLAWFIRM.COM
          LAURENCE   STINSON    on behalf of Creditor    EMERY, WINZENRIED  & BIG HORN BASIN BONE AND JOINT,
           LLC laurence@stinsonlawyers.com,  robin@stinsonlawyers.com
          MARK D. PARKER    on behalf of Defendant    Michelle R. Schneider, as Trustee of the Caitlin
           Schneider Benefit Trust, Dated March 30, 2012 markdparker@parker-law.com,  dawn@parker-law.com
          MARK D. PARKER    on behalf of Defendant    SCHNEIDER MANAGEMENT, LLC markdparker@parker-law.com,
           dawn@parker-law.com
          MARK D. PARKER    on behalf of Defendant MICHELLE  SCHNEIDER markdparker@parker-law.com,
           dawn@parker-law.com
          MARK D. PARKER    on behalf of Defendant    SCHNEIDER LIMITED PARTNERSHIP
           markdparker@parker-law.com,  dawn@parker-law.com
          MARK D. PARKER    on behalf of Defendant    Michelle R. Schneider, as Trustee of the Brandon
           Schneider Benefit Trust, Dated March 30, 2012 markdparker@parker-law.com,  dawn@parker-law.com
          MARK D. PARKER    on behalf of Defendant    Michelle R. Schneider, as Trustee of the Michelle
           Schneider Revocable Trust, Dated November 20, 2007 markdparker@parker-law.com,
           dawn@parker-law.com
          MARK D. PARKER    on behalf of Defendant    Michelle R. Schneider, as Trustee of the Shannon
           Schneider Benefit Trust, dated March 30, 2012 markdparker@parker-law.com,  dawn@parker-law.com
          OFFICE OF THE U.S. TRUSTEE    ustpregion18.gf.ecf@usdoj.gov
          STEVEN M JOHNSON    on behalf of Defendant KATHLEEN T BURROWS sjohnson@chjw.com,
           llee@chjw.com;lphillips@chjw.com
          STEVEN M JOHNSON    on behalf of Interested Party KATHLEEN T BURROWS sjohnson@chjw.com,
           llee@chjw.com;lphillips@chjw.com
          TANIS M HOLM    on behalf of Creditor    Wyoming Board of Medicine tholm@cristlaw.com
          TRENT M. GARDNER    on behalf of Plaintiff JOSEPH V. WOMACK tgardner@goetzlawfirm.com,
           KarenDSa@goetzlawfirm.com;slarson@goetzlawfirm.com;kkolstad@goetzlawfirm.com
          TRENT M. GARDNER    on behalf of Trustee JOSEPH V. WOMACK tgardner@goetzlawfirm.com,
           KarenDSa@goetzlawfirm.com;slarson@goetzlawfirm.com;kkolstad@goetzlawfirm.com
          TRENT M. GARDNER    on behalf of Attorney    GOETZ, BALDWIN & GEDDES P.C. tgardner@goetzlawfirm.com,
           KarenDSa@goetzlawfirm.com;slarson@goetzlawfirm.com;kkolstad@goetzlawfirm.com
                                                                                             TOTAL: 49
```