UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**JOHN HENRY SCHNEIDER**,

Debtor.

Case No. **14-61357-7**

# **O R D E R**

At Butte in said District this 24th day of May, 2016.

In this Chapter 7 bankruptcy, after due notice, the Court held a hearing on May 24, 2016, in Billings on Debtor's Objection to Proof of Claim No. 3 filed by Capital One Bank (USA), N.A. Debtor's counsel argues in the Objection that Proof of Claim No. 3 should be denied because the claim is contingent, unliquidated and overstated. Counsel also argues that Capital One Bank (USA), N.A. has been paid in full. Consistent with the foregoing, Debtor John Henry Schneider testified that he had an account with Capital One Bank (USA), N.A., which he paid in full. Debtor has no recollection of owing Capital One Bank (USA), N.A. any additional amounts.

In accordance with Mont. LBR 3007-2 and Mont. LBF 28, and the decisions by the Ninth Circuit Bankruptcy Appellate Panel in *In re Heath*, 331 B.R. 424 (9th Cir. BAP 2005), *In re Campbell*, 336 B.R. 430 (9th Cir. BAP 2005), and *In re Wylie*, 349 B.R. 204 (9th Cir. BAP 2006), Debtor's counsel properly noticed the matter for hearing on April 15, 2016, giving Capital One Bank (USA), N.A. at least 30 days notice of the pending hearing as required by Fed. R.

1

Bankr. P. 3007. James Cossitt of Kalispell, Montana appeared at the hearing on behalf of the Debtor and stated that he has not received any response to his Objection by Capital One Bank (USA), N.A., and no appearance was made at the hearing by or on behalf of Capital One Bank (USA), N.A. The Court deems Capital One Bank (USA), N.A.'s failure to respond an admission by Capital One Bank (USA), N.A. and/or its counsel that the averments set forth in Debtor's Objection are well taken and that the Objection should be sustained. Accordingly,

IT IS ORDERED that Debtor's Objection to Proof of Claim No. 3 filed by Capital One Bank (USA), N.A. is SUSTAINED; and the allowance of Proof of Claim No. 3 is DENIED.

BY THE COURT

*Ralph B. Kirscher*
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana

```
                         United States Bankruptcy Court
                              District of Montana
In re:                                                          Case No. 14-61357-RBK
JOHN HENRY SCHNEIDER                                            Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0977-2          User: mmp                    Page 1 of 2          Date Rcvd: May 24, 2016
                              Form ID: pdfosoc             Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2016.
```
db             #+JOHN HENRY SCHNEIDER,    3611 TOMMY ARMOUR CIRCLE,     BILLINGS, MT 59106-1014
1177885         Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2016                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2016 at the address(es) listed below:
```
              AMANDA L. MYERS   on behalf of Creditor   MONTANA DEPARTMENT OF REVENUE amyers@mt.gov
              BENJAMIN P HURSH   on behalf of Creditor   WELLS FARGO BANK, NATIONAL ASSOCIATION
               bhursh@crowleyfleck.com, dhanninen@crowleyfleck.com
              BRADLEY SWEAT   on behalf of Creditor   WELLS FARGO BANK, NATIONAL ASSOCIATION
               bsweat@crowleyfleck.com, phall@crowleyfleck.com
              DOUG JAMES   on behalf of Creditor   MERIDIAN SURGICAL PARTNERS, LLC AND MERIDIAN SURGICAL
               PARTNERS-MONTANA, LLC doug.james@moultonbellingham.com, Janet.McMurphy@moultonbellingham.com
              ERIC EDWARD NORD   on behalf of Creditor   Wyoming Board of Medicine enord@cristlaw.com,
               fedfile@cristlaw.com;tstephens@cristlaw.com
              HAROLD V DYE   on behalf of Interested Party JOHN HENRY SCHNEIDER hdye@dyemoelaw.com,
               ama@dyemoelaw.com;ECFdyemoelaw@gmail.com
              JAMES A PATTEN   on behalf of Interested Party DIANA  RHODES apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN   on behalf of Creditor MARY  WILKINSON apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN   on behalf of Creditor SCHERRY  LEE apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN   on behalf of Creditor ANNETTE  THOMAS apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN   on behalf of Interested Party JON  MOYERS apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN   on behalf of Creditor MICHAEL  GREEN apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN   on behalf of Creditor JO ANN  KNOPP apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN   on behalf of Interested Party PAUL  WARREN apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN   on behalf of Creditor WALT  MORRIS apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN   on behalf of Creditor   ESTATE OF RUSSELL MONACO apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN   on behalf of Spec. Counsel JAMES A. PATTEN apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN   on behalf of Creditor HARRY ALLEN KNOPP apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN   on behalf of Creditor HARLEY  MORRELL apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          JAMES A PATTEN    on behalf of Creditor BEVERLEY   CURTIS apatten@ppbglaw.com,
           andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
          JAMES H. COSSITT    on behalf of Defendant JOHN HENRY SCHNEIDER jhc@cossittlaw.com,
           cossittlaw@gmail.com;staff@cossittlaw.com
          JAMES H. COSSITT    on behalf of Debtor JOHN HENRY SCHNEIDER jhc@cossittlaw.com,
           cossittlaw@gmail.com;staff@cossittlaw.com
          JASON   HOLDEN    on behalf of Defendant    MEDPORT, LLC jholden@faureholden.com
          JEFFERY A. HUNNES    on behalf of Creditor   ONI Realty Investors, LLC jhunnes@ghrlawfirm.com,
           klgeck@ghrlawfirm.com
          JEFFREY J TIERNEY    on behalf of Trustee JOSEPH V. WOMACK jtierney@goetzlawfirm.com
          JEFFREY J TIERNEY    on behalf of Plaintiff JOSEPH V. WOMACK jtierney@goetzlawfirm.com
          JEFFREY J TIERNEY    on behalf of Attorney    GOETZ, BALDWIN & GEDDES P.C. jtierney@goetzlawfirm.com
          JOSEPH   SOUEIDI    on behalf of Creditor    MERIDIAN SURGICAL PARTNERS, LLC AND MERIDIAN SURGICAL
           PARTNERS-MONTANA, LLC Joe.Soueidi@moultonbellingham.com
          JOSEPH V. WOMACK    on behalf of Plaintiff JOSEPH V. WOMACK jwomack@jvwlaw.com,
           jwomack@ecf.epiqsystems.com;llund@jvwlaw.com;creynolds@jvwlaw.com
          JOSEPH V. WOMACK    jwomack@jvwlaw.com,
           mt40@ecfcbis.com;vtiry@jvwlaw.com;llund@jvwlaw.com;mfarrar@jvwlaw.com
          JOSEPH V. WOMACK    on behalf of Trustee JOSEPH V. WOMACK jwomack@jvwlaw.com,
           mt40@ecfcbis.com;vtiry@jvwlaw.com;llund@jvwlaw.com;mfarrar@jvwlaw.com
          KATIE ROSE RANTA    on behalf of Defendant    MEDPORT, LLC kranta@faureholden.com
          KEITH A. JONES    on behalf of Creditor    MONTANA DEPARTMENT OF REVENUE kjones@mt.gov,
           kimdavis@mt.gov;mgohn@mt.gov;elizabethroberts@mt.gov;tomfox@mt.gov;tiacorwin@mt.gov
          LAURA T MYERS    on behalf of Creditor   ONI Realty Investors, LLC LMYERS@GHRLAWFIRM.COM
          LAURENCE   STINSON    on behalf of Creditor    EMERY, WINZENRIED  & BIG HORN BASIN BONE AND JOINT,
           LLC laurence@stinsonlawyers.com,  robin@stinsonlawyers.com
          MARK D. PARKER    on behalf of Defendant   Michelle R. Schneider, as Trustee of the Caitlin
           Schneider Benefit Trust, Dated March 30, 2012 markdparker@parker-law.com,  dawn@parker-law.com
          MARK D. PARKER    on behalf of Defendant    SCHNEIDER MANAGEMENT, LLC markdparker@parker-law.com,
           dawn@parker-law.com
          MARK D. PARKER    on behalf of Defendant MICHELLE   SCHNEIDER markdparker@parker-law.com,
           dawn@parker-law.com
          MARK D. PARKER    on behalf of Defendant    SCHNEIDER LIMITED PARTNERSHIP
           markdparker@parker-law.com,  dawn@parker-law.com
          MARK D. PARKER    on behalf of Defendant   Michelle R. Schneider, as Trustee of the Brandon
           Schneider Benefit Trust, Dated March 30, 2012 markdparker@parker-law.com,  dawn@parker-law.com
          MARK D. PARKER    on behalf of Defendant   Michelle R. Schneider, as Trustee of the Michelle
           Schneider Revocable Trust, Dated November 20, 2007 markdparker@parker-law.com,
           dawn@parker-law.com
          MARK D. PARKER    on behalf of Defendant   Michelle R. Schneider, as Trustee of the Shannon
           Schneider Benefit Trust, dated March 30, 2012 markdparker@parker-law.com,  dawn@parker-law.com
          OFFICE OF THE U.S. TRUSTEE    ustpregion18.gf.ecf@usdoj.gov
          STEVEN M JOHNSON    on behalf of Defendant KATHLEEN T BURROWS sjohnson@chjw.com,
           llee@chjw.com;lphillips@chjw.com
          STEVEN M JOHNSON    on behalf of Interested Party KATHLEEN T BURROWS sjohnson@chjw.com,
           llee@chjw.com;lphillips@chjw.com
          TANIS M HOLM   on behalf of Creditor   Wyoming Board of Medicine tholm@cristlaw.com
          TRENT M. GARDNER    on behalf of Plaintiff JOSEPH V. WOMACK tgardner@goetzlawfirm.com,
           KarenDSa@goetzlawfirm.com;slarson@goetzlawfirm.com;kkolstad@goetzlawfirm.com
          TRENT M. GARDNER    on behalf of Trustee JOSEPH V. WOMACK tgardner@goetzlawfirm.com,
           KarenDSa@goetzlawfirm.com;slarson@goetzlawfirm.com;kkolstad@goetzlawfirm.com
          TRENT M. GARDNER    on behalf of Attorney    GOETZ, BALDWIN & GEDDES P.C. tgardner@goetzlawfirm.com,
           KarenDSa@goetzlawfirm.com;slarson@goetzlawfirm.com;kkolstad@goetzlawfirm.com
                                                                                             TOTAL: 49
```