## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

In re

**JOHN HENRY SCHNEIDER**,

         Debtor.

Case No.  **14-61357-7**

# O R D E R

At Butte in said District this 24th day of May, 2016.

In this Chapter 7 bankruptcy, after due notice, the Court held a hearing on May 24, 2016, in Billings on Debtor's Objections to Proof of Claim Nos. 7 and 9 filed by Western Sage CPA, PC  Debtor's counsel argues in the Objections that Proof of Claim Nos. 7 and 9 should be denied because the claims are contingent, unliquidated and overstated.  Counsel also argues that Proof of Claim Nos. 7 and 9 list the Debtor as Schneider Limited Partnership and Northern Rockies Neuro-Spine, respectively.  Debtor's counsel thus argues a "lack of mutuality of identity."

In accordance with Mont. LBR 3007-2 and Mont. LBF 28, and the decisions by the Ninth Circuit Bankruptcy Appellate Panel in *In re Heath*, 331 B.R. 424 (9th Cir. BAP 2005), *In re Campbell*, 336 B.R. 430 (9th Cir. BAP 2005), and *In re Wylie*, 349 B.R. 204 (9th Cir. BAP 2006), Debtor's counsel properly noticed the matters for hearing on April 15, 2016, giving Western Sage CPA, PC at least 30 days notice of the pending hearing as required by FED. R. BANKR. P. 3007.

James Cossitt of Kalispell, Montana appeared at the hearing on behalf of the Debtor and stated that he has not received any response to his Objections by Western Sage CPA, PC, and no

1

appearance was made at the hearing by or on behalf of Western Sage CPA, PC  The Court deems

Western Sage CPA, PC's failure to respond an admission by Western Sage CPA, PC and/or its

counsel that the averments set forth in Debtor's Objections are well taken and that the Objections

should be sustained.  Accordingly,

IT IS ORDERED that Debtor's Objections to Proof of Claim Nos. 7 and 9 filed by Western

Sage CPA, PC are SUSTAINED; and the allowance of Proof of Claim Nos. 7 and 9 is DENIED.

BY THE COURT

HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana

2

In re:
JOHN HENRY SCHNEIDER                                          Case No. 14-61357-RBK
        Debtor                                               Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0977-2          User: mmp            Page 1 of 2              Date Rcvd: May 24, 2016
                             Form ID: pdfosoc      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2016.
db            #+JOHN HENRY SCHNEIDER,   3611 TOMMY ARMOUR CIRCLE,   BILLINGS, MT 59106-1014
1181401        +WESTERN SAGE CPA PC,   PO BOX 955,   WORLAND WY 82401-0955

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2016

Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2016 at the address(es) listed below:
        AMANDA L. MYERS    on behalf of Creditor   MONTANA DEPARTMENT OF REVENUE amyers@mt.gov
        BENJAMIN P HURSH    on behalf of Creditor   WELLS FARGO BANK, NATIONAL ASSOCIATION
        bhursh@crowleyfleck.com,   dhaninen@crowleyfleck.com
        BRADLEY  SWEAT    on behalf of Creditor   WELLS FARGO BANK, NATIONAL ASSOCIATION
        bsweat@crowleyfleck.com,   phall@crowleyfleck.com
        DOUG  JAMES    on behalf of Creditor   MERIDIAN SURGICAL PARTNERS, LLC AND MERIDIAN SURGICAL
        PARTNERS-MONTANA, LLC doug.james@moultonbellingham.com,   Janet.McMurphy@moultonbellingham.com
        ERIC EDWARD NORD    on behalf of Creditor   Wyoming Board of Medicine enord@cristlaw.com,
        fedfile@cristlaw.com;tstephens@cristlaw.com
        HAROLD V DYE    on behalf of Interested Party JOHN HENRY SCHNEIDER hdye@dyemoelaw.com,
        ama@dyemoelaw.com;ECFdyemoelaw@gmail.com
        JAMES A PATTEN    on behalf of Interested Party DIANA  RHODES apatten@ppbglaw.com,
        andypatten88@gmail.com;apatten-ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
        JAMES A PATTEN    on behalf of Creditor MARY  WILKINSON apatten@ppbglaw.com,
        andypatten88@gmail.com;apatten-ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
        JAMES A PATTEN    on behalf of Creditor SCHERRY  LEE apatten@ppbglaw.com,
        andypatten88@gmail.com;apatten-ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
        JAMES A PATTEN    on behalf of Creditor ANNETTE  THOMAS apatten@ppbglaw.com,
        andypatten88@gmail.com;apatten-ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
        JAMES A PATTEN    on behalf of Interested Party JON  MOYERS apatten@ppbglaw.com,
        andypatten88@gmail.com;apatten-ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
        JAMES A PATTEN    on behalf of Creditor MICHAEL  GREEN apatten@ppbglaw.com,
        andypatten88@gmail.com;apatten-ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
        JAMES A PATTEN    on behalf of Creditor JO ANN  KNOPP apatten@ppbglaw.com,
        andypatten88@gmail.com;apatten-ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
        JAMES A PATTEN    on behalf of Interested Party PAUL  WARREN apatten@ppbglaw.com,
        andypatten88@gmail.com;apatten-ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
        JAMES A PATTEN    on behalf of Creditor WALT  MORRIS apatten@ppbglaw.com,
        andypatten88@gmail.com;apatten-ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
        JAMES A PATTEN    on behalf of Creditor   ESTATE OF RUSSELL MONACO apatten@ppbglaw.com,
        andypatten88@gmail.com;apatten-ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
        JAMES A PATTEN    on behalf of Spec. Counsel JAMES A. PATTEN apatten@ppbglaw.com,
        andypatten88@gmail.com;apatten-ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
        JAMES A PATTEN    on behalf of Creditor HARRY ALLEN KNOPP apatten@ppbglaw.com,
        andypatten88@gmail.com;apatten-ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
        JAMES A PATTEN    on behalf of Creditor HARLEY  MORRELL apatten@ppbglaw.com,
        andypatten88@gmail.com;apatten-ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          JAMES A PATTEN    on behalf of Creditor BEVERLEY  CURTIS apatten@ppbglaw.com,
          andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
          JAMES H. COSSITT   on behalf of Defendant JOHN HENRY SCHNEIDER jhc@cossittlaw.com,
          cossittlaw@gmail.com;staff@cossittlaw.com
          JAMES H. COSSITT   on behalf of Debtor JOHN HENRY SCHNEIDER jhc@cossittlaw.com,
          cossittlaw@gmail.com;staff@cossittlaw.com
          JASON  HOLDEN   on behalf of Defendant   MEDPORT, LLC jholden@faureholden.com
          JEFFERY A. HUNNES   on behalf of Creditor   ONI Realty Investors, LLC jhunnes@ghrlawfirm.com,
          klgeck@ghrlawfirm.com
          JEFFREY J TIERNEY   on behalf of Trustee JOSEPH V. WOMACK jtierney@goetzlawfirm.com
          JEFFREY J TIERNEY   on behalf of Plaintiff JOSEPH V. WOMACK jtierney@goetzlawfirm.com
          JEFFREY J TIERNEY   on behalf of Attorney   GOETZ, BALDWIN & GEDDES P.C. jtierney@goetzlawfirm.com
          JOSEPH  SOUEIDI   on behalf of Creditor   MERIDIAN SURGICAL PARTNERS, LLC AND MERIDIAN SURGICAL
          PARTNERS-MONTANA, LLC Joe.Soueidi@moultonbellingham.com
          JOSEPH V. WOMACK   on behalf of Plaintiff JOSEPH V. WOMACK jwomack@jvwlaw.com,
          jwomack@ecf.epiqsystems.com;llund@jvwlaw.com;creynolds@jvwlaw.com
          JOSEPH V. WOMACK    jwomack@jvwlaw.com,
          mt40@ecfcbis.com;vtiry@jvwlaw.com;llund@jvwlaw.com;mfarrar@jvwlaw.com
          JOSEPH V. WOMACK   on behalf of Trustee JOSEPH V. WOMACK jwomack@jvwlaw.com,
          mt40@ecfcbis.com;vtiry@jvwlaw.com;llund@jvwlaw.com;mfarrar@jvwlaw.com
          KATIE ROSE RANTA   on behalf of Defendant   MEDPORT, LLC kranta@faureholden.com
          KEITH A. JONES   on behalf of Creditor   MONTANA DEPARTMENT OF REVENUE kjones@mt.gov,
          kimdavis@mt.gov;mgohn@mt.gov;elizabethroberts@mt.gov;tomfox@mt.gov;tiacorwin@mt.gov
          LAURA T MYERS   on behalf of Creditor   ONI Realty Investors, LLC LMYERS@GHRLAWFIRM.COM
          LAURENCE STINSON   on behalf of Creditor   EMERY, WINZENRIED  & BIG HORN BASIN BONE AND JOINT,
          LLC laurence@stinsonlawyers.com,  robin@stinsonlawyers.com
          MARK D. PARKER   on behalf of Defendant   Michelle R. Schneider, as Trustee of the Caitlin
          Schneider Benefit Trust, Dated March 30, 2012 markdparker@parker-law.com,  dawn@parker-law.com
          MARK D. PARKER   on behalf of Defendant   SCHNEIDER MANAGEMENT, LLC markdparker@parker-law.com,
          dawn@parker-law.com
          MARK D. PARKER   on behalf of Defendant MICHELLE  SCHNEIDER markdparker@parker-law.com,
          dawn@parker-law.com
          MARK D. PARKER   on behalf of Defendant   SCHNEIDER LIMITED PARTNERSHIP
          markdparker@parker-law.com,  dawn@parker-law.com
          MARK D. PARKER   on behalf of Defendant   Michelle R. Schneider, as Trustee of the Brandon
          Schneider Benefit Trust, Dated March 30, 2012 markdparker@parker-law.com,  dawn@parker-law.com
          MARK D. PARKER   on behalf of Defendant   Michelle R. Schneider, as Trustee of the Michelle
          Schneider Revocable Trust, Dated November 20, 2007 markdparker@parker-law.com,
          dawn@parker-law.com
          MARK D. PARKER   on behalf of Defendant   Michelle R. Schneider, as Trustee of the Shannon
          Schneider Benefit Trust, Dated March 30, 2012 markdparker@parker-law.com,  dawn@parker-law.com
          OFFICE OF THE U.S. TRUSTEE    ustpregion18.gf.ecf@usdoj.gov
          STEVEN M JOHNSON   on behalf of Defendant KATHLEEN T BURROWS sjohnson@chjw.com,
          llee@chjw.com;lphillips@chjw.com
          STEVEN M JOHNSON   on behalf of Interested Party KATHLEEN T BURROWS sjohnson@chjw.com,
          llee@chjw.com;lphillips@chjw.com
          TANIS M HOLM   on behalf of Creditor   Wyoming Board of Medicine tholm@cristlaw.com
          TRENT M. GARDNER   on behalf of Plaintiff JOSEPH V. WOMACK tgardner@goetzlawfirm.com,
          KarenDSa@goetzlawfirm.com;slarson@goetzlawfirm.com;kkolstad@goetzlawfirm.com
          TRENT M. GARDNER   on behalf of Trustee JOSEPH V. WOMACK tgardner@goetzlawfirm.com,
          KarenDSa@goetzlawfirm.com;slarson@goetzlawfirm.com;kkolstad@goetzlawfirm.com
          TRENT M. GARDNER   on behalf of Attorney   GOETZ, BALDWIN & GEDDES P.C. tgardner@goetzlawfirm.com,
          KarenDSa@goetzlawfirm.com;slarson@goetzlawfirm.com;kkolstad@goetzlawfirm.com
                                                                                       TOTAL: 49