UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**JOHN HENRY SCHNEIDER**,

Debtor.

Case No. **14-61357-7**

# O R D E R

At Butte in said District this 24th day of May, 2016.

In this Chapter 7 bankruptcy, after due notice, the Court held a hearing on May 24, 2016, in Billings on the Debtor and the Trustee's Objections to Proof of Claim No. 23 filed by Sherri and Larry Rasmussen. The Trustee seeks disallowance of Proof of Claim No. 23 arguing Sherri and Larry Rasmussen filed their proof of claim for $0.00, and that the face of the claim cites the basis as "contingent claim for medical malpractice; suit pending in District Court, Fifth Judicial District, Wyoming" and "Third party claim for bad faith, Unfair Trade Practice Act." Similarly, Debtor's counsel argues that Proof of Claim No. 23 should be denied because the claim is contingent, unliquidated and overstated. Debtor's counsel also argues that Sherri and Larry Rasmussen's claim is a contingent medical malpractice claim based upon facts that are in dispute.

In accordance with Mont. LBR 3007-2 and Mont. LBF 28, and the decisions by the Ninth Circuit Bankruptcy Appellate Panel in *In re Heath*, 331 B.R. 424 (9th Cir. BAP 2005), *In re Campbell*, 336 B.R. 430 (9th Cir. BAP 2005), and *In re Wylie*, 349 B.R. 204 (9th Cir. BAP

1

2006), both the Trustee and Debtor properly noticed the matter for hearing giving Sherri and Larry Rasmussen at least 30 days notice of the pending hearing as required by Fed. R. Bankr. P. 3007.  The Chapter 7 Trustee, Joseph V. Womack of Billings, Montana, appeared at the hearing as did Debtor with his counsel of record, James Cossitt of Kalispell, Montana.  Neither the Trustee nor Debtor received any response to their Objections by Sherri or Larry Rasmussen, and no appearance was made at the hearing by or on behalf of Sherri and Larry Rasmussen  The Court deems Sherri and Larry Rasmussen's failure to respond an admission by Sherri and Larry Rasmussen and/or their counsel that the averments set forth in the pending Objections are well taken and that the Objections should be sustained.  Accordingly,

    IT IS ORDERED that Debtor's Objection to Proof of Claim No. 23 filed by Sherri and Larry Rasmussen is SUSTAINED; the Trustee's Objection to Proof of Claim No. 23 filed by Sherri and Larry Rasmussen is SUSTAINED; and the allowance of Proof of Claim No. 23 is DENIED.

    BY THE COURT

*/s/ Ralph B. Kirscher*
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana

2

2:14-bk-61357-JDP   Doc#: 410   Filed: 05/26/16   Page 2 of 4

United States Bankruptcy Court
District of Montana

In re:  
JOHN HENRY SCHNEIDER  
    Debtor

Case No. 14-61357-RBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0977-2     User: mmp     Page 1 of 2     Date Rcvd: May 24, 2016  
                  Form ID: pdfosoc     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2016.
```
db              #+JOHN HENRY SCHNEIDER,    3611 TOMMY ARMOUR CIRCLE,    BILLINGS, MT 59106-1014
1185623          +Sherri and Larry Rasmussen,    Wind River Law Center, P.C.,    202 S. 6th East,
                   Riverton, WY 82501-4434
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2016          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2016 at the address(es) listed below:
```
          AMANDA L. MYERS    on behalf of Creditor    MONTANA DEPARTMENT OF REVENUE amyers@mt.gov
          BENJAMIN P HURSH    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION
           bhursh@crowleyfleck.com,   dhanninen@crowleyfleck.com
          BRADLEY   SWEAT    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION
           bsweat@crowleyfleck.com,   phall@crowleyfleck.com
          DOUG   JAMES    on behalf of Creditor    MERIDIAN SURGICAL PARTNERS, LLC AND MERIDIAN SURGICAL
           PARTNERS-MONTANA, LLC doug.james@moultonbellingham.com,   Janet.McMurphy@moultonbellingham.com
          ERIC EDWARD NORD    on behalf of Creditor    Wyoming Board of Medicine enord@cristlaw.com,
           fedfile@cristlaw.com;tstephens@cristlaw.com
          HAROLD V DYE    on behalf of Interested Party JOHN HENRY SCHNEIDER hdye@dyemoelaw.com,
           ama@dyemoelaw.com;ECFdyemoelaw@gmail.com
          JAMES A PATTEN    on behalf of Interested Party DIANA  RHODES apatten@ppbglaw.com,
           andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
          JAMES A PATTEN    on behalf of Creditor MARY   WILKINSON apatten@ppbglaw.com,
           andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
          JAMES A PATTEN    on behalf of Creditor SCHERRY   LEE apatten@ppbglaw.com,
           andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
          JAMES A PATTEN    on behalf of Creditor ANNETTE   THOMAS apatten@ppbglaw.com,
           andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
          JAMES A PATTEN    on behalf of Interested Party JON   MOYERS apatten@ppbglaw.com,
           andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
          JAMES A PATTEN    on behalf of Creditor MICHAEL   GREEN apatten@ppbglaw.com,
           andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
          JAMES A PATTEN    on behalf of Creditor JO ANN   KNOPP apatten@ppbglaw.com,
           andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
          JAMES A PATTEN    on behalf of Interested Party PAUL   WARREN apatten@ppbglaw.com,
           andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
          JAMES A PATTEN    on behalf of Creditor WALT   MORRIS apatten@ppbglaw.com,
           andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
          JAMES A PATTEN    on behalf of Creditor    ESTATE OF RUSSELL MONACO apatten@ppbglaw.com,
           andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
          JAMES A PATTEN    on behalf of Spec. Counsel JAMES A. PATTEN apatten@ppbglaw.com,
           andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
          JAMES A PATTEN    on behalf of Creditor HARRY ALLEN KNOPP apatten@ppbglaw.com,
           andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
```

```
District/off: 0977-2         User: mmp              Page 2 of 2            Date Rcvd: May 24, 2016
                             Form ID: pdfosoc       Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    JAMES A PATTEN    on behalf of Creditor HARLEY  MORRELL apatten@ppbglaw.com,
     andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
    JAMES A PATTEN    on behalf of Creditor BEVERLEY  CURTIS apatten@ppbglaw.com,
     andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
    JAMES H. COSSITT    on behalf of Defendant JOHN HENRY SCHNEIDER jhc@cossittlaw.com,
     cossittlaw@gmail.com;staff@cossittlaw.com
    JAMES H. COSSITT    on behalf of Debtor JOHN HENRY SCHNEIDER jhc@cossittlaw.com,
     cossittlaw@gmail.com;staff@cossittlaw.com
    JASON  HOLDEN    on behalf of Defendant    MEDPORT, LLC jholden@faureholden.com
    JEFFERY A. HUNNES    on behalf of Creditor   ONI Realty Investors, LLC jhunnes@ghrlawfirm.com,
     klgeck@ghrlawfirm.com
    JEFFREY J TIERNEY    on behalf of Trustee JOSEPH V. WOMACK jtierney@goetzlawfirm.com
    JEFFREY J TIERNEY    on behalf of Plaintiff JOSEPH V. WOMACK jtierney@goetzlawfirm.com
    JEFFREY J TIERNEY    on behalf of Attorney    GOETZ, BALDWIN & GEDDES P.C. jtierney@goetzlawfirm.com
    JOSEPH  SOUEIDI    on behalf of Creditor    MERIDIAN SURGICAL PARTNERS, LLC AND MERIDIAN SURGICAL
     PARTNERS-MONTANA, LLC Joe.Soueidi@moultonbellingham.com
    JOSEPH V. WOMACK    on behalf of Plaintiff JOSEPH V. WOMACK jwomack@jvwlaw.com,
     jwomack@ecf.epiqsystems.com;llund@jvwlaw.com;creynolds@jvwlaw.com
    JOSEPH V. WOMACK     jwomack@jvwlaw.com,
     mt40@ecfcbis.com;vtiry@jvwlaw.com;llund@jvwlaw.com;mfarrar@jvwlaw.com
    JOSEPH V. WOMACK    on behalf of Trustee JOSEPH V. WOMACK jwomack@jvwlaw.com,
     mt40@ecfcbis.com;vtiry@jvwlaw.com;llund@jvwlaw.com;mfarrar@jvwlaw.com
    KATIE ROSE RANTA    on behalf of Defendant    MEDPORT, LLC kranta@faureholden.com
    KEITH A. JONES    on behalf of Creditor    MONTANA DEPARTMENT OF REVENUE kjones@mt.gov,
     kimdavis@mt.gov;mgohn@mt.gov;elizabethroberts@mt.gov;tomfox@mt.gov;tiacorwin@mt.gov
    LAURA T MYERS    on behalf of Creditor   ONI Realty Investors, LLC LMYERS@GHRLAWFIRM.COM
    LAURENCE  STINSON    on behalf of Creditor    EMERY, WINZENRIED  & BIG HORN BASIN BONE AND JOINT,
     LLC laurence@stinsonlawyers.com,  robin@stinsonlawyers.com
    MARK D. PARKER    on behalf of Defendant    Michelle R. Schneider, as Trustee of the Caitlin
     Schneider Benefit Trust, Dated March 30, 2012 markdparker@parker-law.com,  dawn@parker-law.com
    MARK D. PARKER    on behalf of Defendant    SCHNEIDER MANAGEMENT, LLC markdparker@parker-law.com,
     dawn@parker-law.com
    MARK D. PARKER    on behalf of Defendant MICHELLE  SCHNEIDER markdparker@parker-law.com,
     dawn@parker-law.com
    MARK D. PARKER    on behalf of Defendant    SCHNEIDER LIMITED PARTNERSHIP
     markdparker@parker-law.com,  dawn@parker-law.com
    MARK D. PARKER    on behalf of Defendant    Michelle R. Schneider, as Trustee of the Brandon
     Schneider Benefit Trust, Dated March 30, 2012 markdparker@parker-law.com,  dawn@parker-law.com
    MARK D. PARKER    on behalf of Defendant    Michelle R. Schneider, as Trustee of the Michelle
     Schneider Revocable Trust, Dated November 20, 2007 markdparker@parker-law.com,
     dawn@parker-law.com
    MARK D. PARKER    on behalf of Defendant    Michelle R. Schneider, as Trustee of the Shannon
     Schneider Benefit Trust, dated March 30, 2012 markdparker@parker-law.com,  dawn@parker-law.com
    OFFICE OF THE U.S. TRUSTEE     ustpregion18.gf.ecf@usdoj.gov
    STEVEN M JOHNSON    on behalf of Defendant KATHLEEN T BURROWS sjohnson@chjw.com,
     llee@chjw.com;lphillips@chjw.com
    STEVEN M JOHNSON    on behalf of Interested Party KATHLEEN T BURROWS sjohnson@chjw.com,
     llee@chjw.com;lphillips@chjw.com
    TANIS M HOLM    on behalf of Creditor    Wyoming Board of Medicine tholm@cristlaw.com
    TRENT M. GARDNER    on behalf of Plaintiff JOSEPH V. WOMACK tgardner@goetzlawfirm.com,
     KarenDSa@goetzlawfirm.com;slarson@goetzlawfirm.com;kkolstad@goetzlawfirm.com
    TRENT M. GARDNER    on behalf of Trustee JOSEPH V. WOMACK tgardner@goetzlawfirm.com,
     KarenDSa@goetzlawfirm.com;slarson@goetzlawfirm.com;kkolstad@goetzlawfirm.com
    TRENT M. GARDNER    on behalf of Attorney    GOETZ, BALDWIN & GEDDES P.C. tgardner@goetzlawfirm.com,
     KarenDSa@goetzlawfirm.com;slarson@goetzlawfirm.com;kkolstad@goetzlawfirm.com
                                                                                             TOTAL: 49

```
2:14-bk-61357-JDP   Doc#: 410   Filed: 05/26/16   Page 4 of 4
```