UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**JOHN HENRY SCHNEIDER**,

Debtor.

Case No. **14-61357-7**

# O R D E R

At Butte in said District this 24th day of May, 2016.

In this Chapter 7 bankruptcy, after due notice, the Court held a hearing on May 24, 2016, in Billings on the Debtor's Objection to Proof of Claim No. 24 filed by Mr. and Mrs. Richard Kent. Debtor seeks disallowance of Proof of Claim No. 24 because the claim is contingent, unliquidated and overstated. Debtor's counsel also argues that Mr. and Mrs. Richard Kent have no claim against Debtor, Debtor has no record of any claim by Mr. and Mrs. Richard Kent for medical malpractice or negligence and Mr. and Mrs. Richard Kent have not supplied any evidence that they have a valid claim against Debtor.

In accordance with Mont. LBR 3007-2 and Mont. LBF 28, and the decisions by the Ninth Circuit Bankruptcy Appellate Panel in *In re Heath*, 331 B.R. 424 (9th Cir. BAP 2005), *In re Campbell*, 336 B.R. 430 (9th Cir. BAP 2005), and *In re Wylie*, 349 B.R. 204 (9th Cir. BAP 2006), Debtor's counsel properly noticed the matter for hearing giving Mr. and Mrs. Richard Kent at least 30 days notice of the pending hearing as required by Fed. R. Bankr. P. 3007. Debtor appeared at the hearing with his counsel of record, James Cossitt of Kalispell, Montana.

1

Debtor has not received any response to his Objection by Mr. and Mrs. Richard Kent, and no appearance was made at the hearing by or on behalf of Mr. and Mrs. Richard Kent. The Court deems Mr. and Mrs. Richard Kent's failure to respond an admission by Mr. and Mrs. Richard Kent and/or their counsel that the averments set forth in Debtor's Objection are well taken and that the Objection should be sustained. Accordingly,

IT IS ORDERED that Debtor's Objection to Proof of Claim No. 24 filed by Mr. and Mrs. Richard Kent is SUSTAINED; and the allowance of Proof of Claim No. 24 is DENIED.

BY THE COURT

*Ralph B. Kirscher*
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana

# CERTIFICATE OF NOTICE

District/off: 0977-2        User: mmp              Page 1 of 2             Date Rcvd: May 24, 2016
                            Form ID: pdfosoc       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2016.
db              #+JOHN HENRY SCHNEIDER,    3611 TOMMY ARMOUR CIRCLE,    BILLINGS, MT 59106-1014
1185624          +Mr. and Mrs. Richard Kent,    Collin Hopkins Attorney,    705 East Washington,
                   Riverton, WY 82501-4452

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2016                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2016 at the address(es) listed below:
              AMANDA L. MYERS    on behalf of Creditor    MONTANA DEPARTMENT OF REVENUE amyers@mt.gov
              BENJAMIN P HURSH    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION
               bhursh@crowleyfleck.com,   dhanninen@crowleyfleck.com
              BRADLEY   SWEAT    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION
               bsweat@crowleyfleck.com,   phall@crowleyfleck.com
              DOUG   JAMES    on behalf of Creditor    MERIDIAN SURGICAL PARTNERS, LLC AND MERIDIAN SURGICAL
               PARTNERS-MONTANA, LLC doug.james@moultonbellingham.com,   Janet.McMurphy@moultonbellingham.com
              ERIC EDWARD NORD    on behalf of Creditor    Wyoming Board of Medicine enord@cristlaw.com,
               fedfile@cristlaw.com;tstephens@cristlaw.com
              HAROLD V DYE    on behalf of Interested Party JOHN HENRY SCHNEIDER hdye@dyemoelaw.com,
               ama@dyemoelaw.com;ECFdyemoelaw@gmail.com
              JAMES A PATTEN    on behalf of Interested Party DIANA   RHODES apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN    on behalf of Creditor MARY   WILKINSON apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN    on behalf of Creditor SCHERRY   LEE apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN    on behalf of Creditor ANNETTE   THOMAS apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN    on behalf of Interested Party JON   MOYERS apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN    on behalf of Creditor MICHAEL   GREEN apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN    on behalf of Creditor JO ANN   KNOPP apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN    on behalf of Interested Party PAUL   WARREN apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN    on behalf of Creditor WALT   MORRIS apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN    on behalf of Creditor    ESTATE OF RUSSELL MONACO apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN    on behalf of Spec. Counsel JAMES A. PATTEN apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN    on behalf of Creditor HARRY ALLEN KNOPP apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              JAMES A PATTEN    on behalf of Creditor HARLEY   MORRELL apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES A PATTEN    on behalf of Creditor BEVERLEY   CURTIS apatten@ppbglaw.com,
               andypatten88@gmail.com;apatten@ecf.inforuptcy.com;Apatten-ecf@ppbglaw.com;brobertson@ppbglaw.com
              JAMES H. COSSITT    on behalf of Defendant JOHN HENRY SCHNEIDER jhc@cossittlaw.com,
               cossittlaw@gmail.com;staff@cossittlaw.com
              JAMES H. COSSITT    on behalf of Debtor JOHN HENRY SCHNEIDER jhc@cossittlaw.com,
               cossittlaw@gmail.com;staff@cossittlaw.com
              JASON  HOLDEN    on behalf of Defendant    MEDPORT, LLC jholden@faureholden.com
              JEFFERY A. HUNNES    on behalf of Creditor    ONI Realty Investors, LLC jhunnes@ghrlawfirm.com,
               klgeck@ghrlawfirm.com
              JEFFREY J TIERNEY    on behalf of Trustee JOSEPH V. WOMACK jtierney@goetzlawfirm.com
              JEFFREY J TIERNEY    on behalf of Plaintiff JOSEPH V. WOMACK jtierney@goetzlawfirm.com
              JEFFREY J TIERNEY    on behalf of Attorney    GOETZ, BALDWIN & GEDDES P.C. jtierney@goetzlawfirm.com
              JOSEPH  SOUEIDI    on behalf of Creditor    MERIDIAN SURGICAL PARTNERS, LLC AND MERIDIAN SURGICAL
               PARTNERS-MONTANA, LLC Joe.Soueidi@moultonbellingham.com
              JOSEPH V. WOMACK    on behalf of Plaintiff JOSEPH V. WOMACK jwomack@jvwlaw.com,
               jwomack@ecf.epiqsystems.com;llund@jvwlaw.com;creynolds@jvwlaw.com
              JOSEPH V. WOMACK    jwomack@jvwlaw.com,
               mt40@ecfcbis.com;vtiry@jvwlaw.com;llund@jvwlaw.com;mfarrar@jvwlaw.com
              JOSEPH V. WOMACK    on behalf of Trustee JOSEPH V. WOMACK jwomack@jvwlaw.com,
               mt40@ecfcbis.com;vtiry@jvwlaw.com;llund@jvwlaw.com;mfarrar@jvwlaw.com
              KATIE ROSE RANTA    on behalf of Defendant    MEDPORT, LLC kranta@faureholden.com
              KEITH A. JONES    on behalf of Creditor    MONTANA DEPARTMENT OF REVENUE kjones@mt.gov,
               kimdavis@mt.gov;mgohn@mt.gov;elizabethroberts@mt.gov;tomfox@mt.gov;tiacorwin@mt.gov
              LAURA T MYERS    on behalf of Creditor    ONI Realty Investors, LLC LMYERS@GHRLAWFIRM.COM
              LAURENCE  STINSON    on behalf of Creditor    EMERY, WINZENRIED  & BIG HORN BASIN BONE AND JOINT,
               LLC laurence@stinsonlawyers.com,   robin@stinsonlawyers.com
              MARK D. PARKER    on behalf of Defendant    Michelle R. Schneider, as Trustee of the Caitlin
               Schneider Benefit Trust, Dated March 30, 2012 markdparker@parker-law.com,   dawn@parker-law.com
              MARK D. PARKER    on behalf of Defendant    SCHNEIDER MANAGEMENT, LLC markdparker@parker-law.com,
               dawn@parker-law.com
              MARK D. PARKER    on behalf of Defendant MICHELLE   SCHNEIDER markdparker@parker-law.com,
               dawn@parker-law.com
              MARK D. PARKER    on behalf of Defendant    SCHNEIDER LIMITED PARTNERSHIP
               markdparker@parker-law.com,   dawn@parker-law.com
              MARK D. PARKER    on behalf of Defendant    Michelle R. Schneider, as Trustee of the Brandon
               Schneider Benefit Trust, Dated March 30, 2012 markdparker@parker-law.com,   dawn@parker-law.com
              MARK D. PARKER    on behalf of Defendant    Michelle R. Schneider, as Trustee of the Michelle
               Schneider Revocable Trust, Dated November 20, 2007 markdparker@parker-law.com,
               dawn@parker-law.com
              MARK D. PARKER    on behalf of Defendant    Michelle R. Schneider, as Trustee of the Shannon
               Schneider Benefit Trust, dated March 30, 2012 markdparker@parker-law.com,   dawn@parker-law.com
              OFFICE OF THE U.S. TRUSTEE     ustpregion18.gf.ecf@usdoj.gov
              STEVEN M JOHNSON    on behalf of Defendant KATHLEEN T BURROWS sjohnson@chjw.com,
               llee@chjw.com;lphillips@chjw.com
              STEVEN M JOHNSON    on behalf of Interested Party KATHLEEN T BURROWS sjohnson@chjw.com,
               llee@chjw.com;lphillips@chjw.com
              TANIS M HOLM    on behalf of Creditor    Wyoming Board of Medicine tholm@cristlaw.com
              TRENT M. GARDNER    on behalf of Plaintiff JOSEPH V. WOMACK tgardner@goetzlawfirm.com,
               KarenDSa@goetzlawfirm.com;slarson@goetzlawfirm.com;kkolstad@goetzlawfirm.com
              TRENT M. GARDNER    on behalf of Trustee JOSEPH V. WOMACK tgardner@goetzlawfirm.com,
               KarenDSa@goetzlawfirm.com;slarson@goetzlawfirm.com;kkolstad@goetzlawfirm.com
              TRENT M. GARDNER    on behalf of Attorney    GOETZ, BALDWIN & GEDDES P.C. tgardner@goetzlawfirm.com,
               KarenDSa@goetzlawfirm.com;slarson@goetzlawfirm.com;kkolstad@goetzlawfirm.com
                                                                                             TOTAL: 49