UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**JOHN HENRY SCHNEIDER**,

Debtor.

Case No. **14-61357-7**

# O R D E R

At Butte in said District this 27th day of May, 2016.

In this Chapter 7 bankruptcy, Joseph V. Womack, as Trustee of the Chapter 7 bankruptcy estate of John Henry Schneider and Meridian Surgical Partners – Montana, LLC and Meridian Surgical Partners, LLC entered into a "Settlement Agreement and Release." The Trustee, in a Rule 9019(a) Motion to Approve Compromise and Settlement filed May 19, 2016, seeks approval of the aforementioned Settlement Agreement and Release. In deciding whether to approve the Trustee's Settlement Agreement and Release with Meridian Surgical Partners – Montana, LLC and Meridian Surgical Partners, LLC, the Court considers the factors articulated in *Martin v. Kane (In re A&C Properties)*, 784 F.2d 1377, 1381 (9th Cir. 1986):

> (a) the probability of success in the litigation; (b) the difficulties, if any, to be encountered in the matter of collection; (c) the complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it; and (d) the paramount interest of the creditors and a proper deference to their reasonable views in the premises.

As explained in *A & C Properties*:

> The purpose of a compromise agreement is to allow the trustee and the creditors to avoid the expenses and burdens associated with litigating sharply contested and dubious claims. The law favors compromise and not litigation for its own sake,

1

and as long as the bankruptcy court amply considered the various factors that determined the reasonableness of the compromise, the court's decision must be affirmed.

*Id*. at 1380-81 (citations omitted).  Considering all relevant factors, the Court finds that the parties' agreement is "fair and equitable" as required by *In re A&C Properties*.  Accordingly,

IT IS ORDERED that the Trustee's Rule 9019(a) Motion to Approve Compromise and Settlement filed May 19, 2016, is granted; the Settlement Agreement and Release between the Trustee and Meridian Surgical Partners – Montana, LLC and Meridian Surgical Partners, LLC dated May 18, 2016, is approved; and the Trustee and Meridian Surgical Partners – Montana, LLC and Meridian Surgical Partners, LLC shall henceforth be bound by and shall perform according to the terms and conditions of the approved Settlement Agreement and Release.

BY THE COURT

HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana