IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MONTANA

_____

In Re:                                          Case No. 14-61357

JOHN H. SCHNEIDER,

        Debtor.
_____


THE HON. RALPH B. KIRSCHER, presiding

PARTIAL TRANSCRIPT OF PROCEEDINGS

Billings, Montana
April 26, 2016


Transcript Services:

Jonny B. Nordhagen
Nordhagen Court Reporting
1734 Harrison Avenue
Butte, Montana
(406) 494-2083
qa@mtqa.net

Proceedings recorded by electronic recording;
transcript produced by reporting service.

I N D E X

WITNESS:                                                    PAGE:

MICHELLE SCHNEIDER:

    Direct Examination by Mr. Parker         . . .     4

```
 1                    SCHNEIDER BANKRUPTCY
 2                     BILLINGS, MONTANA
 3                          - - -
 4          BE IT REMEMBERED THAT this matter came on for
 5   hearing on April 26, 2016, in the United States Bankruptcy
 6   Court, District of Montana, The Hon. Ralph B. Kirscher,
 7   presiding:
 8
 9   The following proceedings were had:
10
11            THE COURT:  Next witness?
12            MR. PARKER:  Yes, Your Honor.  It may be a little
13   bit -- (inaudible.)
14            THE COURT:  Well, let me just double -- confirm
15   with Mr. Gardner.
16            Any further witnesses, Mr. Gardner?
17            MR. GARDNER:  I believe my -- the people who are
18   supporting this motion are going to call Dr. Schneider and
19   Michelle Schneider.  I was going to let them call them
20   instead of me.
21            THE COURT:  Okay.  Mr. Parker?
22            MR. PARKER:  Michelle Schneider calls Michelle
23   Schneider.
24            THE COURT:  Okay.  Ms. Schneider, if you could
25   come to the podium, please, to be sworn.
```

```
1           MICHELLE SCHNEIDER, WITNESS, SWORN
2                    DIRECT EXAMINATION
3    BY MR. PARKER:
4    Q.  Would you please state your name for the record,
5    please?
6    A.  Michelle Renee Schneider.
7    Q.  And where do you live now?
8    A.  California.
9    Q.  And are you a -- are you married to John Schneider?
10   A.  Yes.
11   Q.  How long have you been married?
12   A.  Twenty-five years in March.
13   Q.  And do you have any children?
14   A.  I have three.
15   Q.  And can you give the judge their first names and their
16   ages?
17            THE COURT:  You know, I'd just as soon not do the
18   names, even, the first names.
19   Q.  (By Mr. Parker)  Okay.  You have three children.  Can
20   you just give ages?
21   A.  Eighteen, twenty-one, twenty-two.
22   Q.  Are any living with you?
23   A.  Eighteen-year-old.
24   Q.  And during the course of your marriage to
25   Dr. Schneider, who was the major breadwinner?
```

```
 1    A.   My husband.
 2    Q.   And what did he do?
 3    A.   He was a neurosurgeon.
 4    Q.   And what did you do while he was practicing surgery?
 5    A.   I raised the children and ran the house and whatever
 6    was asked of me as far as -- I raised our children.
 7    Q.   Did you ever homeschool?
 8    A.   Absolutely, all three.
 9    Q.   And how did they do their post-scholastic life after
10    being homeschooled?
11    A.   Two are in college presently, and one has graduated
12    early, the 18-year-old, and she will entering college in
13    September.
14    Q.   Are you an RN?
15    A.   Yes, sir.
16    Q.   Are you in the position now to currently practice in
17    nursing, however?
18    A.   Yes.  I am currently trying to get my ACLS and PALS,
19    which is necessary enter a unit in a hospital.
20    Q.   During the course of your marriage, Dr. Schneider, can
21    you describe, because of his work, any extraordinary
22    impacts on family life that, I hate to say you endured but
23    were part of your life in terms of him -- like Target, for
24    example, at the Target store when he gets called?
25    A.   Oh, well, there were numerous times, well, because of
```

1   his work and because of his dedication to his work, we were
2   left at stores and I had to get home or he was -- he had to
3   quickly leave us in different situations in order to attend
4   to the, the emergencies that he had to attend to because he
5   was so dedicated and we were a partnership. I knew what
6   that entailed. And he had to go, and I was the responsible
7   party for our three children.
8   Q.  And during that time, do you have an opinion as to
9   whether or not Dr. Schneider would have been able to even
10  accumulate the wealth we have here if you wouldn't have
11  attended the home front?
12  A.  I think if you look at financial along with the
13  American dream as far as having children and a family, I
14  think it would have been totally impossible.
15      I think we were a partnership. I raised the children.
16  I would get up very early in the morning, send them to
17  school, offer them the love and nurturing that they needed.
18  If they went to school -- or if I stayed at home, I taught
19  them math, I taught them English, I taught them rules, I
20  made sure they ate correctly. I was responsible for their
21  nutrition, I was responsible for their exercise, I was
22  responsible for their faith.
23      The three children were my responsibility, and whatever
24  came with that in order to keep them safe.
25  Q.  Other than what attorneys and accountants have told you

1  over this last three or four years, do you have any really
2  knowledge about the accounting, the intricacies, the
3  businesses?
4  A.  No, I do not, because again, we were a partnership.
5  And early in our marriage, we knew -- it may be
6  old-fashioned, but we knew what my responsibilities were
7  going to be.  And that's why I stopped nursing, to take
8  care of our children.
9      And I knew what his --
10 Q.  When you say "nursing," practicing nursing?
11 A.  Practicing, yes, sir.  And I -- and it was very clear,
12 his responsibilities.  I trusted him, he trusted me, and
13 that's how he forged the success of, of what we did.
14         MR. PARKER:  That's all I have.
15         THE COURT:  Any cross-examination?
16         (No audible response.)
17         THE COURT:  It doesn't appear so.
18         You may step down.  Thank you.
19
20                   * * * * *

```
 1                    C E R T I F I C A T E

 2

 3        I certify that the foregoing is a correct transcript

 4    from the electronic recording of the proceedings in the

 5    above-entitled matter, all done to the best of my skill and

 6    ability.

 7

 8        _____          _____

 9        Jonny B. Nordhagen                         06/01/16

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

## 0

**06/01/16** [1] - 8:9

## 1

**14-61357** [1] - 1:4
**1734** [1] - 1:22
**18-year-old** [1] - 5:12

## 2

**2016** [2] - 1:13, 3:5
**26** [2] - 1:13, 3:5

## 4

**4** [1] - 2:4
**406** [1] - 1:23
**494-2083** [1] - 1:23

## A

**ability** [1] - 8:6
**able** [1] - 6:9
**above-entitled** [1] - 8:5
**absolutely** [1] - 5:8
**accountants** [1] - 6:25
**accounting** [1] - 7:2
**accumulate** [1] - 6:10
**ACLS** [1] - 5:18
**ages** [2] - 4:16, 4:20
**American** [1] - 6:13
**appear** [1] - 7:17
**April** [2] - 1:13, 3:5
**ate** [1] - 6:20
**attend** [2] - 6:3, 6:4
**attended** [1] - 6:11
**attorneys** [1] - 6:25
**audible** [1] - 7:16
**Avenue** [1] - 1:22

## B

**Bankruptcy** [1] - 3:5
**BANKRUPTCY** [2] - 1:1, 3:1
**BE** [1] - 3:4
**best** [1] - 8:5
**Billings** [1] - 1:13
**BILLINGS** [1] - 3:2
**bit** [1] - 3:13
**breadwinner** [1] - 4:25
**businesses** [1] - 7:3
**Butte** [1] - 1:23
**BY** [1] - 4:3

## C

**California** [1] - 4:8
**care** [1] - 7:8

**Case** [1] - 1:4
**certify** [1] - 8:3
**children** [9] - 4:13, 4:19, 5:5, 5:6, 6:7, 6:13, 6:15, 6:23, 7:8
**clear** [1] - 7:11
**college** [2] - 5:11, 5:12
**confirm** [1] - 3:14
**correct** [1] - 8:3
**correctly** [1] - 6:20
**course** [2] - 4:24, 5:20
**COURT** [8] - 1:1, 3:11, 3:14, 3:21, 3:24, 4:17, 7:15, 7:17
**Court** [2] - 1:22, 3:6
**cross** [1] - 7:15
**cross-examination** [1] - 7:15

## D

**debtor** [1] - 1:6
**dedicated** [1] - 6:5
**dedication** [1] - 6:1
**describe** [1] - 5:21
**different** [1] - 6:3
**DIRECT** [1] - 4:2
**Direct** [1] - 2:4
**District** [1] - 3:6
**DISTRICT** [1] - 1:2
**done** [1] - 8:5
**double** [1] - 3:14
**down** [1] - 7:18
**Dr** [4] - 3:18, 4:25, 5:20, 6:9
**dream** [1] - 6:13
**during** [3] - 4:24, 5:20, 6:8

## E

**early** [3] - 5:12, 6:16, 7:5
**eighteen** [2] - 4:21, 4:23
**eighteen-year-old** [1] - 4:23
**electronic** [2] - 1:25, 8:4
**emergencies** [1] - 6:4
**endured** [1] - 5:22
**English** [1] - 6:19
**entailed** [1] - 6:6
**enter** [1] - 5:19
**entering** [1] - 5:12
**entitled** [1] - 8:5
**examination** [1] - 7:15
**Examination** [1] - 2:4
**EXAMINATION** [1] - 4:2

**example** [1] - 5:24
**exercise** [1] - 6:21
**extraordinary** [1] - 5:21

## F

**faith** [1] - 6:22
**family** [2] - 5:22, 6:13
**far** [2] - 5:6, 6:13
**fashioned** [1] - 7:6
**financial** [1] - 6:12
**first** [2] - 4:15, 4:18
**five** [1] - 4:12
**following** [1] - 3:9
**FOR** [1] - 1:2
**foregoing** [1] - 8:3
**forged** [1] - 7:13
**four** [1] - 7:1
**front** [1] - 6:11

## G

**Gardner** [2] - 3:15, 3:16
**GARDNER** [1] - 3:17
**graduated** [1] - 5:11

## H

**Harrison** [1] - 1:22
**hate** [1] - 5:22
**hearing** [1] - 3:5
**home** [3] - 6:2, 6:11, 6:18
**homeschool** [1] - 5:7
**homeschooled** [1] - 5:10
**Hon** [1] - 3:6
**HON** [1] - 1:11
**Honor** [1] - 3:12
**hospital** [1] - 5:19
**house** [1] - 5:5
**husband** [1] - 5:1

## I

**impacts** [1] - 5:22
**impossible** [1] - 6:14
**IN** [1] - 1:1
**inaudible** [1] - 3:13
**instead** [1] - 3:20
**intricacies** [1] - 7:2
**IT** [1] - 3:4

## J

**John** [1] - 4:9
**JOHN** [1] - 1:5
**Jonny** [2] - 1:21, 8:9
**judge** [1] - 4:15

## K

**keep** [1] - 6:24
**KIRSCHER** [1] - 1:11
**Kirscher** [1] - 3:6
**knowledge** [1] - 7:2

## L

**last** [1] - 7:1
**leave** [1] - 6:3
**left** [1] - 6:2
**life** [3] - 5:9, 5:22, 5:23
**live** [1] - 4:7
**living** [1] - 4:22
**look** [1] - 6:12
**love** [1] - 6:17

## M

**major** [1] - 4:25
**March** [1] - 4:12
**marriage** [3] - 4:24, 5:20, 7:5
**married** [2] - 4:9, 4:11
**math** [1] - 6:19
**matter** [2] - 3:4, 8:5
**Michelle** [4] - 3:19, 3:22, 4:6
**MICHELLE** [2] - 2:3, 4:1
**MONTANA** [2] - 1:2, 3:2
**Montana** [3] - 1:13, 1:23, 3:6
**morning** [1] - 6:16
**motion** [1] - 3:18
**MR** [5] - 3:12, 3:17, 3:22, 4:3, 7:14

## N

**name** [1] - 4:4
**names** [3] - 4:15, 4:18
**necessary** [1] - 5:19
**needed** [1] - 6:17
**neurosurgeon** [1] - 5:3
**next** [1] - 3:11
**nordhagen** [1] - 1:21
**Nordhagen** [2] - 1:22, 8:9
**numerous** [1] - 5:25
**nursing** [4] - 5:17, 7:7, 7:10
**nurturing** [1] - 6:17
**nutrition** [1] - 6:21

## O

**OF** [2] - 1:2, 1:12

**offer** [1] - 6:17
**old** [2] - 4:23, 7:6
**old-fashioned** [1] - 7:6
**one** [2] - 4:21, 5:11
**opinion** [1] - 6:8
**order** [2] - 6:3, 6:24

## P

**PAGE** [1] - 2:2
**PALS** [1] - 5:18
**PARKER** [4] - 3:12, 3:22, 4:3, 7:14
**Parker** [2] - 2:4, 4:19
**parker** [1] - 3:21
**part** [1] - 5:23
**PARTIAL** [1] - 1:12
**partnership** [3] - 6:5, 6:15, 7:4
**party** [1] - 6:7
**people** [1] - 3:17
**podium** [1] - 3:25
**position** [1] - 5:16
**post** [1] - 5:9
**post-scholastic** [1] - 5:9
**practice** [1] - 5:16
**practicing** [3] - 5:4, 7:10, 7:11
**presently** [1] - 5:11
**presiding** [2] - 1:11, 3:7
**proceedings** [2] - 3:9, 8:4
**PROCEEDINGS** [1] - 1:12
**Proceedings** [1] - 1:25
**produced** [1] - 1:25

## Q

**qa@mtqa.net** [1] - 1:24
**quickly** [1] - 6:3

## R

**raised** [3] - 5:5, 5:6, 6:15
**Ralph** [1] - 3:6
**RALPH** [1] - 1:11
**ran** [1] - 5:5
**Re** [1] - 1:4
**really** [1] - 7:1
**record** [1] - 4:4
**recorded** [1] - 1:25
**recording** [2] - 1:25, 8:4

**REMEMBERED** [1] - 3:4
**Renee** [1] - 4:6
**Reporting** [1] - 1:22
**reporting** [1] - 1:25
**response** [1] - 7:16
**responsibilities** [2] - 7:6, 7:12
**responsibility** [1] - 6:23
**responsible** [4] - 6:6, 6:20, 6:21, 6:22
**RN** [1] - 5:14
**rules** [1] - 6:19

## S

**safe** [1] - 6:24
**Schneider** [10] - 3:18, 3:19, 3:22, 3:23, 3:24, 4:6, 4:9, 4:25, 5:20, 6:9
**SCHNEIDER** [4] - 1:5, 2:3, 3:1, 4:1
**scholastic** [1] - 5:9
**school** [2] - 6:17, 6:18
**send** [1] - 6:16
**September** [1] - 5:13
**service** [1] - 1:25
**Services** [1] - 1:20
**situations** [1] - 6:3
**skill** [1] - 8:5
**soon** [1] - 4:17
**state** [1] - 4:4
**STATES** [1] - 1:1
**States** [1] - 3:5
**stayed** [1] - 6:18
**step** [1] - 7:18
**stopped** [1] - 7:7
**store** [1] - 5:24
**stores** [1] - 6:2
**success** [1] - 7:13
**supporting** [1] - 3:18
**surgery** [1] - 5:4
**sworn** [1] - 3:25
**SWORN** [1] - 4:1

## T

**target** [2] - 5:23, 5:24
**taught** [3] - 6:18, 6:19
**terms** [1] - 5:23
**THAT** [1] - 3:4
**THE** [10] - 1:1, 1:2, 1:11, 3:11, 3:14, 3:21, 3:24, 4:17, 7:15, 7:17
**three** [6] - 4:14, 4:19, 5:8, 6:7, 6:23, 7:1
**totally** [1] - 6:14

**TRANSCRIPT** [1] - 1:12
**Transcript** [1] - 1:20
**transcript** [2] - 1:25, 8:3
**trusted** [2] - 7:12
**trying** [1] - 5:18
**twenty** [3] - 4:12, 4:21
**twenty-five** [1] - 4:12
**twenty-one** [1] - 4:21
**twenty-two** [1] - 4:21
**two** [2] - 4:21, 5:11

## U

**unit** [1] - 5:19
**United** [1] - 3:5
**UNITED** [1] - 1:1
**up** [1] - 6:16

## W

**wealth** [1] - 6:10
**WITNESS** [2] - 2:2, 4:1
**witness** [1] - 3:11
**witnesses** [1] - 3:16

## Y

**year** [1] - 4:23
**years** [2] - 4:12, 7:1