Joseph V. Womack
**Waller & Womack, P.C.**
Suite 805 US Bank Building
303 North Broadway
Billings, MT 59101
Telephone: (406) 252-7200
Fax: (406) 252-4266
Email: jwomack@jvwlaw.com
Attorney No. 2641

Attorney for Trustee

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MONTANA

In Re:

**SCHNEIDER, JOHN HENRY**

Debtor(s)

Case No. 14-61357-7

### MOTION FOR APPROVAL TO PAY ARBITRATOR AS ADMINISTRATIVE EXPENSE

**COMES NOW** Joseph V. Womack, Trustee, and moves the Court for an Order approving the payment of the arbitrator in the Meridian Arbitration and in support of this Motion states as follows:

1. Debtor herein filed a Chapter 7 bankruptcy petition on December 4, 2014.

2. Trustee and creditor Meridian Surgical Partners entered into an agreement settling the outstanding arbitration (See Docket Nos. 342 and 384).

3. In order to comply with the terms of the agreement, Debtor was dismissed from the arbitration as a party on June 11, 2016.

4. The Estate's allocated portion of the arbitrator fee is $132.75.

WHEREFORE, Trustee prays the Court enter its Order approving the payment of $132.75 to the American Arbitration Association in order to comply with the approved Stipulation with Meridian Surgical Partners, with such expense to be treated as an administrative expense of the Estate. Pursuant to Rule 2002(a)(6), notice of this application need not be given because the amount requested is less than $1,000.00

DATED this 22nd day of June, 2016.

                                            **WALLER & WOMACK, P.C.**

By: /s/ Joseph V. Womack
      Joseph V. Womack
      Ch. 7 Bankruptcy Trustee

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that on June 22, 2016, or as soon as possible thereafter, a copy of the foregoing, was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and that in addition service by mailing a true and correct copy, was sent first class mail, postage prepaid, to the following persons/entities who are not ECF registered users:

**Debtor:**
John Schneider
3611 Tommy Armour Circle
Billings, MT 59106

John Schneider
543 Camino de Orchidia
Encinitas, CA 92024

**Other Interested Parties:**
Creditor Mailing Matrix

By: /s/ Lynsey Lund
      Lynsey Lund
      Legal Asst. to Trustee