Joseph V. Womack
**Waller & Womack, P.C.**
Suite 805 US Bank Building
303 North Broadway
Billings, MT 59101
Telephone: (406) 252-7200
Fax: (406) 252-4266
Email: jwomack@jvwlaw.com
Attorney No. 2641

Attorney for Trustee

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| **In Re:**<br><br>**SCHNEIDER, JOHN HENRY**<br><br><br>**Debtor(s)** | **Case No. 14-61357-7** |

### TRUSTEE'S REPORT OF SALE OF WHISPERING WINDS RANCH

The undersigned Trustee provides this Report of Sale pursuant to Bankruptcy Rule 6004(f)(1).

After the giving of Notice as required by Bankruptcy Rules 2002(a)(2) and 6004(a), the Trustee sold the following described property of the Estate:

> That part of Farm Unit "M", according to the Farm Unit Plat, described as follows: T. 54 N., R. 100 W., 6th P.M., Park County, Wyoming Section 7: Lot 37; Section 18: Lot 28;
>
> That part of Farm Unit "M", according to the Farm Unit described as follows: T. 54 N., R. 101 W., 6th P.M., Park County, Wyoming, Section 12: Lots 7 and 9; Section 13: Lot 16.
>
> T.54N., R101W., 6th P.M., Park County, Wyoming, according to the records of the County Clerk and Recorder of Park County, State of Wyoming. Section 12: Lot 8.

More commonly known as: 1962 Lane 15, Powell, Wyoming.

Trustee attempted to sell the Property for approximately a year through a traditional listing with real estate broker Ted Harvey of Live Water Properties. When those efforts failed to result in a sale, Trustee proceeded with sale of the Property by online auction.

Pursuant to order approving the sale entered on August 2, 2017, (Docket No. 535), the property was sold to Rod and Stephanie Griffeth via online public auction. The final bid price was $1,050,000.00. Due to Buyers' delay in closing the sale of the property, taxes and expenses incurred by the estate were prorated as of October 16, 2017. The sale was closed on November 17, 2017. While a copy of the final settlement statement is attached as Exhibit A, below is a summary of the net result to the estate after consideration of the costs involved for the care and maintenance of the property.

| | | |
|---|---|---|
| Final Auction Price | | $1,050,000.00 |
| Proration of taxes | | $1,677.26 |
| Reimbursement of utilities paid by estate after 10/16/2017 | | $364.02 |
| Sales commissions to auctioneer and realtor | $52,500.00 | |
| Water charge due | $176.24 | |
| Property taxes owed | $38,684.29 | |
| Closing title and escrow costs | $2,918.25 | |
| Proceeds to estate from transaction | | $957,762.50 |
| Costs incurred for preservation of property[*] <br> *See reports for operating property as a business dockets from June 2016 through present | $120,249.86 | |
| Net proceeds for payment to creditors | | $837,512.64 |

**DATED** this 1st day of December, 2017.

                                                    **WALLER & WOMACK, P.C.**

By: /s/ Joseph V. Womack
      Joseph V. Womack
      Ch. 7 Bankruptcy Trustee

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify under penalty of perjury that on December 1, 2017, or as soon as possible thereafter, a copy of the foregoing was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/entities who are not ECF registered users:

**Debtor:**

John Schneider
1418 Foster Rd.
Iowa City, IA 52245

**Interested Parties:**
Creditor Mailing Matrix

By: /s/ Lynsey Ross
Lynsey Ross
Legal Asst. to Trustee