# Projected and Estimated Final Distribution

## Case:  14-61357-7   SCHNEIDER, JOHN HENRY

Report Includes ONLY Claims with a Proposed Distribution

**Total Proposed Payment:**  $1,022,367.94

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| EST | Est Costs to obtain necessary tax info for estate returns <br> <2200-00   Trustee Expenses> <br> **Claim Memo:**   costs of travel, mileage, court reporter | Admin Ch. 7 | 1,500.00 | 1,500.00 | 0.00 | 1,500.00 | 1,500.00 | 1,020,867.94 |
| EST | Estimated Costs of Sale for Harley <br> <3991-00   Other Professional Fees> | Admin Ch. 7 | 1,000.00 | 1,000.00 | 0.00 | 1,000.00 | 1,000.00 | 1,019,867.94 |
| EST | Estimated Trustee Fees <br> <2100-00   Trustee Compensation> | Admin Ch. 7 | 77,753.00 | 77,753.00 | 0.00 | 77,753.00 | 77,753.00 | 942,114.94 |
| EST | Estimated Trustee expenses incurred to date <br> <2200-00   Trustee Expenses> <br> **Claim Memo:**   and estimated costs through distribution | Admin Ch. 7 | 14,400.00 | 14,400.00 | 0.00 | 14,400.00 | 14,400.00 | 927,714.94 |
| EST | Estimated atty fees for Goetz Baldwin Geddes <br> <3210-00   Attorney for Trustee Fees (Other Firm)> <br> **Claim Memo:**   outstanding atty fees and costs for settlement and WWR sale | Admin Ch. 7 | 277,688.68 | 277,688.68 | 0.00 | 277,688.68 | 277,688.68 | 650,026.26 |
| EST | Estimated atty fees for Waller & Womack <br> <3110-00   Attorney for Trustee Fees (Trustee Firm)> <br> **Claim Memo:**   outstanding atty fees and costs for settlement and WWR sale | Admin Ch. 7 | 68,800.00 | 68,800.00 | 0.00 | 68,800.00 | 68,800.00 | 581,226.26 |
| EST | Estimated required accounting fees <br> <3410-00   Accountant for Trustee Fees (Other Firm)> | Admin Ch. 7 | 4,000.00 | 4,000.00 | 0.00 | 4,000.00 | 4,000.00 | 577,226.26 |
| COURT | US Bankruptcy Court <br> <2700-00   Clerk of the Court Costs (includes adversary and other filing fees)> <br> **Claim Memo:**   $350 filing fee for AP against Rod Griffeth re WWR contract | Admin Ch. 7 | 350.00 | 350.00 | 0.00 | 350.00 | 350.00 | 576,876.26 |
| 1 | STEPHEN KLINE <br> **Claim Memo:**   03/15/17 ok ll, legal fees | Unsecured | 2,823.91 | 2,823.91 | 0.00 | 2,823.91 | 222.95 | 576,653.31 |
| 4 | RON JUROVICH <br> **Claim Memo:**   03/15/17 ok ll, legal fees | Unsecured | 17,062.50 | 17,062.50 | 0.00 | 17,062.50 | 1,347.04 | 575,306.27 |
| 11 | STATE OF WYOMING BOARD OF MEDICINE <br> **Claim Memo:**   Allowed per Dkt 385 | Unsecured | 149,431.39 | 149,431.39 | 0.00 | 149,431.39 | 11,797.20 | 563,509.07 |
| 14 | MICHAEL GREEN <br> **Claim Memo:**   allowed dkt 403 <br> Obj 257 w/d per stip dkt 383, hrg dkt 385 <br> Obj 268 w/d per stip dkt 341 order at dkt 353 | Unsecured | 337,792.00 | 337,792.00 | 0.00 | 337,792.00 | 26,667.75 | 536,841.32 |
| 16 | ANNETTE THOMAS <br> **Claim Memo:**   allowed dkt 403 <br> Obj dkt 237 w/d per stip dkt 383, hrg dkt 385 <br> obj dkt 260 w/d per stip dkt 341order at dkt 353 | Unsecured | 1,000,000.00 | 1,000,000.00 | 0.00 | 1,000,000.00 | 78,947.25 | 457,894.07 |

EXHIBIT B

# Projected and Estimated Final Distribution

## Case:  14-61357-7  SCHNEIDER, JOHN HENRY

Report Includes ONLY Claims with a Proposed Distribution

**Case Balance:** $1,037,062.45    **Total Proposed Payment:** $1,022,367.94    **Remaining Balance:** $14,694.51

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 17 | HARLEY MORRELL | Unsecured | 300,000.00 | 300,000.00 | 0.00 | 300,000.00 | 23,684.18 | 434,209.89 |
|  | Claim Memo: allowed dkt 403, amnd Dkt 377 | | | | | | | |
|  | obj dkt 261 resolved stip DKt 366 appv dkt 377 | | | | | | | |
|  | obj dkt 274 w/d per stip dkt 383, hrg dkt 385 | | | | | | | |
| 18 | SCHERRY LEE | Unsecured | 1,000,000.00 | 1,000,000.00 | 0.00 | 1,000,000.00 | 78,947.25 | 355,262.64 |
|  | Claim Memo: allowed dkt 403 | | | | | | | |
|  | obj dkt 263 w/d per stip dkt 341 order at dkt 353 | | | | | | | |
|  | obj dkt 275 w/d per stip dkt 383, hrg dkt 385 | | | | | | | |
| 19 | BEVERLEY CURTIS | Unsecured | 1,500,000.00 | 1,500,000.00 | 0.00 | 1,500,000.00 | 118,420.88 | 236,841.76 |
|  | Claim Memo: allowed dkt 403 | | | | | | | |
|  | obj dkt 264 w/d per stip dkt 341 order at dkt 353 | | | | | | | |
|  | obj dkt 276 w/d per stip dkt 383, hrg dkt 385 | | | | | | | |
| 20 | HARRY ALLAN KNOPP AND JO ANN KNOPP | Unsecured | 1,000,000.00 | 1,000,000.00 | 0.00 | 1,000,000.00 | 78,947.25 | 157,894.51 |
|  | Claim Memo: allowed dkt 403 | | | | | | | |
|  | Obj dkt 265 w/d per stip dkt 341 order at dkt 353 | | | | | | | |
|  | obj dkt 277 w/d per stip dkt 383, hrg dkt 385 | | | | | | | |
| 21 | ESTATE OF RUSSELL MONACO | Unsecured | 2,000,000.00 | 2,000,000.00 | 0.00 | 2,000,000.00 | 157,894.51 | 0.00 |
|  | Claim Memo: allowed dkt 403 | | | | | | | |
|  | obj dkt 238 w/d per stip dkt 383, hrg dkt 385 | | | | | | | |
|  | obj dkt 267 w/d per stip dkt 341 order at dkt 353 | | | | | | | |
| | **Total for Case 14-61357-7 :** | | **$7,752,601.48** | **$7,752,601.48** | **$0.00** | **$7,752,601.48** | **$1,022,367.94** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $445,491.68 | $445,491.68 | $0.00 | $445,491.68 | 100.000000% |
| **Total Unsecured Claims :** | $7,307,109.80 | $7,307,109.80 | $0.00 | $576,876.26 | 7.894725% |