## Property Recovered Subject to 40% Contingency Fee

| Description of Matter/Asset | Total Recovery | Contingency | Compensation |
|---|---|---|---|
| Resolution of AP 15-00008, relating to the allegedly fraudulent transfer of the Molt Property. Motion and Order (Dkts #198, 202) | $75,000 | 40% | $30,000.00 |
| Assets recovered and liquidated from the resolution of AP 15-00015, seeking substantive consolidation of various entities and recovery of various fraudulent transfers. Motion and Order (Dkts # 340, 426): | | | |
|     Sale of the Billings House, Paragraph 2.a. of Settlement Agreement (Dkt #340-1) | $333,000.00 | 40% | $133,200.00 |
|     Monies from Goetz, Baldwin & Geddes P.C. Trust Account, Paragraph 2.f. of Settlement Agreement (Dkt #340-1) | $242,357.32 | 40% | $96,942.93 |

Total Recovery for First Application Period: $650,357.32
Total compensation requested for the First Application Period: $260,142.93.

| Description of Matter/Asset | Total Recovery | Contingency | Compensation |
|---|---|---|---|
| Assets recovered and liquidated from the resolution of AP 15-00015, seeking substantive consolidation of various entities and recovery of various fraudulent transfers. Motion and Order (Dkts # 340, 426): | | | |
|     Sale of the Whispering Winds, Ranch Paragraph 2.c-d of Settlement Agreement (Dkt #340-1) | $1,050,000.00 | 40% | $420,000.00 |
| Assets recovered and liquidated from the resolution of AP 17-00021-JDP, seeking damages for breach of the Settlement Agreement and other assets concealed by Debtor. | $60,000.00 | 40% | $24,000.00 |



EXHIBIT C

Total Recovery for Second Application Period: $1,110,000.00
Total compensation per terms of original employment agreement at 40%: $444,000.00.
Total compensation that will be requested with $100,000.00 reduction: $344,000.00