Goetz, Baldwin & Geddes, P.C.

|  | Trans Date | Amount |  |
|---|---|---|---|
| **Advances** | | | |
|  | 02/24/2015 | 31.89 | Westlaw, Online Research - January 2015 |
|  | 03/05/2015 | 27.40 | Scans & Copies - February 2015 |
|  | 03/17/2015 | 754.06 | Westlaw, Online Research - February 2015 |
|  | 03/25/2015 | 164.60 | Travel - Mileage - TMG, Billings 3/23/2015 |
|  | 03/30/2015 | 45.00 | WIP Services, LLC - Process Service |
|  | 03/30/2015 | 9.70 | Postage - March 2015 |
|  | 03/30/2015 | 85.20 | Scans & Copies - March 2015 |
|  | 04/02/2015 | 200.00 | Process Service of Wyoming, Inc. |
|  | 04/02/2015 | 350.00 | Adversary Proceeding Fee |
|  | 04/02/2015 | 25.00 | Court Fee |
|  | 04/09/2015 | 7.90 | Public Access to Court Electronic Records - 01/01/2015 - 03/31/2015 |
|  | 04/30/2015 | 1.44 | Postage - April 2015 |
|  | 04/30/2015 | 56.05 | Copies & Scans - April 2015 |
|  | 04/30/2015 | 269.43 | Westlaw, Online Research - April 2015 |
|  | 04/30/2015 | 1,116.37 | Westlaw, Online Research - March 2015 |
|  | 05/31/2015 | 52.69 | Postage - May 2015 |
|  | 05/31/2015 | 209.10 | Copies & Scans - May 2015 |
|  | 05/31/2015 | 590.22 | Westlaw, Online Research - May 2015 |
|  | 06/26/2015 | 145.00 | Fisher Video Conferencing Services - Creditors Meeting - Fisher Bozeman to Fisher Billings |
|  | 07/20/2015 | 690.50 | Park Avenue Deposition Service - Video-conference connection for Kathleen Burrows deposition |
|  | 07/22/2015 | 33.00 | San Diego County Assessor/Recorder/Clerk - Lis Pendens recording fee |
|  | 08/04/2015 | 598.95 | Charles Fisher Court Reporting, Inc. - Deposition of Kathleen Burrows 7/20/15 |
|  | 08/04/2015 | 362.50 | Fisher Video Conferencing Services-Video Conference of Kathleen Burrows Deposition 7/20/2015 |
|  | 08/05/2015 | 29.49 | Postage - July 2015 |
|  | 08/06/2015 | 96.50 | Scans & copies - July 2015 |
|  | 08/20/2015 | 247.20 | Westlaw, Online Research - July 2015 |
|  | 09/01/2015 | 2.38 | Postage - 8/1/2015 - 8/31/2015 |
|  | 09/01/2015 | 4.70 | Scans & Copies - August 2015 |
|  | 09/09/2015 | 505.00 | Videotek West - Videotaped Deposition of Kathleen Burrows 7/20/2015 |
|  | 10/01/2015 | 13.68 | Postage - September 2015 |

Goetz, Baldwin & Geddes, P.C.

|  | Trans Date | Amount |  |
|---|---|---:|---|
| **Advances** | | | |
| | 10/01/2015 | 76.60 | Scans & Copies - September 2015 |
| | 10/14/2015 | 164.60 | Travel - Mileage - TMG, Billings 9/29/2015 |
| | 10/16/2015 | 20.90 | Travel - Meals - TMG, Billings 9/29/2015 |
| | 10/21/2015 | 42.36 | Westlaw, Online Research - September 2015 |
| | 10/21/2015 | 2,297.00 | Western Sage CPA, PC - Copying Schneider information and publishing to portal |
| | 10/21/2015 | 4.10 | Public Access to Court Electronic Records - 7/1/2015 - 9/30/2015 |
| | 11/13/2015 | 17.40 | Scans & Copies - October 2015 |
| | 11/18/2015 | 329.47 | Westlaw, Online Research - October 2015 |
| | 12/03/2015 | 1.94 | Postage - November 2015 |
| | 12/03/2015 | 2.40 | Scans & Copies - November 2015 |
| | 01/05/2016 | 14.00 | Scans & Copies - December 2015 |
| | 01/05/2016 | 16.36 | Westlaw, Online Research - November 2015 |
| | 01/18/2016 | 449.97 | Westlaw, Online Research - December 2015 |
| | 01/21/2016 | 18.30 | Public Access to Court Electronic Records - 10/01/2015 - 12/31/2015 |
| | 02/03/2016 | 30.00 | Wells Fargo Bank - Wire Fee |
| | 02/19/2016 | 164.60 | Travel - Mileage - Billings |
| | 03/01/2016 | 112.24 | Scans & Copies - February 2016 |
| | 03/08/2016 | 322.86 | Travel - Lodging - JJT, Billings 2/18/16 |
| | 03/08/2016 | 16.35 | Travel - Meals - JJT, Billings 2/18/2016 |
| | 03/11/2016 | 57.50 | Travel - Meals - TMG, Billings 2/17/2016 |
| | 03/11/2016 | 322.86 | Travel - Lodging - TMG, Billings 2/18/2016 |
| | 03/11/2016 | 55.25 | Travel - Meals - TMG, Billings 2/18/2016 |
| | 03/16/2016 | 686.02 | Westlaw, Online Research - February 2016 |
| | 03/31/2016 | 275.00 | Barbara J. Batts, Inc., RMR, CRR - Copy of Rule 2004 Examination of Joseph V. Womack |
| | 04/04/2016 | 138.82 | Scans & Copies - March 2016 |
| | 04/04/2016 | 38.84 | Postage - March 2016 |
| | 04/20/2016 | 43.37 | Westlaw, Online Research - March 2016 |
| | 04/20/2016 | 154.58 | Travel - Mileage - Billings, TMG 3/21/2016 |
| | 05/03/2016 | 441.40 | Scans & Copies - April 2016 |
| | 05/16/2016 | 5.00 | Travel - Parking - TMG, Billings 4/26/2016 |
| | 05/16/2016 | 210.16 | Travel - Lodging - TMG, Billings 4/26/2016 |
| | 05/26/2016 | 154.58 | Travel - Mileage - TMG, Billings 4/26/2016 |
| | 06/01/2016 | 17.56 | Scans & Copies - May 2016 |
| | 06/01/2016 | 29.83 | Postage - May 2016 |
| | 06/28/2016 | 33.00 | San Diego County Assessor/Recorder/Clerk - Certified Copy & Recording Fee 6/23/2016 |

|  | Trans Date | Amount |  |
|---|---|---|---|
| **Advances** | | | |
| | 06/30/2016 | 21.91 | Postage - June 2013 |
| | 07/18/2016 | 28.17 | FedEx - To Suzanne Huber, 7/6/2016 |
| | 08/01/2016 | 1.36 | Postage - July 2016 |
| | 08/02/2016 | 2.60 | Scans & Copies - July 2016 |
| | 12/23/2016 | -13,544.21 | Payment - Costs |
| | 01/12/2017 | -30.00 | Refund Wiring Fee |
| | 06/30/2017 | 350.00 | Courts/USBC-MT |
| | 07/06/2017 | 5.50 | Scans & Copies - June 2017 |
| | 08/23/2017 | 112.43 | Westlaw, Online Research - July 2017 |
| | 08/23/2017 | 112.43 | Westlaw, Online Research - July 2017 |
| | 09/19/2017 | 614.78 | Westlaw, Online Research - August 2017 |
| | 10/02/2017 | 9.30 | Scans & Copies - September 2017 |
| | 10/02/2017 | 1.82 | Postage - September 2017 |
| | 10/13/2017 | 91.41 | Travel - Mileage - TMG, Butte 10/6/2017 |
| | 10/17/2017 | 86.36 | Westlaw, Online Research - September 2017 |
| | 10/24/2017 | 1.90 | Public Access To Court Electronic Records - 7/1/2017 to 9/30/2017 |
| | 11/01/2017 | 33.00 | Scans & Copies - October 2017 |
| | 12/04/2017 | 5.65 | Postage - November 2017 |
| | 12/04/2017 | 65.20 | Scans & Copies - November 2017 |

**Total for Advances**
  Billable  1,459.78

### GRAND TOTALS

  Billable  1,459.78