| BANKRUPTCY: | | | |
|---|---|---|---|
| John H. Schneider | | | |
| CASE NUMBER: | | | |
| 14-61357-7-RBK | | | |
| TRUSTEE: | | | |
| Joseph V. Womack | | | |

| DATE | TIME | NAME | DESCRIPTION |
|---|---|---|---|
| 12/18/2017 | .20 | SLF | Receive updated Form 1 and Form 2, for 2017 via e-mail from Trustee office. Printed and filed. Requested closing statement on the sale of the Whispering Wind Ranch. |
| 01/05/2018 | .20 | SLF | Received email from Trustee's office the closing statement on the sale of the Whispering Wind Ranch. Printed and filed. |
| 02/16/2018 | .20 | SLF | Received email from Trustee with a Form 1099 attached. Printed and filed |
| 02/23/2018 | .20 | SLF | Received email from Trustee wanting to know if we had determined a basis for the Whispering Wind Ranch that was sold late 2017. I responded back that we had went over the time line of when the debtor made the initial land purchase, started building the house and other buildings and when he purchased the additional 20 acres. But I had not actually received anything that showed solid numbers for the cost. |
| 02/28/2018 | .40 | SLF | Called Trustee to talk about the basis of the Ranch sold late 2017. We decided to use a conservative estimate (as debtor and debtor's accountant were not cooperating with providing information.) I also reminded Trustee that we had used some of the basis when the guest house was sold. We would need to reduce our estimate by what was used for the guest house sale. |
| 03/01/2018 | .20 | SLF | Received email from Trustee with an estimate to use for the basis of the Ranch. |

| 03/02/2018 | 2.10 | SLF | Summarized the Form 2 and categorized the expenses incurred and receipts during the year. Grossed up the proceeds the Trustee received from the Ranch sale to include all the expenses and payments made at closing |
| 03/03/2018 | 3.80 | SLF | Preparation of the 2017 Form 1041 Fiduciary Income Tax Return and the 2017 Form 1040 Individual Income Tax Return with attached scheduled and notes detailing activities for 2017. |
| 03/03/2018 | 1.10 | SLF | Preparation of the 2017 Form 3 MT Fiduciary Income Tax Return and the 2017 Form 2 MT Individual Income Tax Return with attached scheduled and notes detailing activities for 2017. |
| 03/03/2018 | .70 | SLF | Preparation of the MT Net Operating Loss Carry Over detail to be carried to 2018 |
| 03/03/2018 | .20 | SLF | Prepare letters and prompt determinations for both federal and Montana Preparation of |
| 03/05/2018 | .30 | SLF | Prepare detailed billing. |

## *RECAPITULATION OF CHARGES*

| *TIMEKEEPER* | | *RATE* | *CHARGES* |
|---|---|---|---|
| Sherill Frickle | 9.60 hours | $ 150.00 | $ 1,440.00 |
| Copying charges | 176 pages | .10 per copy | 17.60 |
| **Total** | | | $ 1,457.60 |

J: /bankruptcy/Womack/J Schneider bill detail.doc