James H. Cossitt (Mont. # 4773)
JAMES H. COSSITT, PC
PO Box 1889
Kalispell, MT 59903-1889
Tel: 406-752-5616
Email: jhc@cossittlaw.com
ATTORNEY FOR DEBTOR

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| In Re: | Case #14-61357-7 |
|---|---|
| JOHN HENRY SCHNEIDER, Debtor. | |

## NOTICE OF CHANGE OF ADDRESS

COMES NOW, the debtor, and pursuant to FRBP 4002(5), files this statement of change of address as follows:

JOHN H SCHNEIDER
543 CAMINO DE ORCHIDIA
ENCINITAS CA 92024

Dated: March 16, 2018               /s/ *James H. Cossitt*
                                    James H. Cossitt (Mont. # 4773)

Original filed via ECF

**Pursuant to FRBP 7005 & 9014 (b) and FRCP 5(b)(2)(D) all parties noted in the Court's ECF transmission facilities have been served via ECF.**

**The following have been served by mail:**   None

## CERTIFICATE OF SERVICE BY MAIL / ECF

This document was served pursuant to FRBP 7004, 9001(8), 9013, 9014(b):  1) by mail, in envelopes addressed to each of the parties at the addresses above; and/or  2) by electronic means, pursuant to LBR 7005-1, 9013-1(c) and 9036-1 on the parties noted in the Court's ECF transmission facilities, on March 16, 2018.  The undersigned declares, under penalty of perjury pursuant to 28 USC § 1746, that the foregoing is true and correct.

*/s/ James H. Cossitt*

L:\Clients\JHC\Schneider\14-61357\d\2018-03-16 - FRBP 4002 address.docx         Revised 3/16/2018 12:45   BLG