Joseph V. Womack
**Waller & Womack, P.C.**
Suite 805 US Bank Building
303 North Broadway
Billings, MT 59101
Telephone: (406) 252-7200
Fax: (406) 252-4266
Email: jwomack@jvwlaw.com
Attorney No. 2641

Attorney for Trustee

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In Re:<br><br>**SCHNEIDER, JOHN HENRY**<br><br>Debtor(s) | Case No. 14-61357-7 |

## WITHDRAWAL OF DOCUMENT

**COMES NOW** Joseph V. Womack, Trustee in the above entitled case, and hereby withdraws his Notice of Intent to Sell Harley Davidson at Internet Auction filed March 22, 2018 (Docket No. 280). A corrected and amended Notice will be filed contemporaneously.

**DATED** this 28th day of March, 2018.

                                        **WALLER & WOMACK, P.C.**

                                        By: /s/ Joseph V. Womack
                                              Joseph V. Womack
                                              Ch. 7 Bankruptcy Trustee

## CERTIFICATE OF SERVICE

      I, the undersigned, certify under penalty of perjury that on March 28, 2018, or as soon as possible thereafter, a copy of the foregoing was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/entities who are not ECF registered users:

**Debtor:**
John Schneider
543 Camino de Orchidia
Encinitas, CA 92024

**Interested Parties:**
Creditor Mailing Matrix