Joseph V. Womack
**Waller & Womack, P.C.**
Suite 805 US Bank Building
303 North Broadway
Billings, MT 59101
Telephone: (406) 252-7200
Fax: (406) 252-4266
Email: jwomack@jvwlaw.com
Attorney No. 2641

Attorney for Trustee

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In Re:<br>**SCHNEIDER, JOHN HENRY**<br>Debtor(s) | Case No. 14-61357-7 |

### APPLICATION FOR PROFESSIONAL FEES AND COSTS

**THE UNDERSIGNED TRUSTEE, Joseph V. Womack,** hereby makes application for approval of an award of fees in the amount of $285.00, and costs in the amount of $692.46, for BKAssets.com, LLC**,** and in support of this application, respectfully represents:

1. That this case was commenced or converted on 12/04/14.

2. That applicant filed an application for appointment as auctioneer for the estate on March 14, 2018 (Docket No. 576).

3. That an order appointing applicant as auctioneer for the estate was entered by the Court on March 16, 2018 (Docket No. 577).

4. That this application is the first application filed for this professional in this proceeding, and that the following is a complete schedule of all prior applications submitted to the Court for approval: N/A

Application for Compensation - BKAssets

5. That to date, applicant has received as compensation the following amounts from the following sources: N/A

6. That this application is based on the performance of professional services for the online auction of the 2001 Harley Davidson motorcycle. The final bid price was $2,850.00. Professional's compensation is a 10% commission, or $285.00.

Total compensation requested: $285.00

7. The compensation requested is based on the customary compensation charged by comparably skilled practitioners in cases other than cases under the Bankruptcy Code.

8. That applicant certified that none of the compensation or reimbursement for costs applied for in this application will be shared with any entity in violation of 11 U.S.C. §504.

9. That attached are invoices showing the final bid price, expenses incurred, and reimbursement of costs by Buyer. Costs are billed at actual amounts incurred.

10. That applicant certifies that all services for which compensation is requested were performed for or on behalf of the estate and not on behalf of a creditor or any other entity.

11. That all services for which compensation is requested were performed in connection with this bankruptcy case or proceedings related thereto, and were not for services in any other matter.

12. That all services performed were in connection with the performance by the Trustee of the duties prescribed for such entity by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedures, or the Local rules, were otherwise beneficial to the estate, or were rendered pursuant to an order of this Court.

13. That in addition to the payments already received, the professional has been promised the following payment for services in connection with this case: N/A.

**WHEREFORE**, applicant prays that this Court enter an Order awarding BKAsset.com, LLC, reasonable professional fees in the amount of $285.00, and reimbursement of costs and expenses in the amount of $692.46. Pursuant to Rule 2002(a)(6), notice of this application need not be given because the compensation requested is less than $1,000.00.

DATED this 1st day of August, 2018.

                                                **WALLER & WOMACK, P.C.**

                                                By: /s/ Joseph V. Womack
                                                        Joseph V. Womack
                                                        Ch. 7 Bankruptcy Trustee

Application for Compensation - BKAssets