# Invoice

**BKASSETS.COM LLC**

216 N. CENTER ST.
MESA, AZ. 85201

| Date | Invoice # |
|---|---|
| 7/11/2018 | 5788 |

**PAID 07/20/2018**

| Bill To |
|---|
| DAN FITZGERALD<br>4103 VICTORIA LANE<br>LANCASTER, CA. 93536 |

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | 2001 HARLEY-DAVIDSON MOTOR CYCLE<br>AUCTION ID: SCHNEIDER01<br>BK. CASE #14-61357 SCHNEIDER | 2,850.00 | 2,850.00 |
| 1 | AUCTION LISTING FEE | 250.00 | 250.00 |
| 1 | SHIPPING | 25.00 | 25.00 |

| Total | $3,125.00 |
|---|---|

# Invoice

**BKASSETS.COM LLC**
216 N. CENTER ST.
MESA, AZ. 85201

| Date | Invoice # |
|---|---|
| 7/11/2018 | 5789 |

**Bill To**

BK. ESTATE OF JOHN SCHNEIDER
BK. CASE #14-61357-RBK
JOSEPH V. WOMACK, TRUSTEE
303 N. BROADWAY
BILLINGS, MT. 59101

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 2,850 | COMMISSION DUE ON THE SALE OF A 2001 HARLEY DAVIDSON MOTOR CYCLE<br>AUCTION ID: SCHNEIDER01<br>SOLD TO DAN FITZGERALD FROM LANCASTER, CA. | 0.10 | 285.00 |
| 1 | REIMBURSEMENT FOR AUCTION LISTING FEE THAT WAS PAID TO THE TRUSTEE BY THE BUYER | 250.00 | 250.00 |
| 1 | REIMBURSEMENT FOR SHIPPING COSTS PAID TO THE TRUSTEE BY THE BUYER | 25.00 | 25.00 |
| 1 | REIMBURSEMENT FOR PACER FEES | 5.00 | 5.00 |
| 1 | REIMBURSEMENT FOR TOWING ON (03/12/18) ALL STAR TOWING | 325.00 | 325.00 |
| 1 | REIMBURSEMENT FOR HAVING KEYS MADE THROUGH HARLEY DAVIDSON | 32.46 | 32.46 |
| 1 | REIMBURSEMENT FOR STORAGE FEES IN RAMONA, CA. | 55.00 | 55.00 |

**Total** $977.46