Trent M. Gardner (I.D. # 7477)
Jeffrey J. Tierney (I.D. # 12989)
**GOETZ, BALDWIN & GEDDES, P.C.**
35 North Grand
P.O. Box 6580
Bozeman, MT  59771-6580
Phone: (406) 587-0618
Fax:   (406) 587-5144
Email: tgardner@goetzlawfirm.com
       jtierney@goetzlawfirm.com

Joseph V. Womack (I.D. # 2641)
**WALLER & WOMACK, P.C.**
303 North Broadway, Suite 805
Billings, Montana 59101
Telephone:  (406) 252-7200
Facsimile: (406) 252-4266
Email: jwomack@jvwlaw.com

Attorneys for Joseph V. Womack, Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>**JOHN HENRY SCHNEIDER**,<br><br>Debtor. | Case No. 14-61357 |

TRUSTEE'S EXHIBIT LIST

Joseph V. Womack, Chapter 7 Trustee for the Bankruptcy Estate of John Henry Schneider, submits the following list of exhibits for the hearing set for September 17, 2018 regarding Final Application for Professional Fees (Attorney) and Costs (Goetz, Baldwin & Geddes and Waller & Womack) (Doc. 592).

1: Doc. 331: Stipulation to Waive Discharge and 9019 Motion for Approval, May 17, 2016;

2: Doc. 334: Waiver of Discharge, May 17, 2016;

3: Doc. 379: Order, May 23, 2016;

4: Doc. 383: Stipulation for Withdrawal of Debtor's Objections to Personal Injury Creditors' Proofs of Claim, May 23, 2016;

5: Doc. 50: Application to Approve Employment of Professionals on Contingency, And Affidavits, February 19, 2015;

6: Doc. 51: Order, February 20, 2015;

7: Rebuttal exhibits; and

8: Any exhibits listed by any other party.

DATED this 12th day of September, 2018.

GOETZ, BALDWIN & GEDDES, P.C.

By: */s/Trent M. Gardner*
Trent M. Gardner/Jeffrey J. Tierney
Attorneys for Trustee Joseph V. Womack

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies under penalty of perjury that on September 12, 2018, a copy of the foregoing pleading was served (i) by electronic means pursuant to LBR 9013-1(d)(2) on the parties noted in the Court's ECF transmission facilities and/or (ii) by mail on the following parties: None.

                */s/Trent M. Gardner*
                Trent M. Gardner
                Attorneys for Trustee Joseph V. Womack