James A. Patten (ID No. 1191)
**PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C**
2817 2nd Avenue North, Ste. 300
P.O. Box 1239
Billings, Montana  59103-1239
Telephone:  (406) 252-8500
Facsimile: (406) 294-9500
Email: apatten@ppbglaw.com

Attorneys for Personal Injury Creditors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| IN RE:<br><br>JOHN HENRY SCHNEIDER,<br><br><br>Debtor. | Case No.  14-61357-7<br><br>**WITNESS LIST** |
|---|---|

JAMES A. PATTEN, Attorney for personal injury creditors will call the following witnesses for the hearing scheduled for *September 17, 2018 at 2:30 o'clock p.m.*

### **WITNESSES**

1. Fred Paoli;
2. Any Witness identified by any other Party; and
3. Anyone available in the Courtroom or through video as may be necessary for rebuttal, impeachment witnesses or witnesses necessary to establish foundation.

DATED this 13th day of September, 2018.

                                 **PATTEN, PETERMAN, BEKKEDAHL & GREEN**
                                 2817 Second Ave. North, Suite 300
                                 P.O. Box 1239
                                 Billings, Montana  59103-1239


                                By:  /s/JA Patten
                                    James A. Patten
                                    Attorney for Personal Injury Creditors

## **CERTIFICATE OF SERVICE**

      I, the undersigned, do hereby certify under penalty of perjury that on the 13th day of September, 2018, a copy of the foregoing was served by electronic means pursuant to LBR 9013-1(d)(2) on the parties noted in the Court's ECF transmission facilities and/or by mail on the following parties:

    None

                             /s/JA Patten
                             Patten, Peterman, Bekkedahl & Green PLLC