Joseph V. Womack
**Waller & Womack, P.C.**
Suite 805 US Bank Building
303 North Broadway
Billings, MT 59101
Telephone: (406) 252-7200
Fax: (406) 252-4266
Email: jwomack@jvwlaw.com
Attorney No. 2641
Attorney for Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In Re: | **Case No.  14-61357-7** |
| **SCHNEIDER, JOHN HENRY** | |
| Debtor(s) | |

## WITHDRAWAL OF DOCUMENT

**COME NOW**, Joseph V. Womack, as attorney for the Trustee, and withdraws the Stipulation

to Compromise and Settle Objection to Final Application for Professional Fees (Attorney) and Costs

(Doc#: 592) and Motion for Approval filed as Doc#: 615 for two reasons: 1) the prayer for relief

contains an error regarding the relief requested; and 2) the US Trustee's office has indicated that they

object to the stipulation because it improperly appears to take two or three different issues, which

should remain separate and stand-alone matters and contemplates using one or two of them to resolve

the other.

Trustee has attempted to contact the other parties to the Stipulation regarding these issues but

has been unable to reach them. In light of the US Trustee's objection, which on a policy basis is

correct, the Trustee believes that he has no choice but to withdraw the Stipulation and seek additional

WD of Stip to Settle Atty Fees

time from the Court to enter into a new stipulation to resolve the objection. Trustee seeks additional

time to file a Stipulation, as represented in his Motion for Extension of Time, filed concurrently.

      **DATED** this 10th day of October, 2018.

**WALLER & WOMACK, P.C.**


By: /s/  Joseph V. Womack
      Joseph V. Womack
      Ch. 7 Bankruptcy Trustee

## CERTIFICATE OF SERVICE

      I, the undersigned, certify under penalty of perjury that on October 10, 2018, or as soon as possible thereafter, a copy of the foregoing was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/entities who are not ECF registered users:

**Debtor:**
 John Schneider
 543 Camino de Orchidia
 Encinitas, CA 92024

**Interested Parties:**
Attorneys for Objectors (via email only)
      Jon Moyers: jon@jmoyerslaw.com
      Paul Warren: paul@paulwarrenlaw.com
      Fred Paoli: fred@paolibrown.com

Creditor Mailing Matrix

By: /s/  Lynsey Ross
      Lynsey Ross
      Paralegal to Trustee
