**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MONTANA**

In re: SCHNEIDER, JOHN HENRY § Case No. 14-61357-7
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $ 1,923,723.70

*and approved disbursements of* $ 882,331.23

*leaving a balance on hand of* [1] $ 1,041,392.47

**Balance on hand:** $ 1,041,392.47

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 1,041,392.47

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH V. WOMACK, TRUSTEE | 77,688.50 | 0.00 | 77,688.50 |
| Trustee, Expenses - JOSEPH V. WOMACK, TRUSTEE | 25,151.22 | 10,751.22 | 14,400.00 |
| Attorney for Trustee, Fees - GOETZ, BALDWIN & GEDDES PC | 483,314.34 | 208,114.34 | 275,200.00 |
| Attorney for Trustee, Expenses - GOETZ, BALDWIN & GEDDES PC | 16,032.89 | 13,544.21 | 2,488.68 |
| Attorney for Trustee Fees - WALLER & WOMACK, PC | 120,828.59 | 52,028.59 | 68,800.00 |
| Accountant for Trustee, Fees - Sherill Frickle | 4,455.00 | 4,455.00 | 0.00 |
| Accountant for Trustee, Expenses - Sherill Frickle | 71.10 | 71.10 | 0.00 |
| Auctioneer Fees - BKAssets.com, LLC | 285.00 | 285.00 | 0.00 |
| Auctioneer Expenses - BKAssets.com, LLC | 692.46 | 692.46 | 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**



EXHIBIT A

All Amounts Estimated

| | | | |
|---|---:|---:|---:|
| Other Fees: Live Water Properties | 26,250.00 | 26,250.00 | 0.00 |
| Other Expenses: Charles Fisher Court Reporting | 797.85 | 797.85 | 0.00 |
| Attorney for Trustee Fees - Patten, Peterman, Bekkedahl & Green PLLC | 2,558.00 | 2,558.00 | 0.00 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Attorney for Trustee Expenses - Patten, Peterman, Bekkedahl & Green PLLC | 23.87 | 23.87 | 0.00 |
| Auctioneer Fees - MUSSER BROTHERS AUCTIONEERS | 26,467.00 | 26,467.00 | 0.00 |
| Auctioneer Expenses - MUSSER BROTHERS AUCTIONEERS | 8,848.78 | 8,848.78 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 438,927.18
Remaining balance: $ 602,465.29

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 602,465.29

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $177,482.42 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 25P-2 | MT DEPARTMENT OF REVENUE | 177,482.42 | 177,482.42 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 602,465.29

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (10/1/2010)**

All Amounts Estimated

Timely claims of general (unsecured) creditors totaling $ 7,307,109.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | STEPHEN KLINE | 2,823.91 | 0.00 | 232.83 |
| 2 | CHARLES BEAUCHOT | 0.00 | 0.00 | 0.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | 0.00 | 0.00 | 0.00 |
| 4 | RON JUROVICH | 17,062.50 | 0.00 | 1,406.79 |
| 5 | MARGERY GAAB | 0.00 | 0.00 | 0.00 |
| 6 | WELLS FARGO BANK, NATIONAL ASSOCIATION | 0.00 | 0.00 | 0.00 |
| 7 | WESTERN SAGE CPA PC | 0.00 | 0.00 | 0.00 |
| 8 | WESTERN SAGE CPA PC | 0.00 | 0.00 | 0.00 |
| 9 | WESTERN SAGE CPA PC | 0.00 | 0.00 | 0.00 |
| 10 -2 | MERIDIAN SURGICAL PARTNERS-MONTANA, LLC & MERIDIAN | 0.00 | 0.00 | 0.00 |
| 11 | STATE OF WYOMING BOARD OF MEDICINE | 149,431.39 | 0.00 | 12,320.50 |
| 12 | CARROL JOHNSON | 0.00 | 0.00 | 0.00 |
| 13 | JAY WINZENRIED | 0.00 | 0.00 | 0.00 |
| 14 | MICHAEL GREEN | 337,792.00 | 0.00 | 27,850.68 |
| 15 | WALT MORRIS | 0.00 | 0.00 | 0.00 |
| 16 | ANNETTE THOMAS | 1,000,000.00 | 0.00 | 82,449.19 |
| 17 | HARLEY MORRELL | 300,000.00 | 0.00 | 24,734.76 |
| 18 | SCHERRY LEE | 1,000,000.00 | 0.00 | 82,449.19 |
| 19 | BEVERLEY CURTIS | 1,500,000.00 | 0.00 | 123,673.78 |
| 20 | HARRY ALLAN KNOPP AND JO ANN KNOPP | 1,000,000.00 | 0.00 | 82,449.19 |
| 21 | ESTATE OF RUSSELL MONACO | 2,000,000.00 | 0.00 | 164,898.38 |
| 22 | SERVICE MASTER OF BILLINGS | 0.00 | 0.00 | 0.00 |
| 23 | SHERRI AND LARRY RASMUSSEN | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

**All Amounts Estimated**

| Claim No | Claimant | | | |
|---|---|---|---|---|
| 24 | MR. AND MRS. RICHARD KENT | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 602,465.29
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 26 | ONI REALTY INVESTORS, LLC | 0.00 | 0.00 | 0.00 |
| 27 | ONI REALTY INVESTORS, LLC | 0.00 | 0.00 | 0.00 |
| 28 | ONI REALTY INVESTORS, LLC | 0.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 15,931.68 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 25U-2 | MT DEPARTMENT OF REVENUE | 15,931.68 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**All Amounts Estimated**