James A. Patten (I.D. No. 1191)
**PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C**.
2817 2nd Avenue North, Ste. 300
P.O. Box 1239
Billings, MT 59103
Telephone (406) 252-8500
Facsimile (406) 294-9500
E-mail: apatten@ppbglaw.com

Attorney for Personal Injury Creditors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE:<br><br>JOHN HENRY SCHNEIDER,<br><br>            Debtor. | Case No.: 14-61357-7<br><br>**WITHDRAWAL OF OBJECTION AND<br>AMENDED OBJECTION** |

      Creditors Beverly Curtis, Michael Green, Harry Allan and Jo Ann Knopp, Sherry Lee,

Estate of Russell Monaco, Harley Morrell, and Annette Thomas ("Personal Injury Creditors") by

and through their attorney James A. Patten, withdraw their Objection [Doc. #594] and Amended

Objection [Doc. # 595] to the Final Application for Professional Fees and Costs [Doc. # 592].

      DATED this 16th day of October, 2018.

                              PATTEN, PETERMAN, BEKKEDAHL
                                & GREEN, P.L.L.C.
                              2817 Second Ave. North, Suite 300
                              P.O. Box 1239
                              Billings, Montana  59103

                              By:___ /s/*JA Patten*_____
                                  James A. Patten
                                  Attorneys for Personal Injury Creditors

1

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify under penalty of perjury that on the 16th day of October, 2018, a copy of the foregoing was served by electronic means pursuant to LBR 9013-1(d)(2) on the parties noted in the Court's ECF transmission facilities and/or by mail on the following parties:

None

/s/*JA Patten*
Patten, Peterman, Bekkedahl & Green PLLC

2