UNITED STATES BANKRUPTCY COURT
DISTRICT OF MONTANA
BUTTE DIVISION

IN RE:   **JOHN HENRY SCHNEIDER**                                         CASE NO   **14-61357**

                                                                           CHAPTER   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept: | **$179,418.01** |
   | Prior to the filing of this statement I have received: | **$175,897.69** |
   | Balance Due: | **$3,520.32** |

2. The source of the compensation paid to me was:

   ☐ Debtor        ☑ Other (specify)
                   **Debtor and related entities as shown on the attached report.**

   *Payments or credits as shown on the exhibits.*

3. The source of compensation to be paid to me is:

   ☐ Debtor        ☑ Other (specify)
                   **Counsel does not anticipate further payment from debtor or any other entity. In fact, the final balance of $3,520.32 was charged off by a credit memo on 10/19/18.**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. [Other provisions as needed]

   **Counsel was retained on 11/9/15 solely for defense of the collection adversary proceeding (#15-15) by trustee. Later, the debtor requested and counsel agreed to expand the engagement to include: 1) defense of the discharge objection case (#15-20); 2) claim objections; 3) enforcement of settlements with the trustee against 3rd parties; 4) defense of a lawsuit by the trustee to enforce the settlement (#17-21); and 5) other services related to the preceding matters.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Various matters that debtor requested counsel pursue but counsel did not agree to assist with.**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MONTANA**
**BUTTE DIVISION**

IN RE:   **JOHN HENRY SCHNEIDER**                                   CASE NO   **14-61357**

                                                                    CHAPTER   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **12/7/2018** | **/s/ JAMES H COSSITT** | |
|---|---|---|
| Date | *JAMES H COSSITT* | Bar No.  4773 |
| | James H. Cossitt, PC | |
| | PO Box 1889 | |
| | Kalispell, MT 59903-1889 | |
| | Phone: (406) 752-5616 | |