Joseph V. Womack
**Waller & Womack, P.C.**
Suite 805 US Bank Building
303 North Broadway
Billings, MT 59101
Telephone: (406) 252-7200
Fax: (406) 252-4266
Email: jwomack@jvwlaw.com
Attorney No. 2641

Attorney for Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| **In Re:**<br>**SCHNEIDER, JOHN HENRY**<br><br>**Debtor(s)** | **Case No. 14-61357-7** |

### REPORT TO COURT RE ORDER FROM US DISTRICT COURT

COMES NOW, Joseph V. Womack, Trustee, and hereby provides the Court with the following report:

On December 17, 2018, the United States District Court entered an order approving the distribution of the awarded restitution directly to the claimants through the District Court Clerk's office. A copy of the order is attached as Exhibit A. Trustee has received $35,650.00 of criminal restitution, which is being held in a fee-exempt trust account pending order from the District Court. Pursuant to that order and this Court's order at Doc#: 630, Trustee will pay the $35,650.00 to the District Court Clerk for distribution. Once the check to the Clerk has cleared Trustee's account, he will prepare and submit the proposed final distribution to the UST for review and filing. All further

criminal restitution payments will be paid directly to the claimants by the District Court per the District Court's and this Court's order.

**DATED** this 19th day of December, 2018.

          **WALLER & WOMACK, P.C.**

          By: /s/ Joseph V. Womack
              Joseph V. Womack
              Ch. 7 Bankruptcy Trustee

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that on December 19, 2018, or as soon as possible thereafter, a copy of the foregoing was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/entities who are not ECF registered users:

**Debtor:**
John Schneider
543 Camino de Orchidia
Encinitas, CA 92024

**Interested Parties:**
Creditor Mailing Matrix

          By: /s/ Lynsey Ross
              Lynsey Ross
              Paralegal to Trustee