Joseph V. Womack
**Waller & Womack, P.C.**
Suite 805 US Bank Building
303 North Broadway
Billings, MT 59101
Telephone: (406) 252-7200
Fax: (406) 252-4266
Email: jwomack@jvwlaw.com
Attorney No. 2641

Attorney for Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| **In Re:**<br>**SCHNEIDER, JOHN HENRY**<br><br>**Debtor(s)** | **Case No. 14-61357-7** |

## TRUSTEE'S REPORT OF SALE

The undersigned Trustee provides this Report of Sale pursuant to Bankruptcy Rule 6004(f)(1). After the giving of Notice as required by Bankruptcy Rules 2002(a)(2) and 6004(a).

As part of a global settlement agreement (Doc#: 340-1), Trustee received $242,357.32. The source of these funds was Debtor's sale of real property in Park County, Wyoming. The legal descriptions of the parcels are attached as Exhibit A. The parcels were part of the land known as the Whispering Winds Ranch, and were the parcels that housed the guest house. The real property was subject to Trustee's claims to recover property in AP 15-00015. Debtor sold the real property through a realtor without authorization or bankruptcy court approval to the Wright Family Trust. The Estate filed a *lis pendens* on the real property, which prompted the Wright Family Trust to contact Trustee and the Estate's attorney, Trent Gardner.

Pending resolution of the adversary, the proceeds of sale were held in Gardner's trust account. As part of the settlement agreement, a portion of the proceeds were paid to the estate. The estate received the $242,357.32 on June 24, 2016, after $110,000 were paid to Debtor's non-filing spouse per the settlement. Although Trustee did not liquidate the real property, the funds resulted from the sale of the real property. Therefore, Trustee is reporting the sale in an abundance of caution to ensure all property of the estate is properly reported.

**DATED** this 21st day of December, 2018.

                **WALLER & WOMACK, P.C.**

                By: /s/ Joseph V. Womack
                    Joseph V. Womack
                    Ch. 7 Bankruptcy Trustee

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that on December 21, 2018, or as soon as possible thereafter, a copy of the foregoing was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/entities who are not ECF registered users:

**Debtor:**
John Schneider
543 Camino de Orchidia
Encinitas, CA 92024

**Interested Parties:**
Creditor Mailing Matrix

                By: /s/ Lynsey Ross
                    Lynsey Ross
                    Paralegal to Trustee